## SUBCONTRACT AGREEMENT

| SUBCONTRACTOR: | Tauran Management Group<br>21 North Broad Street<br>Suite D<br>Luray, Virginia 22635 |
|---|---|
| SUBCONTRACT NUMBER: | 2020-TAUR-001 |
| ADDRESS: | TYPE: T&M (Time & Materials) |
| | PERIOD OF PERFORMANCE:<br>1 May 2020 thru 30 April 2021 |

## INTRODUCTION

This Subcontract Agreement, effective as of date of execution is formed between Trinity Technology Group, Inc. (hereinafter known as "Buyer" or "Trinity"), and Tauran Management Group (hereinafter known as "Subcontractor" or "Tauran"). The effort to be performed by the Subcontractor under this Agreement will be part of Trinity's several Prime Contracts, issued by the Transportation Security Administration (TSA) (hereafter known as "Customer"). The Work, defined in Part 5.0, (Statement of Work) will be performed on a Time and Materials (T&M) basis in accordance with the terms and conditions of this Subcontract.

This Subcontract Agreement consists of this signature page and the following sections marked with an x:

| | | | | |
|---|---|---|---|---|
| X | Part 1.0, Schedule | | X | Part 4.0, Supplemental Provisions |
| X | Part 2.0, General Provisions | | X | Part 5.0, Statement of Work |
| X | Part 3.0, Government Provisions | | X | Part 6.0, Attachments |

Each party acknowledges having read this entire subcontract agreement and with the full power and authority to execute this subcontract, agrees to perform in accordance with the terms and conditions contained herein.

| Trinity Technology Group, Inc. | Tauran Management Group |
|---|---|
| NAME:<br>James B. Smith | NAME: Elizabeth Parker |
| SIGNATURE:<br>*James B. Smith* | SIGNATURE:<br>*Elizabeth Parker* |
| TITLE<br>Vice President, Contracts | TITLE:<br>President & CEO |
| DATE:<br>April 30, 2020 | DATE:<br>April 30, 2020 |

Proprietary Information

**PLAINTIFF'S EXHIBIT**

**1**

**PART 1.0 – SCHEDULE**

**ARTICLE 1.0        SCOPE OF WORK – TIME AND MATERIALS**

Subcontractor shall, except as otherwise provided, furnish the personnel, materials, equipment, and property necessary to perform the Work identified in "Part 5.0 Statement of Work."

**ARTICLE 1.1        SUBCONTRACT RATES**

The Subcontractor rates shall be taken from the Subcontractor's negotiated rates, see Part 1, Attachment 1.A, for subcontractor ceiling rates by Labor Category.

**ARTICLE 1.2        TERM OF SUBCONTRACT**

The term of this Subcontract begins on 1 May 2020 and extends through 30 April 2021, with two options to be exercised (Option 1: 1 May 2021 – 30 Apr 2022, Option 2: 1 May 2022 – 30 Apr 2023, unless performance is terminated under the terms of the Subcontract.

**ARTICLE 1.3        SUBCONTRACT ADMINISTRATOR**

In regards to administrative and contractual matters relating to this Subcontract, the parties hereby appoint the below-listed persons, or their duly authorized designees, as the only persons empowered to make commitments on behalf of their respective organizations to effect changes to any portion of this Subcontract.

| Trinity Technology Group, Inc. | Tauran Management Group |
|---|---|
| NAME:  James B. Smith | NAME:    Elizabeth Parker |
| TITLE: Vice-President, Contracts | TITLE:     President & CEO |
| ADDRESS:  10687 Gaskins Way, Suite 200    Manassas, VA  20109 | ADDRESS:     21  N.  Broad  St.,  Suite  D  Luray, VA  22835 |
| TELEPHONE: (703) 345-1671 | TELEPHONE: (540) 742-7420 |
| FAX: (703) 335-7451 | FAX: (540) 860-5680 |

**ARTICLE 1.4        TECHNICAL REPRESENTATIVE**

A.      In regard to technical matters relating to this Subcontract, the parties hereby appoint the below-listed persons as the point of contact:

| Trinity Technology Group, Inc. | Tauran Management Group |
|---|---|
| NAME:  Mark J. Harding | NAME:  Shaunta Brent |
| TITLE:  Chief Operating Officer | TITLE:     Program Manager |
| ADDRESS: 10687 Gaskins Way, Suite 200    Manassas, VA  20109 | ADDRESS:     21  N.  Broad  St.,  Suite  D  Luray, VA  22835 |
| TELEPHONE: (703) 345-1662 | TELEPHONE: (540) 742-7420 |
| FAX: (703) 335-7451 | FAX: (540) 860-5680 |

B.      Only Trinity Technology Group, Inc.'s designated Technical Representative, as set forth above, is authorized to provide technical guidance hereunder.  The Trinity Technology Group, Inc. Technical Representative has the authority to monitor the technical progress of the services performed.  This includes visits to the place of performance, meetings and telephone conversations with personnel, inspection, acceptance, or rejection of the subcontracted items or services and other duties required to ensure superior performance.

Page 2 of 20
Proprietary Information

PLAINTIFF'S
EXHIBIT
1

The Technical Representative cannot authorize or order the cessation of neither subcontract work nor delete, change, or waive any of the technical requirements or other terms and conditions of this Subcontract.

C.  Unless otherwise specified, all technical correspondence and reports related to this subcontract shall be delivered to the Trinity Technology Group, Inc. technical representative.

**ARTICLE 1.5    LIMITATION OF OBLIGATION**

A.  This T&M Subcontract is incrementally funded.  Any costs incurred more than the stated amounts without written authorization through Modifications from Trinity Technology Group, Inc.'s Subcontract Administrator shall be borne solely by the Subcontractor.

B.  If any amount paid by Trinity Technology Group, Inc. to the Subcontractor is not allowed by the Customer as an item of unallowable cost under the prime contract under which the Subcontract is performed, then the Subcontractor shall, upon demand by Trinity Technology Group, Inc., promptly repay to Trinity Technology Group, Inc. the unallowable amount.  If Trinity Technology Group, Inc. is required, because of any action by the Customer, to refund or credit to the Customer any amount with respect to an item of cost for which Trinity Technology Group, Inc. has reimbursed the Subcontractor, the Subcontractor shall, upon demand by Trinity Technology Group, Inc., promptly repay to Trinity Technology Group, Inc. the unallowable amount.  If, however, Trinity Technology Group, Inc. shall recover any unallowable amount, or part thereof, Trinity Technology Group, Inc. shall pay such allocable amount to the Subcontractor.

**ARTICLE 1.6    OPTION TO EXTEND THE TERM OF THE CONTRACT**

See Part 1, Attachment 1.A, for subcontractor ceiling rate information by Labor Category for base period of 1 May 2020 – 30 April 2021 with two option years.

**ARTICLE 1.7    TRAVEL AND PER DIEM EXPENSE**

Travel and other direct cost shall be unallowable as a direct charge to this Subcontract without the prior written approval of the TRINITY TECHNOLOGY GROUP, INC. Technical Representative. All travel requests must be sent in writing no later than seven (7) days before travel is to commence.  If travel is requested within the seven-day period, a letter detailing why the request is needed.

When authorized, the Subcontractor shall be reimbursed for travel and other direct cost at actual cost without profit. Any burden added to the travel cost (or other direct costs) will be allowed only as defined in the Subcontractor's standard accounting practice or disclosure statement.  Air travel shall be coach fare. Automobile rental shall be for a compact vehicle.  The cost for per diem, accommodations, personal automobile shall not exceed those rates authorized by the U.S. Government Joint Travel Regulations in effect during the time of such travel.  Travel of more than 10 hours, but less than 24 hours, when no lodging is required, per diem shall be one-half of the Meals and Incidental Expenses (M&IE) rate applicable to the location of the temporary duty assignment.  If more than one temporary duty point is involved, the allowance will be one-half of the M&IE rate prescribed for the location where most the time is spent performing official business

**ARTICLE 1.8    INVOICE AND PAYMENT**

A  TRINITY TECHNOLOGY GROUP, INC. will pay the Subcontractor in Net Fifteen (15) Days upon receipt of an invoice from (SUBCONTRACTOR).  All invoices must be signed

Proprietary Information

PLAINTIFF'S EXHIBIT
2

and approved by an authorized official of the Subcontractor, who shall certify that the invoiced amounts are accurate, and that the Subcontractor has in its possession records for all amounts for which payment is requested. Invoices shall be received by TRINITY TECHNOLOGY GROUP, INC. no later than the 7th of the month.

B.      Invoicing instructions are in Part 6.0, Attachment I, of this Subcontract. Additional invoice instructions, including supplemental submittal instructions will be provided as necessary. The Subcontractor, by execution of this subcontract agrees to provide all data required.

C.      Each monthly invoice shall include a detailed spreadsheet to support the number of hours worked for the invoice period. The total of all hours worked must match the summary of hours on the invoice.

D.      TRINITY TECHNOLOGY GROUP, INC. will reimburse Subcontractor for all allowable ODC's. Prior written approval for ODC's will be sought in advance by the Subcontractor Project Manager and will be duly approved by TRINITY TECHNOLOGY GROUP, INC. Technical Representative. Travel will be in accordance with the JTR CONUS per diem rates.

E.      All travel costs over $25.00 invoiced to this subcontract must include proper back-up documentation to include receipts. Any charge that does not include proper back-up documentation may be deemed unallowable and will not be reimbursed.

Proprietary Information

## PART 1 – ATTACHMENT 1.A

**Ceiling Labor Rates per Labor Category: Base Year (1 May 2020 – 30 April 2021)**

| Licensing & Access Fees | Per License | # of Licenses | Est. Monthly | Est. Annually |
|---|---|---|---|---|
| Administrator (lic) | $ 31.83 | 1 | $ 31.83 | $ 381.96 |
| Corporate (lic) | $ 19.10 | 22 | $ 420.20 | $ 5,042.40 |
| Ops Management (lic) | $ 10.61 | 22 | $ 233.42 | $ 2,801.04 |
| Screener/Employee (lic) | $ 4.24 | 365 | $ 1,547.60 | $ 18,571.20 |
| SUBTOTAL LICENSES | | | $ 2,233.05 | $ 26,796.60 |
| | | | | |
| **Concourse Premium Hosting** | **Server** | **Storage** | **Est. Monthly** | **Est. Annually** |
| Concourse Premium Hosting | $ 2.65 | 410 | $ 1,086.50 | $ 13,038.00 |
| **Labor** | **Hourly** | **Est. Mo. Hrs.** | **Est. Monthly** | **Est. Annually** |
| Clerical Helpdesk | $ 15.91 | 50 | $ 795.50 | $ 9,546.00 |
| Concourse Helpdesk | $ 26.52 | 160 | $ 4,243.20 | $ 50,918.40 |
| Project Management | $ 37.13 | 80 | $ 2,970.40 | $ 35,644.80 |
| Sr. Management | $ 63.65 | 80 | $ 5,092.00 | $ 61,104.00 |
| Exec. Management | $ 74.26 | 40 | $ 2,970.40 | $ 35,644.80 |
| Claims Administration | $ 18.57 | 160 | $ 2,971.20 | $ 35,654.40 |
| SUBTOTAL LABOR | | | $ 19,042.70 | $ 228,512.40 |
| | | | | |
| TOTALS | | | $ 21,275.75 | $ 255,309.00 |

**Ceiling Labor Rates Per Labor Category: Option Year 1 (1 May 2021 – 30 April 2022)**

| Licensing & Access Fees | Per License | # of Licenses | Est. Monthly | Est. Annually |
|---|---|---|---|---|
| Administrator (lic) | $ 32.78 | 1 | $ 32.78 | $ 393.42 |
| Corporate (lic) | $ 19.67 | 22 | $ 432.81 | $ 5,193.67 |
| Ops Management (lic) | $ 10.93 | 22 | $ 240.42 | $ 2,885.07 |
| Screener/Employee (lic) | $ 4.37 | 365 | $ 1,594.03 | $ 19,128.34 |
| SUBTOTAL LICENSES | | | $ 2,300.04 | $ 27,600.50 |
| | | | | |
| **Concourse Premium Hosting** | **Server** | **Storage** | **Est. Monthly** | **Est. Annually** |
| Concourse Premium Hosting | $ 2.73 | 410 | $ 1,119.10 | $ 13,429.14 |
| **Labor** | **Hourly** | **Est. Mo. Hrs.** | **Est. Monthly** | **Est. Annually** |
| Clerical Helpdesk | $ 16.39 | 50 | $ 819.37 | $ 9,832.38 |
| Concourse Helpdesk | $ 27.32 | 160 | $ 4,370.50 | $ 52,445.95 |
| Project Management | $ 38.24 | 80 | $ 3,059.51 | $ 36,714.14 |
| Sr. Management | $ 65.56 | 80 | $ 5,244.76 | $ 62,937.12 |



PLAINTIFF'S
EXHIBIT

1

| | | | | | |
|---|---|---|---|---|---|
| Exec. Management | $ | 76.49 | 40 | $ 3,059.51 | $ 36,714.14 |
| Claims Administration | $ | 19.13 | 160 | $ 3,060.34 | $ 36,724.03 |
| SUBTOTAL LABOR | | | | $ 19,613.98 | $ 235,367.77 |
| | | | | | |
| TOTALS | | | | $ 21,914.02 | $ 262,968.27 |

**Ceiling Labor Rates Per Labor Category: Option Year 2 (1 May 2022– 30 April 2023)**

| Licensing & Access Fees | Per License | | # of Licenses | Monthly | Annually |
|---|---|---|---|---|---|
| Administrator (lic) | $ | 33.77 | 1 | $ 33.77 | $ 405.22 |
| Corporate (lic) | $ | 20.26 | 22 | $ 445.79 | $ 5,349.48 |
| Ops Management (lic) | $ | 11.26 | 22 | $ 247.64 | $ 2,971.62 |
| Screener/Employee (lic) | $ | 4.50 | 365 | $ 1,641.85 | $ 19,702.19 |
| SUBTOTAL LICENSES | | | | $ 2,369.04 | $ 28,428.51 |

| Concourse Premium Hosting | Server | | Storage | Est. Monthly | Est. Annually |
|---|---|---|---|---|---|
| Concourse Premium Hosting | $ | 2.81 | 410 | $ 1,152.67 | $ 13,832.01 |
| **Labor** | **Hourly** | | **Est. Mo. Hrs.** | **Est. Monthly** | **Est. Annually** |
| Clerical Helpdesk | $ | 16.88 | 50 | $ 843.95 | $ 10,127.35 |
| Concourse Helpdesk | $ | 28.14 | 160 | $ 4,501.61 | $ 54,019.33 |
| Project Management | $ | 39.39 | 80 | $ 3,151.30 | $ 37,815.57 |
| Sr. Management | $ | 67.53 | 80 | $ 5,402.10 | $ 64,825.23 |
| Exec. Management | $ | 78.78 | 40 | $ 3,151.30 | $ 37,815.57 |
| Claims Administration | $ | 19.70 | 160 | $ 3,152.15 | $ 37,825.75 |
| SUBTOTAL LABOR | | | | $ 20,202.40 | $ 242,428.81 |
| | | | | | |
| TOTALS | | | | $ 22,571.44 | $ 270,857.32 |



PLAINTIFF'S EXHIBIT
1

## PART 2.0  GENERAL PROVISIONS

**ARTICLE 2.1          PRIORITY RATING FOR NATIONAL DEFENSE USE**

If this Subcontract is rated under the Defense Priorities and Allocations System (DPAS) (15 CFR 350), as indicated on the signature page hereof, Subcontractor must follow all the requirements of that regulation.

**ARTICLE 2.2          NON-DISCLOSURE**

A.    Subcontractor acknowledges that, in performing this Subcontract, TRINITY TECHNOLOGY GROUP, INC. may be required to make available to Subcontractor certain information which TRINITY TECHNOLOGY GROUP, INC. may consider proprietary.  Also, that Subcontractor may gain access to certain information which may be considered proprietary to Customer.  In addition, TRINITY TECHNOLOGY GROUP, INC. acknowledges that, in administering this Subcontract, Subcontractor may be required to make available to TRINITY TECHNOLOGY GROUP, INC. certain information which Subcontractor may consider proprietary.  Also, that TRINITY TECHNOLOGY GROUP, INC. may gain access to certain information which may be considered proprietary to Customer.  Such information includes without limitation, information related to patents, research, development, computer software, designs or processes, pricing, trade secrets, customer lists and technical and business information and know-how of TRINITY TECHNOLOGY GROUP, INC., Subcontractor, and/or of Customer ("Proprietary Information"). TRINITY TECHNOLOGY GROUP, INC. and Subcontractor agree to safeguard and hold in strictest confidence all Proprietary Information.

B.    TRINITY TECHNOLOGY GROUP, INC. and Subcontractor agree not to make use of nor disclose to third parties any Proprietary Information except in performance hereunder or as expressly authorized in writing by disclosing party or, where Customer's Proprietary Information is being used or disclosed, by Client.  The parties' obligations under the terms of this provision shall survive termination of this Subcontract for a period of three (3) years.

C.    Notwithstanding anything contained in paragraphs A and B above, TRINITY TECHNOLOGY GROUP, INC. and Subcontractor shall not be liable for any release or use of any information if Subcontractor can demonstrate by written evidence that the information:

   i.   is part of the public domain through no fault of Subcontractor; or
   ii.  is in Subcontractor's rightful possession at the time of receipt thereof; or
   iii. is known to Subcontractor independently of TRINITY TECHNOLOGY GROUP, INC. and Customer and from a source other than one having an obligation of confidentiality to TRINITY TECHNOLOGY GROUP, INC. or Customer; or
   iv.  is independently developed by Subcontractor without violation of this or any other agreement.

**ARTICLE 2.3          INSPECTION AND ACCEPTANCE OF DELIVERABLES**

A.    TRINITY TECHNOLOGY GROUP, INC.'s acceptance of the Work shall be deemed to have occurred upon acceptance of the same by Customer.

B.    Inspection shall be made in accordance with, and the Technical Representative may perform any tests necessary to demonstrate compliance with, the requirements of Part 5.0,

Page 7 of 20
Proprietary Information


PLAINTIFF'S
EXHIBIT
1

"Statement of Work," and specifications contained in all documentation accompanying any articles furnished.  Subcontractor shall facilitate performance of such tests.

### ARTICLE 2.4          WARRANTY

**2.4.1    WARRANTY OF SERVICES**

A.    Subcontractor warrants that the Services provided under this Agreement shall be performed with that degree of skill and judgment normally exercised by recognized professional firms performing services of the same or substantially similar nature.  In the event of any breach of the foregoing warranty, provided Customer has delivered to Subcontractor timely notice of such breach as hereinafter required, Subcontractor shall, at its own expense, in its discretion either: (1) re-perform the non-conforming Services and correct the non-conforming Deliverables to conform to this standard; or (2) refund to Customer that portion of the amounts received by Subcontractor attributable to the non-conforming Services and/or Deliverables.  No warranty claim shall be effective unless Customer has delivered to Subcontractor written notice specifying in detail the non-conformities within 90 days after performance of the non-conforming Services or tender of the non-conforming Deliverables.  The remedy set forth in this Section is the sole and exclusive remedy for breach of the foregoing warranty.

B.    SUBCONTRACTOR SPECIFICALLY DISCLAIMS ANY OTHER EXPRESS OR IMPLIED STANDARDS, GUARANTEES OR WARRANTIES, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ANY WARRANTIES THAT MAY BE ALLEGED TO ARISE AS A RESULT OF CUSTOM OR USAGE, ANY WARRANTY OF THIRD PARTY PRODUCTS.

C.    Customer represents and warrants to Subcontractor that Customer has the right to use and furnish to Subcontractor for Subcontractor's use in connection with this Agreement, any information, specifications, data or Intellectual Property that Customer has provided or will provide to Subcontractor in order for Subcontractor to perform the Services and to create required Deliverables.

D.    The above warranties shall also inure to the benefit of TRINITY TECHNOLOGY GROUP, INC. Client.

E.    The forgoing remedies are in addition to all other remedies at law or in equity and shall not be deemed to be exclusive.

**2.4.2    LIMITATION OF LIABILITY**

A.    Subcontractor's total liability to Customer for any and all liabilities, claims or damages arising out of or relating to this Agreement, howsoever caused and regardless of the legal theory asserted, including breach of contract or warranty, tort, strict liability, statutory liability or otherwise, shall not, in the aggregate, exceed the amount actually paid to Subcontractor under this Agreement.

B.    In no event shall either Subcontractor or Customer be liable to the other for any punitive, exemplary, special, indirect, incidental or consequential damages (including, but not limited to, lost profits, lost business opportunities, loss of use or equipment down time, and loss of or corruption to data) arising out of or relating to this Agreement, regardless of the


PLAINTIFF'S
EXHIBIT
1

legal theory under which such damages are sought, and even if the parties have been advised of the possibility of such damages or loss.

**ARTICLE 2.5          TERMINATION**

A.      TRINITY TECHNOLOGY GROUP, INC. may terminate this Subcontract, in whole or in part, for its convenience in accordance with  the provisions of FAR 52.249-2 Termination for Convenience of Government specifically incorporated herein by reference , modified, however by deleting all references to one (1) year as specified in paragraph (d) or (e), substituting therefore the period of six (6) months.

B.      Additionally, either party may terminate this Subcontract, in whole or in part, for default based upon any of the following default conditions:

   1.   The other party fails to fulfill one or more of its obligations hereunder; or

   2.   The other party ceases to conduct its operations in the normal course of business; or

   3.   The insolvency of the other party or the entering into or filing by or against the other party of a petition, arrangement, or proceeding seeking an order for relief under the bankruptcy laws of the United States, a receivership for any of the assets of the other party, a composition with or assignment for the benefit of creditors, a readjustment of debt, or the dissolution or liquidation of the other party.

C.      Prior to termination for default, the non-defaulting party shall notify the defaulting party of the default condition and shall allow the defaulting party 7 days within which to affect a cure. If the condition is cured within the allowed period, this Subcontract shall remain in full force and effect.  If the default condition remains uncured beyond the allowed period, the non-defaulting party may terminate this Subcontract, in whole or in part by written notice of termination to the other.

D.      All notices of termination shall minimally state the basis for termination, and the date upon which such termination will become effective.

E.      Upon termination of this Subcontract for any reason, and except as otherwise directed by TRINITY TECHNOLOGY GROUP, INC., Subcontractor shall:  (i) stop work under this Subcontract on the date and to the extent specified in the notice of termination, (ii) terminate all orders and subcontracts to the extent that they relate to the performance of any work terminated by the notice of termination, and (iii) transfer all work in progress which is included in the terminated work to TRINITY TECHNOLOGY GROUP, INC..

F.      Upon termination for any reason, TRINITY TECHNOLOGY GROUP, INC. will pay the Subcontractor in accordance with the Invoicing/Payment Procedures established elsewhere in this Subcontract.

**ARTICLE 2.6          INDEMNITY**

A.      The officers and employees of the TRINITY TECHNOLOGY GROUP, INC. and Subcontractor shall obey all pertinent rules and regulations of the other while on the premises of the other and that of the Customer, including those relating to the safeguarding of classified and/or proprietary information. Both parties each shall indemnify and hold the other harmless from any and all claims, actions, damages and liabilities (including attorney's fees) arising directly and proximately out of the indemnifying party's negligence,



PLAINTIFF'S
EXHIBIT
1

or willful, wanton, or reckless conduct resulting in death or bodily injury to any person or damage to any real or tangible personal property. Without limiting these undertakings in any way, each Party shall maintain public liability and property damage insurance in reasonable limits covering the obligations set forth above and shall maintain proper workmen's compensation insurance covering all employees performing under this Agreement.

B.      In no event, whether through arbitration or court proceeding, shall either party be liable for special or consequential damages of any kind or nature whether alleged to be attributed to any breach by either party of this Agreement, to tort for negligence or otherwise caused, except to the extent of the indemnification set forth in paragraph A. above, for tort claims resulting in death, bodily injury, or property damage.

**ARTICLE 2.7        CLAIMS RELATED TO GOVERNMENT PRIME CONTRACTS**

Since the customer is the U.S. government, the provisions of this Article will apply. If a decision relating to a claim is made by the contracting officer of the government customer, and such decision pertains to the subject matter of this Subcontract, then such decision shall be binding upon Subcontractor with respect to such matter. If, as a result of any such decision, TRINITY TECHNOLOGY GROUP, INC. is unable to obtain payment or reimbursement from the Government, under the Prime Contract for, or is required to refund or credit to the government, any amount with respect to any item or matter for which TRINITY TECHNOLOGY GROUP, INC. has reimbursed or paid Subcontractor, Subcontractor shall, on demand, promptly repay such amount to TRINITY TECHNOLOGY GROUP, INC. TRINITY TECHNOLOGY GROUP, INC.'s maximum liability for any matter connected with or related to this Subcontract which was properly the subject of a claim against the Government under the Prime Contract is the amount of TRINITY TECHNOLOGY GROUP, INC. recovery from the Government for that claim.

**ARTICLE 2.8        GOVERNMENT PROVISIONS AND CERTIFICATIONS**

Since this Subcontract is issued under a Government prime contract, then provisions of Part 3.0, Government Provisions, of the Subcontract shall apply.

**ARTICLE 2.9        DISPUTES**

A.      Both parties shall attempt to mutually dispose of good faith disputes concerning questions of fact and/or law arising hereunder. Any dispute that is not settled by the parties shall be decided by a court of competent jurisdiction in the state of Virginia.

B.      If negotiation is unsuccessful, Buyer and Seller may agree to enter into binding Arbitration. The American Arbitration Association (AAA) Commercial Arbitration Rules (most recent edition) are to govern this Arbitration. The Arbitration shall take place in the State of Virginia. The Arbitrator shall be bound to follow the applicable Subcontract provisions and Virginia law in adjudicating the dispute. It is agreed by both parties that the Arbitrator's decision is final, and that no party may take any action, judicial or administrative, to overturn this decision. The judgment rendered by the Arbitrator may be entered in any court having jurisdiction thereof.

C.      Pending resolution of any dispute, Subcontractor agrees to proceed diligently with the performance of this Subcontract.

**ARTICLE 2.10       NOTICE TO ACT OF DELAYS**

If Subcontractor encounters difficulty in meeting performance requirements, anticipates difficulty in complying with this Subcontract's delivery schedule or dates, or has knowledge that any actual or



PLAINTIFF'S
EXHIBIT
1

potential situation is delaying or threatens to delay the timely performance of this Subcontract; Subcontractor shall immediately notify TRINITY TECHNOLOGY GROUP, INC. in writing, explaining in detail reasons for delay. This notification shall be informational only, and compliance with this provision shall not be construed as a waiver by TRINITY TECHNOLOGY GROUP, INC. of any delivery schedule or date or of any rights or remedies.

**ARTICLE 2.11        ASSIGNMENT**

Neither party may assign this Subcontract, in whole or in part, without the prior written permission of the other party.

**ARTICLE 2.12        MODIFICATIONS/WAIVERS**

Neither this Subcontract nor any term, condition, or provision hereof, may be altered, changed, or modified in any manner whatsoever except upon the mutual agreement of both parties evidenced by a modification to the Subcontract that is signed by both parties.

**ARTICLE 2.13        PUBLIC RELEASES**

No news release, public announcement, or advertising material pertaining to this Subcontract or the Work shall be issued by Subcontractor without the prior review and written consent of TRINITY TECHNOLOGY GROUP, INC.

**ARTICLE 2.14        COMMUNICATIONS WITH CUSTOMER**

Subcontractor shall not engage Customer in discussions relative to disputes between TRINITY TECHNOLOGY GROUP, INC. and Subcontractor or any other matter that may adversely impact TRINITY TECHNOLOGY GROUP, INC. relations with the Customer.

**ARTICLE 2.15        NOTICES**

Any notice or other communication required hereunder shall be in writing and shall be sufficiently given if personally delivered or sent by confirmed facsimile, confirmed overnight delivery, or by first class mail, return receipt requested, postage prepaid, and addressed to the other party at its respective address or facsimile number (as applicable) shown in Article 1.4, "Subcontract Administrator."  Any notice provided hereunder shall be deemed to have been given and received as shown below:

| Type of Delivery | Given and Received |
| --- | --- |
| Personally delivered | Immediately upon delivery |
| Facsimile | Immediately after transmission during normal business hours (0800 – 1700 EST) |
| Mailed by Overnight Delivery | 24 hours after mailed and signed receipt |
| First Class Mail (Return Receipt) | Upon delivery and signed receipt |

**ARTICLE 2.16        SEVERABILITY**

If any provision of this Subcontract is or becomes void or unenforceable by force or operation of law, the other provisions shall remain valid and enforceable.

**ARTICLE 2.17        ORDER OF PRECEDENCE**

In the event of an inconsistency in this Subcontract, unless otherwise provided herein, the inconsistency shall be resolved by giving precedence in the following order:

    A.    Part 1.0  Schedule
    B.    Part 2.0  General Provisions
    C.    Part 4.0  Supplemental Provisions
    D.    Part 3.0  Government Provisions
    E.    Part 5.0 Statements of Work and/or Specifications



PLAINTIFF'S EXHIBIT
1

      F.       Part 6.0   Attachments

**ARTICLE 2.18**　　　**SURVIVABILITY**
The terms of Article 2.2, "Nondisclosure," Article 2.4, "Warranty," Article 2.5, "Termination," Article 2.6, "Indemnity," Article 2.9, "Disputes," Article 2.13, "Public Releases," and Article 2.14, "Communications with Customer" shall survive the expiration or earlier termination of this Subcontract, as well as those provisions of Part 3.0, "Government Provisions" and Part 4.0, "Supplemental Provisions," which, by the nature of their terms, shall survive.

**ARTICLE 2.19**　　　**CHOICE OF LAW**
This Subcontract shall be governed by and construed in accordance with the laws of the state of Virginia without regard to its conflicts of laws provisions.

**ARTICLE 2.20**　　　**COMPLETE AGREEMENT**
This Subcontract is the complete and exclusive statement of the understandings between the parties with regard to the subject matter hereof and supersedes in its entirety any previous understandings between the parties, whether oral or written.



PLAINTIFF'S
EXHIBIT
1

**PART 3.0**

**SECTION A – FAR CLAUSES**

**GOVERNMENT PROVISIONS**

**FIRM FIXED PRICE, FIXED PRICE LEVEL OF EFFORT, LABOR HOURS, TIME AND MATERIAL AND / OR TIME AND MATERIAL/AWARD FEE**

The following clauses set forth in the Federal Acquisition Regulation (FAR), as amended and modified below, are applicable to this Subcontract. Without limiting the Subcontract provisions, the FAR clauses are incorporated by reference into this subcontract with the same force and effect as though set forth in full text. The dates of the FAR clauses incorporated by reference are the same as the corresponding clause in the prime contract or higher tier subcontract. The following definitions shall apply to this Subcontract except as otherwise specifically provided.

**3.1    DEFINITIONS**

The following definitions apply unless otherwise specifically stated:

**"Buyer"** - the legal entity issuing this Order.

**"Purchasing Representative"** - Buyer's authorized representative.

**"Subcontractor"** - the legal entity which contracts with the Buyer.

**"This Order"** - this contractual instrument, including changes.

**"Prime Contract"** - the Government contract under which this Order is issued.

**"FAR"** - the Federal Acquisition Regulation.

**3.2    FAR CLAUSES APPLICABLE TO THIS ORDER**
The clauses in FAR Subpart 52.2 referenced in subparagraph (a) above and those clauses referenced and checked in subparagraph (b) below, in effect on the date of this Order, are incorporated herein and made a part of this Order. To the extent that an earlier version of any such clause is included in the Prime Contract or Subcontract under which this Order is issued, the date of the clause as it appears in such Prime Contract or Subcontract shall be controlling and said version shall be incorporated herein. In all such clauses, unless the context of the clause requires otherwise, the term "Contractor" shall mean Subcontractor, the term "Contract" shall mean this Order, and the terms "Government," "Contracting Officer" and equivalent phrases shall mean Buyer and Buyer's Purchasing Representative, respectively. It is intended that the referenced clauses shall apply to Subcontractor in such manner as is necessary to reflect the position of Subcontractor as a subcontractor to Buyer, to insure Subcontractor's obligations to Buyer and to the United States Government, and to enable Buyer to meet its obligations under its Prime Contract or Subcontract.



PLAINTIFF'S
EXHIBIT
1

| FAR Reference | Title of Clause |
|---|---|
| 52.202-1 | DEFINITIONS |
| 52.203-3 | GRATUITIES |
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES |
| 52.203-6 | RESTRICTION ON SUBCONTRACTOR SALES TO THE GOVERNMENT (IF ORDER EXCEEDS $100,000) |
| 52.203-7 | ANTI-KICKBACK PROCEDURES |
| 52.203-8 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (IF ORDER EXCEEDS THE SIMPLIFIED ACQUISITION THRESHOLD) |
| 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (IF ORDER EXCEED THE SIMPLIFIED ACQUISITION THRESHOLD) |
| 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (IF ORDER EXCEEDS $100,000) |
| 52.204-2 | SECURITY REQUIREMENTS |
| 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN, SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (IF ORDER EXCEEDS $25,000) |
| 52.211-5 | MATERIAL REQUIREMENTS |
| 52.211-6 | BRAND NAME OR EQUAL |
| 52.211-15 | DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS |
| 52.215-8 | ORDER OF PRECEDENCE – UNIFORM CONTRACT FORMAT |
| 52.216-18 | ORDERING |
| 52.216-19 | ORDER LIMITATIONS |
| 52.216-22 | INDEFINITE QUANTITY |
| 52.219-6 | NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE |
| 52.219-8 | UTILIZATION OF SMALL BUSINESS CONCERNS |
| 52.219-14 | LIMITATION ON SUBCONTRACTING |
| 52.222-20 | WALSH-HEALY PUBLIC CONTRACTS ACT |
| 52.222-21 | PROHIBITION OF SEGREGATED FACILITIES |
| 52.222-26 | EQUAL OPPORTUNITY |
| 52.222-35 | AFFIRMATIVE ACTION FOR SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS |
| 52.222-36 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES |
| 52.222-37 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS |
| 52.222-43 | FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT ACT-PRICE ADJUSTMENTS (MULTIPLE YEAR AND OPTION CONTRACTS) |
| 52.222-44 | FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT ACT-PRICE ADJUSTMENTS |



| FAR Reference | Title of Clause |
|---|---|
| 52.223-6 | DRUG-FREE WORKPLACE |
| 52.225-11 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES |
| 52.227-1 | AUTHORIZATION AND CONSENT |
| 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT |
| 52.227-3 | PATENT INDEMNITY |
| 52.228-5 | INSURANCE – WORK ON A GOVERNMENT INSTALLATION |
| 52.229-3 | FEDERAL, STATE, AND LOCAL TAXES |
| 52.229-5 | TAXES – CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO |
| 52.230-2 | COST ACCOUNTING STANDARDS |
| 52.230-3 | DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING STANDARDS |
| 52.230-4 | CONSISTENCY IN COST ACCOUNTING PRACTICES |
| 52.232-23 | ASSIGNMENT OF CLAIMS |
| 52.233-1 | DISPUTES |
| 52.237-2 | PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT, AND VEGETATION |
| 52.239-1 | PRIVACY OR SECURITY SAFEGUARDS |
| 52.242-13 | BANKRUPTCY |
| 52.242-15 | STOP-WORK ORDER |
| 52.242-17 | GOVERNMENT DELAY OF WORK |
| 52.244-2 | SUBCONTRACTS |
| 52.245-2 | GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) |
| 52.246-6 | INSPECTION OF SERVICES – FIXED-PRICE |
| 52.247-34 | F.O.B. DESTINATION |
| 52.249-2 | TERMINATION FOR CONVENIENCE OF GOVERNMENT |
| 52.249-8 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) |
| 52.251-1 | GOVERNMENT SUPPLY SOURCES |
| 52.252-2 | CLAUSES INCORPORATED BY REFERENCE |
| 52.253-1 | COMPUTER GENERATED FORMS |



PLAINTIFF'S
EXHIBIT
1

## PART 4.0

## SUPPLEMENTAL PROVISIONS

**4.1    SECURITY REQUIREMENTS**

A.     The Government requires security clearances of SECRET or higher for performance under this contract.

B.     The level of classified access required shall be indicated on DD-254 or other appropriate form.



## PART 5.0

## STATEMENT OF WORK
## FOR
## INFORMATION TECHNOLOGY AND CUSTOMER SERVICE SUPPORT

**SCOPE OF WORK:** Tauran Management Group (Tauran) will provide:

- Experienced contractor IT staff to maintain all aspects of TRINITY IT infrastructure

- Concourse Recruiting platform

- Centralized data storage so that every onsite management and corporate personnel receive the core data necessary from the same data source

  - Secure, cloud based, HRIS system customized to the unique requirements of an SPP government contractor

  - No more manually updating multiple systems, databases and spreadsheets

- Automation of administrative tasks

  - Allowing managers more time to focus on employees

  - Allowing employees more time to focus on customers

  - Allows for standardization of processes

- Customer Service claims tracking system and Customer Service administration

  - No more receiving calls from customers via cell phone while simultaneously working with employees and on-site customers

  - Professional Customer Service representatives will improve your customers and your managers experience

Tauran's solution will integrate and enable Trinity to fully realize the benefits of improved productivity throughout the lifecycle of a contract, a project, or an employee. Tauran will provide the training and support for any new solution(s) that ensures staff can ramp up quickly and realize concrete improvements in employee morale and customer satisfaction.

Deliverables Include:



PLAINTIFF'S
EXHIBIT
1

Experienced IT Personnel
- IT Program Manager
  - Manage local and remote network infrastructure
  - Develop IT policies, procedures and compliance
  - Develop company systems security standards
  - Develop and manage online property/web development and hosting
- IT Technician
  - Maintain computer systems, hardware and peripherals
- IT Cloud User Support
  - Maintain client cloud computing infrastructure and applications

Concourse Premium Support
- Hosting of Concourse on world class secured network infrastructure
- Helpdesk support
  - Provide clerical level support in response to requests
- Custom report building & routine customizations

Customer Service platform
- Concourse integrates seamlessly with Passenger's First allowing for complete administration of Trinity's claim process
- Experienced Customer Service Representatives and Program Managers to respond to and administer all claims

Concourse User Licenses

As a strategic partner to Trinity Technology Group, TMG provides an integrated HRIS, customer service, communications and operational support platform.

Premium Concourse Support
TMG provides management and administrative support along with programmers to provide end users, managers and HR department support and further customize the platform to Trinity's exact specifications. Monthly support includes:
- Hosting of Concourse on world class secured network infrastructure.
- HRIS Helpdesk support – est. 40 hours/week up to 500 employees
  - Administer helpdesk requests
  - Provide clerical level support in response to requests
- Project Management support – est. 20 hours/week up to 500 employees
  - Onsite and remote Project management support to client corporate and offsite locations
- Software Development support – est. 20 hours/week up to 500 employees
  - Custom report building & routine customizations

IT Project Manager

PLAINTIFF'S
EXHIBIT
1

TMG's IT Project management staff will handle:
- All aspects of local and remote network infrastructure management
    - Configure and maintain firewall and servers
    - Design, develop and manage intranet/extranet and associated software
- Analysis of all IT equipment and software needs and the corresponding installation, upgrades, and maintenance
- Development and management of I.T. policies, procedures and compliance
- Develop & maintain C.O.O.P / Disaster Recover Communications System
- Develop and maintain company systems security standards
- Vendor and resource relationship development and management
- Development and management of all online property/web development and hosting
- Multi and Print Media Production
- Internal and cell phone systems management, purchase, installation, upgrades

<u>Recruiting Support</u>
TMG will identify and present pre-qualified candidates according to the respective specifications and requirements provided by Client.
- In the event Client hires an individual Candidate presented by TMG, the Client will pay $1,500. The fee will be due and payable within seven days (7) of when the Candidate begins employment with Client.
- Candidates presented by TMG shall be conclusively presumed to have been introduced to Client by TMG unless Client notifies TMG in writing within twenty-four (24) hours of initial presentation that a Candidate has been identified by Client prior.

**MONTHLY STATUS REPORT:  Each month the Subcontractor shall issue a monthly status report to include,** a brief summary of significant activities, problems and developments occurring during the reporting period.  This report should also provide a technical activity summary and must be received by TRINITY TECHNOLOGY GROUP, INC. Technical Representative, via e-mail no later than the 6th of each month.

**QUARTERLY INVENTORY REPORT:  At the end of each quarter the Subcontractor shall issue an inventory report.**  This report should list all current inventory with item number (if available), description, quantity, manufacturer and value by location.  This report must be received by TRINITY TECHNOLOGY GROUP, INC. Technical Representative, via e-mail no later than the 5th business day after the end of the quarter.



PLAINTIFF'S
EXHIBIT
1

# PART 6.0
# ATTACHMENTS

# ELEMENTS REQUIRED SUBCONTRACT INVOICE
## (SAMPLE FORMAT PROVIDED BELOW):

**Trinity Technology Group**

**INVOICE**

**ORIGINAL**

Invoice Number:
Date:
Terms:

Assigned To: United Bank
P.O. Box 872, Fairfax, Virginia 22038
Attention: Government Contracting
(703) 442-7164

| For Services Provided to: | | Funded | | | Remaining |
|---|---|---|---|---|---|
| VMD-MT Security LLC | CLIN 1401B: | 533,107.20 | CLIN 1301B: | $ | 296,306.40 |
| Attn: Accounting Department | CLIN 1401B TRAVEL: | 2,980.78 | CLIN 1301B TRAVEL: | $ | 2,909.42 |
| 11440 Commerce Park Dr. | CLIN 1401B ODC's: | 15,034.29 | CLIN 1301B ODC's: | $ | 7,897.10 |
| Ste. 400 | CLIN 1401C: | 960,378.95 | CLIN 1301C: | $ | 586,800.64 |
| Reston, VA 20191 | | 1,511,501.22 | | $ | 893,913.56 |

| | | | | % expended |
|---|---|---|---|---|
| A/R point of contact: | | | CLIN 1401B: | 76% |
| Walter Grayson, Accounting Manager | | | CLIN 1401B TRAVEL: | 2% |
| 10687 Gaskins Way, Ste 200 | | | CLIN 1401B ODC's: | 47% |
| Manassas, VA 20109 | | | CLIN 1401C: | 39% |
| Phone: 703-345-1667 | | | | |
| Email: wgrayson@trinitytechnologygroup.com | | | | |

| Prime Contract HSTS05-12-C-SPP036 | Period of Performance: 07/01/16 - 06/30/17 |
|---|---|
| Subcontract No. 2012-TRIN-001 | BILL PD FROM: 04/01/17 |
| Task Order No.: 005 | BILL PD TO: 04/30/17 |

| CLIN | Description | Employee Name | Current Hours | Current Rate | Current Billable | Cumulative Hours Billed | Cumulative Billed |
|---|---|---|---|---|---|---|---|
| 1401B | | SECURITY SCREENING SERVICES - TUP | | | | | |
| | STSO/Site Lead | Ervonia Stasko | - | $ 66.03 | $ - | 1,326.70 | $ 87,602.00 |
| | | STSO/Site Lead Total - TUP | - | | $ - | 1,326.70 | $ 87,602.00 |
| | STSO | Ervonia Stasko | - | $ 56.63 | $ - | 11.50 | $ 651.25 |
| | STSO | Lawrence Allbee | - | $ 56.63 | $ - | 596.0 | $ 33,751.48 |
| | STSO | Mario O'Neal | - | $ 56.63 | $ - | 690.8 | $ 39,120.00 |
| | STSO | Perry Young | - | $ 56.63 | $ - | 117.0 | $ 6,625.71 |
| | | STSO - TUP | - | | $ - | 1,415.3 | $ 80,148.44 |
| | TSO | Lawrence Allbee | - | $ 36.00 | $ - | 792.4 | $ 28,526.40 |
| | TSO | Mario O'Neal | - | $ 36.00 | $ - | 651.5 | $ 23,454.00 |
| | TSO | Janet McBrayer | - | $ 36.00 | $ - | 1,365.7 | $ 49,165.20 |
| | TSO | Perry Young | - | $ 36.00 | $ - | 1,134.7 | $ 40,849.20 |
| | TSO | Heather White | - | $ 36.00 | $ - | 1,346.8 | $ 48,484.80 |
| | TSO | Casey Swindle | - | $ 36.00 | $ - | 1,286.7 | $ 46,321.20 |
| | | TSO Total - TUP | - | | $ - | 6,577.8 | $ 236,800.80 |
| | | Total TUP Labor | - | | $ - | 9,319.8 | $ 404,551.24 |
| 1401B | TRAVEL - TUP | Per Attached | - | $ 71.36 | $ - | | $ 71.36 |
| 1401B | ODC's - TUP | Per Attached | - | $ 55.84 | $ - | | $ 7,137.19 |
| | | TUP Total Billable (Labor, Travel & ODC's) | - | | $ - | 9,319.8 | $ 411,759.79 |
| 1401C | | SECURITY SCREENING SERVICES - EYW | | | | | |
| | LTSO | Ricky Adkins | - | $ 45.17 | $ - | 439.3 | $ 19,843.18 |
| | LTSO | Christian Silva-Flores | - | $ 45.17 | $ - | 1,112.6 | $ 50,256.14 |
| | | LTSO Total - EYW | - | | $ - | 1,551.90 | $ 55,012.54 |
| | TSO | Christian Silva-Flores | - | $ 37.26 | $ - | 463.0 | $ 17,251.38 |
| | TSO | Patricia Zottola | - | $ 37.26 | $ - | 951.8 | $ 35,464.07 |
| | TSO | Sammie Mims | - | $ 37.26 | $ - | 647.6 | $ 24,129.58 |
| | TSO | Dawn Dumas | - | $ 37.26 | $ - | 1,535.0 | $ 57,194.10 |
| | TSO | Tyrone Pratt | - | $ 37.26 | $ - | 1,533.7 | $ 57,145.66 |
| | TSO | Katalin Juliana | - | $ 37.26 | $ - | 1,728.2 | $ 64,392.73 |
| | TSO | Robert Tapan | - | $ 37.26 | $ - | 881.3 | $ 32,837.24 |
| | TSO | Glenn Kapsch | - | $ 37.26 | $ - | 209.9 | $ 7,820.87 |
| | TSO | Michael Loy | - | $ 37.26 | $ - | 194.4 | $ 7,243.34 |
| | | TSO Total - EYW | - | | $ - | 8,144.9 | $ 303,478.97 |
| | | Total EYW Labor | - | | $ - | 9,696.8 | $ 373,578.31 |
| 1401 | TRAVEL - EYW | Per Attached | - | $ 1,597.50 | $ - | | $ 1,597.50 |
| | | EYW Total Billable (Labor, Travel & ODC's) | - | | $ - | 9,696.8 | $ 375,175.81 |

| Payment to: | United Bank, Vienna, Virginia |
|---|---|
| | Assignee, Trinity Technology Group, Inc |
| Tax ID #: | 45-0494372 |
| DUNS #: | 12-643-6331 |
| EFT: | 056004445 |
| Account Number: | 7084-4659 |

This invoice includes labor corrections for
Christian Silva-Flores, he was promoted to LTSO
effective 09/18/16.

| TOTAL BILLING | | | | | $ - | 19,016.6 | $ 786,935.60 |
|---|---|---|---|---|---|---|---|

Proprietary Information





Tauran Management Group | 122 W. 14ᵗʰ St., Suite 8 | Front Royal, VA 22630

# NONDISCLOSURE AGREEMENT

### By and between

### TAURAN MANAGEMENT GROUP LLC. and LANTERIA, LLC

THIS AGREEMENT (hereinafter referred to as the "Agreement") made effective this 25th day of August, 2015, by and between Tauran Management Group llc (hereinafter referred to as "TMG"), a Virginia corporation, with its principal place of business at 122 W. 14ᵗʰ St, Suite 8, Front Royal, Virginia 22630, and Lanteria, LLC a Delaware corporation, having its principal place of business at 13 Chenell Dr, Suite 2, Concord, NH 03301, each or both of which shall also hereinafter be referred to as the "Party" or "Parties," respectively.

WHEREAS, the Parties represent that they each possess or may in the future possess certain technical, business, financial and other information which it considers proprietary to it; and

WHEREAS, it is recognized that, in order to consider business opportunities that may be of interest to the Parties and in connection with any current or future contractual relationship between the Parties, it may be both necessary and desirable that the Parties exchange the above-described proprietary information.

NOW THEREFORE, in consideration of receipt of such Proprietary Information and the mutual promises made herein, the Parties agree as follows:

1. The term "Proprietary Information" means all information and data relating to the Parties' technology, products, services or other business, in whatever form such information may be disclosed, including, without limitation: (i) product or service information, including designs and specifications, development plans, patent applications, and strategy; (ii) marketing information, including lists of potential or existing customers or suppliers, marketing plans and surveys; (iii) computer software, including codes, flowcharts, algorithms, architectures, menu layouts, routines, report formats, data compilers and assemblers; and (iv) financial information, including sales, pricing and revenue information; and if applicable, (v) Government programmatic information and information concerning TMG and its contractors. For Proprietary Information exchanged in relation to a Government proposal or other Government opportunity, the parties shall treat the Proprietary Information in strict accordance with the Procurement Integrity Act. Under this Agreement, Proprietary Information shall include, but not be limited to, derivative and residual forms of Proprietary Information, as well as proprietary information of the Parties' client(s) and licensors, all of which shall be treated in strict accordance with the provisions herein.

"Proprietary Information" shall not include information which the recipient can prove: (i) that as of the time of receipt by the recipient is in the public domain or subsequently enters the public domain without breach of this Agreement by the recipient; (ii) that as of the time of receipt by the recipient, is already known to or in the possession of the recipient, and written notice of such prior knowledge or possession is given to the disclosing party immediately after receipt; (iii) is independently developed by or for the recipient as evidenced by the recipient's own files and records; (iv) is received in good faith by the recipient from a third party that was lawfully in possession of the information and had the right to

Page 1 of 4
NDA Rev. Aug. 2015





disclose the same; (v) is disclosed to third parties by the disclosing party on a non-confidential basis; or (vi) that the Parties mutually agree in writing to release from the terms of this Agreement. The burden of proof that Proprietary Information is subject to one of the above exclusions shall be borne by the party claiming such exemption.

2. Each party agrees that, for five (5) years after receipt of Proprietary Information under this Agreement, or for the duration of a resulting contract, whichever is longer, such Proprietary Information received from the other party: (i) will only be used for the purpose of the Opportunities; (ii) will not be disclosed to any third party without prior written approval of the disclosing party; (iii) may only be disclosed within the receiving organization on a "need-to-know" basis to persons who have been advised of the existence of this Agreement and agree to be bound by its terms; (iv) will be treated with at least the same degree of care as the recipient treats its own Proprietary Information, but in no event with less than a reasonable degree of care; (v) will be copied only to the extent necessary for the purpose of the Opportunities; and (vi) will remain the property of the disclosing party.

3. In the event either party receives a subpoena or other validly issued administrative or judicial process demanding confidential or proprietary information of the other party, the recipient shall promptly notify the disclosing party and tender to it the defense of such demand. Unless the demand shall have been timely limited, quashed, or extended, the recipient shall thereafter be entitled to comply with such demand to the extent permitted by law. If requested by the party to whom the defense has been tendered, the recipient shall cooperate (at the expense of the requesting party) in the defense of a demand.

4. All information to be treated as Proprietary Information shall be marked as such when it is disclosed in written form, and, in the event information that is intended to be treated as Proprietary Information is disclosed verbally, the disclosing party shall identify the Proprietary Information as such at the time of verbal discussions. Neither the execution and delivery of this Agreement, nor the furnishing of any Proprietary Information by the Parties hereunder shall be construed as granting to any other party to this Agreement, either expressly, by implication, estoppel, or otherwise, a license under any trademark, patent, copyright or any other intellectual property right hereafter owned or controlled by the party furnishing same.

5. Each party acknowledges that unauthorized disclosure or use of the other party's Proprietary Information could cause irreparable harm and significant injury to the other party that may be difficult to ascertain. Accordingly, each party agrees that the other party shall have the right to seek and obtain immediate injunctive relief from breach or threatened breach of this Agreement, in addition to any other rights and remedies it may have.

6. Each party shall return to the disclosing party the original and all copies of written information furnished to the other upon the disclosing party's request or upon the recipient's determination that it no longer has a need for such Proprietary Information.

7. Each party agrees not to disclose or use any Proprietary Information of the other party in any manner, directly or indirectly, for the purpose or with the result of obtaining, for itself or any third party, an advantage, benefit or gain, whether real or potential, over the general public, whether in connection with investing or trading in securities or for any other purpose other than the Opportunities. Each party acknowledges that such use or disclosure of Proprietary Information may constitute insider trading in violation of federal law, resulting in severe sanctions on individuals and the corporate entities involved in insider trading.





Page 2 of 4
NDA Rev. Aug. 2015



8.  Nothing in this Agreement is intended to, or shall be deemed to, constitute a joint venture or partnership of any kind between, the Parties nor any separate business entity.

9.  Each party shall bear its own respective costs, expenses, risks and liabilities arising from its activities hereunder.

10. The parties agree that, during the term of this Agreement and for a period of one (1) year thereafter, neither party shall solicit for employment employees of the other party met or learned of through discussions related to this Agreement, nor seek to entice, attract, or induce such employees to leave the employ of the other party, without the prior written permission of an authorized representative of the other party.

11. The Parties agree that all obligations undertaken herein shall survive and continue after any termination of this Agreement.

12. This Agreement is accepted in the Commonwealth of Virginia and its validity shall be determined under and its terms construed in accordance with the laws of the Commonwealth of Virginia without regard to principles of conflicts of law.

13. This Agreement constitutes the entire understanding between the Parties with respect to the subject matter hereof and supersedes all other understandings or representations, oral or written, relating thereto. This Agreement may not be modified except by a written document executed by both Parties.

IN WITNESS WHEREOF, the Parties hereto have, through duly authorized representatives, executed this Agreement effective as of the day, month and year set forth above.

| COMPANY | | TAURAN MANAGEMENT GROUP LLC. | |
|---|---|---|---|
| By: | | By: | |
| Name: | Mr. Kayne S Kreitzer | Name: | Mr. Jamal Parker |
| Title: | Director of Sales & Operations | Title: | Operations Manager |
| Date: | August 25, 2015 | Date: | August 25, 2015 |



Page 3 of 4
NDA Rev. Aug. 2015







PLAINTIFF'S
EXHIBIT
2

Page 4 of 4
NDA Rev. Aug. 2015



Confidential and Proprietary

| | |
|---|---|
| From: | Jamal Parker |
| To: | "Kayne Kreitzer" |
| Cc: | Beth Parker |
| Subject: | RE: TMG / Lanteria NDA |
| Date: | Thursday, September 3, 2015 10:35:14 AM |
| Attachments: | image001.png |

Hi there,

Ok, one quick question I wanted to confirm. Our client(s) will be using DelTek as their accounting system and PayChex as their payroll provider. The more we can integrate with those the better. Basic integration will be mission critical as we don't save them much effort if they have to rekey any information to payroll. So the question is, things like Leave Accrued and Leave Used that are tracked in Lanteria... would stats like that be batch exportable to Accounting and Payroll? Is this integration what's included in the Implementation costs or is that additional?

As for the pricing. We do use a computer management system from Dell called Kace. This system requires that we maintain 2 blades here in our rack. Now, if you could use that same system to host Lantera/Azure then that might make it easier for us. I do have an additional server blade that I can reconfigure if necessary, so I guess we have some on premise options... I'll have to re-run the numbers.

The pricing, though steep for us is workable with the payment terms you've stated. Paying quarterly. I would like to go with the full platform as the product cost isn't much more, however I can't work the numbers to swallow the additional $10,000 in start-up. I'm asking them to double their yearly outlay based on the product features, but that means that they would be spending three times as much the first year. I appreciate you working with me though because I'd really like to make this work for them (us). I'll keep massaging the numbers...

Partnership:

We've still never really gone over what this means to you guys, so I wanted to state what I'd like to do.

We really need to be able to configure a version of your software to our audience like we're in the process of doing on the demo you provided. I'd like to be able to use the demo you provided ongoing to pitch the software to potential clients.

The government contracting niche that we are in has about 7 companies in it. The government will be soon soliciting for companies to join this list. We hear they are looking to add between 25 and 45 more companies (new clients for me!). We think we can grab 2 or 3 of the original 7 and be in place when the additional ones enter the space. They will be brand new to this with no past performance and luckily TMG will be there with the products, services and experience necessary to lay the foundation of their new ventures. With our current hardware management system overlaid with the TMG customized Lanteria product we'll be able to manage nearly all of the infrastructure needs allowing them to focus on operations which is what their primary competency is. The easiest way in my mind for us to do this is to leave our demo up so we can continue to develop and customize. It'll allow us to use the product for TMG , testing all the features and options that will allow us to continue to customize our product for our clients and foresee any additional needs they may have. Ok, again thanks for working this through we me, I think we're pretty close to sorting it out.

Regards,



PLAINTIFF'S
EXHIBIT

3



**From:** Kayne Kreitzer [mailto:Kayne.Kreitzer@lanteria.net]
**Sent:** Thursday, September 3, 2015 8:40 AM
**To:** Jamal Parker <jamalp@taurangroup.com>
**Subject:** RE: TMG / Lanteria NDA

Hi Jamal,

On premise means that it is installed in a server you provide. That could be an Azure environment you pay for, server in-house, or any other location. I would also like to note that the licensing and implementation are one-time costs with an on premise installation.

If you want us to take care of hosting in Azure for you, it would become hosted and is billed yearly (usually) as a SaaS. Please see below for the costs associated with hosted:

For Lanteria HR (FULL EDITION), hosted, and 300 licenses:

| Licensing, Hosting, Support (yearly) | $ 13,577.67 |
| --- | --- |
| Total Implementation | $ 15,000.00 |
| GRAND TOTAL: | $ 28,577.67 |

For Lanteria Core HR & Recruiting, on premise installation, and 300 licenses:

| Licensing, Hosting, Support (yearly) | $ 11,090.67 |
| --- | --- |
| Total Implementation | $ 5,000.00 |
| GRAND TOTAL: | $ 16,090.67 |

Let me know if you have any questions.

Cheers,

*~Kayne*

**Kayne Kreitzer** | Director of US Sales & Operations
Direct: (603) 290-5898 | Main: (866) 568-2002 ext. 101 | www.Lanteria.com
Use My Calendar Link to schedule a meeting with me.

**From:** Jamal Parker [mailto:jamalp@taurangroup.com]
**Sent:** Wednesday, September 2, 2015 10:21 AM
**To:** Kayne Kreitzer <Kayne.Kreitzer@lanteria.net>
**Subject:** RE: TMG / Lanteria NDA

Kayne,

To clarify, 'on premises' means at my location here or in the cloud? What's the cloud set-up pricing?
Thanks

**From:** Kayne Kreitzer [mailto:Kayne.Kreitzer@lanteria.net]
**Sent:** Thursday, August 27, 2015 6:15 PM



PLAINTIFF'S EXHIBIT
3

**To:** Jamal Parker <jamalp@taurangroup.com>

**Subject:** RE: TMG / Lanteria NDA

Hi Jamal,

I had a discussion with my director and we have agreed that we can offer quarterly payments for our product. I have also gotten approval to offer an additional 10% off the Licensing cost of the Full Edition, if we close this within the month. Please see below for two different scenarios:

For Lanteria HR (FULL EDITION), on premise installation, and 300 licenses:

| Selected Modules License Cost | $ 16,740.00 |
|---|---|
| Total Implementation | $ 15,000.00 |
| Annual Support | $ 2,511.00 |
| GRAND TOTAL: | $ 34,251.00 |

For Lanteria Core HR & Recruiting, on premise installation, and 300 licenses:

| Selected Modules License Cost | $ 13,600.00 |
|---|---|
| Total Implementation | $ 5,000.00 |
| Annual Support | $ 2,040.00 |
| GRAND TOTAL: | $ 20,640.00 |

Let me know your thoughts on this.

Cheers,

*~Kayne*

**Kayne Kreitzer** | Director of US Sales & Operations

Direct: (603) 290-5898 | Main: (866) 568-2002 ext. 101 | www.Lanteria.com

Use My Calendar Link to schedule a meeting with me.



-----Original Message-----

From: Jamal Parker [mailto:jamalp@taurangroup.com]

Sent: August 26, 2015 3:55 PM

To: Kayne Kreitzer <Kayne.Kreitzer@lanteria.net>

Subject: RE: TMG / Lanteria NDA

Kayne,

Attached are your signed documents. Originals are in the mail. Please sign and return a copy to me via US Mail.

Very excited to get started, let me know where we are when you get more info.

Regards,

On 2015-08-25 21:25, Kayne Kreitzer wrote:

> Hi Jamal,

>

> Attached you will find the completed NDA agreement.

>

> Look forward to discussing in more detail.

>

> Cheers,

> ~Kayne



PLAINTIFF'S EXHIBIT

3

>

> Kayne Kreitzer | Director of US Sales & Operations

> Direct: (603) 290-5898 | Main: (866) 568-2002 ext.

> 101 | www.Lanteria.com

>

> Use My Calendar Link to schedule a meeting with me.

>

>

>

>

> -----Original Message-----

> From: Jamal Parker [mailto:jamalp@taurangroup.com]

> Sent: Tuesday, August 25, 2015 3:51 PM

> To: Kayne Kreitzer <Kayne.Kreitzer@lanteria.net>

> Subject: TMG / Lanteria NDA

> Importance: High

>

> Kayne,

>

> Please find attached a blank NDA.

>

> Please edit with your company information and return asap.

>

> I'd like to get this executed so we can move forward.

>

> Regards,

--

JAMAL PARKER

Operations Manager

_Tauran Management Services_

122 W. 14th St.

Suite 8

Front Royal, VA 22630

540-685-1466 ext. 801



PLAINTIFF'S
EXHIBIT
3



# Authorized Partner Agreement

This Partner Agreement, including the attached addendums ("Agreement"), is made and entered into as of 10/20/2015 ("Effective Date") by and between:

**Lanteria LLC**

13 Chenell Dr. Suite 2
Concord, NH 03301
Unites States of America

(hereinafter referred to as "LANTERIA" )

and

**Tauran Management Group**

(hereinafter referred to as "PARTNER")

Copyright © 2015 Lanteria



PLAINTIFF'S EXHIBIT
4

# Table of Contents

1    Authorized Partner Appointment ............................................................ 3

2    Definition of LANTERIA Products .......................................................... 4

3    Rights for LANTERIA Products and Ownership ....................................... 5

4    Authorized Partner Conditions ............................................................. 6

5    Authorization Benefits and Commission ................................................ 7

6    LANTERIA's Obligations ...................................................................... 8

7    License Payments to LANTERIA............................................................ 9

8    Limitation of Liability ....................................................................... 10

9    Validation and Termination ............................................................... 11

10   Circumstances Beyond Control of the Parties........................................ 12

11   Confidentiality ................................................................................ 13

12   Governing Law and Arbitration .......................................................... 14

13   General........................................................................................... 15

Addendum 1 ........................................................................................ 17

13.1   List of products to be marketed by PARTNER ..................................17
13.2   TERRITORY of PARTNER ...............................................................17
13.3   Commission .................................................................................17

Copyright © 2015 Lanteria



PLAINTIFF'S
EXHIBIT
4

# 1   Authorized Partner Appointment

a.  LANTERIA appoints PARTNER as an "LANTERIA Authorized Partner" according to the Authorized Partner Conditions set forth in Section 5 of this agreement.

b.  PARTNER will act as a Sales Partner of LANTERIA products. Due to the indented close cooperation of LANTERIA with PARTNER in both presales and aftersales and due to the projected strategic alignment to the benefit of both parties, LANTERIA prefers using the term "Partner" rather than "Sales Partner".

c.  PARTNER sales of the LANTERIA products will be limited to the TERRITORY of PARTNER, which is defined in Addendum 1 of this agreement.

d.  Professional services provided by LANTERIA to PARTNER in line with Paragraph 7e will be based on a Professional Services contract approved by both parties in accordance to the LANTERIA Default Professional Services agreement.



PLAINTIFF'S
EXHIBIT
4

Authorized Partner Agreement

# 2   Definition of LANTERIA Products

a. For the purposes of this agreement, the term LANTERIA products shall refer to those computer software products published by LANTERIA and listed in Addendum 1 of this agreement.

b. The listed products of LANTERIA in Addendum 1 are subject to change at any time.



# 3   Rights for LANTERIA Products and Ownership

a.  LANTERIA warrants that it owns the products in Addendum 1 and has the right to enter this Agreement.

b.  PARTNER acknowledges that LANTERIA is the sole owner of all the rights, title and interest of LANTERIA products, including all intellectual property rights such as copyright, trade mark and patent rights and the LANTERIA marks that are and shall remain at all times the property of LANTERIA.

c.  PARTNER further acknowledges that the LANTERIA products are copyrighted and that PARTNER is not authorized to reproduce or modify any copies of any product nor authorize any other party to do so. In no event shall PARTNER reverse engineer, translate, decompile or disassemble any of the LANTERIA products.

d.  PARTNER shall not alter or remove any copyright notices or other proprietary notices on LANTERIA products or in the Product documentation and all collaterals of LANTERIA products.

e.  PARTNER shall cause to appear in any of its advertising, publications, packaging, external communications, and the like such proprietary designations for the Product (e.g. copyright notices, trademark notices, service marks) as may from time to time be prescribed by LANTERIA.



# 4    Authorized Partner Conditions

LANTERIA will name PARTNER as "LANTERIA Authorized Partner" if the following conditions are met:

a.  PARTNER shall refrain from using competitive products to the products offered by LANTERIA.

b.  PARTNER shall promote LANTERIA products with appropriate marketing activities such as advertising, events, road-shows. At minimum, PARTNER will organize one special event focused on LANTERIA products per year. PARTNER and LANTERIA will share marketing information and align their sales and marketing activities.

c.  PARTNER shall participate in regular strategy meetings with LANTERIA (at least once a year either on phone or at PARTNER's or LANTERIA's premises) to discuss joint strategy for PARTNER's territory and contribute with its experience to the future development of LANTERIA's products for the best of both parties.

d.  PARTNER shall comply with all federal, state, provincial and municipal laws, by-laws, regulations, orders and rules of whatsoever kind relating to or affecting the conduct of its business, including without restriction, its covenants, duties and obligations hereunder.

e.  PARTNER agrees to promptly comply with any notices received from LANTERIA regarding compliance with any such laws.  Without limitation of the generality of the foregoing, PARTNER shall (at its own expense) ensure that all import/export control laws are complied with.



Authorized Partner Agreement

# 5   Authorization Benefits and Commission

a. Partner will be listed as "LANTERIA Authorized Partner" for the territory as long as this agreement is valid.

b. LANTERIA shall pay commission for license sales as defined in Addendum 1. The commission is limited to the license sales and maintenance within the TERRITORY only. Exceptions for sales outside the TERRITORY are defined in Section 8.

c. The commission is by default defined as a discounted price for PARTNER based on the default LANTERIA price list (in USD), which is subject to change upon thirty (30) days written notice. A TERRITORY specific price list may be agreed between LANTERIA and PARTNER if the purchasing power of the TERRITORY requires price adjustments in order to enable license sales in the TERRITORRY. In this case, the commission specified in Addendum 1 will apply to the new agreed TERRITORY price list.

d. The commission values are defined in Addendum 1 of this agreement.

e. LANTERIA will disclose the LANTERIA product roadmap to PARTNER during the regular strategy meetings and advice PARTNER in promotion and sales of LANTERIA products.



PLAINTIFF'S
EXHIBIT
4

Authorized Partner Agreement

# 6    LANTERIA's Obligations

a.  LANTERIA commits to support PARTNER during sales stage with collaterals, presentations in live meetings, review of customer requirements and creation of proposals.

b.  LANTERIA shall provide marketing support to PARTNER and shall cooperate with PARTNER in marketing and sales events at no cost for PARTNER. However, the expenses for sales or marketing support of LANTERIA in the TERRITORY of PARTNER shall be shared equally between both parties.

c.  LANTERIA shall provide sales trainings delivered as webcasts to partners.

d.  LANTERIA shall provide partner marketing briefings for LANTERIA products as webcasts.

e.  LANTERIA shall provide Product Maintenance and Support.



PLAINTIFF'S EXHIBIT

4

Authorized Partner Agreement

# 7   License Payments to LANTERIA

a.  PARTNER shall order LANTERIA product license keys for PARTNER's customers by purchase order sent to LANTERIA via email or fax.

b.  PARTNER agrees to pay LANTERIA within 30 days of receipt of a valid and accepted invoice for licenses and delivery of license keys, whichever comes later. Invoice and payments will always be in US currency (USD).

c.  PARTNER agrees to pay a late payment charge computed and payable monthly at the rate of one percent per month or the maximum late payment charge permitted by the State of New Hampshire, whichever is less, on any overdue amounts payable by PARTNER.

d.  Payment terms for professional services from LANTERIA to PARTNER, if applicable, are set forth in a separate Professional Service Agreement and are not covered by this agreement.

e.  PARTNER shall be responsible to pay sales taxes, customs, import duties, provincial, state and federal taxes, goods and services or other applicable taxes obligated to pay by virtue of this Agreement, excluding taxes based upon LANTERIA's net income.



PLAINTIFF'S
EXHIBIT
4

# 8  Limitation of Liability

a.  LANTERIA WILL NOT BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, INCIDENTAL, PUNITIVE OR SPECIAL DAMAGES SUSTAINED BY PARTNER IN CONNECTION WITH OR ARISING OUT OF THIS AGREEMENT, WHETHER BASED ON BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY, OR OTHERWISE, EVEN IF LANTERIA KNEW OR SHOULD HAVE KNOWN OF THE POSSIBILIY OF SUCH DAMAGES.

b.  LANTERIA'S ENTIRE LIABILITY AND PARTNER'S SOLE AND EXCLUSIVE REMEDY FOR DIRECT DAMAGES FROM ANY CAUSE RELATING TO OR ARISING OUT OF THIS AGREEMENT, REGARDLESS OF THE FORM OF ACTION, WHETHER BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY, OR OTHERWISE, WILL NOT EXCEED IN THE AGGREGATE THE CHARGES ACTUALLY PAID BY THE PARTNER PURSUANT TO THIS AGREEMENT FOR THE RELEVANT LICENSE SALES PER YEAR WHICH ARE THE SUBJECT MATTER OF OR DIRECTLY RELATED TO THE CAUSES OF ACTION ASSERTED.

c.  Except as set forth in any applicable special agreement or insurance rider, NEITHER PARTY IS REQUIRED TO OBTAIN INSURANCE FOR THE BENEFIT OF THE OTHER PARTY IN CONNECTION WITH THIS AGREEMENT. THE PARTIES ACKNOWLEDGE THAT THE FOREGOING LIMITATIONS ARE REASONABLE IN LIGHT OF THE COST OF ALTERNATIVES.



PLAINTIFF'S
EXHIBIT
4

# 9   Validation and Termination

a. This agreement shall be in effect for 1 year starting from the effective date stated in the cover page of this agreement. After this period, this Agreement shall be continued until terminated by either party, for any reason whatsoever and with no liability arising there from, upon at least thirty (30) days prior written notice.

b. This Agreement may be terminated by either party in the event of a material breach by the other party of any of its obligations and if the other party fails to remedy such breach within ten (10) days of written notice thereof. The non-breaching party may terminate this Agreement immediately, as well as pursue any other rights and remedies provided by law or equity or this Agreement.



PLAINTIFF'S
EXHIBIT
4

Authorized Partner Agreement

# 10 Circumstances Beyond Control of the Parties

a.  In the event of any circumstance, occurrence, act or omission arising at any time which is beyond the control of a party and which has a material effect on the performance by either party of any of its obligations pursuant to this Agreement (except any obligation to pay money), the parties agree that the performance of the affected obligation(s) will be suspended until such time as the circumstance, occurrence, act or omission (which is preventing the performance of such obligation) no longer affects the performance of the particular obligation(s) and the agreed upon period for performance of such obligation(s) will be extended by a period equal to the period during which such suspension of performance was in effect.

b.  Either party may terminate this Agreement upon written notice to the other party, in the event that the performance of any obligation (to be performed by either party hereunder) is suspended, pursuant to the provisions of Section 11a above, for a period of ninety days or longer.



Authorized Partner Agreement

# 11 Confidentiality

a. "Confidential Information" means any non-public information of a party that is disclosed in writing and is conspicuously designated as "Confidential" at the time of disclosure or that is disclosed orally, is identified as "Confidential" at the time of disclosure, and is summarized in a writing sent by the disclosing party to the receiving party within thirty (30) days of any such disclosure, but excludes any information that:

   (i) is or becomes generally known to the public through no fault or breach of this Agreement by the receiving party;

   (ii) the receiving party can demonstrate by written evidence was rightfully in the receiving party's possession the time of disclosure, without an obligation of confidentiality;

   (iii) the receiving party can demonstrate by written evidence was independently developed by the receiving party without use of or access to the disclosing party's Confidential Information; or

   (iv) the receiving party rightfully obtains from a third party without any duty of confidentiality or restriction on use or disclosure.

b. During the term of this Agreement and for three years after its termination or expiration each receiving party will:

   (i) take all reasonable security measures to maintain the confidentiality of the other party's Confidential Information, but not less than the measures it uses for its own Confidential Information of similar importance;

   (ii) use the other party's Confidential Information only for the purpose of exercising its rights and performing its obligations under this Agreement; and

   (iii) limit disclosure of the other party's Confidential Information to its employees and contractors that need to access such Confidential Information for the foregoing permitted purpose and are subject to legally binding obligations to maintain the confidentiality of the Confidential Information that are at least as stringent as the obligations under this Section.  The receiving party may disclose Confidential Information of the other party to the extent required by applicable law or order of a court, government agency or other government body, but only if the receiving party provides prompt notice of that requirement to the disclosing party to enable the disclosing party to seek a protective order or otherwise prevent or restrict the disclosure.

c. Except as otherwise expressly provided in any special agreement, nothing in this Agreement precludes LANTERIA from using any ideas, concepts, know-how or techniques related to PARTNER's technology that are retained in the unaided memories of LANTERIA's employees who have had access to PARTNER's or Customer's of PARTNER Confidential Information, provided the employee has not intentionally memorized the Confidential Information for the purpose of retaining and subsequently using or disclosing it, but subject to any valid patents and copyrights of PARTNER or PARTNER's customer.



Authorized Partner Agreement

# 12 Governing Law and Arbitration

a. This Agreement will be governed by and construed in accordance with the laws of the State of New Hampshire without reference to its conflicts of laws principles.  The prevailing party in any legal action related to this agreement shall be entitled to recover its reasonable attorneys' and experts' charges.

b. Except for collection actions for payment of fees under this Agreement and the right of either party to apply to a court of competent jurisdiction for a temporary restraining order, a preliminary injunction, or other equitable relief to preserve the status quo or prevent irreparable harm, any controversy or claim arising out of or relating to this Agreement or to its breach shall be settled by arbitration by a single arbitrator in accordance with Rules of the State of New Hampshire Courts.



PLAINTIFF'S
EXHIBIT
4

# 13 General

a. This Agreement, together with the Exhibits annexed hereto, which are incorporated into and made a part of this Agreement, constitutes the entire agreement between the parties with regard to the subject matter hereof and supersedes all prior oral and written agreements, understandings, representations, proposals or communications, of whatsoever kind, between the parties with respect to the subject matter of this Agreement. If the terms of this Agreement conflict with the terms of any Exhibit, then the terms of this Agreement will govern and control to the extent of the conflict.

b. No modifications or amendments to this Agreement and no waiver of any provision of this Agreement will be valid unless made in writing and signed by duly authorized representatives of the parties hereto.

c. LANTERIA may assign this Agreement without PARTNER's consent in connection with any merger, acquisition or reorganization involving LANTERIA, or sale or other transfer of all or a substantial part of LANTERIA's assets.

d. The parties hereto acknowledge and agree that Sections 3, 8, 9, 12, 13 and 14 will survive the termination of this Agreement. Authorized Partner Agreement

e. Except as otherwise provided in this Agreement, all notices or other communications hereunder will be deemed to have been duly given when made in writing and delivered in person or via mail or electronic mail, return receipt requested, and addressed to the receiving party as shown above (or any replacement address notified by the receiving party to the sending party in accordance with this Section) and marked to the attention of the General Counsel.

f. Neither party will disclose the terms of this Agreement or publish any information concerning the same without the prior written consent of the other, except that each party may disclose the terms of this Agreement to its legal, financial and other professional advisors, and to any actual or potential investors subject to an obligation to keep it confidential.

g. The failure of either party, in one or more instances, to insist upon the performance of any term or condition or to exercise any right or remedy available to such party, will not be construed as a waiver by such party of the right to insist upon the performance or exercise of any right or remedy now available or which may arise in the future.

h. The unenforceability of any provision hereof will not affect the remaining provisions of this Agreement, but rather such provision will be severed and the remainder of this Agreement will remain in full force and effect.

i. This Agreement may be executed in any number of counterpart copies, each of which will be deemed an original, but which together will constitute a single instrument.

j. All paragraph headings and captions used herein are for the convenience of the parties only and will not be part of the text, or affect the meaning of this Agreement.

k. Each of the parties hereto acknowledges to the other that it has had the opportunity to have this agreement reviewed by counsel of its choice and has had the opportunity to obtain the assistance of such counsel in the negotiation, preparation, execution and deliver thereof.



PLAINTIFF'S
EXHIBIT
4

Authorized Partner Agreement

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed by their respective duly authorized representatives.

| LANTERIA | Tauran Management Group |
|---|---|
| Name    Sergey Turin | Name |
| Tile    CEO | Tile |
| Signature  | Signature |

PLAINTIFF'S
EXHIBIT
4

Authorized Partner Agreement

# Addendum 1

## 13.1 List of products to be marketed by PARTNER
- LANTERIA HR
- LANTERIA Budget

## 13.2 TERRITORY of PARTNER

The Territory of partner is defined as the territory of the following locations:
United States

## 13.3 Commission

The commission of PARTNER will be
- 30% on licenses sales

| LANTERIA | Tauran Management Group |
|---|---|
| Name    Sergey Turin | Name |
| Tile    CEO | Tile |
| Signature | Signature |


PLAINTIFF'S EXHIBIT
4

| From: | Jamal Parker |
| To: | "Mike Ament" |
| Cc: | Kayne Kreitzer; Beth Parker |
| Subject: | Lanteria/TMG |
| Date: | Wednesday, April 18, 2018 2:28:28 PM |

Hey Mike,

I would like to circle around with you at some point soon about our ongoing partnership and potential new business. As you probably know when we began this we started with the intent to market Lantaria HRIS with a customization for a very specific set of government contractors.

Through this customizing process, dealing with Kayne and the client etc, we've been able to really cater to the specific needs of our client.

We'd like to move forward with some more general customizations that will allow for Lanteria to be compliant with both the National Institute of Standards and Technology as well as the Defense Contract Audit Agency, which are 2 of the necessary pieces to the Contracting Puzzle.

We think that with a few customizations we can make a real and qualified effort in to the Federal and State Government Contracting space.

Tauran Management Group is uniquely positioned to be Lanteria's partner in this space as we are fully involved in the government contracting process and have a very extensively experienced team with regards to the Lanteria product.

We are currently tracking 2 large Federal Government contracts that we are interested in pursuing and have found that many agencies are looking to upgrade their time and attendance and recruiting platforms.

We'd like to get a time scheduled for a quick call so that we can identify any immediate obstacles or opportunities.


Looking forward to talking with you,

Jamal


PLAINTIFF'S
EXHIBIT
5



## NON-DISCLOSURE AGREEMENT

The AGREEMENT herein, dated as of the 16th day of April 2018, is by and between Trinity Technology Group, Inc., (hereinafter referred to as "TRINITY"), a Virginia corporation having a place of business at 10687 Gaskins Way, Suite 200, Manassas, VA 20109, and Tauran Management Group. having a place of business at 21 North Broad Street, Suite D, Luray, VA 22635 (both referred to herein collectively as "the Parties").

WHEREAS the Parties desire that disclosure of certain Proprietary Information (as defined below) be exchanged relating to potential mutual business opportunities regarding any or all of the following: **Information Technology; HR Automation; Call Center Support; Intelligence Support; Security Support; Program Management; Medical Staffing; Administrative Staffing; Airport Screening; Access Control (Guards)** hereinafter called (the "Opportunities").

NOW THEREFORE, in consideration of receipt of such Proprietary Information and the mutual promises made herein, the Parties agree as follows:

1. The term "Proprietary Information" means all information and data relating to the Parties' technology, products, services or other business, in whatever form such information may be disclosed, including, without limitation: (i) product or service information, including designs and specifications, development plans, patent applications, and strategy; (ii) marketing information, including lists of potential or existing customers or suppliers, marketing plans and surveys; (iii) computer software, including codes, flowcharts, algorithms, architectures, menu layouts, routines, report formats, data compilers and assemblers; and (iv) financial information, including sales, pricing and revenue information; and if applicable, (v) Government programmatic information and information concerning **(TBD Opportunities)** program and its contractors. For Proprietary Information exchanged in relation to a Government proposal or other Government opportunity, the parties shall treat the Proprietary Information in strict accordance with the Procurement Integrity Act. Under this Agreement, Proprietary Information shall include, but not be limited to, derivative and residual forms of Proprietary Information, as well as proprietary information of the Parties' client(s) and licensors, all of which shall be treated in strict accordance with the provisions herein.

   "Proprietary Information" shall not include information which the recipient can prove: (i) that as of the time of receipt by the recipient is in the public domain or subsequently enters the public domain without breach of this Agreement by the recipient; (ii) that as of the time of receipt by the recipient, is already known to or in the possession of the recipient, and written notice of such prior knowledge or possession is given to the disclosing party immediately after receipt; (iii) is independently developed by or for the recipient as evidenced by the recipient's own files and records; (iv) is received in good faith by the recipient from a third party that was lawfully in possession of the information and had the right to disclose the same; (v) is disclosed to third parties by the disclosing party on a non-confidential basis; or (vi) that the Parties mutually agree in writing to release from the terms of this Agreement. The burden of proof that Proprietary Information is subject to one of the above exclusions shall be borne by the party claiming such exemption.

2. Each party agrees that, for five (5) years after receipt of Proprietary Information under this Agreement, or for the duration of a resulting contract, whichever is longer, such Proprietary Information received from the other party: (i) will only be used for the purpose of the Opportunities; (ii) will not be disclosed to any third party without prior written approval of the disclosing party; (iii) may only be disclosed within the receiving organization on a "need-to-know" basis to persons who have been advised of the existence of this Agreement and agree to be bound by its terms; (iv) will be treated with at least the same degree of care as the recipient treats its own Proprietary Information, but in no event with less than a reasonable degree of



PLAINTIFF'S EXHIBIT
6

care; (v) will be copied only to the extent necessary for the purpose of the Opportunities; and (vi) will remain the property of the disclosing party.

3. In the event either party receives a subpoena or other validly issued administrative or judicial process demanding confidential or proprietary information of the other party, the recipient shall promptly notify the disclosing party and tender to it the defense of such demand. Unless the demand shall have been timely limited, quashed, or extended, the recipient shall thereafter be entitled to comply with such demand to the extent permitted by law. If requested by the party to whom the defense has been tendered, the recipient shall cooperate (at the expense of the requesting party) in the defense of a demand.

4. All information to be treated as Proprietary Information shall be marked as such when it is disclosed in written form, and, in the event information that is intended to be treated as Proprietary Information is disclosed verbally, the disclosing party shall identify the Proprietary Information as such at the time of verbal discussions. Neither the execution and delivery of this Agreement, nor the furnishing of any Proprietary Information by the Parties hereunder shall be construed as granting to any other party to this Agreement, either expressly, by implication, estoppel, or otherwise, a license under any trademark, patent, copyright or any other intellectual property right hereafter owned or controlled by the party furnishing same.

5. Each party acknowledges that unauthorized disclosure or use of the other party's Proprietary Information could cause irreparable harm and significant injury to the other party that may be difficult to ascertain. Accordingly, each party agrees that the other party shall have the right to seek and obtain immediate injunctive relief from breach or threatened breach of this Agreement, in addition to any other rights and remedies it may have.

6. Each party shall return to the disclosing party the original and all copies of written information furnished to the other upon the disclosing party's request or upon the recipient's determination that it no longer has a need for such Proprietary Information.

7. Each party agrees not to disclose or use any Proprietary Information of the other party in any manner, directly or indirectly, for the purpose or with the result of obtaining, for itself or any third party, an advantage, benefit or gain, whether real or potential, over the general public, whether in connection with investing or trading in securities or for any other purpose other than the Opportunities. Each party acknowledges that such use or disclosure of Proprietary Information may constitute insider trading in violation of federal law, resulting in severe sanctions on individuals and the corporate entities involved in insider trading.

8. Nothing in this Agreement is intended to, or shall be deemed to, constitute a joint venture or partnership of any kind between, the Parties nor any separate business entity.

9. Each party shall bear its own respective costs, expenses, risks and liabilities arising from its activities hereunder.

10. The parties agree that, during the term of this Agreement and for a period of one (1) year thereafter, neither party shall solicit for employment employees of the other party met or learned of through discussions related to this Agreement, nor seek to entice, attract, or induce such employees to leave the employ of the other party, without the prior written permission of an authorized representative of the other party.

11. The Parties agree that all obligations undertaken herein shall survive and continue after any termination of this Agreement.

2



PLAINTIFF'S EXHIBIT
6

12. This Agreement is accepted in the Commonwealth of Virginia and its validity shall be determined under and its terms construed in accordance with the laws of the Commonwealth of Virginia without regard to principles of conflicts of law.

13. This Agreement constitutes the entire understanding between the Parties with respect to the subject matter hereof and supersedes all other understandings or representations, oral or written, relating thereto. This Agreement may not be modified except by a written document executed by both Parties.

　　　　IN WITNESS WHEREOF, the Parties hereto have, through duly authorized representatives, executed this Agreement effective as of the day, month and year set forth above.

TRINITY TECHNOLOGY GROUP, INC.　　　　Tauran Management Group

BY: _James B. Smith_____　　　　BY: _Elizabeth Parker_____

NAME: James B. Smith_____　　　　NAME: _Elizabeth Parker_____

TITLE: Vice President, Contracts_____　　　　TITLE: _CEO_____

DATE: April 16, 2018_____　　　　DATE: _4/17/18_____

TEL:703-345-1671_____　　　　TEL: _540-742-7420_____

EMAIL: jims@trinitytechnology group.com　　　EMAIL: _Beth@Tauangroup.com_____

3


PLAINTIFF'S EXHIBIT
6

| | |
|---|---|
| **From:** | Shaunta Brent |
| **To:** | nat@bosstaff.com |
| **Cc:** | Beth Parker; Jamal Parker |
| **Subject:** | BOS Proposal |
| **Date:** | Tuesday, May 30, 2017 5:11:22 PM |
| **Attachments:** | BOS Services Proposal.pdf |

Hello Nat,

Thank you so much for taking the time to speak with us last week. We'd like to reiterate that we're here to help with whatever you need through this transition. Specifically, we've put together the attached proposal to ensure a smooth and easy transition of your new airports and make adding other locations a breeze. The only real upfront cost is the cost of the licenses that must be obtained from Lanteria; all of the roll out and implementations costs are charged as they are used. We've included basic estimates for implementation and ongoing support but suspect that with the unique advantage of already having the majority of your data set-up in Concourse we should be able to beat those numbers.

If you have any additional questions, you can reach out to any of us at any time. We're dedicated to providing our clients the support and service to allow them to maximize success in the Screening Partnership Program. We've had the fortune of being able to build this tool and related services along side Trinity and have the benefit of access to so many of the best practices, procedures and mandates passed along by the TSA. We're confident that we will be able to support BOS as they go after and win new contracts, add to their airport count and an builds its presence in SPP. We not only provide the tools for employee life cycle management of everything from recruiting to retirement but we also manage and support all of those processes keeping your overhead down. We've had a phenomenal response to Concourse from Program Managers, HR, Contracting Agents and even the Government client.

We look forward to exceeding your expectations as well.

Best Regards,
Shaunta Brent
540-742-7420



PLAINTIFF'S
EXHIBIT
7



## Tauran Management Group

21 North Broad Street
Suite D
Luray, Virginia 22635

### PROPOSAL FOR SERVICES

| Date | Services Performed by: | Services Performed for: |
|---|---|---|
| May 29, 2017 | Tauran Management Group | BOS Security |
| | 21 North Broad Street | 651 West Broad Street |
| | Suite D | Athens, Georgia 30601 |
| | Luray, Virginia 22835 | Attn: Nat Carmack |

## Overview

Tauran Management Group (Tauran) is pleased to submit this proposal for services to support BOS Security (BOS) in its efforts to provide a secure, efficient, and reliable technology solution to manage operations.

Tauran understands BOS's needs as:

- A flexible HRIS that allows for increased efficiencies for every department
- An integrated and customizable Operations Management System
- A customer service option for administering traveler's claims

## Recommendations

Tauran proposes that BOS implement an IT solution focused on employee life cycle and operations management. Our solution consists of Lanteria HRIS integrated with Concourse Operation Management System.

- Lanteria HRIS includes:
  - Core HR
  - Recruiting & applicant tracking
  - Time & Attendance
  - Learning management
  - Performance

- Concourse OMS includes:
  - Inventory & Asset tracking
  - Enhanced Benefits module to include ATSA fringe tracking
  - Enhanced Recruiting & applicant tracking for SPP
  - Contracts and CDRL reporting

  - Centralized data storage for easy and secure information retrieval
    - No more manually updating multiple systems, databases and spreadsheets
  - Automation of administrative tasks
    - Allowing managers more time to focus on employees
    - Allowing employees more time to focus on customers
    - Allows for standardization of processes across departments and locations
- Customer Service claims tracking system and Customer Service administration
  - No more receiving calls from customers via cell phone while simultaneously working with employees and on-site customers
  - Professional Customer Service representatives will improve your customers and your managers experience

BOS Services Propo



# Tauran Management Group

21 North Broad Street
Suite D
Luray, Virginia 22635



Tauran's solution easily integrates and enables BOS to fully realize the benefits of improved productivity throughout the lifecycle of a contract, a project, or an employee. Most importantly, we provide the training and support for this new solution that ensures your staff can ramp up quickly and realize concrete improvements in employee morale and customer satisfaction.

Tauran will provide:

## Deliverables

| Deliverable | Execution |
|---|---|
| **Concourse Data Migration and Implementation**<br>• Hosting of Concourse on world class secured network infrastructure.<br>• Estimate 90 hours for Lanteria implementation<br>• Estimate 35 hours for Concourse implementation<br>   o *Additional hours will be billed at the prevailing hourly rate.* | Can begin as soon as June 1, 2017 with initial purchase of Lanteria licenses. Implementation hours are billed as used. Lanteria annual support is billed once system goes live. |
| **Traveler's First Claims Management**<br>• Tauran will provide experienced Customer Service Representatives and Program Managers to respond to and administer all claims for FSD & TUP. | Contact center support can begin as soon as June 1, 2017 with integration to client Concourse included during implementation |

## Pricing

**Initial/One-time:**

| | |
|---|---|
| **Lanteria perpetual license:** 50 initial minimum | $104/license |
| **Lanteria implementation:** est. 90 hours | $90/hour billed as used |
| **Concourse implementation:** est. 35 hours | $90/hour billed as used |

**Annual:**

| | |
|---|---|
| **Lanteria annual support:** 15% of licenses<br>• Software updates & 5 hours of support | $780 for first year |

**Monthly:**

| | |
|---|---|
| **Concourse monthly access:**<br>• Administrator<br>• Corporate HR & Management<br>• Operations Management & Admin<br>• Employee | $30.00/month per user<br>$18.00/month per user<br>$10.00/month per user<br>$4.00/month per user |
| **Premium Concourse hosting & support:** | $2.50/month per user |
| **Traveler's Claims Management:**<br>• FSD, TUP, ROW | $350/month |

**Add-ons billed hourly. Discounts available for**

| | |
|---|---|
| • Concourse Admin Helpdesk: | $20.00/hour |
| • Concourse IT Helpdesk: | $35.00/hour |
| • Software Development: | $90.00/hour |

BOS Services Pro

PLAINTIFF'S
EXHIBIT
7

# Tauran Management Group

21 North Broad Street
Suite D
Luray, Virginia 22635



We look forward to a productive relationship with BOS and supporting your efforts to improve efficiencies, productivity, employee morale and customer satisfaction. We are confident that we can meet the challenges ahead, and stand ready to partner with you in delivering an effective support solution.

If you have question on this proposal, feel free to contact me at your convenience by email at ShauntaB@TauranGroup.com or by phone at (540) 692-9408.

Sincerely,

Shaunta Brent

BOS Services Prop

PLAINTIFF'S
EXHIBIT

7

| From: | Manzare, Leigh |
|---|---|
| To: | Beth Parker |
| Subject: | SFO Proposal Technical Volume Tauran references |
| Date: | Friday, February 12, 2021 1:25:47 PM |
| Attachments: | SFO Technical Volume with Tauran References.docx |

**Leigh Manzare**

**Contracts Manager**

**Trinity Technology Group**

**leighm@trinitytechnologygroup.com**

**Office: (703) 345-1672**

**Cell: (703) 298-6164**

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.



PLAINTIFF'S
EXHIBIT
8

## 1    INTRODUCTION [SFO TO RFP L.4, L.5; M.4.2, M.4.3, & M.4.4; & FACTORS 2, 3, & 4]

**Securitas Critical Infrastructure Services, Inc. (SCIS), under its subsidiary Securitas-Trinity Security Services, LLC (STSS), has formed an integrated partnership with Trinity Technology Group, Inc. (Trinity), BOS Security, Inc. (BOS), and Tauran Management Group, LLC. (TMG).** Our rationale for establishing this partnership, which we will call "Team STSS", centers on merging a



major international aviation security screening company (SCIS) with small businesses (Trinity, BOS, and TMG) that have the experience and expertise to support TSA's Task Order (TO) for the Screening Partnership Program (SPP) at San Francisco International Airport (SFO), which is one (1) of the largest airports in the program. In particular, our partner Trinty is a major TSA SPP contractor, currently providing security screening services at five (5) SPP airports.

Team STSS was created to provide TSA with the best of all possible worlds—the resourcing capability of a large business and the agility of small businesses that have successfully supported the SPP. We have organized the appropriate resources, staff capabilities, and proven approaches to security screening services. We offer TSA a highly capable Management Team with direct experience, and a prime contractor with the proven operational, technical, administrative, and regulatory expertise to provide the best quality security screening services and practices for TSA. Together, Team STSS offers TSA advantages that no other contractor—and no other Team—can match.



**SCIS** is an American company established by Securitas AB, which is a world leader in security with operations in 52 countries, employing over 300,000 people. Securitas provides aviation security services at over 200 international airports. We provide passenger, baggage, and cargo screening services at 150 of those airports. We provide passenger, baggage and cargo screening at the following CAT X equivalent airports: Paris, Montreal, Berlin, Amsterdam, Bogota, Geneva, London, and Stockholm.

With over 14,000 employees in the U.S., SCIS is a leading provider of screening services at airports and a variety of security services to federal clients, including the Department of Homeland Security (DHS), Department of Defense (DOD), Department of Justice (DOJ), and Department of Energy (DOE). We also provide security services to U.S. corporations in the defense, financial, and other commercial industries. We have a formal Proxy Agreement that mitigates foreign ownership control, or influence that has been approved by the Defense Security Service (DSS) under the DOD.

SCIS's greatest asset for TSA is our ability to leverage resources from within our five (5) security divisions: Aerospace/Defense, Energy, Specialty Security Services,

---

**Why Team STSS?**

- Experienced SPP Security Screening Company since 2006
- *Low Risk/No Cost* Transition for SFO
- Successfully transitioned multiple CAT X, I, II, III, and IV airports – both from Government-to-Contractor and Contractor-to-Contractor screening personnel
- SCIS has over 153 active CBAs with several large and dozens of small Unions, covering approximately 10,000 employees. SCIS has a team of professionals dedicated to negotiating and managing those agreements.
- Transitioned three (3) Montana West airports (Contractor-to-Contractor) within 48 hours
- An accredited Training Academy, NaPSI, with over 95 FLETC-certified trainers and 1,614 NWDTP-trained and FLETC Phase 2 certified officers—proven ability to meet the challenges of coordinating and supplementing FLETC training for screeners
- DHS Safety Act Designated / Certified for Private Screening Services
- Dedicated contact center for enhanced customer service - TravelersFirst.net

---

**SCIS transitioned 1,274 Court Security Officers (CSOs) for the United States Marshals Service (USMS) screening services contract for the 4th, 3rd, and 12th Judicial Circuit Courts. This transition covered 17 judicial districts across the U.S. We have been commended by the USMS for our ability to manage the multi-state transition of this contract seamlessly and retain 100% of the incumbent personnel, eliminating all risk to the agency's normal operations.**



PLAINTIFF'S EXHIBIT 8

Investigations, and Physical Security (Paragon Systems). We have assembled a high caliber team with the experience and expertise tailored to meet the Statement of Work (SOW) requirements and support the SPP. With unmatched resourcing and agility, our team is able to coordinate transition activities seamlessly for large security forces, often across multiple states.

 SCIS's partner on this effort, **Trinity,** is a minority owned, SDVOB with a Top Secret Facility Clearance. Trinity is 100% privately owned and operated by U.S. citizens, meets Aviation and Transportation Security Act (ATSA) requirements, is DHS Safety Act certified, and offers the TSA SPP uncompromised quality personnel and service integrity. Trinity was selected for the DHS 2015 Small Business Achievement Award for its support and exceptional level of service delivery for TSA. Along with personnel and baggage screening services, Trinity provides additional layered security such as travel document checking (TDC), Advanced Threat Local Area Strategy (ATLAS) and exit lane monitoring.

Trinity currently has over 300 employees located in four (4) states. A participant in TSA SPP since 2006, Trinity currently provides airport security screening services at five (5) airports including, Orlando-Sanford International Airport (SFB), Sanford, FL; Sarasota-Bradenton International Airport (SRQ), Sarasota, FL; Sonoma County Airport (STS), Santa Rosa, CA; Sioux Falls Regional Airport (FSD) (as a subcontractor), Sioux Falls, SD; and Tupelo Regional Airport (TUP) (as a subcontractor), Tupelo, MS.  Prior to January 1, 2020, Trinity operated in Montana at five (5) eastern Montana locations –Havre (HVR), Glasgow (GGW), Wolf Point (OLF), Sidney (SDY), and Glendive (GDV) and three (3) western Montana locations— Yellowstone (WYS), Glacier Park (GPI), and Bozeman Yellowstone (BZN). Because of the airport locations, economic environments, and diverse stakeholders, management of these airports matches the complexity of CAT X airports like SFO.

 **BOS Security, Inc.,** (BOS) incorporated in 2005, is a Safety Act-Designated small business with operations in Georgia, Alabama, South Carolina, Virginia, South Dakota, Mississippi and New Mexico. BOS provides the following security services for federal clients: airport passenger and baggage screening services (ROW, FSD, and TUP) for TSA; Visitor Access Control Services for the US Army's TRADOC Headquarters (since 2011) and HQ US Army's Ordnance Training Command; and security guard services in the local Atlanta, GA area. 100% American owned, BOS is an experienced SPP supplier with more than 70 screeners at three (3) airports. Additionally, BOS has SPP expertise, providing security screening services as a prime contractor for Roswell International Air Center, (CAT III) (since 2009), Sioux Falls Regional Airport (CAT II) (since 2017), and Tupelo Regional Airport (CAT IV) (since 2017).

 **Tauran Management Group, LLC. (TMG).** TMG is a minority-owned, economically disadvantaged Woman-Owned and HUBZone certified small business specializing in the development and implementation of business systems that allow successful outsourcing of IT, HR, and customer support services. TMG provides Tier 1 through Tier 3 customer, IT, and administrative support services. TMG applies their skills by providing a contact center for two (2) federal government agencies' Office of the Inspector General (OIG) hotlines as well as customer assistance for Trinity's SPP claims and customer service system used in support of Trinity's SPP airports since 2006. Moreover, with expertise in cloud migration and system management/integration, TMG provides forward thinking innovation and value for customized solutions. TMG runs a contact center that is staffed 24 hours a day, 7 days a week, 365 days per year, to provide customer service support.

Team STSS will bring best U.S. and international practices for security screening operations to the SPP program. We fully understand that security is paramount and is a "non-negotiable" requirement. As an experienced SPP security screening provider, Team STSS was built to meet contract performance objectives for this SPP IDIQ TO at SFO for security screening operations management, financial management, workforce management, equipment maintenance, materials management, reporting,



PLAINTIFF'S
EXHIBIT

8

responsiveness, customer service, quality control, and subcontractor management. We will also comply with all safety and health requirements. We manage these activities, guided by the following principles:

**Security is Paramount**— Team STSS brings a near flawless security record, with zero (0) major security screening incidents at 14 SPP airports in the U.S. and at over 150 international airport locations since 2006.

**Customer Service Counts**— Team STSS's commitment to customer service is unparalleled: our customer service record has no unresolved issues, which is a testament to our commitment to customer satisfaction. Through an extensive, successful work history with the Federal Government, a strong corporate culture, and more than two (2) decades of security and screening services for airports, Team STSS manages the overlapping customer service/access and strict protection standards throughout our portfolio every day, which contributes to the SPP's success. We understand that TSOs not only protect SFO and its average annual traffic of over 54,000,000 passengers (since 2015) but also serve as ambassadors for the airport. We emphasize this dual role during TSO training on public relations, which contributes to our unparalleled service quality for TSA.

**Costs Must Be Realistic and Competitive without Compromising Service Quality**— Team STSS's approach to passenger and baggage screening operations incorporates a number of cost-saving features, which are discussed in detail throughout our proposal. Our philosophy is based upon lean management structures and optimization of workforce organization and scheduling through a scalable, repeatable Integrated Program Management (IPM) framework, which is designed to maximize value for and reduce risk to TSA by putting our best resources into every stage of contract execution.

*Team STSS offers TSA a <u>no</u> cost, low-risk six (6) month transition.*

To ensure success from *Transition* through assumption of security screening operations, Team STSS developed for implementation a number of important best practices at SFO. We will follow a proven transition timeline to accomplish milestones on time or ahead of schedule. **The schedule is developed and carried out by a dedicated and experienced SPP Transition Group, led by Task Order Transition Manager (TOTM) Mr. Mark Harding. He has successfully stewarded over 14 SPP airport transitions both TSA-to-Contractor and Contractor-to-Contractor**. Team STSS conducts our recruitment through Lanteria, a customized human resource information system (HRIS). This information management system was specifically developed for enhanced management of our SPP operations and for enhanced management of our SPP operations. This system was specifically developed for enhanced management of our SPP operations. We also apply our *Rostima* scheduling software tool to optimize staffing and enhance morale for TSOs. Blending experienced people, proven processes, and technology into our transition framework allows Team STSS to further reduce risk for TSA during transition and sustainment of the security screening workforce at SFO.

For *Operational Management,* Team STSS ensures managers, STSOs, and LTSOs are involved in every aspect of the security screening operations, standards of conduct, training, and customer service. We manage day-to-day operations by conducting threat detection drills, evaluating TSO performance through scorecards, leveraging STSO observation checklists for quality control, and promoting continuous communication through shift briefings.

For *Program Management,* Team STSS reduces risks and produces quality results with an emphasis on security, customer care, and service by leveraging our scalable, repeatable Integrated Project Management (IPM) framework. Our leadership team includes key personnel experienced in managing contracts supporting TSA's SPP. To support recruitment and retention of highly qualified TSOs and Supervisors, we will leverage our new hire coaching program, claims management/customer service system, SPP knowledge management system, and monetary *Spot Award* Program for exemplary service. For *Training,* we will work with TSA's intelligence/transportation security specialist – explosives initiatives to provide continued use of the Threat Awareness and Countermeasures Team (TACT), administration of internal training events, remediate Field/Headquarters Evaluation Test (FET/HET) assessment failures and conduct root cause analysis, on-the-job training (OJT) at our SPP airports and deployment of Security Training Instructors (STI) to support increased training requirements.



**PLAINTIFF'S EXHIBIT**

**8**

Team STSS also proposes a full-time **Task Order Project Manager (TOPM)**, **Mr. David Burnell** who will be assigned to SFO for oversight and management of security screening operations. Mr. Burnell will be responsible for contract performance, providing daily guidance, security and customer service oversight responsibilities. He will have full authority to make any on-site operational and technical decisions regarding contract performance and required services to include hiring and dismissal decisions. Mr. Burnell will be responsible and accountable for delivering quality security services with the concurrence of the **IDIQ PM, Mr. Mark Howell**.  Also to be located at SFO, we will have a **Task Order Deputy Project Manager – Operations (DPM-OPS), Mr. Donald Cahoon**, who will be responsible for oversight of daily screening operations, our Scheduling Manager, Mr. Richard Baker, will be responsible for coordinating and producing operational, leave, and training schedules, the **Task Order Security Training Instructor (TO-STI)**, **Mr. Ronald Egan**, who will be responsible for overall training requirements for SFO, and our HR/Recruiting Manager, Ms. Renae Henning, will be responsible for all HR and recruiting activities as well as interaction with the union representatives.  The SFO Management Team is also supported by twenty-four (24) Terminal Managers (non-uniformed supervisors). Four Terminal Managers (non-uniformed supervisor) will be assigned to each shift, with one at each terminal.  They will be responsible for operational integrity and performance on that shift at their assigned terminal.

The TOPM, David Burnell, will be supported by Team STSS's executive management and corporate Program Management Office (PMO), in Herndon, VA.  The SFO PMO will consist of Human Resources (HR), recruiting, finance, security, contract and program control, and quality control oversight support to the TOPM, as required. Mr. Burnell reports directly to Team STSS's IDIQ PM, Mark Howell, allowing the TOPM regular and immediate access to the highest levels of the company to resolve issues and obtain required resources necessary for the program.

Our successful TSA screening partnership since 2006 demonstrates Team STSS's ability to provide TSA with a low-risk, high-quality service that meets or exceeds the performance standards at SFO. Our proposal details our approach to providing security, customer service, and cost controls between TSA and Team STSS.  We present our approach to operational screening management, program management, and training, and transition at SFO. We also provide an overview of our extensive past performance (**Volume III**) from which we draw a number of proven best practices and lessons learned. **Table 1** below highlights the overall features and benefits of our technical approach for security screening operations at SFO:

### *1.1.1    Subcontractors [TO RFP L.4.2.1.e, M.4.3]*

For SFO security screening services, SCIS will use subcontractors to support the Task Order. In addition to leveraging Trinity's successful SPP experience, we will subcontract security screening services (passenger and baggage) to BOS Security, Inc. as a fully integrated team. All subcontractors will utilize the same uniforms, pay, benefits and corporate policies and procedures.  We will subcontract IT, customer support and claims management services to Tauran Management Group, LLC, a minority-owned, woman-owned and HUBZone small business.

To ensure Team STSS provides an exceptional level of service quality for TSA's SPP, SCIS monitors our subcontractors and keep open lines of communication with the use of our Subcontractor Management Plan (SMP). Immediately after award, Team STSS will finalize a subcontract agreement with each partner that includes a Statement of Work (SOW) to define roles, scope, objectives, deliverables, metrics, schedules, and constraints to ensure partners understand expectations. Through regular reviews of subcontractor performance measured against the agreement and quality standards, we ensure compliance and provide feedback on their performance. The IDIQ PM, Mark Howell, is responsible for initiating the SOW and will be directly responsible for overseeing and managing our subcontractors. Along with defining work statements, this responsibility includes assisting the TOPM in approving personnel assignments, ensuring adherence to Team STSS standards and procedures (including all QA requirements), monitoring progress and costs, and reviewing and approving work products.

SCIS's subcontract agreements include performance evaluation criteria (e.g., meeting deliverables on-time, adherence to schedules, and completing objectives at a high level of quality), acceptable quality levels (e.g.,



**PLAINTIFF'S EXHIBIT**
**8**

on-time delivery based on SLAs), and a process for resolving issues. Based on the SOW tasks a subcontractor supports, we will flow down to their subcontract agreement any relevant performance standards from the TSA SFO TO Requirements Matrix and Quality Assurance Surveillance Plan (QASP). Based on weekly and monthly performance data, we will evaluate each subcontractor's performance and record their performance ratings in Team STSS's subcontractor performance database. If corrective actions are required, we will outline clear steps toward resolution and receive concurrence from our teammates' established executive points of contact. All screening services provided by the subcontractors will be subject to approval by the Government. .

### 1.1.1.1   *TRAVELERSFIRST*

Team STSS strives to ensure the highest standard of customer service through our airport check points and has pioneered the *TravelersFirst* Customer Service program to monitor, manage and maintain the highest levels of passenger satisfaction. This passenger service provides for both a toll-free, live operator line to register compliments, complaints and concerns as well as submit claims for lost or damaged items and/or personal injury claims (**Figure 9**) as well as a 24/7 accessible web tool that allows passengers to submit their own



*Figure 1:* **TRAVELERSFIRST** Public Home Page for Passengers

claims for processing. As stated above, Team STSS will rely on its small business partner, Tauran, to manage this critical element of our customer service program.

Available to passengers before, during or after their travel, the staff will answer questions about SFO, provide lost and found assistance, and process property damage claims. *TravelersFirst* customer support center improves the traveling experience by ensuring travelers that their concerns and issues are dealt with in a timely and effective manner.  Our customer support center provides a key role in supporting Team STSS's SPP airports and travelers by processing field reports and requests in a manner that does not divert attention, time or resources from the primary focus of the security screeners and staff. Beyond front-line customer service, *TravelersFirst* is responsible for implementing the property damage claims process, tracking down lost items and other traveler needs. The *TravelersFirst* customer support center provides the following:

- Live, Customer Service Support
- Lost & Found Claims Processing
- Property Damage & Injury Claims Processing



PLAINTIFF'S
EXHIBIT
8





**Core HR** is a human resource information system that allows you to manage the company's structure and define relationships between various departments, teams and employees via the Concourse platform.

This SharePoint HR system helps you to:

• Create an organizational chart that updates in real-time
• Maintain a centralized database of all company information
• Design and track your HR management processes and workflows
• Create electronic forms and approval workflows


ONCOURSE
Total Systems Integration for SPP

**Time and Attendance** is a leave management and project tracking software which enables you to set up the company absence policies, track employee leave records, and register the time spent on various activities

The Time and Attendance module allows you to:

• Establish company-wide leave policies and rules
• Track time spent on different projects and activities
• Set up absence approval workflows
• Create a global absences calendar

**The Recruiting and Applicant Tracking system** enables you to unify and automate the entire recruitment process to ensure you get the right people onboard

With this applicant tracking software, you can:

• Create a centralized candidate database
• Manage, approve and easily fill open vacancies
• Provide online applications and collaboration with applicants
• Unify the onboarding process

**The Claims and Customer Service Tracking system** allows for intake, processing, tracking and management of Damage/Loss claims process and customer service contacts.

With this claims processing software, you can:

• Accept claims through multiple channels, including rep entered or customer submitted.
• Manage loss, damage or injury claims in a collaborative environment
• Manage and track Customer compliments and complaints and reward performance appropriately

**The Compensation and Benefits management system** enables you to plan, track, and analyze the compensation and rewards for each employee throughout the company

With this compensation management software, you can:

• Operate the module with employee compensation components
• Manage compensation in a collaborative environment
• Reward performance and productivity appropriately

**The Occupational Health & Safety management system** allows for intake, processing, tracking and management of the injury claims process for each employee throughout the company

With this O.S.H.A. management software, you can:

• Ensure compliance to ever changing O.S.H.A. changes
• Manage your workers comp claims process



PLAINTIFF'S EXHIBIT
9

# CORE HR

From Recruitment to Succession Planning and everything in between. Core HR provides a full-service human resource management system that allows organizations to manage every aspect of their HR operation.

## WHAT WE DO

Text here

## OUR SYSTEM

Recruiting and Applicant Tracking

Time and Attendance

Claims and Customer Service

Compensation and Benefits

Occupational Health and Safety

## OUR MISSION

Text here



PLAINTIFF'S EXHIBIT

9

## Jamal Parker

| | |
|---|---|
| **From:** | Jamal Parker <jamalp@taurangroup.com> |
| **Sent:** | Thursday, November 5, 2015 9:53 AM |
| **To:** | Kayne Kreitzer |
| **Cc:** | 'Parker, Beth' |
| **Subject:** | RE: TMG Set-up |

Thanks!

Ok, the clarification part… let me chat with Beth to make sure I'm thinking about this correctly.  I'll get back to you.

Mark just went back to Montana to check on something for this new contract.

{a little more background}

-the government pulled a contract from another company and gave Trinity 36 hours to assume operations (a process that normally takes 60 Days)… TMG was able to assist them in this with not only our usual hardware and security support but with the partial launch of the Lanteria platform was key in getting the in-processing done in an impossible time frame.  So, I think we're fine with Trinity.

Originally when we approached TTG we told them we'd be ready for their next bid in Florida and then this Montana thing just appeared out of nowhere.  The contract in Florida is coming up so we'll get the signatures expedited so that we can assure them that we'll be up and fully running.

Azure…
- I'll contact the Azure team and make sure their numbers match yours and set that up to start in 3 months when this first service deal ends.  At that point you guys can transfer the data to the new server and we should be set if I understand correctly.

Lastly……

TOTALLY separate and completely Hypothetical…  What's the launch pricing look like for this exact set-up that we're doing for Trinity (TTG) if we were doing it on a contract with 1450 licenses?  The larger company I mentioned is putting their bid numbers together and I'd like them to include these costs.  By having them do that we'll be locked in to the pricing and will be basically assured to get the deal.

Thanks!!!


**From:** Kayne Kreitzer [mailto:Kayne.Kreitzer@lanteria.net]
**Sent:** Thursday, November 5, 2015 9:18 AM
**To:** Jamal Parker <jamalp@taurangroup.com>
**Subject:** RE: TMG Set-up

Hi Jamal,



PLAINTIFF'S EXHIBIT
10

To clarify, the instance that has been installed in Azure right now is for TMG. We copied the data from the other site as you have been making changes in there and didn't want you to have to duplicate efforts. Did you want a clean slate and start from scratch? The only users that were going to be pulling from Office 365 right now are you and Beth.

We cannot get the TTG instance set up and linked with Office 365 until we have signed agreements. I would encourage checking in with Mark about this as we have a planned price increase for implementation December 1st.

And yes, you are correct with the Azure billing. We normally bill yearly for it, but I received approval to do it quarterly as you have plans to secure your own server. I apologize for not sending you the parameters for Azure, I thought that we had discussed it. As your contact at MS mentioned, Exchange is a difficult thing to manage. We would also recommend leaving that where it is. For our system, we would recommend to get one D11 Server in Azure with SQL web. Price is about $269.33 /month. I would discuss this further with your contact to make sure that they agree.

Let me know if you have other questions!

Cheers,
~Kayne

**Kayne Kreitzer** | Director of US Sales & Operations
Direct: (603) 290-5898 | Main: (866) 568-2002 ext. 101 | www.Lanteria.com

Use My Calendar Link to schedule a meeting with me.

---

**From:** Jamal Parker [mailto:jamalp@taurangroup.com]
**Sent:** Wednesday, November 4, 2015 4:23 PM
**To:** Kayne Kreitzer <Kayne.Kreitzer@lanteria.net>
**Subject:** TMG Set-up

Hi there,

Responded to your email about TTG's set-up. With the TMG set-up being 'out of the box' vs. needing 365 will this also go through him?

Also, the $900 is for 3 months of hosting both instances, but if I'm going to secure my own server... then going forward we won't have that charge. Did you find out what the parameters where around me getting set up. I mentioned I chatted with the Azure Team at MS, but wanted to know what you guys thought. Thanks...





PLAINTIFF'S EXHIBIT
10

| | |
|---|---|
| **From:** | Jamal Parker |
| **To:** | Kreitzer, Kayne; Beth Parker |
| **Subject:** | Re: FW: Lanteria Materials Usage |
| **Date:** | Tuesday, October 4, 2016 5:35:05 PM |
| **Attachments:** | image002.png |
| | image004.png |
| | image007.png |
| | image008.png |

Sure,

We will work out out either way.

Sent by Outlook for Android

From: Kreitzer, Kayne
Sent: Tuesday, October 4, 5:31 PM
Subject: FW: Lanteria Materials Usage
To: Jamal Parker, Beth Parker

To discuss tomorrow

Best Regards,

~Kayne

**Kayne Kreitzer**
Software Dev. Program Manager, Tauran Management Group

Direct 276.221.3440 | Main 540.742.7420 | www.TauranGroup.com

**From:** Sergey Turin [mailto:sturin@lanteria.net]
**Sent:** Tuesday, October 4, 2016 5:09 PM
**To:** Kreitzer, Kayne <kaynek@taurangroup.com>; Alina Maximova
<Alina.Rudskaya@lanteria.net>
**Subject:** RE: Lanteria Materials Usage

Hi Kayne,



Sorry for the delay, as you probably know we were on MS Ignite last week.

Unfortunately, that cannot be done. Our partner agreement is not "white labeling", so it has to be presented separately as Lanteria HR and a custom add-on Tauran made. That might be co-branded, but our branding cannot be replaced.

Hope that makes sense!

Regards,

Sergey

**From:** Kreitzer, Kayne [mailto:kaynek@taurangroup.com]
**Sent:** Tuesday, September 27, 2016 12:43 PM
**To:** Alina Maximova <Alina.Rudskaya@lanteria.net>; Sergey Turin <sturin@lanteria.net>
**Subject:** Lanteria Materials Usage

Hi Guys!

I wanted to check in and ask about the usage of Lanteria Materials for Partners. Tauran is working on building their new website and plans to start marketing their platform – which includes the Lanteria HR product as well as changes they have made to the system to track Claims and other things related to this industry.

Are we allowed to use the Lanteria marketing materials and rebrand them? We were hoping to add our logo, change screen shots, enhance the text and add that the system is "Powered by Lanteria". The same would go for the website – using a lot of the same info, but enhancing the text and mentioning that the system is "Powered by Lanteria".

Let me know what your thoughts are!

Best Regards,

~Kayne

**Kayne Kreitzer**
Software Dev. Program Manager, Tauran Management Group

Direct 276.221.3440 | Main 540.742.7420 | www.TauranGroup.com



| From: | Beth Parker |
|---|---|
| To: | Jamal Parker; Kayne Kreitzer |
| Subject: | Re: Trinity IT Needs |
| Date: | Thursday, August 17, 2017 3:10:59 PM |
| Attachments: | image001.png |
| | image002.png |

We were just talking about this. I think we are on the same page. We weren't trying to move you away from Trinity as much as we need to free up your more administrative/maintenance take so we can continue moving forward with Trinity development needs and thus building the product.

No one likes RFPs. We need your technical input. We need to find the people. Jamal will worry about the money.

We are mobile. We can't talk anytime. Give us a buzz.

Elizabeth Parker
Tauran Management Group

---

**From:** Kayne Kreitzer
**Sent:** Thursday, August 17, 2017 3:02:40 PM
**To:** Beth Parker; Jamal Parker
**Subject:** Trinity IT Needs

Hi guys,

I received your message the other day in Teams about hiring another person and Trinity's flexibility with billing once the audit is complete. I wanted to send an email rather than an IM so that I ensure I send all of my thoughts. I will be more than happy to have a meeting to discuss this, but wanted to get everything out there.

I would like to speak to Trinity's current IT needs. To be completely honest, Trinity needs to have a full-time employee performing many of the duties that I am performing. Between the higher-level Office 365 configurations/maintenance, advanced security tracking, mobile-device management, and SharePoint alone, there is so much work that needs to be done just to maintain everything. And every additional thing that is built and implemented adds more to the list that needs to be managed going forward. Almost every company that I sold Lanteria to had an on-staff SharePoint Administrator just to manage their intranet. Of course, after the purchase of Lanteria, that person was then responsible for the implementation with Lanteria and managing the system moving forward. SharePoint is a complicated product to keep running at optimal performance and needs a dedicated person.

I strongly feel that the conversation needs to be had with Trinity to set expectations of what they need to have for staffing. They either need to be okay with paying for a contractor at close to FT or hiring someone on. With that said, I really enjoy what I am doing for Trinity and maintaining their systems. The tasks that I am performing and learning are all things that I am able to do well and the


PLAINTIFF'S
EXHIBIT
2

employees seem to really appreciate the tools I am providing to them.

I say all this because I would like to be able to continue my work with Trinity. Tasks such as writing RFP's, business development, marketing, etc., are areas that fall outside of my expertise and cause me a great deal of stress. These were many the tasks that I did with Lanteria and I did not enjoy. Ultimately, I work best when I am able to focus on a particular project, focusing on one client at a time. When multiple clients are involved, I am not able to stay focused or organized. I can, however, continue to provide product recommendations, technical configurations, etc., for Tauran as you seek other clients.

I love working with all of you and don't want this to cause any tension, but I needed to be able to express my thoughts to ensure that both Trinity and Tauran continue to be set-up for success. Tauran really needs to contract with a developer to do the things that you've been wanting to add that are above my skill level; though, this will be more complicated than it may initially seem since we cannot contract with developers outside of the US – a factor that will have a significant impact on the overall cost. Further, SharePoint is not generally a system that freelance developers can easily pop in-and-out of since configurations are so specific to individual organizations. If you want to bring on a developer, we will need to either finds someone we can bring on full-time, or establish a contract to keep then on retainer.

Please let me know your thoughts on this and when you'd like to discuss.

Best Regards,
~Kayne



**Kayne Kreitzer**
Software Dev. Program Manager
Direct 276.221.3440



PLAINTIFF'S
EXHIBIT
12

## Jamal Parker

| | |
|---|---|
| **From:** | Kayne Kreitzer <kaynek@taurangroup.com> |
| **Sent:** | Tuesday, August 22, 2017 12:09 PM |
| **To:** | Beth Parker; Jamal Parker |
| **Subject:** | Partnership with Lanteria |

Hi Beth,

Per our discussion this morning, I think that we need to get together a brief one page introduction letter that we can send to Sergey Turin (CEO). This should not be something that is complicated or fancy – things easily get lost in translation when there are a lot of words and acronyms. I will certainly be able to look over it prior to sending to make sure that it will be interpreted correctly.

I would suggest covering at least these items:
- What is Tauran's goal and focus
- Capabilities
- What do we want from Lanteria (Exclusive VAR Partnership with U.S. Territory)
- Why do you think we would be the best option for this? Mention things like:
  - Amazing ability to write RFP's and other Government Proposals 😊
  - In-country management of Azure Government Cloud for hosted options and in-country remote access for on-premise options
  - Several special designations that aid in winning government contracts (HUBZone, Small Disadvantaged Woman Owned, etc.)
  - Understanding of SAM, GSA, and government bidding sites

As I said, I can add anything that seems to be missing or is overly technical.

Let me know if you have any questions!

Best Regards,
~Kayne



**Kayne Kreitzer**
Software Dev. Program Manager
Direct 276.221.3440



PLAINTIFF'S
EXHIBIT

13

## Jamal Parker

| | |
|---|---|
| **From:** | Kayne Kreitzer <kaynek@taurangroup.com> |
| **Sent:** | Tuesday, December 26, 2017 3:21 PM |
| **To:** | Jamal Parker; Beth Parker; Deborah Turley |
| **Subject:** | Re: Trinity Invoice |

Hi All,

I am in the process of rebuilding Trinity's Azure platform and moving their major resources to the government data centers. I estimate that our new monthly charges from Microsoft for the Tauran Hosting Subscription will increase to $1,300 per month. This is based on our highest bill from the last quarter ($936) with one new SharePoint Server ($250) and an additional 10% for the Government data centers (~$120.00).

To handle this increase of costs and to realize a profit on Hosting, I would recommend increasing the per license fee for Concourse Hosting from $2.50 to $3.75.

Let me know if you have any additional questions.

~Kayne

---

**From:** Jamal Parker <jamalp@taurangroup.com>
**Date:** Monday, December 25, 2017 at 3:56 PM
**To:** Beth Parker <bethp@taurangroup.com>, Deborah Turley <DebbieT@taurangroup.com>
**Cc:** Kayne Kreitzer <kaynek@taurangroup.com>
**Subject:** Re: Trinity Invoice

Hey there, I need to check with Kayne as the amounts will be changing for the new year.

We'll get this sorted tomorrow at the latest.

Cheers!

Merry Christmas

Get Outlook for Android

---

**From:** Deborah Turley
**Sent:** Monday, December 25, 2017 1:09:49 PM
**To:** Beth Parker; Jamal Parker
**Subject:** Trinity Invoice

Beth

Attached is Trinity's user invoice for your review.

Thank you.



PLAINTIFF'S EXHIBIT 14

# CONSULTANT AGREEMENT

THIS AGREEMENT, made and entered into by and between

| "TMG" | | "CONSULTANT" |
|---|---|---|
| Tauran Management Group "TMG"<br>21 N. Broad Street<br>Luray, VA 22835 | AND | Kayne Kreitzer<br>20 Child St. Apt. 717<br>Cambridge, MA 02141 |

Any notices required to be given under this Agreement shall be sufficient if in writing and sent by certified mail, return receipt requested or via e-mail read receipt requested, to the parties as follows:

| "TMG" | "CONSULTANT" |
|---|---|
| Tauran Management Group "TMG"<br>21 N. Broad Street<br>Luray, VA 22835<br>Jamal Parker<br>jamalp@taurangroup.com<br>(540) 742-7420 | Kayne Kreitzer<br>20 Child St. Apt. 717<br>Cambridge, MA 02141 |

**TERMS**

| Period of Performance | 09/09/2016-09/31/2018 (Auto renewal unless canceled in writing) |
|---|---|
| Compensation | $30 per hour |
| Allocation of Hours | Up to 40 Hrs/wk Allocated on Task Basis |
| Contract Technical Representative | Jamal Parker |

WITNESSETH:

WHEREAS, TMG is in the business of providing professional services; and

WHEREAS, Consultant is in the business of providing professional support services, which includes expertise in the efforts defined in the Statement of Work under Attachment A,

WHEREAS, TMG and Consultant wish to establish the terms and conditions governing those professional services,

WHEREAS, TMG wants Consultant to perform certain professional services related to TMG lines of business, and Consultant is willing to do so for compensation, and in accordance with the terms and conditions specified herein;

NOW, THEREFORE, in consideration of the respective covenants and undertakings contained herein, the parties hereto agree as follows:

ARTICLE I - SCOPE OR STATEMENT OF WORK - Attachment A

Consultant will provide professional services related to projects of TMG, as defined in the Statement of Work under Attachment A. Consultant will only perform efforts as defined in the Statement of Work and only as specifically authorized by the company designated Contract Technical Representative (hereinafter "CTR") as stated above.

The Statement of Work will set forth one or more of the following: efforts to be accomplished, lines of inquiry to be pursued, due dates, a specified maximum level of effort, and a funding ceiling that is not to be exceeded. If efforts are performed without proper authorization, such work may not be compensated.

Kayne Kreitzer                                                           Consultant Agreement



PLAINTIFF'S
EXHIBIT
15

In the event of any inconsistency between elements of the Agreement, the following order of precedence shall apply: (i) the terms of the Consultant Agreement, (ii) the Statement of Work to the Consultant Agreement, (iii) all other references, attachments, specifications or provisions. TMG Consultant Agreement and Statement of Work shall prevail over any subsidiary documents referenced therein. Consultant shall not use any specification or work description in lieu of those contained in this Agreement or Task Order without the written consent of the CTR.

## ARTICLE II - PERIOD OF PERFORMANCE

The term of the Agreement shall be for the period stated above during which term TMG shall be entitled to the Consultant's services when and to the extent requested by the CTR in writing, and agreed to by the Consultant. Upon conclusion of its initial and each subsequent term, this Agreement shall be deemed renewable, subject to written modification of this Agreement by the parties hereto. This Agreement may be terminated by either party in accordance with ARTICLE entitled TERMINATION. Pending the final determination of any dispute arising in connection with the Agreement, Consultant agrees to proceed diligently with performance, as and to the extent directed by TMG.

## ARTICLE III - REPORTS

Consultant shall furnish written monthly reports in a style and format that is mutually decided between the Consultant and the CTR. A typical report will include as a minimum: the date and place of the performance of services, persons visited and subjects discussed, a description or summary of the services performed, and the billable hours associated therewith. The monthly reports along with such other information as may be reasonably requested by TMG, shall be timely submitted to the CTR. A copy of the monthly report shall be provided with each invoice submitted for payment unless security restrictions prohibit such actions.

## ARTICLE IV - COMPENSATION

As consideration for the Consultant's satisfactory performance of services in accordance with the Scope of Work set forth in ARTICLE I hereof and complying with other terms of this Agreement, TMG shall make payment to the Consultant as follows:

(1) Professional Services - Compensation shall be made in accordance with the fixed rate(s) identified on page 1 for services provided in accordance with written direction issued hereunder. The above cited rates include all compensation due the Consultant for services to be rendered, to include the costs of fringe benefits, overhead, other direct costs, general and administrative expenses, and profit or fees except as specifically authorized in accordance with paragraph 2 below.

(2) Other Authorized Expenses - TMG will reimburse the Consultant actual costs incurred for non-local travel without handling charge or fee as authorized in writing hereunder:

a. Reimbursement shall be made for authorized actual expenses to include costs of transportation, lodging, meals, and incidental expenses, along with such other reasonable and necessary expenses related to the services as might be mutually agreed upon in writing.

b. Authorized Air travel shall be reimbursed for coach-class accommodations unless no other accommodations are available or such accommodations would require circuitous routing, travel during unreasonable hours or the like, and such additional expense is approved in writing in advance in writing.

c. Reimbursement for lodging, meals, and incidental expenses will be made in accordance with the provisions of the Federal Acquisition Regulation. Reimbursement for actual expenses shall be limited to the maximum per diem allowed in the JTR/FTR and as may be specified in writing and issued hereunder.

d. Local travel within a 40-mile radius, local parking fees, and other incidental expenses incurred by the Consultant are generally allowable. However, such expenses are unallowable for travel between the Consultant's home or office and offices of TMG or its customers when such offices are the principal place of performance for the Consultant. Principal place of performance, for purposes of this agreement, is defined as the location the Consultant spends 64 hours or more of its time per month performing in accordance with the Statement of Work of this agreement. If Consultant cannot perform any effort under this agreement without using assets located at one of TMG's offices or one of the offices of its customers then such offices are considered the principal place of performance regardless of hours spent at such offices.

e. In accordance with paragraph d above, local travel is not allowable between Consultant's home/office and the principal place of performance.

Kayne Kreitzer                                              Consultant Agreement

PLAINTIFF'S EXHIBIT 15

f. Local travel expenses will be supported by a description of the local travel and its relation to the Statement of Work under this agreement. Number of miles traveled between destinations must also be stated. The Consultant must provide receipts when possible (e.g., parking, tolls).

## ARTICLE V - INVOICES AND PAYMENT

(1) The Consultant shall submit monthly invoices for services performed in, accordance with the written Statement of Work or Task Orders issued by TMG. Such invoices shall show detailed computations of the amount due for the current effort, the period of performance during which the services were rendered, and the cumulative amount for each Statement of Work or Task Order under which work was performed during that period. Amounts invoiced for other authorized expenses incurred in accordance with ARTICLE IV above, must be supported by receipts as required by TMG. Amounts invoiced shall be paid within thirty (30) days of the receipt of a proper invoice.

(2) The Consultant must report and maintain sufficient records concerning performance to permit verification through normal audit procedures of the effort expended by categories, and hours in the performance of the services.

(3) Payment by TMG shall be subject to TMG's right to withhold payment of any part of the charges invoiced for services performed as set forth herein that TMG may contest in good faith.

(4) Unless otherwise indicated in the Statement of Work or Task Orders, **ORIGINAL** monthly invoices shall be submitted to the following address to ensure proper receipt and handling:

**Tauran Management Group**
**Attn: Accounts Payable**
**21 N. Broad Street**
**Luray, VA 22835**
**Email: jamalp@taurangroup.com**
**Phone: (540) 742-7420**

## ARTICLE VI - GOVERNMENT SUPPORTED PROJECTS

If the Consultant performs work for TMG on Government-supported projects, the following provisions apply:

(1) Consultant agrees that its books, records and plant, or such part thereof, as may be engaged in the performance of the Agreement shall at all times be subject to inspection and audit by DCAA, or any authorized representative of the Government. TMG reserves the right to audit the final invoice, which shall contain a certification as to its accuracy. If Consultant's costs or charges are disallowed by the Government, such disallowance shall be the sole responsibility of the Consultant. If however, the disallowance is due to actions by TMG, the Consultant will be reimbursed in full for services described on all "proper" invoices. Consultant will keep copies of such records and supporting documents for three (3) years after final payment for work performed under this Agreement, or for such time as the Government may require.

(2) <u>Covenant Against Contingent Fees:</u> Consultant warrants to TMG and the Government that no person or selling agency has been employed or retained by him to secure this Agreement or Government work upon agreement or understanding for a commission, percentage, brokerage or contingent fee. Consultant agrees that for breach or violation of this warranty, both the Government and TMG shall have the right to annul this understanding without liability and, in the discretion of each or either, to deduct from Consultant's compensation hereunder or otherwise recover the full amount of such commission, percentage, brokerage or contingent fee. Consultant warrants and agrees that it will abide by TMG policy that Consultant and its employees will not accept or offer the above referenced fees or gratuities in any form.

(3) Consultant agrees to comply with all applicable laws, rules and regulations and all requirements that TMG is required, by the procurement regulation terms of any Government prime contract, to include in its contracts with persons providing supplies or services for the performance of the contract. The agreement is subject to the attached FAR Terms & Conditions.

(4) The Consultant further understands that any failure to safeguard information relating to the national defense may subject the Consultant to criminal liability under the laws of the United States, including Title 18 U.S.C., Sections 793 through 799, and Executive Orders Number 10104, dated February 1, 1950, number 10501, dated November 5, 1953, and Number 10865, dated February 20, 1960. Consultant will comply with all applicable United States Government security regulations. In the event work performed under the terms of the Agreement requires access to any classified information or material which information is classified "Confidential" or higher, the provisions of FAR clause 52.204-2 shall be applicable. TMG reserves the right, and Consultant agrees to such reservation,

Kayne Kreitzer                                                      Consultant Agreement

PLAINTIFF'S EXHIBIT
15

to terminate this Agreement at any time if the Consultant is not at all times authorized access to such classified matter by the appropriate Government agency.

(5) Consultant represents that he (a) is not presently debarred, suspended, proposed for debarment or declared ineligible for the award of contracts by any Federal agency; (b) has not, within a three-year period preceding this Agreement, been convicted of or had a civil judgment rendered against him for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain or perform a public (Federal, state or local) contract or subcontract; violation of Federal or state anti-trust statues relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property; and (c) is not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of the foregoing offenses.

(6) Property. All Government furnished property and Consultant acquired property will be acquired only if contractually authorized. Each property control system must be responsive to Subpart 45.5 of the Federal Acquisition Regulations. The Consultant shall create and maintain the official Government property control records for each item of Government property. The records will identify all property currently accountable to the Consultant, and shall provide a complete, perpetual, auditable record of all transactions.

(7) Prohibition On Marketing Or Lobbying Activities. It is the intent of TMG that all costs incurred in accordance with this Agreement for the professional technical and engineering services of the Consultant shall be allowable costs in accordance with the Federal Acquisition Regulation; the Cost Accounting Standards; title 31, United States Code, (Section 1352) as amended by Section 319 of Public Law 101-121; and all other applicable laws and regulations. In this regard, TMG has not engaged the services of the Consultant for the purpose of influencing or attempting to influence (marketing or lobbying) any federal official on behalf of TMG, in connection with any Federal contract action (the award, extension, continuation, renewal, amendment, or modification of any Federal Contract). Influencing or attempting to influence means making any communication to, or an appearance before, any Federal Official in connection with any Federal Contract action, with the intent to influence that Federal Official. "Federal Official" include: any officer or employee of any agency, any member of the uniformed services, a Member of Congress, an officer or employee of Congress, an employee of a member of Congress, or any special Government employee.

In recognition of TMG intent, the Consultant agrees to refrain from engaging in any communications with or making any appearances before any Federal Official on behalf of TMG, for the purpose of influencing or attempting to influence (marketing or lobbying) said Official in connection with any federal contract action.

Actions taken or costs incurred by the Consultant in violation of this Article shall not be reimbursable without prior written modification to this Agreement specifically providing for the reimbursement of said unallowable costs by TMG. Violation of this provision may constitute grounds for immediate termination of this Agreement at the discretion of TMG, notwithstanding the provisions above.

## ARTICLE VII-INVENTIONS, PROPRIETARY RIGHTS, AND COPYRIGHTS

(1) Proprietary Matters: Consultant understands that during the term of this Agreement he may acquire knowledge of proprietary information about the business affairs of TMG and its clients (hereinafter "Proprietary Information "). Consultant specifically covenants and undertakes that he shall keep inviolate forever all Proprietary Information and shall not reveal the same to anyone unless such information is generally known to the public through no fault of Consultant, or unless Consultant already knew such information and such fact is communicated in writing to TMG at the time or receipt of such information. Consultant acknowledges that all client lists, documents, illustrations, research data, reports, equipment, drafts of documents or material and any other information or materials of any nature whatsoever, whether or not copyrightable or patentable produced by TMG for any of its clients coming into his possession as result of his services to TMG, will be and remain the property of TMG. Upon expiration or termination of this Agreement for any reason, Consultant shall surrender all such documents, materials or any such information reduced to a tangible form, and any other Proprietary Information within his possession to TMG. TMG shall identify information supplied to Consultant as "Proprietary Information" by a notation to that effect on the data so delivered.

(2) Restrictive Covenant: The benefits of the services of Consultant to TMG are declared not measurable in terms of money alone because of the knowledge that Consultant may acquire of the business affairs of TMG, the ability and expertise of TMG and any Confidential Information of TMG or its clients. Without the express prior written consent of TMG, Consultant shall not, during the term of this Agreement, and for one year after the date of any termination of this Agreement, alone or as a sole proprietorship, in relation to any corporation, person, institution, foundation or other entity, or as an advisor or Consultant, directly or indirectly, utilize proprietary products, services or expertise of TMG with the intent or effect of directly competing with TMG. The preceding may not in and of itself prohibit the Consultant from being employed by persons, firms, or corporations engaged in the same or similar business as that of TMG, provided, that the provisions of this Agreement banning the transfer of knowledge learned of associations with TMG shall be strictly observed by the Consultant with respect to such other persons, firms or corporations.

Kayne Kreitzer                                          Consultant Agreement

PLAINTIFF'S
EXHIBIT
15

The Consultant agrees to reveal promptly to TMG any activity on Consultant's part that reasonably might be deemed to be in competition with TMG or with the services to be performed hereunder. Further, Consultant agrees that Consultant does not have any conflicting employment or Consultant agreements, and agrees that Consultant will not, without TMG's consent, undertake to perform tasks for others in conflict with those contemplated by this Agreement.

(3) The Consultant agrees that the services performed in accordance with this Agreement are "works for hire". Any work products, inventions or improvements that Consultant may conceive, make, invent, or suggest in connection with the work done as a Consultant under this Agreement or which are conceived as a consequence of opportunity of knowledge afforded by such work shall be promptly revealed to TMG by the Consultant, and shall become the absolute property of TMG. Consultant shall, at any time during the life of this Agreement and for three years thereafter, at the request of TMG, execute any patent or copyright papers that TMG may consider necessary or helpful in the prosecution of applications for patent or copyright thereon or in connection with litigation or controversy relating thereto; provided, however, that all expenses incident to the filing of such applications and the prosecution thereof and the conduct of such litigation shall be borne by TMG. Consultant agrees that all writings produced by Consultant in connection with his performance of the services shall be the sole property of TMG, and TMG shall have exclusive right to copyright such writings in any country or countries.

## ARTICLE VIII – NON-SOLICITATION

Without the prior written consent of TMG, from the date of this Agreement until one year after the termination of the Agreement, Consultant shall not, either directly or indirectly, on behalf of himself or any other individual, corporation, partnership of other entity, employ, solicit for employment or otherwise assist in the solicitation or employment, including any recommendation with respect to employment, of any individual, consultant, employee or identified prospective consultant or employee of TMG.

## ARTICLE IX – STOP WORK ORDER

TMG may, at any time, by written order to Consultant, direct Consultant to stop all, or any part of the work authorized hereunder, for such period of time as TMG my specify. Any such order shall be specifically identified as a Stop Work Order issued pursuant to this Article. Upon receipt of such order the Consultant shall forthwith comply with its terms.

TMG shall not be liable for any services provided or expenses incurred by Consultant during any period covered by any such order unless such services or expenses are expressly authorized by TMG or were reasonably incurred to stop the work in an orderly fashion.

For any period covered by a Stop Work Order, Consultant shall be compensated in accordance with ARTICLE IV, Compensation, only for those costs incurred in the performance of any portion of the work not affected by the Stop Work Order, or for any obligations incurred before the effective date of such Order that may remain due.

## ARTICLE X - TERMINATION

TMG or the Consultant may, at its discretion, terminate the work under this Agreement at any time giving fifteen (15) days' notice. In such event, TMG shall assume all reasonable obligations and commitments that Consultant may have theretofore in good faith undertaken or incurred in connection with the work, and TMG shall pay the compensation provided for in this Agreement that has been earned through the date of termination. Termination of this Agreement shall not entitle Consultant to payment of any costs or fees, actual or anticipated, which are in addition to the provisions of ARTICLE IV, Compensation, as contained herein. In the event of such termination, all material produced by Consultant shall become the property of and delivered to TMG as previously stated in this Agreement.

## ARTICLE XI - INDEMNIFICATION

This Agreement is not intended to be one of hiring under the provisions of any Workmen's Compensation or any other law, and shall not be so construed. Consultant hereby agrees to indemnify and save TMG from and against all liability for injury or death to persons and damages to property sustained by any person or corporation whatsoever in any manner arising out of or resulting from or caused by or in connection with any work performed hereunder or any work authorized by TMG. Nothing herein shall be construed as making the Consultant liable for any injuries, death or damages caused by the sole negligence of TMG.

Consultant also assumes sole responsibility for the settlement of all liability that may arise under any Workmen's Compensation law in connection with any work performed hereunder.

Kayne Kreitzer

Consultant Agreement

PLAINTIFF'S
EXHIBIT
15

Consultant assumes all risk of personal injury, and all risk of damage to or loss of personal property furnished by him. Consultant shall timely provide a copy of its current "Certificate of Insurance" to TMG, which shows the extent to which Consultant's insurance is established.

Consultant hereby agrees to hold harmless and indemnify TMG against all claims (including reasonable expenses of litigation or settlement) by any person or corporation for death, personal injury or loss of damage to, or loss of use of property or patent or trade mark infringement arising out of or resulting from the use of the plans, drawings, specifications, data and equipment that are the subject of this Agreement.

A failure on the part of Consultant to comply with the terms, covenants and conditions of this Agreement shall empower TMG, in its discretion, to begin injunctive proceedings or such other action that it may deem advisable to bring against Consultant or any other person.

## ARTICLE XII - DRUG FREE WORKPLACE

The Consultant acknowledges that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in TMG's workplace. As a condition of acceptance of this Agreement, the Consultant agrees not to engage in the unlawful manufacture, distributing, dispensing, possession, or use of a controlled substance in the performance of this Agreement. The Consultant shall notify TMG of any criminal drug statute conviction within five days of such a conviction occurring during the period of this Agreement. A violation of this provision shall be cause for immediate termination of this Agreement for default.

## ARTICLE XIII - CHANGES

(1) TMG may, at any time, make changes in the scope of the Agreement, in the definition of services or tasks to be performed and the time (i.e., hours of the day, days of the week, etc.) and place of performance thereof. If any such changes cause an increase or decrease in the estimated cost of, or the time required for, the performance of any part of the work under this Agreement, or otherwise affects any other provision of this Agreement, an equitable adjustment shall be made:

a. In the Total Estimated Cost, or such other reimbursable costs as may be reasonable and applicable to such Changes; and/or
b. In the time provided for the performance of the Work; and/or
c. In such other provisions of the Agreement as may be so affected; and the Agreement shall be modified in writing accordingly.

(2) Any changes to the Agreement issued under this or any other provisions herein will be via a written Amendment or Change Order to the Agreement, to include the confirmation of any verbal or written direction provided by TMG, or any equitable adjustments due hereunder.

(3) Any claim by Consultant for adjustment under this Article must be asserted within thirty (30) days from the receipt by Consultant of this notification of change; provided, however, that TMG, if it decides the facts justify such action, may receive an act upon such claim asserted at any time before final payment. Nothing in this provision shall excuse Consultant from proceeding with the Agreement as changed.

## ARTICLE XIV - NON-WAIVER OF RIGHTS

Neither TMG's review, approval nor acceptance, nor payment for any of the services required by this Agreement shall be construed to operate as a waiver of any rights or of any course of action available under the terms of this Agreement.

## ARTICLE XV - GOVERNING LAW

The Agreement and the rights of the parties under this Agreement shall be governed by and enforced in accordance with the laws of Virginia, and it is hereby agreed that this Agreement shall be deemed executed in Virginia regardless of the actual place of signature or other act by the parties, or the actual place of performance.

## ARTICLE XVI - PUBLICITY

No information concerning this Agreement or the services provided for herein shall be released by the Consultant for publication, advertising or for any other purpose without the prior written approval of TMG.

## ARTICLE XVII - WARRANTY

Kayne Kreitzer                                         Consultant Agreement


PLAINTIFF'S EXHIBIT 15

Consultant warrants the competence of its professional technical and engineering services and that the services provided hereunder by Consultant shall (1) conform to customarily accepted standards of care and practice appropriate to the nature of the professional services rendered, (2) comply in all respects with the requirements of this Agreement, the attachments hereto, and any Task Orders issued hereunder, and (3) be suitable for their intended purpose.

## ARTICLE XVIII - APPLICATION

Notwithstanding the expiration of the term of this Agreement or its termination for any reason whatsoever, the Consultant and TMG mutually agree that the respective rights and obligations set forth in the Agreement (excepting where such rights and obligations are expressly limited to the period of the Agreement) shall continue in full force and effect until they have been completely exercised or fulfilled, as the case may be.

## ARTICLE XIX - COMPANY'S TECHNICAL REPRESENTATIVE (CTR)

The CTR is the official project sponsor and interface with the Consultant, and is responsible for monitoring the technical aspects of the Consultant's performance. This clause shall define the roles and functions of TMG's CTR for performance under the Consultant Agreement, as follows: (1) Assign tasks, deliverables, or service to the Consultant that includes technical direction and delivery requirements pursuant to the Statement of Work of this Agreement; and (2) review all of Consultant's invoices for allocability, appropriateness, timeliness, and reasonableness pursuant to the Payments clause of this Agreement.

## ARTICLE XX - ENTIRETY OF AGREEMENT

This document and any resulting Task Orders constitute the entire Agreement between the parties hereto and may not be changed except by an instrument in writing. It is mutually covenanted and agreed that the various provisions of this Agreement shall be construed as cumulative, and not one of them is exclusive of the other, or exclusive of any right allowed by law.

If any term, provision, paragraph or clause of this Agreement or any application thereof shall be invalid or unenforceable for any reason in any particular jurisdiction, the remainder of this Agreement and any other application of such term, provision, paragraph or clause shall not be affected thereby in such jurisdiction (where such remainder or application shall be construed as if such invalid or unenforceable term, provision, paragraph or clause had not been inserted), and this Agreement and such application of such term, provision, paragraph or clause shall not, in any manner, be affected thereby in any other jurisdiction.

All provisions that by their terms should survive this Agreement shall survive the termination of this Agreement.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date first shown above.

| Tauram Management Group | CONSULTANT |
|---|---|
| By: _____ (Signature) | By: _____ (Signature) |
| Name: Jamal Parker | Name: Kayne Kreitzer |
| Title: Operations Manager | Title: Consultant |
| Date: 9/16/16 | Date: 9/16/16 |

Kayne Kreitzer

Consultant Agreement

PLAINTIFF'S
EXHIBIT
15

## Attachment A
### Scope or Statement of Work

Duties include. but are not limited to:
Administrative and Operational support to TMG and its clients. Other duties and tasks as assigned.

PLAINTIFF'S
EXHIBIT

15

# NONDISCLOSURE AGREEMENT

### By and between

### TAURAN MANAGEMENT GROUP LLC. And __Kayne Kreitzer__

THIS AGREEMENT (hereinafter referred to as the "Agreement") made effective this _9th_ day of September, 2016, by and between Tauran Management Group llc (hereinafter referred to as "TMG"), a Virginia corporation, with its principal place of business at 21 N. Broad Street, Luray, Virginia 22835, and Kayne Kreitzer, a __Self-Pop__ corporation, having its principal place of business at __20 Child St. Apt. 717 Cambridge MA__ 02141, each or both of which shall also hereinafter be referred to as the "Party" or "Parties," respectively.

     WHEREAS, the Parties represent that they each possess or may in the future possess certain technical, business, financial and other information which it considers proprietary to it; and

     WHEREAS, it is recognized that, in order to consider business opportunities that may be of interest to the Parties and in connection with any current or future contractual relationship between the Parties, it may be both necessary and desirable that the Parties exchange the above-described proprietary information.

     NOW THEREFORE, in consideration of receipt of such Proprietary Information and the mutual promises made herein, the Parties agree as follows:

1. The term "Proprietary Information" means all information and data relating to the Parties' technology, products, services or other business, in whatever form such information may be disclosed, including, without limitation: (i) product or service information, including designs and specifications, development plans, patent applications, and strategy; (ii) marketing information, including lists of potential or existing customers or suppliers, marketing plans and surveys; (iii) computer software, including codes, flowcharts, algorithms, architectures, menu layouts, routines, report formats, data compilers and assemblers; and (iv) financial information, including sales, pricing and revenue information; and if applicable, (v) Government programmatic information and information concerning TMG and its contractors. For Proprietary Information exchanged in relation to a Government proposal or other Government opportunity, the parties shall treat the Proprietary Information in strict accordance with the Procurement Integrity Act. Under this Agreement, Proprietary Information shall include, but not be limited to, derivative and residual forms of Proprietary Information, as well as proprietary information of the Parties' client(s) and licensors, all of which shall be treated in strict accordance with the provisions herein.

"Proprietary Information" shall not include information which the recipient can prove: (i) that as of the time of receipt by the recipient is in the public domain or subsequently enters the public domain without breach of this Agreement by the recipient; (ii) that as of the time of receipt by the recipient, is already known to or in the possession of the recipient, and written notice of such prior knowledge or possession is given to the disclosing party immediately after receipt; (iii) is independently developed by or for the recipient as evidenced by the recipient's own files and records; (iv) is received in good faith by the recipient from a third party that was lawfully in possession of the information and had the right to

PLAINTIFF'S
EXHIBIT
16

Page 1 of 4
NDA Rev. Aug. 2015

disclose the same; (v) is disclosed to third parties by the disclosing party on a non-confidential basis; or (vi) that the Parties mutually agree in writing to release from the terms of this Agreement. The burden of proof that Proprietary Information is subject to one of the above exclusions shall be borne by the party claiming such exemption.

2. Each party agrees that, for five (5) years after receipt of Proprietary Information under this Agreement, or for the duration of a resulting contract, whichever is longer, such Proprietary Information received from the other party: (i) will only be used for the purpose of the Opportunities; (ii) will not be disclosed to any third party without prior written approval of the disclosing party; (iii) may only be disclosed within the receiving organization on a "need-to-know" basis to persons who have been advised of the existence of this Agreement and agree to be bound by its terms; (iv) will be treated with at least the same degree of care as the recipient treats its own Proprietary Information, but in no event with less than a reasonable degree of care; (v) will be copied only to the extent necessary for the purpose of the Opportunities; and (vi) will remain the property of the disclosing party.

3. In the event either party receives a subpoena or other validly issued administrative or judicial process demanding confidential or proprietary information of the other party, the recipient shall promptly notify the disclosing party and tender to it the defense of such demand. Unless the demand shall have been timely limited, quashed, or extended, the recipient shall thereafter be entitled to comply with such demand to the extent permitted by law. If requested by the party to whom the defense has been tendered, the recipient shall cooperate (at the expense of the requesting party) in the defense of a demand.

4. All information to be treated as Proprietary Information shall be marked as such when it is disclosed in written form, and, in the event information that is intended to be treated as Proprietary Information is disclosed verbally, the disclosing party shall identify the Proprietary Information as such at the time of verbal discussions. Neither the execution and delivery of this Agreement, nor the furnishing of any Proprietary Information by the Parties hereunder shall be construed as granting to any other party to this Agreement, either expressly, by implication, estoppel, or otherwise, a license under any trademark, patent, copyright or any other intellectual property right hereafter owned or controlled by the party furnishing same.

5. Each party acknowledges that unauthorized disclosure or use of the other party's Proprietary Information could cause irreparable harm and significant injury to the other party that may be difficult to ascertain. Accordingly, each party agrees that the other party shall have the right to seek and obtain immediate injunctive relief from breach or threatened breach of this Agreement, in addition to any other rights and remedies it may have.

6. Each party shall return to the disclosing party the original and all copies of written information furnished to the other upon the disclosing party's request or upon the recipient's determination that it no longer has a need for such Proprietary Information.

7. Each party agrees not to disclose or use any Proprietary Information of the other party in any manner, directly or indirectly, for the purpose or with the result of obtaining, for itself or any third party, an advantage, benefit or gain, whether real or potential, over the general public, whether in connection with investing or trading in securities or for any other purpose other than the Opportunities. Each party acknowledges that such use or disclosure of Proprietary Information may constitute insider trading in violation of federal law, resulting in severe sanctions on individuals and the corporate entities involved in insider trading.

Confidential and Proprietary

PLAINTIFF'S
EXHIBIT
16

8. Nothing in this Agreement is intended to, or shall be deemed to, constitute a joint venture or partnership of any kind between, the Parties nor any separate business entity.

9. Each party shall bear its own respective costs, expenses, risks and liabilities arising from its activities hereunder.

10. The parties agree that, during the term of this Agreement and for a period of one (1) year thereafter, neither party shall solicit for employment employees of the other party met or learned of through discussions related to this Agreement, nor seek to entice, attract, or induce such employees to leave the employ of the other party, without the prior written permission of an authorized representative of the other party.

11. The Parties agree that all obligations undertaken herein shall survive and continue after any termination of this Agreement.

12. This Agreement is accepted in the Commonwealth of Virginia and its validity shall be determined under and its terms construed in accordance with the laws of the Commonwealth of Virginia without regard to principles of conflicts of law.

13. This Agreement constitutes the entire understanding between the Parties with respect to the subject matter hereof and supersedes all other understandings or representations, oral or written, relating thereto. This Agreement may not be modified except by a written document executed by both Parties.

IN WITNESS WHEREOF, the Parties hereto have, through duly authorized representatives, executed this Agreement effective as of the day, month and year set forth above.

| COMPANY | | TAURAN MANAGEMENT GROUP LLC. | |
|---|---|---|---|
| By: | _Kayne Kreitzer_ | By: | _(signature)_ |
| Name: | Kayne Kreitzer | Name: | Mr. Jamal Parker |
| Title: | Soft. Dev. Program Manager | Title: | Operations Manager |
| Date: | 9/16/16 | Date: | 9/16/16 |

Page 3 of 4
NDA Rev. Aug. 2015

Confidential and Proprietary



PLAINTIFF'S
EXHIBIT
16

| From: | Beth Parker |
|---|---|
| To: | Parker, Jamal; Kayne Kreitzer |
| Subject: | Re: Contact Info |
| Date: | Tuesday, September 6, 2016 10:20:48 AM |
| Attachments: | Software Developer PM Job Description.pdf |

Hi Kayne. Please review the attached and give us any feedback.

Can't wait to work together again!
Beth

---

**From:** Parker, Jamal
**Sent:** Monday, September 5, 2016 7:40:05 PM
**To:** Kayne Kreitzer
**Cc:** Beth Parker
**Subject:** Re: Contact Info
Yes, I'd forgotten it was a holiday. Beth wants to make a quick change and send over the outline first thing tomorrow. We can be available at any time basically, but after noon would give us time to get you the doc and let you review.
Any time better than others?
Jamal Parker,
IT Manager

On Mon, Sep 5, 2016 at 7:33 PM -0400, "Kayne Kreitzer" <kreitzer@me.com> wrote:

Hi Jamal,

Sorry for the delay in response! I have been away for the holiday weekend.

Do you guys have some time tomorrow for a call together? And could you please send me the expectations?

Thanks and look forward to talking to you!

Sincerely,
~Kayne

Kayne Kreitzer
20 Child St Apt 717 | Cambridge | MA 02141
(603) 496-0762

On Sep 2, 2016, at 4:56 PM, Parker, Jamal <jparker@trinitytechnologygroup.com> wrote:

Hi Kayne,
Do you have time Monday for a call? Maybe midday, provided we get you the job description prior to.
We are excited by this opportunity, thanks!
Jamal Parker,



IT Manager


On Thu, Sep 1, 2016 at 4:02 PM -0400, "Kayne Kreitzer" <kreitzer@me.com> wrote:

Hi Jamal,

As promised, here is my personal email address for contacting me directly.

Look forward to hearing from you and thank you for reaching out!

Sincerely,
~Kayne

Kayne Kreitzer
20 Child St Apt 717 | Cambridge | MA 02141
(603) 496-0762



PLAINTIFF'S
EXHIBIT
17

**TMG TAURAN**
**MANAGEMENT | MEDIA | MARKETING | MIS**
**GROUP**

## Job Description

### Software Development Program Manager

**Summary/Objective**
This position envisions product development and manages projects through completion; analyzes, designs and develops software enhancements and new modules; manages project development from initial design through testing while providing strategic management direction. Additionally the SDPM will interact with clients providing sales, training and technical assistance as needed.

**Essential Functions**
Exercises independent judgment and discretion in overall project management.
Designs, develops and modifies programs, including prototypes.
Researches product development options and provides analysis for product direction.
Consults with internal departments to identify customer needs and include into project objectives.
Provides support regarding product development to internal departments.
Manages and directs software developers.
Represents the company and its products with clients and potential clients for both marketing and training purposes.
Creates related documentation.

**Competencies**

| | | |
|---|---|---|
| Technical Capacity | Communication Proficiency | Problem Solving/Analysis |
| Leadership | Performance Management | Project Management |

**Supervisory Responsibility**
This position manages all employees and consultants working within the program and is responsible for their performance management.

**Work Environment & Physical Demands**
This position may operate in a professional office environment or remotely (telecommuting) using standard office equipment. It is a largely sedentary role. Travel is required.

**Required Education & Experience**
Experience developing software with project management experience.

**Work Authorization/Security Clearance**
This position may be subject to a government background investigation.

**Other Duties**
This job description is not designed to cover or contain a comprehensive listing of activities, duties or responsibilities. Duties, responsibilities and activities may change at any time with or without notice.

**EEO / AAP Statement**
TMG is an Equal Opportunity / Affirmative Action employer. All qualified candidates will receive consideration for employment without regard to race, color, religion, sex, national origin, disability, sexual orientation and genetic information or protected veteran status assuming an individual can perform the essential functions of the job with or without accommodation.

Employee signature below constitutes employee's understanding of the requirements, essential functions and duties of the position.

Employee_____ Date_____

**PLAINTIFF'S EXHIBIT**
17

| | |
|---|---|
| **From:** | Beth Parker |
| **To:** | Kayne Kreitzer; Jamal Parker |
| **Subject:** | Re: SYNNEX Corp. (Account Application) x CSP |
| **Date:** | Wednesday, April 25, 2018 6:15:21 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image009.png |
| | image010.png |

What should I enter for amount?

**Elizabeth Parker**

Tauran Management Group

21 North Broad Street, Suite D

Luray, VA 22835

(540) 551-4560

**<span style="color:red">Subject Line Coding Key:</span>**

SLO – Subject Line Only

EOD – Response Needed by End of Day

IRN # – Immediate Response Needed in # of hours

NTN – No Thanks Needed

NRN – No Response Needed

CRO – Confirmed Received Only

This communication may contain confidential and/or privileged information. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return e-mail and delete this message from your computer.

**From:** Kayne Kreitzer
**Sent:** Wednesday, April 25, 2018 5:34:14 PM
**To:** Beth Parker; Jamal Parker
**Subject:** FW: SYNNEX Corp. (Account Application) x CSP

Hi Guys,

We were not able to sign up for a Net Terms Account with SYNNEX because we currently have no existing trade accounts. In order to start selling Cloud Solutions with them, we need to fill out the attached Credit Card Authorization form. It must be signed by both of you and I need a copy of the driver's license and the credit card. Lastly, they need a copy of a statement.

Can you please get this to me ASAP? I want to have information to bring to the table on Friday with System High.



Kayne Kreitzer
Software Dev. Program Manager, Tauran Management Group
Direct 276.221.3440 | Main 540.742.7420
www.TauranGroup.com



**From:** Willie Brown <williebr@synnex.com>
**Sent:** Wednesday, April 25, 2018 1:11 PM
**To:** Kayne Kreitzer <kaynek@taurangroup.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP

Hey Kayne,
Sorry for the delay on getting this information over to you.

It looks like we will have to build some history with your account and then review terms options later.

As of now, here is the information that I have received from my Credit Department.



**PLAINTIFF'S EXHIBIT 18**

Please keep me posted:

Account has just been reviewed and set up under Wire Transfer term last 04.06.2018.

- **However, it is noted that Customer is a candidate for Credit card term provided they will submit the proper documents and fill up the attached.**

Credit card requirements:

- Credit Card Authorization Form completed and duly signed by principal(s) of the company >> owner, directors, managers
- Copy of the cardholder's driver's license.
- Front and back of the credit card provided that the credit card number is covered except for the last four digits(CVV code should be visible);
- Credit card statement and it must reflect the below information:
    - billing address
    - the company name
    - card holder name
    - last 4 digits of the card

Willie Brown
SYNNEX Corporation
Sr. Account Executive
williebr@synnex.com

**From:** Kayne Kreitzer [mailto:kaynek@taurangroup.com]
**Sent:** Wednesday, April 25, 2018 10:27 AM
**To:** Willie Brown <williebr@synnex.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP

[External E-mail]

Hi Willie,

Do we have any update on our account yet? I sent the information over to the credit department, but I have not received any responses. I will be on site with a client on Friday and they want to know next steps for moving them from their current Office 365 partner to us.



**Kayne Kreitzer**
Software Dev. Program Manager, Tauran Management Group
Direct 276.221.3440 | Main 540.742.7420
www.TauranGroup.com



**From:** Willie Brown <williebr@synnex.com>
**Sent:** Tuesday, April 17, 2018 4:42 PM
**To:** Kayne Kreitzer <kaynek@taurangroup.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP

Hey Kayne,
Here is the information from the Credit Department:

The 3 trade references would be the names and addresses of 3 companies that the customer buys products from.



PLAINTIFF'S EXHIBIT
18

After SYNNEX receives the financial statements and any trade references that the customer has, then Michelle will re-evaluate account 628047.

Willie Brown
SYNNEX Corporation
Sr. Account Executive
williebr@synnex.com

**From:** Kayne Kreitzer [mailto:kaynek@taurangroup.com]
**Sent:** Tuesday, April 17, 2018 4:13 PM
**To:** Willie Brown <williebr@synnex.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP

[External E-mail]

Hi Willie,

From reviewing the application, it seemed that this information wasn't required if requesting less than $25k. In any case, I have asked my finance folks to send over the statements. For the trade references, what exactly is required? We are a small company and do not yet have any other trade accounts with vendors.



**Kayne Kreitzer**
Software Dev. Program Manager, Tauran Management Group
Direct 276.221.3440 | Main 540.742.7420
www.TauranGroup.com



**From:** Willie Brown <williebr@synnex.com>
**Sent:** Tuesday, April 17, 2018 4:09 PM
**To:** Kayne Kreitzer <kaynek@taurangroup.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP

Hey Kayne
As I gather what is needed for CC Terms with us,

Below was provided by the credit department if you wanted to explore terms account with us.

In order to review for Credit Terms we will need:
12-31-15, 12-31-16, AND 12-31-17 fiscal year-end financial statements AND 3 trade references from the customer.

After these financial statements and trade references are received and evaluated by SYNNEX, then account 628047 will be re-evaluated.

Thanks,
Willie Brown
SYNNEX Corporation
Sr. Account Executive
williebr@synnex.com

**From:** Kayne Kreitzer [mailto:kaynek@taurangroup.com]
**Sent:** Tuesday, April 17, 2018 4:01 PM
**To:** Jason Winecoff <Jasonwi@synnex.com>; Willie Brown <williebr@synnex.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP


PLAINTIFF'S
EXHIBIT
18

[External E-mail]

Hi All,

Thank you for the update! We did apply for a net terms account when submitting the application – not sure if there was a problem with that or not.

Let me know as soon as you have more information so we can get the ball rolling with our two new clients.



**Kayne Kreitzer**
Software Dev. Program Manager, Tauran Management Group
Direct 276.221.3440 | Main 540.742.7420
www.TauranGroup.com



**From:** Jason Winecoff <Jasonwi@synnex.com>
**Sent:** Tuesday, April 17, 2018 3:59 PM
**To:** Willie Brown <williebr@synnex.com>
**Cc:** Kayne Kreitzer <kaynek@taurangroup.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP

Good afternoon Kayne,

I spoke with Willie and he is going to try and get you set up with CC terms with us. This is needed to transact O365 through CSP with SYNNEX. This program allows you, the reseller, to own the billing, support and license lifecycle for the end user. With this program, you have access to your own portal in CloudSolv to allow you to add customers, increase and decrease seat counts, etc. once we have those terms set up, we will authorize you for CSP and I would love to have a discussion with you about how we can assist you. Stay tuned.

Thank you!

Jason Winecoff
864-349-4167
jasonwi@synnex.com

 Microsoft

**AZURE WEBINAR SERIES – Live interactive sessions**
Making Money with Azure – Monthly
Azure for SMB Virtual Boot Camp Part 1 – Proposing a Cloud Solution – Monthly
Azure for SMB Virtual Boot Camp Part 2 – Implementing a Cloud Solution – Monthly
CLOUDSolv Introduction to Microsoft Azure for SMB Accounts – Weekly
Azure Cost Estimating Review and Assistance Webinar – Twice Weekly

**AZURE UNIVERSITY – On Demand Recordings**
Azure for SMB Virtual Boot Camp Part 1 – Proposing a Cloud Solution
Azure for SMB Virtual Boot Camp Part 2 – Implementing a Cloud Solution
Azure Pricing Calculator – Walk-through of basic VM, Storage, VPN, and Backup pricing
Azure 101 – Subscription Setup and build a basic Virtual Network and attaching Virtual Machines
Azure 201 – Azure Backup for on premise and Azure Virtual Machines
Azure 301 – VPN Setup and Azure AD Overview
Azure 401 – Enable AD and Single Sign On
Purchasing VS in CSP – Walk-through of how to purchase Visual Studio via CSP

**From:** Willie Brown
**Sent:** Tuesday, April 17, 2018 3:52 PM


PLAINTIFF'S
EXHIBIT
18

**To:** Jason Winecoff <Jasonwi@synnex.com>
**Cc:** Kayne Kreitzer <kaynek@taurangroup.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP

Good Afternoon Jason,
- Meet our new partner **Kayne Kretizer**.

He is looking for some assistance with O365.
**Account: 628047 Tauran Management Group LLC.**

Are you able to assist with this request.


Thanks in Advance,

Willie Brown
SYNNEX Corporation
Sr. Account Executive
williebr@synnex.com



**From:** Kayne Kreitzer [mailto:kaynek@taurangroup.com]
**Sent:** Tuesday, April 17, 2018 3:49 PM
**To:** Willie Brown <williebr@synnex.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP

[External E-mail]

Hi Willie,

Thank you! Is there some sort of online portal that we get access to? I have a new customer that I want to get created.



Kayne Kreitzer
Software Dev. Program Manager, Tauran Management Group
Direct 276.221.3440 | Main 540.742.7420
www.TauranGroup.com





**From:** Willie Brown <williebr@synnex.com>
**Sent:** Tuesday, April 17, 2018 3:43 PM
**To:** Kayne Kreitzer <kaynek@taurangroup.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP

Hey Kayne,
Sorry for the delay, but we do have your account setup with us here at SYNNEX.

SYNNEX Customer Account--628047/TAURAN MANAGEMENT GROUP LLC
Payment Terms: Wire Transfer
- We may be able to get you setup with Credit Card Terms.

I will have someone from my O365 Team reach out to you direct to help with the switch.

Thanks,
W. Brown


Willie Brown



PLAINTIFF'S
EXHIBIT

18

SYNNEX Corporation
Sr. Account Executive
williebr@synnex.com

**From:** Kayne Kreitzer [mailto:kaynek@taurangroup.com]
**Sent:** Tuesday, April 17, 2018 3:32 PM
**To:** Willie Brown <williebr@synnex.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP
**Importance:** High

[External E-mail]

Hi Willie,

I wanted to follow up and see if there was a status on our application.

Also, we have a new client that wants to switch from their current Office 365 partner to us. What is the process for this? They are all setup with their own Office 365 tenant and want us to manage it and handle the billing for it.

 **Kayne Kreitzer**
Software Dev. Program Manager, Tauran Management Group
Direct 276.221.3440 | Main 540.742.7420
www.TauranGroup.com



**From:** Willie Brown <williebr@synnex.com>
**Sent:** Friday, March 30, 2018 2:31 PM
**To:** Kayne Kreitzer <kaynek@taurangroup.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP

Hey Kayne,
Also just so you know, all that we are waiting on from you guys is listed below/attached.

- **I know you mentioned we should see this Monday, but just I wanted to confirm:**

   We need additional docs below to complete account setup   (Once these valid data are collected, we can start building the account immediately, and of course any account that is unqualified or not available will not be built)  :

Please sign all documents with a pen, digital signature is NOT acceptable.
   1. Resale Form: (see Attached, please fully complete the standard form, and the account will setup as Tax Exempt.)
   2. Signature Page (see Attached,  please Pen to paper, digital signature is not accepted, should be in one page, no sentence can be crossed out)

Willie Brown
SYNNEX Corporation
Sr. Account Executive
williebr@synnex.com

**From:** Willie Brown
**Sent:** Friday, March 30, 2018 2:25 PM
**To:** Kayne Kreitzer <kaynek@taurangroup.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP



PLAINTIFF'S
EXHIBIT
18

Yes Sir...I will be your Point of Contact for all things.

See our Robust/Strategic Product Line: http://intranet/new/docs/linecard/product_linecard.pdf


Note that we are End to End solution providers so we have capabilities to offer more than just Hardware and Software.
- Not to overwhelm you with information, but wanted to attach some of the other areas of business that we are able to help with.

Please let me know if we can help with anything!
- I am here for you

Thanks
WB



Willie Brown
SYNNEX Corporation
Sr. Account Executive
williebr@synnex.com



**From:** Kayne Kreitzer [mailto:kaynek@taurangroup.com]
**Sent:** Friday, March 30, 2018 2:15 PM
**To:** Willie Brown <williebr@synnex.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP

[External E-mail]

Excellent! We are excited to get started.

Quick question, would you be my contact for anything that we need? Meaning, not just Azure or Office 365? Our same prospect may require Polycom devices and anti-virus. We have signed up as partners through a few different companies, but it seems that they all had you guys listed as a distributor that we could work with.

 **Kayne Kreitzer**
Software Dev. Program Manager, Tauran Management Group
Direct 276.221.3440 | Main 540.742.7420
www.TauranGroup.com




**From:** Willie Brown <williebr@synnex.com>
**Sent:** Friday, March 30, 2018 2:08 PM
**To:** Kayne Kreitzer <kaynek@taurangroup.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP

Hey Kayne
That is Great News.

I will pass this information along to my setup team to see if they can start the process with the info that has been submitted.

Thanks and have a Great Weekend,

Willie Brown
SYNNEX Corporation
Sr. Account Executive



PLAINTIFF'S
EXHIBIT
18

williebr@synnex.com

**From:** Kayne Kreitzer [mailto:kaynek@taurangroup.com]
**Sent:** Friday, March 30, 2018 2:07 PM
**To:** Willie Brown <williebr@synnex.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP

[External E-mail]

Hey Willie!

I just completed the application and have sent along to our owner for signatures. I hope to have that back on Monday. They assigned us the following Customer #: 628047.

Let me know if you need anything else in the meantime!



Kayne Kreitzer
Software Dev. Program Manager, Tauran Management Group
Direct 276.221.3440 | Main 540.742.7420
www.TauranGroup.com



**From:** Willie Brown <williebr@synnex.com>
**Sent:** Friday, March 30, 2018 12:48 PM
**To:** Kayne Kreitzer <kaynek@taurangroup.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP

Hey Kayne,
Thanks for your response!

Perfect...Glad that we were able to take care of your immediate need.

Sales Division – **SYNNEX Broadline Distribution**.


Thanks,

Willie Brown
SYNNEX Corporation
Sr. Account Executive
williebr@synnex.com


**From:** Kayne Kreitzer [mailto:kaynek@taurangroup.com]
**Sent:** Friday, March 30, 2018 12:45 PM
**To:** Willie Brown <williebr@synnex.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP

[External E-mail]

Hi Willie,

I apologize for the delay! Based on the conversation we had with Paul, we were able to get pricing over to our prospective client.

I am starting to work on this application today – can you clarify what Sales Division we should select?



PLAINTIFF'S
EXHIBIT

18



**Kayne Kreitzer**
Software Dev. Program Manager, Tauran Management Group
Direct 276.221.3440 | Main 540.742.7420
www.TauranGroup.com



**From:** Willie Brown <williebr@synnex.com>
**Sent:** Wednesday, March 28, 2018 12:27 PM
**To:** Kayne Kreitzer <kaynek@taurangroup.com>
**Cc:** Paul Masschelin <paulma@synnex.com>
**Subject:** RE: SYNNEX Corp. (Account Application) x CSP

Good Afternoon Kayne,
I hope this email finds you well!

I just wanted to follow up with you to see if you were able to start the account setup process with us here at SYNNEX?
- If there is anything that I can help with, please feel free to reach out to me direct.

If you have already sent in account information, please do inform what Account Number was generated for you so that I can follow up.

Again, we do look forward to working with you soon!

Willie Brown
SYNNEX Corporation
Sr. Account Executive
williebr@synnex.com
Direct Dial: 864-289-4327


**From:** Willie Brown
**Sent:** Thursday, March 15, 2018 12:26 PM
**To:** 'kaynek@taurangroup.com' <kaynek@taurangroup.com>
**Cc:** Paul Masschelin <paulma@synnex.com>
**Subject:** SYNNEX Corp. (Account Application) x CSP

Good Afternoon Kayne,

My name is Willie Brown and I am a Senior Account Manager here at SYNNEX Corporation.

We are pleased that you are interested in partnering with us here at SYNNEX for your CSP business.

If you have any questions, concerns or request please feel free to contact me direct.
We look forward to working with you and your company!


Below is account setup information:


Here is the link to our credit application. https://ec.synnex.com/credit_app/creditApp.do


A few notes for when filling it out.
- Please note that an application is needed for all forms of setup.  (Terms, Credit Card, COD, Wire Transfer..etc.)
-When it asks for account number leave it blank
- Put Willie Brown as your sales rep (Code 800)
- Make sure you click on the link for the Sales and tax certificate and submit that form also (it is near the top under our Logos)



PLAINTIFF'S EXHIBIT 18

-Make sure all red lines have something in them
- If you would like to open a net terms account please select that option. Without submitting financials it is possible to get up to a 25k, but it is not guaranteed. If you would like to submit financials and require a non-disclosure agreement there is a link in the application for that form.
- If you would like to use a credit card, you must open the credit card form. Also you will need to fax a copy of the driver's license for the credit card.
-To expedite the process put that you have an order pending.
-**The last tip is please print the form and** Sign **at the bottom before faxing it to 510-360-6825**

**Willie Brown**
**SYNNEX Corp.**
Sr. Account Manager



| Willie Brown | SYNNEX Corporation |
|---|---|
| SYNNEX Corporation | 39 Pelham Ridge Drive |
| Sr. Account Manager (SID) | Greenville, SC 29615 |

williebr@synnex.com
www.synnex.com
AIM: williesynnex          Toll Free:   800-456-4822 X 4327
MSN: williebr@synnex.com   Direct:      864-289-4327
Software Hotline: 877-726-2559   Secure Fax:   510-360-6825
Software Email: Samteam2@synnex.com



PLAINTIFF'S
EXHIBIT
18



Integrity, Value and Service for National Security

July 21, 2021

To Whom It May Concern,

Trinity Technology Group, Inc. (Trinity) recently underwent migration of its data and technology solutions from Microsoft's Commercial Cloud to Microsoft's Government Community Cloud (GCC). Tauran Management Group, LLC (Tauran) had been the reseller that provided Office 365 licenses for both the Commercial Cloud and the GCC. In addition, they provided the hosting for Trinity's HRIS, Concourse, built on SharePoint.

On March 6, 2021, Mr. Bruce Kuhlman, CEO/Owner of Trinity, asked Mr. Jamal Parker, concurrently an employee of Trinity and managing partner of Tauran, to begin the migration from the current service providers to Trinity's new Government Cloud subscription. On March 7, 2021, Mr. Parker reached out to Mr. Kayne Kreitzer, who has had an active Consultant Agreement with Trinity since July 26, 2018, stating that Trinity had given the green light on the migration. Starting from that date, Mr. Kreitzer, who was authorized by both Trinity and Tauran, begin moving all of Trinity's data from the current sources. Due to the existing relationship to both companies, Mr. Kreitzer had already been given credentials to the environments and had full access to the data to assist with the move. Migration of Office 365 began and finished the week of April 4, 2021.

On May 3, 2021, Mr. Parker was informed that his employment with Trinity was being severed. In addition, Trinity served notice to Tauran that they were providing 30 days' notice to end their vendor agreement and would be removing all access from Tauran until required permissions were identified to close out the relationship. At 9:37 pm, Mr. Kreitzer received notification, via email, of Trinity's Office 365 license cancellations. Upon investigation, it was found that Mr. JD Parker, an employee of Tauran, had cancelled all of Trinity's new Office 365 GCC licenses without authorization from Trinity. This caused all Trinity employees to lose access to their email, files, computers, and work phones. Trinity was forced to immediately identify another reseller that could procure and provision licenses. Mr. Kreitzer facilitated this process and was able to have all user accounts working within 24 hours.

On May 4, 2021, Mr. Kreitzer, under emergency order from Mr. James Smith, Senior Vice-President of Operations, immediately began migrating the HRIS system purchased by Trinity from Lanteria, LLC on June 15, 2016, which is licensed in perpetuity directly to Trinity, due to the concern that Tauran, under Jamal Parkers guidance, will continue to delete Trinity's remaining data. Simultaneously, Mr. Kreitzer began building out the new environment in Trinity's GCC Cloud, installed the HRIS system, migrated the databases containing information related to Trinity employees, and deleted all Trinity-owned data. All migration work was completed on May 21, 2021.

**PLAINTIFF'S EXHIBIT 19**

At no time, were the above actions the result of an unauthorized/insider threat. Mr. Kreitzer, who was directed by both parties, had permission to migrate only Trinity data from Tauran to Trinity's GCC. Due to the complexity and lack of resources, both Trinity and Tauran agreed to hire and rely on Kayne Kreitzer to manage and perform this migration. Furthermore, no data from Trinity was compromised, stolen, or mishandled during this transaction and all Trinity data is accounted for.

Please contact me if you have any comments, questions, or concerns regarding this issue.

Best regard,

Bruce Kuhlman
CEO/Owner
Trinity Technology Group, Inc.
bkuhlman@krcont.com
301-797-7569 Ext. 1002

PLAINTIFF'S
EXHIBIT
19



# SYSTEM SECURITY PLAN

### SEPTEMBER 2018



PLAINTIFF'S
EXHIBIT

20

**TMG SYSTEM SECURITY PLAN**                    **Last Updated:  18 Sep 2018**

## Table of Contents

SYSTEM IDENTIFICATION.................................................................................................3

SYSTEM ENVIRONMENT ................................................................................................4

REQUIREMENTS .............................................................................................................5

    Access Control...........................................................................................................5

    Awareness and Training ............................................................................................8

    Audit and Accountability...........................................................................................8

    Configuration Management .....................................................................................10

    Identification and Authentication ...........................................................................11

    Incident Response....................................................................................................13

    Maintenance.............................................................................................................13

    Media Protection.....................................................................................................15

    Personnel Security ..................................................................................................17

    Physical Protection .................................................................................................17

    Risk Assessment .....................................................................................................19

    Security Assessment ...............................................................................................19

    System and Communications Protection .................................................................20

    System and Information Integrity ...........................................................................23

RECORD OF CHANGES ................................................................................................26

PLAN APPROVED BY ...................................................................................................26

PLAINTIFF'S
EXHIBIT
20

2

**TMG SYSTEM SECURITY PLAN**                    **Last Updated: 18 Sep 2018**

## SYSTEM IDENTIFICATION

**System Name/Title:** TMG Information System
**System Categorization:** Moderate Impact for Confidentiality
**System Unique Identifier:** N/A

**Responsible Organization:**

| Name: | Tauran Management Group |
|---|---|
| Address: | 21 N. Broad St. Suite D, Luray, VA  22635 |
| Phone: | (540) 742-7420 |

**Information Owner** (Government point of contact responsible for providing and/or receiving CUI)**:**

| Name: | Elizabeth Parker |
|---|---|
| Title: | C.E.O. |
| Office Address: | 21 N. Broad St. Suite D, Luray, VA  22635 |
| Work Phone: | (540) 742-7420 |
| e-Mail Address: | BethP@TauranGroup.com |

**System Owner** (assignment of security responsibility)**:**

| Name: | Jamal Parker |
|---|---|
| Title: | C.O.O. |
| Office Address: | 21 N. Broad St. Suite D, Luray, VA  22635 |
| Work Phone: | (540) 742-7420 |
| e-Mail Address: | JamalP@TauranGroup.com |

**System Security Officer:**

| Name: | Kayne Kreitzer |
|---|---|
| Title: | Systems Security Administrator |
| Office Address: | 21 N. Broad St. Suite D, Luray, VA  22635 |
| Work Phone: | (276) 221-3440 |
| e-Mail Address: | KayneK@TauranGroup.com |

**General Description/Purpose of System:**  The system is used to store, process, and transmit information on behalf of TMG operations.

**Roles of Users and Number of Each Type:**

| Number of Users | Number of Administrators/ Privileged Users |
|---|---|
| 25 | 5 |



PLAINTIFF'S EXHIBIT
20

3

**TMG SYSTEM SECURITY PLAN**                    **Last Updated:  18 Sep 2018**

**General Description of Information:** CUI information types processed, stored, or transmitted by the system are determined and documented. For more information, see the CUI Registry at https://www.archives.gov/cui/registry/category-list.

| CUI Processed By TMG | |
|---|---|
| Privacy | • Contract Use<br>• General Privacy<br>• Personnel Records |
| Procurement and Acquisition | • Controlled Technical Information<br>• General Procurement and Acquisition<br>• Small Business Research and Technology<br>• Source Selection |
| Proprietary Business Information | • General Proprietary Business Information |

## SYSTEM ENVIRONMENT



PLAINTIFF'S
EXHIBIT

20

4

**TMG SYSTEM SECURITY PLAN**              **Last Updated:  18 Sep 2018**

Include or reference a **complete and accurate** listing of all hardware (a reference to the organizational component inventory database is acceptable) and software (system software and application software) components, including make/OEM, model, version, service packs, and person or role responsible for the component.

**TMG Information System utilizes the AZURE CLOUD.  IT Admins maintain a complete up-to-date inventory for all TMG assets.**

a.   List all software components installed on the system.

**Windows 10 are loaded on user workstation, along with the Microsoft Office Suite.  AZURE CLOUD Concourse CI loaded within the AZURE environment.**

**TMG owns all front-end computers and mobile devices.  Backbone server equipment is operated and owned by AZURE CLOUD.**

# REQUIREMENTS

**(Note: The source of the requirements is NIST Special Publication 800-171, dated December 2016)**

Provide a thorough description of how all of the security requirements are being implemented or planned to be implemented. The description for each security requirement contains: 1) the security requirement number and description; 2) how the security requirement is being implemented or planned to be implemented; and 3) any scoping guidance that has been applied (e.g., compensating mitigations(s) in place due to implementation constraints in lieu of the stated requirement).  If the requirement is not applicable to the system, provide rationale.

*Access Control*

| 3.1.1 Limit system access to authorized users, processes acting on behalf of authorized users, and devices (including other systems). | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
| **In accordance to TMG's Access Control Policy, access is granted via Role-Base Access Control.  In addition, access to the AZURE CLOUD utilizes AZURE Active Directory.** | | |

| 3.1.2 Limit system access to the types of transactions and functions that authorized users are permitted to execute. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
| **As documented in TMG's Access Control Policy, transactions and functions per user type is defined.** | | |

| 3.1.3 Control the flow of CUI in accordance with approved authorizations. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
| **Within AZURE CLOUD, Data Loss Prevention (DLP) is enabled to control the flow of CUI.  Alerts are generated to detect and notify the Security Administration to any violation of the DLP configuration/rule settings.** | | |



PLAINTIFF'S
EXHIBIT
20

5

**TMG SYSTEM SECURITY PLAN**                 **Last Updated: 18 Sep 2018**

---

3.1.4 Separate the duties of individuals to reduce the risk of malevolent activity without collusion.

☒ Implemented            ☐ Planned to be Implemented    ☐ Not Applicable

As documented in TMG's Access Control Policy, Separation of Duties is clearly defined as to the responsibility of each "Privilege User" conducting system support functions, which ensures security personnel administering access control function do not also administer audit functions.

---

3.1.5 Employ the principle of least privilege, including for specific security functions and privileged accounts.

☒ Implemented            ☐ Planned to be Implemented    ☐ Not Applicable

As documented in TMG's Access Control Policy, Least Privilege ensures the general users and privilege users have the minimum necessary access to perform their job duties.

---

3.1.6 Use non-privileged accounts or roles when accessing nonsecurity functions.

☒ Implemented            ☐ Planned to be Implemented    ☐ Not Applicable

As documented in TMG's Access Control Policy, Privileged User and respective functions are defined.  Locally, Privileged Users log in with their respective security roles to conduct security administration in accordance to their defined responsibilities.  However, when logging in to the AZURE CLOUD via Active Directory, Privileged Users are tracked and monitored via the Azure AD Privileged Identity Management solutions.

---

3.1.7 Prevent non-privileged users from executing privileged functions and audit the execution of such functions.

☒ Implemented            ☐ Planned to be Implemented    ☐ Not Applicable

Users are categorized by Role-Base Access Control as defined in the TMG Access Control Policy.  Utilizing AZURE CLOUD Active Directory enforces Role-Base Access.  Alerts are generated to detect violations of Role-Base Access Control settings.

---

3.1.8 Limit unsuccessful logon attempts.

☒ Implemented            ☐ Planned to be Implemented    ☐ Not Applicable

AZURE CLOUD Active Directory limits unsuccessful logon attempts to 10.  Once the unsuccessful attempt limit is reached, account is locked out and can only get reset by the security administrator.

---

3.1.9 Provide privacy and security notices consistent with applicable CUI rules.

☒ Implemented            ☐ Planned to be Implemented    ☐ Not Applicable

Login Security Warning Banners are implemented on each workstation upon initial network login with a custom Privacy and Security notice, informing organizational personnel to protect Controlled Unclassified Information.

---

3.1.10 Use session lock with pattern-hiding displays to prevent access and viewing of data after period of inactivity.

☒ Implemented            ☐ Planned to be Implemented    ☐ Not Applicable

Screen saver is implemented automatically after (5) minutes of computer idle time.

---

3.1.11 Terminate (automatically) a user session after a defined condition.

☒ Implemented            ☐ Planned to be Implemented    ☐ Not Applicable

Default setting to Azure timeout session is set to 20 minutes of inactivity.

**PLAINTIFF'S EXHIBIT**

**20**

6

TMG SYSTEM SECURITY PLAN                    Last Updated:  18 Sep 2018

---

3.1.12 Monitor and control remote access sessions.

☒ Implemented ☐ Planned to be Implemented ☐ Not Applicable

Control does not apply, for system access has been migrated to AZURE CLOUD.

---

3.1.13 Employ cryptographic mechanisms to protect the confidentiality of remote access sessions.

☒ Implemented ☐ Planned to be Implemented ☐ Not Applicable

Remote Desktop (RDP) is configured on user computers to provide confidentiality of remote access sessions.

---

3.1.14 Route remote access via managed access control points.

☒ Implemented ☐ Planned to be Implemented ☐ Not Applicable

Remote access to AZURE CLOUD is managed via RDP.

---

3.1.15 Authorize remote execution of privileged commands and remote access to security-relevant information.

☒ Implemented ☐ Planned to be Implemented ☐ Not Applicable

Remote access to AZURE CLOUD is authorized via approved locations as referenced in the Access Control Policy.

---

3.1.16 Authorize wireless access prior to allowing such connections.

☒ Implemented ☐ Planned to be Implemented ☐ Not Applicable

INHERITED FROM AZURE:  Azure environment because wireless access is not permitted within the Azure network environment.
Locally, limited wireless access is granted.  Encryption is set to WPA2.  Strong password complexity is used and changed quarterly, or as needed.

---

3.1.17 Protect wireless access using authentication and encryption.

☒ Implemented ☐ Planned to be Implemented ☐ Not Applicable

INHERITED FROM AZURE:  Azure environment because wireless access is not permitted within the Azure network environment.
Locally, limited wireless access is granted via Access Control with MAC Filtering.  Encryption is set to WPA2.  Strong password complexity is used and changed quarterly, or as needed.

---

3.1.18 Control connection of mobile devices.

☒ Implemented ☐ Planned to be Implemented ☐ Not Applicable

Locally, in reference to NIST 800-124, approved TMG mobile devices are equipped with MALWARE detection, Hard Disk Encryption, and remote wipe functionality.  Access to TMG wireless connection is via MAC Filter Access Control mythology.

---

3.1.19 Encrypt CUI on mobile devices and mobile computing platforms.

☒ Implemented ☐ Planned to be Implemented ☐ Not Applicable

Locally, in reference to NIST Cryptologic Standards, approved TMG mobile devices are equipped Hard Disk Encryption to protect "data at rest".  In addition, VPN software is used to transmit data securely to protect "data in transit".

---

3.1.20 Verify and control/limit connections to and use of external systems.



PLAINTIFF'S
EXHIBIT
20

7

**TMG SYSTEM SECURITY PLAN**                     Last Updated: 18 Sep 2018

| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

In reference to established Access Control Policy, personally owned devices are not authorized on the TMG network.

| 3.1.21 Limit use of organizational portable storage devices on external systems. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

Microsoft does not allow customer-controlled portable storage devices within the Azure environment.
Locally, in reference to established Access Control Policy, use of portable devices is for strictly for the use of IT Admins only in providing air gapped data transfer.

| 3.1.22 Control CUI posted or processed on publicly accessible systems. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

In reference to established Access Control Policy, posting of CUI on publicly accessible systems is strictly prohibited.

*Awareness and Training*

| 3.2.1 Ensure that managers, systems administrators, and users of organizational systems are made aware of the security risks associated with their activities and of the applicable policies, standards, and procedures related to the security of those systems. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

In reference to the NIST 800-50, and as part of the TMG Security Awareness Program, the TMG Field Security Officer (FSO) developed and instituted monthly Security Awareness Bulletins, which bolster's the Security Awareness of all TMG personnel. In addition, TMG's Personal Computer Security Policy speaks to ensure managers, system administrators, and users are made aware of security related matters of the computing system.

| 3.2.2 Ensure that organizational personnel are adequately trained to carry out their assigned information security-related duties and responsibilities. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

In reference to the NIST 800-181, and reinforced by the TMG Security Awareness Training Policy, IT Admins are required to attend annual computer security training to ensure of a high competency level to carry out respective IT Security related tasks.

| 3.2.3 Provide security awareness training on recognizing and reporting potential indicators of insider threat. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

FSO conducts a monthly security awareness training brochure that covers all facets of security, such as the following, but not limited to: Insider Threat; Physical Security Concerns; Cyber Security; Personnel Security; Personal Financial Management; Privacy Data Protection.

*Audit and Accountability*

| 3.3.1 Create and retain system audit logs and records to the extent needed to enable the monitoring, analysis, investigation, and reporting of unlawful or unauthorized system activity. | |
|---|---|
| ☒ Implemented | ☐ Planned to be Implemented |

**PLAINTIFF'S EXHIBIT**
**20**

8

**TMG SYSTEM SECURITY PLAN**         Last Updated: 18 Sep 2018

Audit logs are initiated and stored in AZURE CLOUD, which provides IT Admins the ability to track all observable occurrences within the TMG Information System.   Reference TMG Audit Logging Policy for additional information.

3.3.2 Ensure that the actions of individual system users can be uniquely traced to those users so they can be held accountable for their actions.

☒ Implemented      ☐ Planned to be Implemented

Through AZURE CLOUD activity logs, you can determine what operations were taken on the resources in your subscription; who initiated the operation (although operations initiated by a backend service do not return a user as the caller); when the operation occurred; the status of the operation; the values of other properties that might help you research the operation.  Additionally, the activity log contains all write operations (PUT, POST, DELETE) performed on TMG resources.

3.3.3 Review and update logged events.

☒ Implemented      ☐ Planned to be Implemented

Reference TMG Audit Logging Policy pertaining to types of logs generated and its respective frequency.  To ensure IT Admins capture the most useful logging events, the TMG Logging Policy is to be reviewed at least annually.

3.3.4 Alert in the event of an audit logging process failure.

☒ Implemented      ☐ Planned to be Implemented

AZURE CLOUD MONITOR is the repository for all Audit Logs.  In an event of a logging process failure, a process failure alert notification is forwarded to the IT Admins.

3.3.5 Correlate audit record review, analysis, and reporting processes for investigation and response to indications of unlawful, unauthorized, suspicious, or unusual activity.

☒ Implemented      ☐ Planned to be Implemented

Audit Logs are reviewed weekly to capture any unforeseen unlawful, unauthorized, suspicious, or unusual activity.  While conducting an audit review of the logs, if any information is found to be and incident, the TMG Incident Management Plan will be followed.

3.3.6 Provide audit record reduction and report generation to support on-demand analysis and reporting.

☒ Implemented      ☐ Planned to be Implemented

Audit Logs are processed by AZURE CLOUD MONITOR, and can be retrieved on-demand.  In addition, captured logs are stored for 90 days.

3.3.7 Provide a system capability that compares and synchronizes internal system clocks with an authoritative source to generate time stamps for audit records.

☒ Implemented      ☐ Planned to be Implemented

AZURE CLOUD MONITOR time stamps all audit logs entries in Coordinated Universal Time (UTC).

3.3.8 Protect audit information and audit logging tools from unauthorized access, modification, and deletion.

☒ Implemented      ☐ Planned to be Implemented



PLAINTIFF'S
EXHIBIT
20

9

**TMG SYSTEM SECURITY PLAN**        **Last Updated:  18 Sep 2018**

---

| Audit Log information is kept within the AZURE CLOUD MONITOR.  Access granted to logs are by role-based permissions, with access granted only to IT Admins.  This measure mitigates the risk of unauthorized access, deletion, modification to Audit Logs. |
| --- |

| 3.3.9 Limit management of audit logging functionality to a subset of privileged users. | |
| --- | --- |
| ☒ Implemented | ☐ Planned to be Implemented |
| **Current implementation or planned implementation details.  If "Not Applicable," provide rationale.** | |

*Configuration Management*

| 3.4.1 Establish and maintain baseline configurations and inventories of organizational systems (including hardware, software, firmware, and documentation) throughout the respective system development life cycles. | | |
| --- | --- | --- |
| ☐ Implemented | ☒ Planned to be Implemented | ☐ Not Applicable |
| **Configuration Management Policy and Procedures are in development to address this control.** | | |

| 3.4.2 Establish and enforce security configuration settings for information technology products employed in organizational systems. | | |
| --- | --- | --- |
| ☐ Implemented | ☒ Planned to be Implemented | ☐ Not Applicable |
| **Configuration Management Policy and Procedures are in development to address this control.** | | |

| 3.4.3 Track, review, approve or disapprove, and log changes to organizational systems. | | |
| --- | --- | --- |
| ☐ Implemented | ☒ Planned to be Implemented | ☐ Not Applicable |
| **Configuration Management Policy and Procedures are in development to address this control.** | | |

| 3.4.4 Analyze the security impact of changes prior to implementation | | |
| --- | --- | --- |
| ☐ Implemented | ☒ Planned to be Implemented | ☐ Not Applicable |
| **Configuration Management Policy and Procedures are in development to address this control** | | |

| 3.4.5 Define, document, approve, and enforce physical and logical access restrictions associated with changes to organizational systems. | | |
| --- | --- | --- |
| ☐ Implemented | ☒ Planned to be Implemented | ☐ Not Applicable |
| **Configuration Management Policy and Procedures are in development to address this control.** | | |

| 3.4.6 Employ the principle of least functionality by configuring organizational systems to provide only essential capabilities. | | |
| --- | --- | --- |
| ☐ Implemented | ☒ Planned to be Implemented | ☐ Not Applicable |
| **Configuration Management Policy and Procedures are in development to address this control.** | | |

| 3.4.7 Restrict, disable, or prevent the use of nonessential programs, functions, ports, protocols, and services. | | |
| --- | --- | --- |
| ☐ Implemented | ☒ Planned to be Implemented | ☐ Not Applicable |
| **Configuration Management Policy and Procedures are in development to address this control.** | | |

| 3.4.8 Apply deny-by-exception (blacklisting) policy to prevent the use of unauthorized software or deny-all, permit-by-exception (whitelisting) policy to allow the execution of authorized software. |
| --- |

PLAINTIFF'S
EXHIBIT
20

10

**TMG SYSTEM SECURITY PLAN**                    **Last Updated:  18 Sep 2018**

| ☐ Implemented | ☒ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

**Configuration Management Policy and Procedures are in development to address this control.**

| 3.4.9 Control and monitor user-installed software. | | |
|---|---|---|
| ☐ Implemented | ☒ Planned to be Implemented | ☐ Not Applicable |

**Configuration Management Policy and Procedures are in development to address this control.**

*Identification and Authentication*

| 3.5.1 Identify system users, processes acting on behalf of users, and devices. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

**Users are identified via User Name with the addition of Multi-Factor Authentication (MFA).**

| 3.5.2 Authenticate (or verify) the identities of users, processes, or devices, as a prerequisite to allowing access to organizational systems. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

**Users are identified via User Name with the addition of Multi-Factor Authentication (MFA).**

**Azure identifies and authenticates the following types of devices within the accreditation boundary: network devices, physical servers, virtual machines. Azure Infrastructure maintains an inventory of information system components for the environment. The inventory is documented and maintained in an inventory tracking tool, which keeps the inventory accurate and up to date through new installations and decommissioning of devices. As part of the network discovery and configuration steps in the bootstrap workflow, network devices (e.g. L2 router, top of rack switches) are pre-configured to use DHCP/PXE boot for their configuration. Upon boot of the network device, the bootstrap agent provides the OS image for the device and the basic configuration, including the IP address and credentials, before establishing the connection to the environment.**

**All Azure physical servers are joined to an Active Directory domain when deployed. Active Directory forest members are uniquely identified by Universally Unique Identifiers (UUIDs) and authenticated using NTLM v2 and Kerberos v5 as a part of the Windows networking protocols. Azure Infrastructure manages the physical servers. Physical servers are identified and tracked using the Asset Management Tool. When establishing a Azure subscription, a subscription ID is created. The Fabric Controller (FC), which manages all VMs in Azure, uses this subscription ID to tie VMs to particular subscriptions.**

| 3.5.3 Use multifactor authentication19F for local and network access20Fto privileged accounts and for network access to non-privileged accounts. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

**TMG implemented multifactor authentication for network access to privileged and non-privileged accounts.**

**Azure does not permit local access unless physical access is required. Local access—user access (or processes acting on behalf of users) to Azure Infrastructure via direct connection without the use of a network—to every component within Azure environment is physically restricted. Organizational user administration is performed remotely unless a specific troubleshooting issue occurs.**

PLAINTIFF'S
EXHIBIT
20
11

**TMG SYSTEM SECURITY PLAN**          **Last Updated:  18 Sep 2018**

Therefore, there is no local access unless physical access is required. Local Administrator access must only be used to troubleshoot issues in instances where the member server is experiencing network issues and domain authentication is not working.

Azure implements multifactor authentication for local access via access control mechanisms required for physical access to the environment. Rooms within the Azure datacenters that contain all Azure Infrastructure systems within the system boundary are restricted through various physical security mechanisms, including the requirement for corporate smart card badging access and biometric devices. Both forms of authentication are required for physical access at the ingress point to Azure datacenter colocations.

3.5.4 Employ replay-resistant authentication mechanisms for network access to privileged and non-privileged accounts.

☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable

**In reference to NIST 800-63, MFA with use of tokens are used to mitigate resist against reply attacks.**

3.5.5 Prevent reuse of identifiers for a defined period.

☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable

**User passwords are set to change every 90 days.  In addition, systems prohibit users to use their previous (8) passwords.**

3.5.6 Disable identifiers after a defined period of inactivity.

☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable

**User account are monitored for inactivity.  Accounts inactive for a (30) day period are disabled by the system.**

3.5.7 Enforce a minimum password complexity and change of characters when new passwords are created.

☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable

**Password complexity is enforced via AZURE CLOUD Active Directory settings.**

3.5.8 Prohibit password reuse for a specified number of generations.

☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable

**System prohibit users to use their previous (8) passwords.**

3.5.9 Allow temporary password use for system logons with an immediate change to a permanent password.

☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable

**Temporary passwords are active for (8) hours.  Upon user login, password change enforcement is enabled for user to immediate change password.**

3.5.10 Store and transmit only cryptographically-protected passwords.

☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable

**Crypto-graphically-protected passwords are enforced via AZURE CLOUD Active Directory password protection.**

PLAINTIFF'S
EXHIBIT
20

12

TMG SYSTEM SECURITY PLAN                    Last Updated:  18 Sep 2018

*Incident Response*

| 3.6.1 Establish an operational incident-handling capability for organizational systems that includes preparation, detection, analysis, containment, recovery, and user response activities. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
| Incident Response Plan outline's TMG's incident handling. | | |

| 3.6.2 Track, document, and report incidents to designated officials and/or authorities both internal and external to the organization. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
| Incident Response Plan outline's TMG's incident handling. | | |

| 3.6.3 Test the organizational incident response capability | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
| Incident Response Plan is tested annually. | | |

*Maintenance*

| 3.7.1 Perform maintenance on organizational systems. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
| INHERITED FROM AZURE:  Azure schedules, performs, documents and reviews records of maintenance on all Azure components. Teams use computerized maintenance management systems to manage maintenance schedules and work order management. Each team schedules, performs, documents, and reviews maintenance activities using the appropriate maintenance management system. | | |

| 3.7.2 Provide controls on the tools, techniques, mechanisms, and personnel used to conduct system maintenance. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
| INHERITED FROM AZURE:  Azure performs maintenance in areas of the datacenter that are controlled and protected by physical security mechanisms (e.g., approved access, cameras, 2FA: access badges, biometrics, security patrols). Maintenance activities are managed using computerized maintenance management systems.<br><br>Azure requires that property assets (e.g., network device or server) requiring transfer offsite have explicit asset owner approval. When the assets are ready to be destroyed, a physical security officer and a Microsoft full time employee (FTE) from Asset Management must escort the locked bin from the Azure colocation to where the onsite shredding is to occur. As shredding occurs at the datacenter and under Microsoft supervision, Azure assets do not leave the controlled areas of the datacenter. Azure requires that maintenance activities to undergo peer review as a verification of completeness and quality assurance. The peer reviews verify that any required configurations or security settings are correctly in place before completion of the maintenance. Azure captures maintenance records in the workflow tracking tool. The tool records the date and time of the maintenance, the name of the individual performing the maintenance along with details on the maintenance being performed, and any equipment being removed or replaced. Azure utilizes several tools to complete maintenance. All maintenance work must be approved prior to work | | |

PLAINTIFF'S
EXHIBIT
20

13

**TMG SYSTEM SECURITY PLAN**                    Last Updated:  18 Sep 2018

beginning, including access to system maintenance tools. Azure Infrastructure has implemented the maintenance tools control by creating an access level within the datacenter access tool. Each facility contains a restricted physical lock box or access controlled room for the storage of specialized maintenance tools, such as fluke ether scopes, fluke fiber channel testers, Ethernet toners, etc. Access is controlled in the access tool to the lock box or storage room to prohibit unauthorized access to the maintenance tools. A service team performs routine inventory checks to verify the status of all tools. Access to lock box or maintenance storage room is tracked in the access badge reader logs, which are available in the event of an investigation. On a quarterly basis, the datacenter management team and physical security teams perform audits of the datacenter access tool's access list to keep the access list of maintenance personnel current. Personnel terminations or transfers are reflected immediately through a manual update of the access list. Azure maintains an inventory of approved maintenance tools for use within the datacenter. Maintenance personnel are directed to use the provided maintenance tools. DCM approval is required in order to use tools not provided by the datacenter. Physical hand tools (screwdrivers, wrenches, etc.) are exempt from this control.

Azure prohibits the use of mobile computing or storage media in the production environment of Azure datacenters without datacenter management approval. Use of personally owned media is prohibited from being used in the production environment of Azure datacenters. Azure has implemented a process to inspect laptops prior to being used in the production environment of Azure datacenters. Security officers are trained to challenge personnel using laptops in the production environment to verify that the laptops have undergone and passed inspection.

| 3.7.3 Ensure equipment removed for off-site maintenance is sanitized of any CUI. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

INHERITED FROM AZURE:  If components are required to be removed from the facility, handling of the equipment is approved by Datacenter Management.  In most instances, CE components receive onsite maintenance and are not removed from the facility. Assets that are to be destroyed are stored in locked storage bins that are under CCTV camera coverage. When the assets are ready to be destroyed, a physical security officer and a Microsoft full time employee (FTE) from Asset Management must escort the locked bin from the Azure colocation to where the onsite shredding is to occur.

| 3.7.4 Check media containing diagnostic and test programs for malicious code before the media are used in organizational systems. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

INHERITED FROM AZURE:  Azure prohibits the use of mobile computing or storage media in the production environment of Azure datacenters without datacenter management approval. Use of personally owned media is prohibited from being used in the production environment of Azure datacenters.

Azure has implemented a process to inspect laptops prior to being used in the production environment of Azure datacenters. Security officers are trained to challenge personnel using laptops in the production environment to verify that the laptops have undergone and passed inspection.

PLAINTIFF'S
EXHIBIT

20

14

**TMG SYSTEM SECURITY PLAN**                    **Last Updated: 18 Sep 2018**

---

3.7.5 Require multifactor authentication to establish nonlocal maintenance sessions via external network connections and terminate such connections when nonlocal maintenance is complete.

| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

INHERITED FROM AZURE: Azure enforces strong identification and authentication controls in conducting remote maintenance and diagnostic activities. Azure uses combinations of privileged accounts and smartcards in order to access assets. Azure terminates remote sessions after the just-in-time (JIT) elevation period expires.

Locally, ONLY IT Admins may perform maintenance and software updates as defined by their responsibilities in according with the TMG Access Control Policy.

---

3.7.6 Supervise the maintenance activities of maintenance personnel without required access authorization.

| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

INHERITED FROM AZURE: Azure enforces that in the event that a vendor is required to perform maintenance, the vendor is escorted by someone who possesses the technical competence to supervise the work.

Locally, ONLY IT Admins may perform maintenance and software updates as defined by their responsibilities in according with the TMG Access Control Policy.

*Media Protection*

---

3.8.1 Protect (i.e., physically control and securely store) system media containing CUI, both paper and digital.

| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

INHERITED FROM AZURE: Azure digital media assets are physically and securely stored within Azure datacenter colocation rooms. Azure datacenters have multiple layers of physical access controls (access badge, biometrics and video surveillance) in place to provide secure storage. Digital media includes servers, and network devices used for backup. Non-digital media is not used by Azure in the datacenter environment.

---

3.8.2  Limit access to CUI on system media to authorized users.

| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

INHERITED FROM AZURE: Azure has implemented media access through the implementation of the Microsoft Security Program Policy (MSPP). Logical access to digital media is controlled via Active Directory Group Policy Objects (AD GPOs) and security groups. Physical access to all media is restricted by the datacenter access process. Access is restricted to individuals who have a legitimate business purpose for accessing the data.. The Asset Protection Standard defines the safeguards required to protect the confidentiality, integrity, and availability of information assets within Azure datacenters.

Azure considers digital media for this control to be the server assets secured at Azure datacenters. Non-digital media is not used for storage of Azure information.

---

3.8.3 Sanitize or destroy system media containing CUI before disposal or release for reuse.

| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

PLAINTIFF'S EXHIBIT
20

15

**TMG SYSTEM SECURITY PLAN**                    Last Updated: **18 Sep 2018**

---

INHERITED FROM AZURE:  Azure digital media assets are protected in Azure datacenter colocations through physical access controls and logical access controls for the lifetime of the asset. Azure assets are cleared, purged, or destroyed with methods consistent with NIST SP 800-88 prior to the assets disposal. For asset destruction, Azure utilizes onsite asset destruction services.

---

3.8.4 Mark media with necessary CUI markings and distribution limitations.

☒ Implemented   ☐ Planned to be Implemented   ☐ Not Applicable

INHERITED FROM AZURE:  Azure classifies assets within Azure datacenters with a HBI, MBI, or LBI (High, Moderate, or Low Business Impact) designation which requires different levels of security and handling precautions. Asset owners are required to classify their assets that are stored within a Azure datacenter. Refer to Asset Classification Standard and Asset Protection Standard for more information.

---

3.8.5 Control access to media containing CUI and maintain accountability for media during transport outside of controlled areas.

☒ Implemented   ☐ Planned to be Implemented   ☐ Not Applicable

INHERITED FROM AZURE:  Azure digital media at Microsoft datacenters consist of servers, network devices, and magnetic backup tapes and discs, where appropriate. Microsoft datacenters do not use non-digital media. Microsoft utilizes three methods to protect media that is being transported outside the datacenter: 1) Secure Transport, 2) Encryption 3) Cleanse, Purge, or Destroy.

Azure maintains accountability for assets leaving the datacenter through the use of guidance from NIST SP 800-88: consistent cleansing/purging, asset destruction, encryption, accurate inventorying, tracking, and protection of chain of custody during transport.

---

3.8.6 Implement cryptographic mechanisms to protect the confidentiality of CUI stored on digital media during transport unless otherwise protected by alternative physical safeguards.

☒ Implemented   ☐ Planned to be Implemented   ☐ Not Applicable

INHERITED FROM AZURE:  Azure employs Data Protection Service (DPS) to manage cryptographic keys using a  FIPS 140-2 Level 3 validated encryption module (cert# 1694).

---

3.8.7 Control the use of removable media on system components.

☒ Implemented   ☐ Planned to be Implemented   ☐ Not Applicable

INHERITED FROM AZURE:  Azure requires asset owners to assign their assets with an asset classification and no assets are exempt from this requirement. In the Azure datacenter environment, assets refer to servers, and network devices. Other digital media like USB flash/thumb drives are managed by specific policies and procedures governing how those devices are managed.  CD/DVDs are not used. Non-digital media is not used in the datacenter.  The usage of digital media in Azure datacenter environments is monitored 24x7 via CCTV coverage.

---

3.8.8 Prohibit the use of portable storage devices when such devices have no identifiable owner.

☒ Implemented   ☐ Planned to be Implemented   ☐ Not Applicable

INHERITED FROM AZURE:  Azure restricts the use of writable, removable media unless explicitly approved by Datacenter Management. Media that is personally owned or has no identifiable owner is prohibited in any production area as noted in the Microsoft datacenter Work Rules and Regulations document.

---

PLAINTIFF'S EXHIBIT
20

16

**TMG SYSTEM SECURITY PLAN**                    Last Updated: **18 Sep 2018**

| 3.8.9 Protect the confidentiality of backup CUI at storage locations. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

At this time, all back up data is stored within AZURE. Back up data will be migrated to in-house server once procured. To ensure confidentiality of backup data, procured server will have hard disk encryption applied.

*Personnel Security*

| 3.9.1 Screen individuals prior to authorizing access to organizational systems containing CUI. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

Official screening of personnel is conducted as part of the established Human Resource Program administration.

| 3.9.2 Ensure that organizational systems containing CUI are protected during and after personnel actions such as terminations and transfers. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

Human Resource Policy covers guidance on retrieving System-related property, such as hardware authentication tokens, identification cards, system administration technical manuals, keys, and building passes.

*Physical Protection*

| 3.10.1 Limit physical access to organizational systems, equipment, and the respective operating environments to authorized individuals. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

INHERITED FROM AZURE: Azure implements this requirement on behalf of customers. Access to an Azure datacenter must be approved by a datacenter management team through the datacenter access tool. On a quarterly basis, the datacenter management team for each datacenter is required to perform an appropriateness review of the personnel with authorized access to their datacenter. The team determines the access changes to be made and communicates a request to security to have the changes performed. In between quarterly access reviews, procedures support the least privileges principle by requiring access assignments to require an end date. After the end date is reached, access is automatically removed. Additionally, when access is no longer required, it is the standard procedure for security officers at the datacenter or the datacenter management team to manually request the termination of access.

Azure datacenters use an authoritative source listing all personnel with authorized access to a specific datacenter. This is linked with the datacenter's physical security access control devices and authorizes access based on access levels that are approved by a datacenter management team. Access levels are assigned to either a user's Microsoft issued badge or a temporary access badge that is assigned at the datacenter. Besides credentials assigned to physical badges, some areas of datacenter require two- factor authentication employing the user's biometric data (hand geometry or fingerprint) as well as badge authentication to gain authorized entry.

The physical security team and datacenter management team conducts a quarterly access review of the access control list in order to remove/update individual access as necessary. Terminations are handled immediately through the termination process.

PLAINTIFF'S
EXHIBIT
26

17

TMG SYSTEM SECURITY PLAN                 Last Updated:  18 Sep 2018

Azure's physical security team and data center team conduct a quarterly review of the access control list in order to remove/update individual access as necessary. Terminations are handled immediately through a standardized termination process.

| 3.10.2  Protect and monitor the physical facility and support infrastructure for organizational systems. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

INHERITED FROM AZURE:  Azure implements this requirement on behalf of customers. Azure has implemented access control for transmission medium through the design and building of the Main Distribution Frame (MDF) rooms and colocations to protect information system distribution and transmission lines from accidental damage, disruption, and physical tampering. Access to MDF rooms and colocations require two-factor authentication (access badge and biometrics). This ensures that access is restricted to only authorized personnel. Within the MDF, transmission and distribution lines are protected from accidental damage, disruption, and physical tampering through the use of metal conduits, locked racks, cages, or cable trays.

Azure datacenters do not have output devices (monitors, printers, audio devices, etc.) permanently connected to Azure assets or Azure shared assets. In addition to not having output devices, security officers perform physical walkthroughs of the facility multiple times per shift checking for items like doors being locked and racks being secured. Datacenter access is limited to people who have approved access authorizations. Colocations require two-factor authentication (access badge and biometrics) to gain access.

Physical access is monitored by implementing security devices and processes at the datacenters. Examples include 24x7 electronic monitoring of access control, alarm and video systems as well as 24x7 on site security patrols of the facility and grounds. A Control Room Supervisor is located in the SOC at all times to provide monitoring of physical access in the datacenter. Physical access logs are reviewed continuously, and maintained for subsequent investigative review. Security events that occur within the datacenter are documented by a Azure security team in a report. Reports capture the details of a security event and are required to be documented after an event occurs in order to capture details as accurately as possible. In the event an incident impacts Azure assets or services, procedures are in place to respond to such incidents.

| 3.10.3 Escort visitors and monitor visitor activity. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

INHERITED FROM AZURE:  Azure implements this requirement on behalf of customers. All visitors that have approved access to the datacenter are designated as "Escort Only" on their badges or through other visual cue (e.g., colored badges) and are required to remain with their escorts at all times. Escorted visitors do not have any access levels granted to them and can only travel on the access of their escorts. Escorts monitor all activities of their visitor while in the datacenter.

| 3.10.4 Maintain audit logs of physical access. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

INHERITED FROM AZURE.  Azure implements this requirement on behalf of customers. All accesses to Azure datacenter facilities are logged and audited.

| 3.10.5 Control and manage physical access devices. |
|---|

PLAINTIFF'S EXHIBIT
2C

18

TMG SYSTEM SECURITY PLAN                    Last Updated: 18 Sep 2018

| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

**INHERITED FROM AZURE:** Azure implements this requirement on behalf of customers. Azure enforces physical access authorizations for all physical access points to Azure datacenters. The exteriors of the datacenter buildings are non-descript and do not advertise that they are Microsoft datacenters. Azure enforces physical access authorizations for all physical access points to Azure datacenters using 24x7 staffing, alarms, video surveillance, multifactor authentication, and man-trap portal devices.

| 3.10.6 Enforce safeguarding measures for CUI at alternate work sites. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

Azure identifies designated Microsoft campuses and telecommunicating locations as the alternate worksites. Azure has implemented appropriate management, operational and technical controls at these facilities i.e. all Azure datacenters in the US have the same controls implemented as documented. These controls are assessed to assure the effectiveness of the security measures. Access control such as access to the alternate work sites are monitored regularly and visitors are required to check in with receptionist. Telecommunicating locations are governed by the Microsoft remote access policy which requires remote access to production Microsoft's online services' networks to employ authentication mechanisms.

Azure testing procedures are assessed at each datacenter, regardless if they are designated as primary or alternate sites for applications supported in the environment. Azure implements the same controls at each of these work sites, as each site supports various Microsoft properties.

*Risk Assessment*

| 3.11.1 Periodically assess the risk to organizational operations (including mission, functions, image, or reputation), organizational assets, and individuals, resulting from the operation of organizational systems and the associated processing, storage, or transmission of CUI. | | |
|---|---|---|
| ☐ Implemented | ☒ Planned to be Implemented | ☐ Not Applicable |

Currently writing Risk Assessment Plan to address "Risk Assessment" controls.

| 3.11.2  Scan for vulnerabilities in organizational systems and applications periodically and when new vulnerabilities affecting those systems and applications are identified. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

TMG subscribes to "Malwarebytes", which is a strong endpoint security cloud-based anomaly checking solution.  Malwarebytes is a multi-layer defense model that breaks the attack chain by combining advanced malware detection and remediation, malicious website blocking, ransomware blocking, and exploit protection in a single platform.  In addition, each TMG host computer has Windows Defender Antivirus enabled.  Frequency of scans are performed daily.

| 3.11.3 Remediate vulnerabilities in accordance with risk assessments. | | |
|---|---|---|
| ☐ Implemented | ☒ Planned to be Implemented | ☐ Not Applicable |

Currently writing Risk Assessment Plan to address "Risk Assessment" controls.

*Security Assessment*

PLAINTIFF'S EXHIBIT
20

19

**TMG SYSTEM SECURITY PLAN**               **Last Updated: 18 Sep 2018**

---

3.12.1 Periodically assess the security controls in organizational systems to determine if the controls are effective in their application.

| ☐ Implemented | ☒ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

**Currently writing Security Assessment Policy to address "Security Assessment" controls.**

3.12.2 Develop and implement plans of action designed to correct deficiencies and reduce or eliminate vulnerabilities in organizational systems.

| ☐ Implemented | ☒ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

**Currently writing Security Assessment Policy to address "Security Assessment" controls.**

3.12.3 Monitor security controls on an ongoing basis to ensure the continued effectiveness of the controls.

| ☐ Implemented | ☒ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

**Currently writing Security Assessment Policy to address "Security Assessment" controls.**

3.12.4 Develop, document, and periodically update system security plans that describe system boundaries, system environments of operation, how security requirements are implemented, and the relationships with or connections to other systems.

| ☐ Implemented | ☒ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

**Currently writing Security Assessment Policy to address "Security Assessment" controls.**

*System and Communications Protection*

3.13.1 Monitor, control, and protect communications (i.e., information transmitted or received by organizational systems) at the external boundaries and key internal boundaries of organizational systems.

| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

**INHERITED FROM AZURE:  Azure implements boundary protection through the use of controlled devices at the network boundary and at key points within the Azure infrastructure. The overarching principle within Azure is to allow only connection and communication that is necessary for systems to operate, blocking all other ports, protocols and connections by default. Additionally, dedicated gateways have the capability to block IPs, applications and clients as needed to prevent any denial of service attacks at the edge layer.**

3.13.2  Employ architectural designs, software development techniques, and systems engineering principles that promote effective information security within organizational systems.

| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

**INHERITED FROM AZURE:  Azure connects to external networks or information systems only through Azure Networking's managed networks and edge routers. The network interfaces provide boundary protection at the edge router network level and are arranged in accordance with organizational security architecture.**

**Additional measures in place to help protect Azure information systems from malicious activities include:**

- **Software load balancers**
- **Non-routable IP addressing**

PLAINTIFF'S EXHIBIT
20

20

**TMG SYSTEM SECURITY PLAN**          **Last Updated:  18 Sep 2018**

---

- • Packet filtering
- • Host-based firewalls
- • VLAN isolation
- • Bastion Hosts

---

**3.13.3 Separate user functionality from system management functionality.**

| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

**IT Admins are entrusted with access permissions to perform system management function.  Such actions are logged and monitored in accordance to the Audit Logging Policy.**

---

**3.13.4 Prevent unauthorized and unintended information transfer via shared system resources.**

| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

**INHERITED FROM AZURE:  Azure prevents unauthorized and unintended information transfer by implementing several technical controls for controlling the network. Furthermore, strong access controls including two factor authentication into the Azure production systems, and usage of security groups prevent unauthorized or unintended transfer of information through shared resources.**

---

**3.13.5 Implement subnetworks for publicly accessible system components that are physically or logically separated from internal networks.**

| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

**INHERITED FROM AZURE:  Azure's load balancers and public-facing server roles are the only publicly-accessible components. All non-publicly-accessible Azure components connect to the load balancers via physically-separate network interfaces on subnets that are logically separated from internal subnets. The hypervisor is isolated from interactions by virtual machines.**

---

**3.13.6 Deny network communications traffic by default and allow network communications traffic by exception (i.e., deny all, permit by exception).**

| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

**INHERITED FROM AZURE:  Azure's over-arching principle of network security is deny-by-default and blocks all ports, protocols and connections by default. Azure only allows connections and communication that are necessary to operate the system. Connections are managed at the system boundary using boundary protection devices.**

---

**3.13.7 Prevent remote devices from simultaneously establishing non-remote connections with organizational systems and communicating via some other connection to resources in external networks (i.e., split tunneling).**

| ☐ Implemented | ☐ Planned to be Implemented | ☒ Not Applicable |
|---|---|---|

**Split tunneling is not authorized.**

---

**3.13.8 Implement cryptographic mechanisms to prevent unauthorized disclosure of CUI during transmission unless otherwise protected by alternative physical safeguards.**

| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

**INHERITED FROM AZURE:  Azure implements the transmission integrity and confidentiality control by ensuring that cryptography is implemented through a hybrid model.**

PLAINTIFF'S
EXHIBIT
20

21

**TMG SYSTEM SECURITY PLAN**                    Last Updated:  18 Sep 2018

The following is a high-level list of the symmetric and asymmetric keys used for encrypting and protecting confidentiality of data:

- Use AES for symmetric encryption/decryption
- Use 128-bit or better symmetric keys
- Use RSA for asymmetric encryption/decryption and signatures
- Use 2048-bit or better RSA keys
- Use SHA-256 or better (SHA-384, SHA-512) for hashing and message-authentication codes

In addition, Azure has implemented cryptography in the following ways: Communications between the Azure service offerings and the Azure Management Portal are configured to accept FIPS 140-2 validated encryption. The customer is responsible for requiring FIPS 140-2 validated encryption levels on their users' browsers.
Azure virtual environment enforces key communications between Azure internal components to be protected with self-signed SSL certificates. Hardware Security Modules used by the KeyVault service employ FIPS 140-2 validated encryption.

3.13.9 Terminate network connections associated with communications sessions at the end of the sessions or after a defined period of inactivity.

| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

INHERITED FROM AZURE:  Azure controls logical access to the Azure infrastructure using Remote Desktop Gateway Servers or SSL VPN over the Remote Desktop Protocol. Active connections to Azure's infrastructure servers for remote access will remain connected for as long as the user requires the connection; however, after 15 minutes of inactivity within the console, the session will be terminated. Non-interactive sessions are not permitted through the Azure Infrastructure.

Customers are responsible for implementing portions of this control.

3.13.10 Establish and manage cryptographic keys for cryptography employed in organizational systems.

| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |
|---|---|---|

INHERITED FROM AZURE:  Azure leverages the cryptographic capabilities that are directly a part of the Windows operating system for certificates and authentication mechanisms such as Kerberos v5. These cryptographic modules have been certified by NIST as being FIPS 140-2 compliant. Relevant NIST certificate numbers are: 1321, 1333, 1334, 1335, 1336, 1339, 1891, 1892, 1895, 1896, 1897, 1898, and 1899. Additionally, the Thales nShield Hardware Security Modules used by KeyVault employ cryptographic modules certified by NIST as being FIPS 140-2 compliant; relevant NIST certificate numbers are: 2148, 2149. For additional information on how cryptographic modules are employed in Microsoft products, see TechNet article cc750357. New SSL certificates are generated as part of the deployment of a new service. The service operations team uses an internal Microsoft tool to generate new SSL certificates, which are then deployed into the service following standard processes for certificate management.

**PLAINTIFF'S EXHIBIT 20**

22

**TMG SYSTEM SECURITY PLAN**                    Last Updated: **18 Sep 2018**

---

| 3.13.11 Employ FIPS-validated cryptography when used to protect the confidentiality of CUI. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

INHERITED FROM AZURE: Azure service teams use encryption mechanisms and techniques that follow the requirements and restrictions outlined in the Azure Cryptographic Control SOP. Service data and information are handled in accordance with the requirements and restrictions specified in the Azure Asset Management standard when cryptography is used. The Azure Asset Management document establishes the mandatory minimum requirements for Azure asset ownership, classification, and protection.

---

| 3.13.12 Prohibit remote activation of collaborative computing devices and provide indication of devices in use to users present at the device. | | |
|---|---|---|
| ☐ Implemented | ☐ Planned to be Implemented | ☒ Not Applicable |

Remote activation is strictly prohibited.

---

| 3.13.13 Control and monitor the use of mobile code. | | |
|---|---|---|
| ☐ Implemented | ☐ Planned to be Implemented | ☒ Not Applicable |

Use of mobile code is not authorized.

---

| 3.13.14 Control and monitor the use of Voice over Internet Protocol (VoIP) technologies. | | |
|---|---|---|
| ☐ Implemented | ☒ Planned to be Implemented | ☐ Not Applicable |

In reference to NIST 800-58, System and Communication Protection Policy will address this control.

---

| 3.13.15 Protect the authenticity of communications sessions. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

INHERITED FROM AZURE: Azure uses digital certificates to establish the identity of bastion host as the access point to the Azure environment. Digital certificates are used in public key cryptography (PKI) to establish the identity of a server or client for purposes of authentication. This also supports encrypted connections using TLS, which is resistant to man in the middle attacks.

All communications between Azure internal components that transfer confidential information are protected using TLS. In most cases, SSL certificates are self-signed, and their fingerprints are distributed over the same channels as the IP addresses. Exceptions are for any certificates for connections that could be accessed from outside the Azure network (including the storage service), and for the FCs. FCs have certificates issued by a Microsoft CA that chains back to a trusted root CA.

---

| 3.13.16 Protect the confidentiality of CUI at rest. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

INHERITED FROM AZURE: Azure protects information at rest by applying information-handling procedures. Assets must be protected according to the standards appropriate for their defined asset class. Microsoft has devised a set of minimum required protection standards for each asset class in order to appropriately protect the confidentiality, integrity, and availability of each asset. These minimum standards are defined in Appendix A of the Microsoft's Asset Classification and Protection Standards. Data must be classified according to CELA data classifications and associated retentions.

---

*System and Information Integrity*

PLAINTIFF'S
EXHIBIT
20

23

**TMG SYSTEM SECURITY PLAN**          **Last Updated:  18 Sep 2018**

| 3.14.1 Identify, report, and correct system flaws in a timely manner. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

All user workstations have Windows Updates settings enabled, which ensures software patches are routinely updated as they are made available.  This enabled service bolster's the Operating Systems security posture.

| 3.14.2   Provide protection from malicious code at designated locations within organizational systems. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

Network environment is protected by Windows Defender, in addition to Malwarebites to capture and remediate any MALWARE affecting the TMG network environment.

| 3.14.3 Monitor system security alerts and advisories and take action in response. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

Alerts have been implemented within AZURE CLOUD to notify IT Admins of any potential MALWARE incidents or suspicious activity.  In addition, IT Admins monitor have subscribed to US-CERT to keep up-to-date on information about high-impact types of security activity affecting the community at large.

| 3.14.4 Update malicious code protection mechanisms when new releases are available | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

Auto update feature on MALWARE protection has been enable to ensure virus signatures are up-to-date in real time.

| 3.14.5 Perform periodic scans of organizational systems and real-time scans of files from external sources as files are downloaded, opened, or executed. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

MALWARE scans are conducted daily in real time.  Network configuration and vulnerability scans are conducted weekly to ensure of system integrity of the network environment.

| 3.14.6 Monitor organizational systems, including inbound and outbound communications traffic, to detect attacks and indicators of potential attacks. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

INHERITED FROM AZURE:  Azure implements portions of this control for IaaS and PaaS customers.

Azure inbound and outbound communications are monitored continually using their centralized monitoring, correlation, and analysis systems that manage the large amount of information generated by devices within the environment. The monitoring tool and the audit logging process provides automated logging and alerting capabilities by utilizing monitoring agents throughout the system and to generate alerts.

| 3.14.7 Identify unauthorized use of organizational systems. | | |
|---|---|---|
| ☒ Implemented | ☐ Planned to be Implemented | ☐ Not Applicable |

INHERITED FROM AZURE:  Azure implements portions of this control for IaaS and PaaS customers.

PLAINTIFF'S EXHIBIT
20

24

**TMG SYSTEM SECURITY PLAN**                   Last Updated:  18 Sep 2018

Azure uploads audit logs to a monitoring tool and the audit logging process. Another tool assists in identifying normal usage of the system and deviations from that normal range. This tool uses heuristics to identify unauthorized use of the operating system. Unusual activity is flagged for further review. Any log event that indicates a potential violation of the Azure Security Policy must be immediately brought to the attention of the Azure security team. Additionally, the Azure security team uses event alerting from a security incident and event management tool, which is currently deployed into the Azure environment. The team also manages the logging and monitoring tool collection infrastructure, which provides auditable events that are sent to the security incident and event management tool and can be used by the incident management team in investigating and monitoring security-related events in the information system.

PLAINTIFF'S
EXHIBIT

20

25



**TAURAN MANAGEMENT GROUP**

Integrity * Ingenuity * Innovation

---

## ACCEPTABLE USE POLICY

SEPTEMBER 2018



PLAINTIFF'S
EXHIBIT
20

## Contents

1    PURPOSE ............................................................................................................................ 3

2    SCOPE ................................................................................................................................. 3

3    POLICY ................................................................................................................................ 3

   3.1    General Use and Ownership ........................................................................................ 3

   3.2    Security and Proprietary Information ........................................................................... 4

   3.3    Unacceptable Use ...................................................................................................... 4

   3.4    System and Network Activities .................................................................................... 4

   3.5    Email and Communication Activities ........................................................................... 6

   3.6    Blogging and Social Media .......................................................................................... 6

4    POLICY COMPLIANCE ........................................................................................................... 7

   4.1    Compliance Measurement .......................................................................................... 7

   4.2    Exceptions ................................................................................................................. 7

   4.3    Non-Compliance ........................................................................................................ 7

5    REVISION HISTORY ............................................................................................................... 7

6    AGREEMENT ....................................................................................................................... 8



# 1   PURPOSE

The purpose of this policy is to outline the acceptable use of computer equipment within operation at Tauran Management Group ("TMG"). These rules are in place to protect the employee and TMG. Inappropriate use exposes TMG to risks including virus attacks, compromise of network systems and services, and legal issues.

# 2   SCOPE

This policy applies to employees, contractors, consultants, temporaries, and other workers at TMG, including all personnel affiliated with third parties. This policy applies to all equipment that is owned or leased by TMG.

# 3   POLICY

## 3.1   General Use and Ownership

TMG proprietary information stored on electronic and computing devices whether owned or leased by TMG, the employee or a third party, remains the sole property of TMG.  You must ensure through legal or technical means that proprietary information is protected in accordance with the NIST SP 800-171 standard.

You have a responsibility to promptly report the theft, loss or unauthorized disclosure of TMG proprietary information to IT Security or HR.

You may access, use or share TMG proprietary information only to the extent it is authorized and necessary to fulfill your assigned job duties.

Employees are responsible for exercising good judgment regarding the reasonableness of personal use. Individual departments are responsible for creating guidelines concerning personal use of Internet/Intranet/Extranet systems. In the absence of such policies, employees should be guided by departmental policies on personal use, and if there is any uncertainty, employees should consult their supervisor or manager.

For security and network maintenance purposes, authorized individuals within TMG may monitor equipment, systems and network traffic at any time, per Audit Policy.

TMG reserves the right to audit networks and systems on a periodic basis to ensure compliance with this policy.



**PLAINTIFF'S EXHIBIT**

20

## 3.2 Security and Proprietary Information

All mobile and computing devices that connect to the internal network must comply with the Access Control Policy.

System level and user level passwords must comply with the Password Policy. Providing access to another individual, either deliberately or through failure to secure its access, is prohibited.

All computing devices must be secured with a password-protected screensaver with the automatic activation feature set to 10 minutes or less. You must lock the screen or log off when the device is unattended.

Postings by employees from a TMG email address to newsgroups should contain a disclaimer stating that the opinions expressed are strictly their own and not necessarily those of TMG, unless posting is in the course of business duties.

Employees must use extreme caution when opening e-mail attachments received from unknown senders, which may contain malware.

## 3.3 Unacceptable Use

The following activities are, in general, prohibited. Employees may be exempted from these restrictions during the course of their legitimate job responsibilities (e.g., systems administration staff may have a need to disable the network access of a host if that host is disrupting production services).

Under no circumstances is an employee of TMG authorized to engage in any activity that is illegal under local, state, federal or international law while utilizing TMG-owned resources.

The lists below are by no means exhaustive, but attempt to provide a framework for activities which fall into the category of unacceptable use.

- Use TMG technology to "break into" or "hack into" other computers and storage devices for the purpose of reading, copying, deleting, modifying or distributing data and/or information of others, or any other purpose;
- Give passwords, access codes or other security level access information to others;
- Share personal e-mail accounts.

## 3.4 System and Network Activities

The following activities are strictly prohibited, with no exceptions:



PLAINTIFF'S EXHIBIT
20

Violations of the rights of any person or company protected by copyright, trade secret, patent or other intellectual property, or similar laws or regulations, including, but not limited to, the installation or distribution of "pirated" or other software products that are not appropriately licensed for use by TMG.

Unauthorized copying of copyrighted material including, but not limited to, digitization and distribution of photographs from magazines, books or other copyrighted sources, copyrighted music, and the installation of any copyrighted software for which TMG or the end user does not have an active license is strictly prohibited.

Accessing data, a server or an account for any purpose other than conducting TMG business, even if you have authorized access, is prohibited.

Exporting software, technical information, encryption software or technology, in violation of international or regional export control laws, is illegal. The appropriate management should be consulted prior to export of any material that is in question.

Introduction of malicious programs into the network or server (e.g., viruses, worms, Trojan horses, e-mail bombs, etc.).

Revealing your account password to others or allowing use of your account by others. This includes family and other household members when work is being done at home.

Using a TMG computing asset to actively engage in procuring or transmitting material that is in violation of sexual harassment or hostile workplace laws in the user's local jurisdiction.

Making fraudulent offers of products, items, or services originating from any TMG account.

Making statements about warranty, expressly or implied, unless it is a part of normal job duties.

Effecting security breaches or disruptions of network communication. Security breaches include, but are not limited to, accessing data of which the employee is not an intended recipient or logging into a server or account that the employee is not expressly authorized to access, unless these duties are within the scope of regular duties. For purposes of this section, "disruption" includes, but is not limited to, network sniffing, pinged floods, packet spoofing, denial of service, and forged routing information for malicious purposes.

Port scanning or security scanning is expressly prohibited unless prior notification is given.

Executing any form of network monitoring which will intercept data not intended for the employee's host, unless this activity is a part of the employee's normal job/duty.

Circumventing user authentication or security of any host, network or account.

Introducing honeypots, honeynets, or similar technology on the TMG network.

Interfering with or denying service to any user other than the employee's host (for example, denial of service attack).

PLAINTIFF'S
EXHIBIT
20

Using any program/script/command, or sending messages of any kind, with the intent to interfere with, or disable, a user's terminal session, via any means, locally or via the Internet/Intranet/Extranet.

Providing information about, or lists of, TMG employees to parties outside TMG.

## 3.5   Email and Communication Activities

When using company resources to access and use the Internet, users must realize they represent the company. Whenever employees state an affiliation to the company, they must also clearly indicate that "the opinions expressed are my own and not necessarily those of the company". Questions may be addressed to the IT Department.

Sending unsolicited email messages, including the sending of "junk mail" or other advertising material to individuals who did not specifically request such material (email spam).

Any form of harassment via email, telephone or paging, whether through language, frequency, or size of messages.

Unauthorized use, or forging, of email header information.

Solicitation of email for any other email address, other than that of the poster's account, with the intent to harass or to collect replies.

Creating or forwarding "chain letters", "Ponzi" or other "pyramid" schemes of any type.

Use of unsolicited email originating from within TMG's networks of other Internet/Intranet/Extranet service providers on behalf of, or to advertise, any service hosted by TMG or connected via TMG's network.

Posting the same or similar non-business-related messages to large numbers of Usenet newsgroups (newsgroup spam).

## 3.6   Blogging and Social Media

Blogging by employees, whether using TMG's property and systems or personal computer systems, is also subject to the terms and restrictions set forth in this Policy. Limited and occasional use of TMG's systems to engage in blogging is acceptable, provided that it is done in a professional and responsible manner, does not otherwise violate TMG's policy, is not detrimental to TMG's best interests, and does not interfere with an employee's regular work duties. Blogging from TMG's systems is also subject to monitoring.

TMG's Confidential Information policy also applies to blogging. As such, Employees are prohibited from revealing any TMG confidential or proprietary information, trade secrets or any other material covered by TMG's Confidential Information policy when engaged in blogging.



PLAINTIFF'S
EXHIBIT

20

Employees shall not engage in any blogging that may harm or tarnish the image, reputation and/or goodwill of TMG and/or any of its employees. Employees are also prohibited from making any discriminatory, disparaging, defamatory or harassing comments when blogging or otherwise engaging in any conduct prohibited by TMG's Non-Discrimination and Anti-Harassment policy.

Employees may also not attribute personal statements, opinions or beliefs to TMG when engaged in blogging. If an employee is expressing his or her beliefs and/or opinions in blogs, the employee may not, expressly or implicitly, represent themselves as an employee or representative of TMG. Employees assume any and all risk associated with blogging.

Apart from following all laws pertaining to the handling and disclosure of copyrighted or export controlled materials, TMG's trademarks, logos and any other TMG intellectual property may also not be used in connection with any blogging activity

# 4   POLICY COMPLIANCE

## 4.1   Compliance Measurement

The IT Admin team will verify compliance to this policy through various methods, including but not limited to, business tool reports, internal and external audits, and feedback to the policy owner.

## 4.2   Exceptions

Any exception to the policy must be approved by the Executive Management team in advance.

## 4.3   Non-Compliance

An employee found to have violated this policy may be subject to disciplinary action, up to and including termination of employment.

# 5   REVISION HISTORY

| Date change | Responsible | Summary of Change |
|---|---|---|
|  |  |  |
|  |  |  |


PLAINTIFF'S EXHIBIT
20

## 6  AGREEMENT

I have read and understand the [name of policy]. I understand that if I violate the rules explained herein, I may face legal or disciplinary action according to applicable laws or company policy.

_____

Employee Name

_____                    _____

Employee Signature                                                        Date

PLAINTIFF'S
EXHIBIT

20



**TAURAN MANAGEMENT GROUP**

Integrity * Ingenuity * Innovation

## ACCESS CONTROL POLICY

SEPTEMBER 2018



PLAINTIFF'S EXHIBIT
20

## Contents

1   **PURPOSE**.................................................................................................................3
2   **SCOPE** ...................................................................................................................3
3   **POLICY** .................................................................................................................3
    3.1   Access Control System ...................................................................................... 3
    3.2   Authorization ..................................................................................................... 4
    3.3   Access and Privilege Assignment ..................................................................... 4
    3.4   System Privileges............................................................................................... 5
    3.5   Records ................................................................................................................ 6
    3.6   Access Review .................................................................................................... 6
4   **VIOLATIONS**.........................................................................................................6
5   **DEFINITIONS**.........................................................................................................7
6   **REFERENCE**...........................................................................................................7
7   **REVISION HISTORY** ............................................................................................8
8   **AGREEMENT** .........................................................................................................8

PLAINTIFF'S
EXHIBIT
20

# 1   PURPOSE

This policy defines the control requirements surrounding the management of access to information on TMG computer and communications systems.

# 2   SCOPE

This policy applies to all TMG computer systems and facilities, with a target audience of TMG Information Technology employees and partners.

# 3   POLICY

## 3.1   Access Control System

Access Control System – User ID Creation Date - Access control systems must be configured to capture and maintain the creation date for every user ID.

Access Control System – Last Logon Date - Access control systems must be configured to capture and maintain the date and time of the last logon for every user ID.

Access Control System – Last Logoff Date - Access control systems must be configured to capture and maintain the date and time of the last logoff for every user ID.

Access Control System – Password Change Date - Access control systems must be configured to capture and maintain the date and time of the last password change for every user ID.

Access Control System – User ID Expiration Date - Access control systems must be configured to capture and maintain an expiration date or every user ID that represents the last date that the user ID is active for use.

Malfunctioning Access Control - If a computer or network access control system is not functioning properly, it must default to denial of privileges to end-users.

Special Privileged Users - All multi-user computer and network systems must support a special type of user ID, which has broadly-defined system privileges that will enable authorized individuals to change the security state of systems.

Operating System User Authentication - Developers must not construct or install other mechanisms to identify or authenticate the identity of users without the advance permission of TMG management.

Access Control System Modification - The functionality of all access control systems must not be altered, overridden or bypassed via the introduction of additional code or instructions.

Password Generation Algorithms - All software and files containing formulas, algorithms, and other specifics used in the process of generating passwords or Personal Identification Numbers must be controlled with the most stringent security measures supported by the



involved computer system.

Password Retrieval - Computer and communication systems must be designed, tested, and controlled so as to prevent both the retrieval of, and unauthorized use of stored passwords, whether the passwords appear in encrypted or unencrypted form.

Access Control Information In Cookies - TMG information systems must never store any access control information in cookies deposited on, or stored on, end-user computers.

System Capabilities And Commands - End users must be presented with only the system capabilities and commands that they have privileges to perform.

## 3.2  Authorization

Sensitive Or Valuable Information Access - Access to TMG sensitive information must be provided only after express management authorization has been obtained.

Granting Access To Organization Information - Access to TMG information must always be authorized by a designated owner of such information, and must be limited on a need-to-know basis to a reasonably restricted number of people.

Information System Privilege Usage - Every information system privilege that has not been specifically permitted by the TMG management must not be employed for any TMG business purpose until approved in writing.

Granting System Privileges - Computer and communication system privileges must be granted only by a clear chain of authority delegation.

User ID And Privilege Approval - Whenever user IDs, business application system privileges, or system privileges involve capabilities that go beyond those routinely granted to general users, they must be approved in advance by the user's immediate supervisor and TMG management.

Owner Approval for Privileges - Prior to being granted to users, business application system privileges must be approved by the applicable information owner.

System Access Request Authorization - All requests for additional privileges on TMG multi-user systems or networks must be submitted on a completed system access request form that is authorized by the user's immediate manager.

Default User Privileges - Without specific written approval from management, administrators must not grant any privileges, beyond electronic mail and word processing, to any user.

Computer Access Training - All TMG users must complete an approved information security training class before they are granted access to any TMG computer systems.

## 3.3  Access and Privilege Assignment

Production Programs And Information Access - Access controls to production programs and information must be configured such that production programs and information systems software support personnel are not granted access privileges except for problem resolution.

Operations Personnel Information Access - Access controls to production programs and information must be such that computer operations personnel are restricted from modifying systems software, application software, and production information.



PLAINTIFF'S
EXHIBIT

20

Privilege Restriction — Need To Know - The computer and communications system privileges of all users, systems, and programs must be restricted based on the need to know.

User IDs Employed In Abusive Activity - All access privileges for a user ID shown to be engaged in abusive or criminal activity must be immediately revoked.

Developer Access To Production Business Information - Where access to production business information is required so that new or modified business application systems may be developed or tested, only "read" and "copy" access must be granted on production machines. This access is permitted only for the duration of the testing and related development efforts, and must be promptly revoked upon the successful completion of these efforts.

Secret Information Access - Access to sensitive information must be granted only to specific individuals, not groups of individuals.

Production Application Information Access - Business application software development staff must not be permitted to access production information. An exception will be made in the case of production information relevant to the particular application software on which this staff is currently working.

Personal Information Access - All identifying information about customers such as credit card numbers, credit references, and social security numbers, must be accessible only to those TMG personnel who need such access in order to perform their jobs.

Separation Of Activities And Data - Management must define user privileges such that ordinary users cannot gain access to, or otherwise interfere with, either the individual activities of, or the private data of other users.

Third Party Software Developers Access To Source Code - Third-party programmers must not be granted direct access to TMG source code. Only the modules needed for a specific programming task may be revealed to these programmers. These programmers must additionally never be given privileges to directly update TMG production source or object code.

Read Access to Sensitive Information - Users who have been authorized to view information classified at a certain sensitivity level must be permitted to access only the information at this level and at less sensitive levels.

Role-Based Access Control Privileges - The information systems access privileges of all users must be defined based on their officially assigned roles within TMG.

## 3.4  System Privileges

Number Of Privileged User IDs - The number of privileged user IDs must be strictly limited to those individuals who absolutely must have such privileges for authorized business purposes.

Limiting Special System Privileges - Special system privileges must be restricted to those directly responsible for system management or security.

Operating System Command Access - End users must not be authorized to invoke operating system level commands.



PLAINTIFF'S
EXHIBIT

20

Production Programs And Information Access - Access controls to production programs and information must configured such that application development personnel are not granted privileges to update systems software, or be granted access to the master copy of production information except for problem resolution.

Business Production Information Updates - System privileges must be defined so that non-production staff (internal auditors, information security administrators, programmers, computer operators, etc.) are not permitted to update production business information.

Number Of Privileged Groups - The number of privileged groups must be strictly limited to those who absolutely must have such privileges for authorized business purposes.

Production Business Information Privileges - System privileges permitting the modification of production TMG business information must be restricted to production applications.

## 3.5   Records

Access Control Privilege Log Retention - Computerized records reflecting the access privileges of each user of TMG multi-user systems and networks must be securely maintained for a reasonable period of time.

Production Application System Log Contents - All computer systems running TMG production application systems must include logs that record additions and changes to the privileges of users.

User ID Records - Records reflecting all the computer systems on which users have user IDs must be kept current.

## 3.6   Access Review

Review of Accounts Used in Applications and Middleware - TMG must annually review the privileges of special accounts used for production applications or middleware.

Reauthorization Of User Access Privileges - The system privileges granted to every user must be reevaluated by the user's immediate manager every three months to determine whether currently-enabled system privileges are needed to perform the user's current job duties.

## 4   VIOLATIONS

Any violation of this policy may result in disciplinary action, up to and including termination of employment.  TMG reserves the right to notify the appropriate law enforcement authorities of any unlawful activity and to cooperate in any investigation of such activity. TMG does not consider conduct in violation of this policy to be within an employee's or partner's course and scope of employment, or the direct consequence of the discharge of the employee's or partner's duties. Accordingly, to the extent permitted by law, TMG reserves the right not to defend or pay any damages awarded against employees or partners that result from violation of this policy.



PLAINTIFF'S
EXHIBIT
26

Any employee or partner who is requested to undertake an activity which he or she believes is in violation of this policy, must provide a written or verbal complaint to his or her manager, any other manager or the Human Resources Department as soon as possible.

# 5   DEFINITIONS

Account (User ID or Username) – A unique string of characters assigned to a user by which a person is identified to a computer system or network. A user commonly must enter both a user ID and a password as an authentication mechanism during the logon process.

Confidential Information (Sensitive Information) – Any TMG information that is not publicly known and includes tangible and intangible information in all forms, such as information that is observed or orally delivered, or is in electronic form, or is written or in other tangible form. Confidential Information may include, but is not limited to, source code, product designs and plans, beta and benchmarking results, patent applications, production methods, product roadmaps, customer lists and information, prospect lists and information, promotional plans, competitive information, names, salaries, skills, positions, pre-public financial results, product costs, and pricing, and employee information and lists including organizational charts. Confidential Information also includes any confidential information received by TMG from a third party under a non-disclosure agreement.

Partner – Any non-employee of TMG who is contractually bound to provide some form of service to TMG.

Password – An arbitrary string of characters chosen by a user that is used to authenticate the user when he attempts to log on, in order to prevent unauthorized access to his account.

System Privileges – Advanced powers or authorities within a computer system, which are significantly greater than those available to the majority of users. Such persons will include, for example, the system administrator and network administrator who are responsible for keeping the system available and may need powers to create new user profiles as well as add to or amend the access rights of existing users.

User - Any TMG employee or partner who has been authorized to access any TMG electronic information resource.

# 6   REFERENCE

ISO/IEC 27002 – 11 Access Control



PLAINTIFF'S
EXHIBIT

20

## 7   REVISION HISTORY

| Date change | Responsible | Summary of Change |
|---|---|---|
|  |  |  |
|  |  |  |

## 8   AGREEMENT

I have read and understand the Access Control Policy.  I understand that if I violate the rules explained herein, I may face legal or disciplinary action according to applicable laws or company policy.

_____

Employee Name

_____                    _____

Employee Signature                                                                        Date



PLAINTIFF'S
EXHIBIT
20



# INCIDENT RESPONSE PLAN

## SEPTEMBER 2018



PLAINTIFF'S
EXHIBIT

20

## PURPOSE

This plan addresses the organized approach to addressing and managing the aftermath of a security breach or cyberattack, also known at Information Technology incident, computer incident, or security incident.

## SCOPE

The plan applies to all TMG information security incidents, which includes physical, personnel and information assurance incidents.

## INCIDENT RESPONSE PLAN INTRODUCTION AND COMMENTARY

In accordance with industry 'best practices' and to comply with numerous compliance regulations, TMG has implemented various procedures, policies and guidelines in order to protect the confidentiality, integrity and availability (CIA) of their critical client data and their computing resources. This Incident Response Plan is one such procedural document intended to prepare TMG to address security incidents. Regular testing and refinement of this plan will help TMG prepare for adverse security incidents and ultimately help them to manage and minimize risk.

It is anticipated that as new technologies and new requirements are introduced this document will need to be modified and should be reviewed at least annually. This function will be performed by members of the security team at the direction of the Field Security Officer (FSO).

## INCIDENT RESPONSE PLAN OVERVIEW

There are many different security incidents that can occur with assorted severity levels and not all incidents will require focus on each step. However, it is important to be prepared and understand that typically different phases exist in responding to an incident, and the goals and objectives of each phase. The different phases of a security incident response plan at TMG are as follows:

- Prepare
- Identify
- Contain
- Eradicate
- Recover
- Review

## PREPARE

In preparing for security incidents several items need to be addressed.

- Incident handling team should include security officers, system analysts and human resources personnel



PLAINTIFF'S EXHIBIT
20

- End users and analysts should be trained at an appropriate level. Login banner and warning messages should be posted.
- Contact information is included as an appendix to this document and should be available in hard copy for:
  - personnel that might assist in handling an incident
  - key partners who may need to be notified
  - business owners to make key business decisions
  - outside support analysts with security expertise
- **Backups should be taken and tested**
- Supplies to assist the team in the event of an incident (sometimes referred to a jump bag)
  - An empty notebook (Thorough documentation should be done throughout an incident to include hand written notes in a fresh notebook.)
  - Boot CDs to analyze hard drives and recover passwords
  - Petty cash (food, cabs, batteries as needed)

## IDENTIFY

Awareness that a security incident has occurred can originate from different sources such as technical people, end users or even clients.

Best practices suggests to declare that an incident has occurred when security officers' sense that an adverse risk to the company exists and then assemble the team and implement the plan. It is also suggested to early on have multiple people involved, to save all key system files or records such as log files and start detailed documentation as soon as possible.

Ultimately business owners need to be involved in many security incidents to decide what are the goals in handling a particular incident, such as immediate business recovery or forensic examination.

## CONTAIN

Following basic procedures can contain many incidents. Specific procedures will frequently depend on the nature of the incident, as well as the direction of the business owner. Remember that a compromised machine might not present valid data! Basic steps to consider include:

- Obtain and analyze as much system information as possible including key files and possibly a backup of the compromised machine for later forensic analysis.

- Powering off a machine might lose data and evidence. Preferably disconnecting the LAN cable facilitates containment and forensic activity. (Putting the computer on a separate network with a network analyzer might help analyzing network activity)

- If one machine has been exploited others might be vulnerable. Actions that might need to be taken on a large scale might include:

  - Download security patches from vendors

  - Update antivirus signatures



PLAINTIFF'S EXHIBIT

20

- Close firewall ports
- Disable compromised accounts
- Run vulnerability analyzers to see where other vulnerable hosts are
- Change passwords as appropriate

## ERADICATE

To eradicate the problem specific procedures will frequently depend on the nature of the incident as well as the direction of the business owner.  Key considerations include:

- Boot CDs should be used to access data on compromised machines.  (Rootkits installed on compromised machines might affect basic system level utilities and discourage use of a compromised host)
- If machines OS has been compromised it needs to be rebuilt using hardened machines on appropriate platforms
- Test any backups prior to restore and monitor for a new incident.
- Document everything.

## RECOVER

The recovery phase's goal is to return safely to production. Once again specific actions might depend on the nature of the incident as well as the direction of the business owner.  Key considerations include:

- Retest the system preferably with a variety of end users.
- Consider timing of the return to production.
- Discuss customer notification and their concerns
- Discuss media handling issues
- Continue to monitor for security incidents

## REVIEW

This phase is to allow TMG to better handle future security incidents.  A final report should be written describing the incident and how it was handled using the Incident reporting form. Suggestions for handling future incidents and reworking this document should be included in this report.  Reporting times are listed below:



PLAINTIFF'S
EXHIBIT
20

| Category | Impact | Initial Notification to Next Tier | Initial Report to Next Tier | Initial submission to JIMS | Minimum Reporting |
|---|---|---|---|---|---|
| 1; Root level intrusion* (Incident) | High | Within 15 minutes | Within 4 hours | Within 6 hours | Tier I |
| | Moderate | Within 2 hours | Within 8 hours | Within 12 hours | Tier I |
| | Low | Within 4 hours | Within 12 hours | Within 24 hours | Tier I |
| 2; User level Intrusion* (incident) | High | Within 15 minutes | Within 4 hours | Within 6 hours | Tier I |
| | Moderate | Within 2 hours | Within 8 hours | Within 12 hours | Tier I |
| | Low | Within 4 hours | Within 12 hours | Within 24 hours | Tier I |
| 3; Unsuccessful Activity Attempt | Any | Within 4 hours | Within 12 hours | Within 24 hours | Tier II |
| 4; Denial of Service* (Incident) | High | Within 15 minutes | Within 4 hours | Within 6 hours | Tier I |
| | Moderate | Within 15 minutes | Within 4 hours | Within 6 hours | Tier I |
| | Low | As directed by MANAGEMENT Guidance | As directed by MANAGEMENT Guidance | As directed by MANAGEMENT Guidance | Tier I |
| 5; Non-Compliance Activity (Event) | All Non-Compliance Events | Within 4 hours | Within 12 hours | Within 48 hours | Tier II |
| 6; Reconnaissance (Event) | Any | As directed by MANAGEMENT Guidance | As directed by MANAGEMENT Guidance | As directed by MANAGEMENT Guidance | Tier II |
| 7; Malicious Logic (Incident) | High | Within 15 minutes | Within 4 hours | Within 6 hours | Tier I |
| | Moderate | Within 2 hours | Within 8 hours | Within 12 hours | Tier II |

PLAINTIFF'S EXHIBIT 20

| | Low | As directed by MANAGEMENT Guidance | As directed by MANAGEMENT Guidance | As directed by MANAGEMENT Guidance | Tier II |
|---|---|---|---|---|---|
| 8; Investigating (Event) | N/A | Within 2 hours of notification | Consistent with the most severe possible interpretation | Within 24 hours | Tier II |
| 9; Explained Anomaly (Event) | N/A | N/A | Within 24 hours | Within 72 hours | Tier II |



PLAINTIFF'S EXHIBIT 20

# Tauran Management Group
Incident Response Form

| FORM FOR REPORTING A SUSPECTED INFORMATION SECURITY INCIDENT | |
|---|---|
| Location: | Name of Dept/Division: |
| Name: / Tel No: | E-mail Address: |

| | |
|---|---|
| Date of Incident: | Time of Incident: |
| Who Notified: | Time of Notification: |

Brief Description of Incident:

| | Y | N |
|---|---|---|
| Did you witness the incident yourself? | ☐ | ☐ |
| Did others witness the incident? (if yes specify below) | ☐ | ☐ |

To your knowledge was any of the following involved?

| | | | |
|---|---|---|---|
| Telephone | ☐ | Theft | ☐ |
| Fax | ☐ | Fraud | ☐ |
| Photocopier | ☐ | Unauthorized Access | ☐ |
| Computer Hardware | ☐ | Customers | ☐ |
| E-mail | ☐ | Third Parties | ☐ |
| Internet download | ☐ | Copyright | ☐ |
| Virus | ☐ | Other (specify below) | ☐ |

| Initiated By: | Date: | Reviewed By: | Date: |
|---|---|---|---|
| Approved By (1): | Date: | Approved By (2): | Date: |

PLAINTIFF'S
EXHIBIT
20



**TAURAN MANAGEMENT GROUP**

Integrity * Ingenuity * Innovation

---

# PERSONAL COMPUTER SECURITY POLICY

SEPTEMBER 2018



PLAINTIFF'S
EXHIBIT
20

## Contents

1   **PURPOSE**.................................................................................................................3
2   **SCOPE** ....................................................................................................................3
3   **POLICY** ..................................................................................................................3
    Business Use of Systems .............................................................................................. 3
    Configuration Control .................................................................................................. 3
    Access Control............................................................................................................. 4
    Viruses......................................................................................................................... 4
    Information Backup ...................................................................................................... 4
    Networking and Connectivity....................................................................................... 5
    Physical Security.......................................................................................................... 6
    Management ................................................................................................................. 6
4   **VIOLATIONS**..........................................................................................................7
5   **DEFINITIONS**.........................................................................................................7
6   **REFERENCE**...........................................................................................................8
7   **REVISION HISTORY** ............................................................................................9
8   **AGREEMENT** .........................................................................................................9

**PLAINTIFF'S
EXHIBIT**

20

# 1   PURPOSE

This policy defines the information security instructions applicable to all workers who use TMG personal computers, including Macintoshes, workstations, portable computers, handheld computers, personal digital assistants, and similar computers dedicated to a single user's activity.

# 2   SCOPE

This policy applies to all TMG computer systems and facilities, including those managed for TMG customers.  This policy applies to all employees, partners and third-parties with access to TMG information assets.

# 3   POLICY

**Business Use of Systems**

Business Use Only - In general, TMG computer and communication systems are intended to be used for business purposes only. Incidental personal use is nonetheless permissible if the use does not consume more than a trivial amount of resources that could otherwise be used for business purposes, does not interfere with worker productivity, does not preempt any business activity, and does not cause distress, legal problems, or morale problems for other workers.

Offensive Content - Offensive material that might cast TMG in a bad light, including sexist, racist, violent, or other content, is strictly forbidden from all TMG personal computers.

**Configuration Control**

Approved Software Only - TMG has a standard list of permissible software packages that users can run on their personal computers [a link to an intranet-posted personal computer configuration standard could be provided here]. Workers must not install other software packages on personal computers without obtaining advance permission from the Information Systems department. Unapproved software may be removed without advance notice to the involved worker.

Prohibited Software Installation - Workers must not permit automatic software installation routines to be run on TMG personal computers unless these routines have been approved by the Information Systems Department.

Changes To Operating System Configurations - Workers must not change operating system configurations, upgrade existing operating systems, or install new operating systems on any TMG-supplied computer hardware.

Changes To Hardware - Computer equipment supplied by TMG must not be altered or added to in any way without the prior knowledge of and authorization from the Information Systems department.


PLAINTIFF'S
EXHIBIT
20

## Access Control

Access Control Package - All TMG personal computers must run an access control package approved by the Information Security department. Typically these packages require a fixed password at the time a personal computer is booted and again after a certain period of no activity.

Unattended Active Sessions - Users must not leave their personal computer, workstation, or terminal unattended without logging out or invoking a password-protected screen saver.

Session Timeout - Users must set the time frame for this period of no activity, at which point the contents of the screen are obscured, to 15 minutes or less. If sensitive information resides on a personal computer, the screen must immediately be protected with this access control package, or the machine turned off, whenever a worker leaves the location where the personal computer is in use.

Choice Of Passwords - The user-chosen passwords employed by access control software packages, and the keys employed by encryption packages, must be at least eight (8) characters in length and conform to the existing TMG password construction standards. (Example: These passwords and keys must be difficult to guess. Words in a dictionary, derivatives of user IDs, and common character sequences such as "123456" must not be employed. Personal details such as spouse's name, license plate, social security number, and birthday must not be used unless accompanied by additional unrelated characters. User-chosen passwords and keys must not be any part of speech including, proper names, geographical locations, common acronyms, and slang.)

Storage Of Passwords - Workers must maintain exclusive control of their personal passwords. They must not share them with others at any time. Passwords must not be stored in readable form in batch files, automatic logon scripts, software macros, terminal function keys, in computers without access controls, or in any other locations where unauthorized persons might discover them.

## Viruses

Virus Program Installed - All personal computers must continuously run the current version of virus detection package approved by the Information Security department.  The current version of this virus package must be automatically downloaded to each personal computer when the machine is connected to the TMG internal network.

External Storage Checking - Externally-supplied USBs, and other removable storage media must not be used unless they have been checked for viruses.

Eradicating Viruses - Workers must not attempt to eradicate a virus without expert assistance. If workers suspect infection by a virus, they must immediately stop using the involved computer, physically disconnect from all networks, and call the Information Systems department Help Desk.

## Information Backup

Archival Copies - All personal computer software that is not standard TMG software must be copied prior to its initial usage, and such copies must be stored in a safe and secure location. These master copies, perhaps the media issued by the vendor, must not be used for ordinary



PLAINTIFF'S
EXHIBIT
20

business activities, but must be reserved for recovery from virus infections, hard disk crashes, and other computer problems.

License Documentation - Documentation about the licenses for such software must be retained to get technical support, qualify for upgrade discounts, and verify the legal validity of the licenses.

Periodic Backup - All sensitive, valuable, or critical information resident on TMG computer systems must be periodically backed up. Such backup processes must be performed at least weekly. Department managers must verify that proper backups are being made on all personal computers used for production business activities.

Manual Backups - Unless automatic backup systems are known to be operational, all end users are responsible for making at least one current backup copy of sensitive, critical, or valuable files stored on local disk. These separate backup copies should be made each time that a significant number of changes are saved.

Backup Storage - User-generated backups must be periodically stored off-site in a physically secure location. Selected files from backups must be periodically restored to demonstrate the effectiveness of every backup process.

Copyright Protection - Making unauthorized copies of licensed and copyrighted software, even if for "evaluation" purposes, is forbidden. TMG permits reproduction of copyrighted materials only to the extent legally considered fair use or with the permission of the author or Owner. If workers have any questions about the relevance of copyright laws, they must contact corporate legal counsel. Unless they receive information to the contrary, workers must assume that software and other materials are copyrighted.

## Networking and Connectivity

Modems - Modems inside or attached to TMG office desktop personal computers are not permitted.

Inbound Internet - Inbound Internet connections to TMG personal computers are forbidden unless these connections employ an approved virtual private network (VPN) software package approved by the Information Security department. These VPN systems must employ both user authentication features with at least fixed passwords and data interception prevention features, such as encryption.

Downloading Sensitive Information - Sensitive TMG information may be downloaded from a multi-user system to a personal computer only if a clear business need exists, adequate controls to protect the information are currently installed on the involved personal computer, and advance permission from the Information Owner has been obtained. This policy is not intended to cover electronic mail or memos, but does apply to databases, master files, and other information stored on mainframes, minicomputers, servers, and other multi-user machines.

Establishing Networks - Workers must not establish electronic bulletin boards, local area networks, modem connections to existing internal networks, Internet commerce systems, or other multi-user systems for communicating information without the specific approval of the Information Security department.



PLAINTIFF'S
EXHIBIT
20

Automatic Device Synchronization - Systems that automatically exchange data between devices, such as a personal digital assistant and a personal computer, must not be enabled unless the systems have been evaluated and approved by the Information Security department.

**Physical Security**

Positioning Display Screens - The display screens for all personal computers used to handle sensitive or valuable data must be positioned such that the information cannot be readily viewed through a window, by persons walking in a hallway, or by persons waiting in reception and related areas. Care must also be taken to position keyboards so that unauthorized persons cannot readily see workers enter passwords, encryption keys, and other security-related parameters.

Locking Sensitive Information - When not being used by authorized workers, or when not clearly visible in an area where authorized persons are working, all hardcopy sensitive information must be locked in file cabinets, desks, safes, or other furniture. When not being used, or when not in a clearly visible and attended area, all computer storage media containing sensitive information must be locked in similar enclosures.

Preventing Equipment Theft - All office desktop personal computers except portables must be physically secured to desks with approved devices such as locking wires or plates that bolt the equipment to furniture.

Equipment Identification - All personal computer equipment must be marked with visible identification information that clearly indicates it is TMG property. Periodic physical inventories must be completed to track the movement of personal computers and related equipment.

Custodians For Equipment - The primary user of a personal computer is considered a Custodian for the equipment. If the equipment has been damaged, lost, stolen, borrowed, or is otherwise unavailable for normal business activities, a Custodian must promptly inform the involved department manager. With the exception of portable machines, personal computer equipment must not be moved or relocated without the knowledge and approval of the involved department manager.

Use Of Personal Equipment - Workers must not bring their own computers, computer peripherals, or computer software into TMG facilities without prior authorization from their department head. Workers must not use their own personal computers for production TMG business unless these systems have been evaluated and approved by the Information Security department.

Property Pass - Personal computers, portable computers and related information systems equipment must not leave TMG offices unless accompanied by a property pass signed by a department manager.

Environmental Considerations - All personal computers in TMG offices must use surge suppressors. Those personal computers running production applications must also have uninterruptible power systems approved by the Information Security department.

**Management**



PLAINTIFF'S
EXHIBIT

20

Browsing - Workers must not browse through TMG computer systems or networks. Steps taken by workers to legitimately locate information needed to perform their job are not considered browsing. Use of the TMG intranet is not considered browsing.

Tools To Compromise Systems Security - Unless specifically authorized by the Information Security department, TMG workers must not acquire, possess, trade, or use hardware or software tools that could be employed to evaluate or compromise information systems security. Examples of such tools include those that defeat software copy protection, discover secret passwords, identify security vulnerabilities, or decrypt encrypted files.

Reporting Problems - Users must promptly report all information security alerts, warnings, and suspected vulnerabilities to the Information Systems Help Desk. Users must not use TMG systems to forward such information to other users, whether the other users are internal or external to TMG.

# 4   VIOLATIONS

Any violation of this policy may result in disciplinary action, up to and including termination of employment. TMG reserves the right to notify the appropriate law enforcement authorities of any unlawful activity and to cooperate in any investigation of such activity. TMG does not consider conduct in violation of this policy to be within an employee's or partner's course and scope of employment, or the direct consequence of the discharge of the employee's or partner's duties. Accordingly, to the extent permitted by law, TMG reserves the right not to defend or pay any damages awarded against employees or partners that result from violation of this policy.

Any employee or partner who is requested to undertake an activity which he or she believes is in violation of this policy, must provide a written or verbal complaint to his or her manager, any other manager or the Human Resources Department as soon as possible.

# 5   DEFINITIONS

Confidential Information (Sensitive Information) – Any TMG information that is not publicly known and includes tangible and intangible information in all forms, such as information that is observed or orally delivered, or is in electronic form, or is written or in other tangible form. Confidential Information may include, but is not limited to, source code, product designs and plans, beta and benchmarking results, patent applications, production methods, product roadmaps, customer lists and information, prospect lists and information, promotional plans, competitive information, names, salaries, skills, positions, pre-public financial results, product costs, and pricing, and employee information and lists including organizational charts. Confidential Information also includes any confidential information received by TMG from a third party under a non-disclosure agreement.

Electronic Messaging System – Any device or application that will provide the capability of exchanging digital communication between two or more parties. Examples are electronic messaging, instant messaging, and text messaging.


PLAINTIFF'S EXHIBIT
20

Information Asset – Any TMG data in any form, and the equipment used to manage, process, or store TMG data, that is used in the course of executing business.  This includes, but is not limited to, corporate, customer, and partner data.

Objectionable Information or Material – Anything that is considered offensive, defamatory, obscene, or harassing, including, but not limited to, sexual images, jokes and comments, racial or gender-specific slurs, comments, images or jokes, or any other comments, jokes, or images that would be expected to offend someone based on their physical or mental disability, age, religion, marital status, sexual orientation, political beliefs, veteran status, national origin, or ancestry, or any other category protected by national or international, federal, regional, provincial, state, or local laws.

Partner – Any non-employee of TMG who is contractually bound to provide some form of service to TMG.

Password – An arbitrary string of characters chosen by a user that is used to authenticate the user when he attempts to log on, in order to prevent unauthorized access to his account.

User - Any TMG employee or partner who has been authorized to access any TMG electronic information resource.

## 6   REFERENCE

ISO/IEC 27002 – 11.3.2 Unattended user equipment
ISO/IEC 27002 - 11.5 Operating System Access Control



PLAINTIFF'S EXHIBIT 20

## 7   REVISION HISTORY

| Date change | Responsible | Summary of Change |
|---|---|---|
|  |  |  |
|  |  |  |

## 8   AGREEMENT

I have read and understand the Personal Computer Security Policy. I understand that if I violate the rules explained herein, I may face legal or disciplinary action according to applicable laws or company policy.

_____

Employee Name

_____         _____

Employee Signature                                 Date



PLAINTIFF'S
EXHIBIT
20



## RISK ASSESSMENT POLICY

SEPTEMBER 2018



PLAINTIFF'S
EXHIBIT
20

## Contents

1   PURPOSE ..................................................................................................................................3
2   SCOPE ......................................................................................................................................3
3   POLICY ....................................................................................................................................3
    Risk Management Process ........................................................................................................3
    Information Systems Risk Management ...................................................................................4
    Third Party Disclosures............................................................................................................4
    Vulnerability and Threat Analysis ...........................................................................................4
    Insurance ..................................................................................................................................5
4   VIOLATIONS ..........................................................................................................................5
5   ROLES AND RESPONSIBILITIES ........................................................................................6
6   DEFINITIONS..........................................................................................................................7
7   REFERENCES .........................................................................................................................9
8   REVISION HISTORY..............................................................................................................9
9   AGREEMENT ..........................................................................................................................9



## 1   PURPOSE

This policy defines the risk management requirements for the identification of the appropriate control posture for all TMG computer and communications information system assets.

## 2   SCOPE

This policy applies to all TMG computer systems and facilities, with a target audience of TMG Executive Management, Information Technology employees and partners.

## 3   POLICY

Risk Management Process

Enterprise Security Risk Assessment - Each year the Information Technology (IT) Department must conduct, or manage an independent party who conducts, an organization-wide security risk assessment. The report resulting from this project must include a detailed description of the information security risks currently facing the organization, and specific recommendations for preventing or mitigating these risks.

Business Unit Risk Assessment - Each critical organizational or business unit within TMG that manages its own computers or networks must also perform, at least annually, a security-related risk analysis of these same systems, coordinated through the Information Security Department, and then certify that adequate security measures have been implemented to mitigate the risks.

Annual Information Technology Risk Report - For the Board of Directors to properly perform its risk management role, IT management must submit to the Board a special annual report. This report is to include a description of all material TMG information technology-related risks, as well as an assessment of how these risks are currently being managed.

Risk Assessment Methodology - TMG requires, where appropriate, that a risk assessment process be used where specified by Corporate Information Assurance\Security policies, or by laws or regulations. TMG risk assessments are to be conducted using the Facilitated Risk Assessment process (FRA).  (cf. Risk Management Guide for Information Technology Systems, NIST SP 800-30.)

Material\Significant Information Security Risks - For every material\significant information systems security risk identified -- whether through a formal risk assessment or not -- management must make a specific decision about the degree to which TMG will be self-insured and accept the risk, seek external insurance, or adjust controls to reduce expected losses to an acceptable cost of conducting business.


PLAINTIFF'S
EXHIBIT
20

Annual Evaluation Of Information Security Operations Outsourcing - As part of the annual risk management process dealing with information security issues at TMG, the Chief Information Officer must review what information security operational tasks are, and what tasks are not outsourced. The CIO must then determine, based on input from the Information Security Manager, which of these tasks will be outsourced in the future.

Information Systems Risk Management

Information Security Impact Analysis - Whenever sensitive information is to be placed in computers or whenever sensitive information is to be used in new or substantially different ways on computer systems, a risk assessment of the potential security-related impacts must be performed.

Production System Risk Assessments

Information systems security risk assessments for critical information systems and critical production applications must be performed at least once every two years. All major enhancements, upgrades, conversions, and related changes associated with these systems or applications must be preceded by a risk assessment. Specific instances requiring risk assessments include:

1. All systems being implemented) or constructed will be assessed for risk by a project-oriented FRA team during the preliminary design phase, before funding has been finalized.

2. All production computer information systems must be reevaluated for risk when they are to be significantly modified or enhanced.

3. All production information systems that are being considered for development or deployed by external third parties.

Third Party Disclosures

Information Sensitivity Screening And Disclosure To Third Parties - Prior to providing any non-public TMG information to an outsourcing firm, business partner, or any other non-governmental entity, the relevant Information Owner, the Information Security Manager, and the Chief Legal Counsel must jointly perform a risk assessment. This team, or their delegates, must then collectively agree that the risks associated with this disclosure do not present an undue threat to TMG business interests.

Vulnerability and Threat Analysis

Production Operating System Change Reviews - Periodic reviews or vulnerability assessments of production computer operating systems must be conducted.

Scanning Network Exposed Systems Components - Every major system component (hardware and software) accessible from an external network, for which a vulnerability identification package exists, must be scanned at least monthly to prevent vulnerabilities from being exploited by intruders.

Vulnerability Advisories - On a weekly or more frequent basis, systems administration staff must review all information security vulnerability advisories issued by trusted organizations for items affecting TMG systems.

PLAINTIFF'S
EXHIBIT
20

Vulnerability Identification Software - To ensure that TMG technical staff has taken appropriate preventive measures, all systems directly-connected to the Internet must be subjected to an automated risk analysis performed via vulnerability identification software at least once a month.

Security Fixes - All security problem fix software and command scripts provided by operating system vendors, official computer emergency response teams, and other trusted third parties must be promptly installed.

On-Going Third Party Security Configuration Scanning - All TMG computers accessible from the Internet, as well as all internal production computers, must be regularly scanned by a reputable third party security vulnerability identification service.

<u>Insurance</u>

Insurance Coverage - Adequate insurance coverage must be obtained and kept in force for every major threat facing the confidentiality, integrity, and availability of information handled by TMG computer and communication systems.

Significant Information Security Risks - For every significant information systems security risk, management must make a specific decision about the degree to which TMG will be self-insured and accept the risk, seek external insurance, or adjust controls to reduce expected losses.

BCP and Insurance - TMG will maintain insurance commensurate with those residual risks identified from a corporate BIA which pose potential for financial loss or other disastrous consequences, as well as the expenses related to recovering from a disaster. The CFO will conduct an annual insurance review to ensure that the level and types of coverage are commercially reasonable and consistent with any legal, management, and board requirements. To facilitate the claims process, the IT Continuity Planning Team will create and retain a comprehensive hardware and software inventory list and the Business Continuity Planning Team will create a comprehensive business asset inventory list. Copies of both inventories are to be retained in a secure off-site location along with copies of all other Continuity Planning documentation. A detailed accounting of expenses incurred during recovery or restoration should be documented to support insurance claims.

## 4  VIOLATIONS

Any violation of this policy may result in disciplinary action, up to and including termination of employment. TMG reserves the right to notify the appropriate law enforcement authorities of any unlawful activity and to cooperate in any investigation of such activity. TMG does not consider conduct in violation of this policy to be within an employee's or partner's course and scope of employment, or the direct consequence of the discharge of the employee's or partner's duties. Accordingly, to the extent permitted by law, TMG reserves the right not to defend or pay any damages awarded against employees or partners that result from violation of this policy.



PLAINTIFF'S
EXHIBIT
20

Any employee or partner who is requested to undertake an activity which he or she believes is in violation of this policy, must provide a written or verbal complaint to his or her manager, any other manager or the Human Resources Department as soon as possible.

## 5   ROLES AND RESPONSIBILITIES

One of the major strengths of FRA lies in the way that it composes the team to perform the Risk Assessment.  Drawing together the process owners, stakeholders, and Subject Matter Experts (SME's) from the spectrum of disciplines involved, builds a formidable brain trust to conduct the FRA itself --- and ultimately builds ownership of the resulting methods and processes to better assure protection of the business assets involved.

The following describes the key roles of the personnel who should support and participate in the risk management process (See NIST SP 800-30.)

FRA Team – The FRA Team defines the specific scope of the risk assessment then identifies threats, assets, vulnerabilities, and risks to the Network processing environment. Additionally, the team identifies risks mediation by controls already in place.  Remaining residual risks are categorized as either major or minor, and are included in the analysis of the effectiveness of the security protection on the environment in the scope of the specific FRA.

Senior Management – Senior management, under the standard of due care and ultimate responsibility for mission accomplishment, must ensure that the necessary resources are effectively applied to develop the capabilities needed to accomplish the mission. They must also assess and incorporate results of the risk assessment activity into the decision making process. An effective risk management program that assesses and mitigates IT-related mission risks requires the support and involvement of senior management.

Chief Information Officer (CIO) – The CIO is responsible for the enterprise's IT planning, budgeting, and performance including its information security components.  Decisions made in these areas should be based on an effective risk management program.

System and Information Owners – The system and information owners are responsible for ensuring that proper controls are in place to address integrity, confidentiality, and availability of the IT systems and data they own. Typically the system and information owners are responsible for changes to their IT systems. Thus, they usually have to approve and sign off on changes to their IT systems (e.g., system enhancement, major changes to the software and hardware). The system and information owners must therefore understand their role in the risk management process and fully support this process.

Business and Functional Managers – The managers responsible for business operations and IT procurement process must take an active role in the risk management process. These managers are the individuals with the authority and responsibility for making the trade-off decisions essential to mission accomplishment.  They are responsible for determining whether the remaining risk is at an acceptable level or whether additional security controls should be implemented to further reduce or eliminate the residual risk (that which remains) before authorizing the IT system in question for operation.   Their involvement in the risk


PLAINTIFF'S EXHIBIT 20

management process enables the achievement of proper security for the IT systems, which, if managed properly, will provide mission effectiveness with a minimal expenditure of resources.

Corporate Information System Officer (CISO) – IT security program managers and computer security officers are responsible for their organization's security programs, including risk management. Therefore, they play a leading role in introducing an appropriate, structured methodology to help identify, evaluate, and minimize risks to the IT systems that support their organization's missions. The Corporate Information Security Office (CISO) is tasked with providing internal expertise and training to management on how to conduct an effective risk assessment. The CISO is to provide assurance that risk assessments are performed when required and that they adequately consider and determine the threats, vulnerabilities, assets, controls, risks and residual risks involved.

IT Security Practitioners – IT security practitioners (e.g., network, system, application, and database administrators; computer specialists; security analysts; security consultants) are responsible for proper implementation of security requirements in their respective IT systems. As changes occur in the existing IT system environment (e.g., expansion in network connectivity, changes to the existing infrastructure and organizational policies, and introduction of new technologies), the IT security practitioners must support or use the risk management process to identify and assess new potential risks and implement new security controls as needed to safeguard their IT systems.

Security/Subject Matter Professionals – The organization's personnel are the users of the IT systems. Use of the IT systems and data according to an organization's policies, guidelines, and rules of behavior is critical to mitigating risk and protecting the organization's IT resources. To minimize risk to the IT systems, it is essential that system and application users be provided with security awareness training. Therefore, the IT security trainers or security/subject matter professionals must understand the risk management process so that they can develop appropriate training materials and incorporate risk assessment into training programs to educate the end users.

## 6   DEFINITIONS

Availability - The state that exists when information resources are accessible and usable upon demand by an authorized user.

Confidentiality - The state that exists when data is held in confidence and is protected from unauthorized disclosure to unauthorized individuals, entities, or processes. Misuse of data beyond the scope of their duties by those authorized to use it is also considered to be a violation of data confidentiality.

Control - Security mechanisms implemented to prevent, detect, reduce or eliminate risks. In doing so, controls maintain the properties of availability, integrity, and confidentiality.



PLAINTIFF'S
EXHIBIT
20

Integrity - The state that exists when data is the same as that in the source documents, or has been correctly computed from source data, and has not been exposed to accidental alteration or destruction. Incomplete data, unauthorized changes, or additions to the data, and erroneous source data are all considered violation of data integrity.

Information Asset - Any TMG data in any form, and the equipment used to manage, process, or store TMG data, that is used in the course of executing business. This includes, but is not limited to, corporate, customer, and partner data.

Partner - Any non-employee of TMG who is contractually bound to provide some form of service to TMG.

Risk - The result of a threat acting on a vulnerability, expressed as a product of likelihood (probability) and severity (of impact.)

Risk Assessment - The determination of quantitative or qualitative value of risk related to a concrete situation and a recognized threat or hazard. The result of a risk assessment is typically a report that shows assets, vulnerabilities, likelihood of damage, estimates of the costs of recovery, summaries of possible defensive measures and their costs and estimated probable savings from better protection.

Residual Risk – The risk that remains after a control is applied to an identified risk, and that control does not eliminate the risk.

Risk Cost\Benefit\Impact Evaluation – The process of evaluating risk compared to value of information-related assets and amount of damage done to system or owner should the system or data be compromised or damaged.

Risk Mitigation – The process of prioritizing, implementing, and maintaining the appropriate risk-reducing measures recommended from the risk assessment process.

Facilitated Risk Assessment – This process, which utilizes a "qualitative" risk analysis, is geared to a specific application, system or network. It allows risks to be addressed in financial and non-financial terms, as well as taking into consideration secondary impacts. It is a formal methodology that is driven by the system's owners, conducted by a facilitator, and can be completed in a relatively short period of time.

Threat - Any person, object or event that, if realized, could potentially cause damage to an information resource or the data processed on those resources. This includes damage to the availability, integrity, and/or confidentiality of resources or information.

Vulnerability - Weaknesses in an information resource that can be exploited by a threat.



PLAINTIFF'S
EXHIBIT

20

## 7  REFERENCES

ISO/IEC 27002 - 4.0: Risk Management
ISO/IEC 27002 - 12.6.1 Control of technical vulnerabilities
NIST SP 800-30 – Risk Assessment Guide

## 8  REVISION HISTORY

| Version | Description | Revision Date | Review Date | Reviewer/Approver Name |
|---------|-------------|---------------|-------------|------------------------|
| 1.0 | Initial Version | MM/DD/YYYY | MM/DD/YYYY | |
| | | | | |

## 9  AGREEMENT

I have read and understand the Access Control Policy.  I understand that if I violate the rules explained herein, I may face legal or disciplinary action according to applicable laws or company policy.

_____
Employee Name

_____               _____
Employee Signature                                           Date



PLAINTIFF'S
EXHIBIT
20



# SECURITY ASSESSMENT AND AUTHORIZATION POLICY

## SEPTEMBER 2018



PLAINTIFF'S
EXHIBIT
20

## PURPOSE

The purpose of this policy is to create a prescriptive set of process and procedures, aligned with applicable Federal IT security policy and standard, to ensure TMG develops, disseminates, and updates the Security Assessment and Authorization policy. This policy and procedure establishes the minimum requirements for the Security Assessment and Authorization controls.

## SCOPE

All TMG employees information systems including systems used or operated by contractors and other third parties on behalf of TMG

## ACRONYMS

| | |
|---|---|
| CIO: | Chief Information Officer |
| ISO: | Information Security Officer |
| ISA: | Interconnection Security Agreement |
| IT: | Information Technology |
| ITRM: | Information Technology Resource Management |

## BACKGROUND

The security assessment and authorization program at TMG is intended to ensure that necessary security controls are integrated into systems and processes within TMG. This policy directs that TMG meet the requirements as stipulated by COV ITRM Security Standard SEC501 and security best practices.

## ROLES & RESPONSIBILITY

This section will provide summary of the roles and responsibilities as described in the Statement of Policy section.  The following Roles and Responsibility Matrix describe 4 activities:

1)  Responsible (R) – Person working on activity

2)  Accountable (A) – Person with decision authority and one who delegates the work

3)  Consulted (C) – Key stakeholder or subject matter expert who should be included in decision or work activity

4)  Informed (I) – Person who needs to know of decision or action

| Roles | User | User Manager | System Owner | System Admin | Information Security Officer |
|---|---|---|---|---|---|
| **Tasks** | | | | | |



PLAINTIFF'S
EXHIBIT
20

| | | | | | | |
|---|---|---|---|---|---|---|
| REVIEW AND UPDATE POLICY | | | | | | A/R |
| RESPONSIBLE FOR DOCUMENTATION AND/OR ISA OF DEDICATED CONNECTIONS BETWEEN INFORMATION SYSTEMS | | | | A | R | I |
| ASSIGN AN AUTHORIZING OFFICIAL FOR EACH SYSTEM | | | | | | A/R |
| ESTABLISH A CONTINUOUS MONITORING STRATEGY | | | | | | A/R |

## STATEMENT OF POLICY

In accordance with CA-1, CA-3, CA-3, CA-6 and CA-7, NIST Security Assessment and Authorization controls, TMG will develop, disseminate, and review/update the Security Assessment and Authorization Policy on an annual basis or more frequently if an operational change is made to a system involved in an interconnection agreement.

### A. INFORMATION SYSTEM CONNECTIONS

This control applies to dedicated connections between information systems, and does not apply to transitory, user-controlled connections such as email and website browsing.

1. Connections from the information system to other information systems outside of the authorization boundary must be authorized by the System Owner through the use of Interconnection Security Agreements (ISAs).

   a. If the connecting systems have the same Authorizing Official, an ISA is not required. Rather, the interface characteristics between the connecting information systems must be described in the security plans for the respective systems.

   b. If the connecting systems have different Authorizing Officials but the Authorizing Officials are in the same organization, TMG shall determine whether an ISA is required, or alternatively, the interface characteristics between the connecting information systems must be described in the security plans for the respective systems.

NOTE: Instead of developing an ISA, organizations may choose to incorporate this information into a formal contract, especially if the connection is to be established between an existing vendor and the organization. In every case, documenting the interface characteristics is required, yet the formality and approval process vary considerably even though all accomplish the same fundamental objective of managing the risk being incurred by the connection of the information systems.

2. For every sensitive agency IT system that shares data with a third party entities, the agency shall require or shall specify that its service provider require:

   a. The System Owner, in consultation with the Data Owner, shall document IT systems with which data is shared. This documentation must include:

      i. The types of shared data;

      ii. The direction(s) of data flow; and

      iii. Contact information for the organization that owns the IT system with which data is shared, including the System Owner, the Information Security Officer (ISO), or equivalent, and the System Administrator.

   b. The System Owners of interconnected systems must inform one another of connections with other systems.

PLAINTIFF'S EXHIBIT

20

c.  The System Owners of interconnected systems must notify each other prior to establishing connections to other systems.

d.  The written agreement shall specify if and how the shared data will be stored on each IT system.

e.  The written agreement shall specify that System Owners of the IT systems that share data acknowledge and agree to abide by any legal requirements (i.e., HIPAA) regarding handling, protection, and disclosure of the shared data, including but not limited to, Data Breach requirements in the Information Security Standard SEC501.

f.  The written agreement shall specify each Data Owner's authority to approve access to the shared data.

g.  The System Owners shall approve and enforce the agreement.

3.  Risks that may be introduced when information systems are connected to other systems with different security requirements and security controls must be carefully considered. The Authorizing Official shall determine the risk associated with each connection and the appropriate controls to be employed.

## B.  SECURITY AUTHORIZATION

Security authorization is the official management decision, conveyed through the authorization decision document, given by a senior organizational official or executive (i.e., authorizing official) to authorize operation of an information system and to explicitly accept the risk to organizational operations and assets, and individuals based on the implementation of an agreed-upon set of security controls.

1.  For each information system, the ISO or designee shall:

a.  Assign a senior-level executive or manager to the role of authorizing official for the information system;

   i.  Authorizing officials typically have budgetary oversight for information systems or are responsible for the mission or business operations supported by the systems.

   ii.  Security authorization is an inherently TMG's responsibility and therefore, authorizing officials must be TMG employees.

   iii. Through the security authorization process, authorizing officials are accountable for the security risks associated with information system operations. Accordingly, authorizing officials are in management positions with a level of authority commensurate with understanding and accepting such information system-related security risks.

b.  Ensure that the authorizing official authorizes the information system for processing before commencing operations; and

c.  Update the security authorization at least once a year.

   i.  Through the employment of a comprehensive continuous monitoring process, the critical information contained in the authorization package (i.e., the security plan (including risk assessment), the security assessment report, and the plan of action and milestones) is updated on an ongoing basis, providing the authorizing official and the information system owner with an up-to-date status of the security state of the information system.

   ii.  To reduce the administrative cost of security reauthorization, the authorizing official uses the results of the continuous monitoring process



PLAINTIFF'S
EXHIBIT

20

to the maximum extent possible as the basis for rendering a reauthorization decision.

## C. CONTINUOUS MONITORING

A continuous monitoring program allows an organization to maintain the security authorization of an information system over time in a highly dynamic environment of operation with changing threats, vulnerabilities, technologies, and missions/business processes.

Continuous monitoring of security controls using automated support tools facilitates near real-time risk management and promotes organizational situational awareness with regard to the security state of the information system.

1. The ISO or designee shall establish a continuous monitoring strategy and implement a continuous monitoring program that includes:

    a. A configuration management process for the information system and its constituent components;

    b. A determination of the security impact of changes to the information system and environment of operation;

    c. Ongoing security control assessments in accordance with the organizational continuous monitoring strategy; and

    d. Reporting the security state of the information system to appropriate organizational officials at least every 120 days.

2. The implementation of a continuous monitoring program results in ongoing updates to the security plan, the security assessment report, and the plan of action and milestones, the three principal documents in the security authorization package.

PLAINTIFF'S EXHIBIT

20