| 22222 | a Employee's social security number | OMB No. 1545-0008 QPL | | 001004 |
|---|---|---|---|---|

| b Employer identification number (EIN) 46-5725815 | 1 Wages, tips, other compensation 18303.89 | 2 Federal income tax withheld 2878.25 |
|---|---|---|
| c Employer's name, address, and ZIP code TAURAN MANAGEMENT GROUP LLC 122 W 14TH ST NUM 8 FRONT ROYAL VA 22630 | 3 Social security wages 18303.89 | 4 Social security tax withheld 1134.84 |
| | 5 Medicare wages and tips 18303.89 | 6 Medicare tax withheld 265.41 |
| | 7 Social security tips | 8 Allocated tips |
| d Control number 001004 BALT/QPL | 9 | 10 Dependent care benefits |
| e Employee's first name and initial    Last name    Suff. KAYNE    KREITZER 449 CANAL ST APT. 244 SOMERVILLE MA 02145 | 11 Nonqualified plans | 12a |
| | 13 Statutory employee  Retirement plan  Third-party sick pay | 12b |
| | 14 Other | 12c |
| | | 12d |
| f Employee's address and ZIP code | | |

| 15 State  Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| MA | 18303.89 | 853.64 | | | |

Form **W-2** **Wage and Tax Statement**    2019    Department of the Treasury—Internal Revenue Service

Copy 1—For State, City, or Local Tax Department

---

| 22222 | a Employee's social security number | OMB No. 1545-0008 | | |
|---|---|---|---|---|

| b Employer identification number (EIN) | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7 Social security tips | 8 Allocated tips |
| d Control number | 9 | 10 Dependent care benefits |
| e Employee's first name and initial    Last name    Suff. | 11 Nonqualified plans | 12a |
| | 13 Statutory employee  Retirement plan  Third-party sick pay | 12b |
| | 14 Other | 12c |
| | | 12d |
| f Employee's address and ZIP code | | |

| 15 State  Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| | | | | | |

Form **W-2** **Wage and Tax Statement**    2019    Department of the Treasury—Internal Revenue Service

Copy 1—For State, City, or Local Tax Department

PLAINTIFF'S EXHIBIT 21

| | |
|---|---|
| **From:** | Jamal Parker |
| **To:** | Kayne Kreitzer; Beth Parker |
| **Subject:** | Transition |
| **Date:** | Monday, September 30, 2019 11:52:31 AM |

In preparation for Kayne's transition back to contractor we need to have a definitive plan for moving tasks and duties to our current staff.
We need to know what tasks you will continue to due and what your anticipated antibiotics will be. We need access to all of our systems admin pages etc.

I don't want this to be any more difficult than it has to be considering it has to be pretty difficult.

Get Outlook for Android



PLAINTIFF'S
EXHIBIT
22

**Jamal Parker**

| | |
|---|---|
| **From:** | Kayne Kreitzer <kaynek@taurangroup.com> |
| **Sent:** | Sunday, November 17, 2019 1:12 PM |
| **To:** | Judi Allen |
| **Cc:** | Jamal Parker |
| **Subject:** | Updated Invoice |
| **Attachments:** | QBSE_Tauran_Management_Group_Invoice_167.pdf |

Hi Judi,

Attached is the updated invoice that includes the hours through yesterday. Please disregard the original invoice I submitted in the amount of $720.00. I have also updated the dates on the two lines items that incorrectly read week of 11/6.

Per our conversation, I am okay with receiving payment through payroll as an employee.

Best Regards,
~Kayne



**Kayne Kreitzer**
Software Dev. Program Manager
Direct 276.221.3440

1



**PLAINTIFF'S
EXHIBIT
23**

# Invoice #167

Nov 08, 2019

BILL TO

**Tauran Management Group**
21 N Broad St Suite D
Luray, VA 22835
jamalp@taurangroup.com

FROM

**Kayne Kreitzer**
449 Canal St Apt 244
Somerville, MA 02145
kreitzer@me.com
+1 6034960762

| INVOICE ITEMS | AMOUNT |
| --- | --- |
| IT Consulting Services - Tauran IT Support (Week of 10/27/19)<br>9 hrs x $40.00/hr | $360.00 |
| IT Consulting Services - Tauran IT Support (Week of 11/3/19)<br>5 hrs x $40.00/hr | $200.00 |
| IT Consulting Services - Trinity TCB Support (Week of 11/3/19)<br>2 hrs x $40.00/hr | $80.00 |
| IT Consulting Services - Trinity TCB Support (Week of 10/27/19)<br>2 hrs x $40.00/hr | $80.00 |
| IT Consulting Services - Tauran IT Support (Week of 11/10/19)<br>8 hrs x $40.00/hr | $320.00 |

# $1,040.00

PAYMENT DUE **DEC 08, 2019**

MESSAGE
Thanks for your business.



**PLAINTIFF'S EXHIBIT**

**23**



# TAURAN MANAGEMENT GROUP

## KEY PERSONNEL INCENTIVE PLAN (KPIP)

### OBJECTIVE

In acknowledgment of the impact of key personnel to the profitability of the company and in hopes of fostering a long-term relationship with those individuals identified as such, Tauran Management Group (TMG) is implementing a Key Personnel Incentive Program (KPIP). Personnel identified as 'key' to corporate operations, viability and growth may have the opportunity to participate in this program. The objective of this plan is to incentivize key personnel to invest their talents long term in to Tauran Management Group (the company) continuing to actively participate in the long-term success of the company.

### INCENTIVES

The Key Personnel Incentive Plan offers identified Key Personnel additional compensation and/or benefits beyond that of wages. Specifically, the KPIP consists of two parts. The two parts of the plan are the Profit Sharing Initiative and the Corporate Retreat Ownership Program. Each program requires that the named person maintains their relationship with TMG in good standing. The Profit Sharing Initiative provides the Key Personnel the predetermined percentage shown below of the Net proceeds from any sale or change in ownership. TMG's Corporate Retreat in Progresso Laguna Estates, Belize will have its ownership divided in to 52 weekly segments. Ownership of the weeks of the 2 bedroom, 2 bathroom unit are valuated at $2500 each and will be allotted to Key Personnel is indicated in this document.

### EXECUTION

TMG as directed by its executive leadership intends to continue to provide products, service and support second to none while continuing to grow our client base increasing revenue. Upon reaching a total valuation of no less than $3,000,000 USD, corporate leadership intends to market TMG to potential Buyers. Concluding this process with a change of corporate ownership will trigger the Key Personnel Profit Sharing initiative.

The Corporate Retreat Ownership Program will go into effect upon completion of facility construction.

| Kayne Kreitzer | Sr. Software Program Manager |
|---|---|
| Name of Designated Key Personnel | Title of Designee |
| 5% | 10 Weeks |
| Profit Sharing Initiative Percentage | Corporate Retreat Ownership Weeks |

This statement is to serve as notice of our intent to offer you as a designated Key member of the TMG Team increased incentives to remain with TMG and continue your diligent efforts on behalf of the company. This Notice of Intent is not legally binding and will be followed with a complete explanation of the benefit.

We thank you so much in advance for all your continued work,

Elizabeth Parker, CEO



PLAINTIFF'S EXHIBIT 24

# Invoice #158

May 15, 2019

BILL TO

**Tauran Management Group**
21 N Broad St Suite D
Luray, VA 22835
jamalp@taurangroup.com

FROM

**Kayne Kreitzer**
449 Canal St Apt 244
Somerville, MA 02145
kreitzer@me.com
+1 6034960762

| INVOICE ITEMS | AMOUNT |
| --- | --- |
| Hotel Stay for Microsoft Ignite in DC 2/3-2/5 | $256.34 |

# $256.34

PAYMENT DUE **JUN 14, 2019**

MESSAGE
Thanks for your business.



PLAINTIFF'S
EXHIBIT
25

**Jamal Parker**

| | |
|---|---|
| **From:** | Kayne Kreitzer <k.kreitzer@live.com> |
| **Sent:** | Wednesday, November 27, 2019 9:17 AM |
| **To:** | Mercedes Roberts |
| **Cc:** | Jamal Parker |
| **Subject:** | Re: UNIFI |

Hi Mercedes,

There is a Team called IT, I believe. If you go into there from MS Teams, you should see some files there. I will warn you that I didn't really have any files though that were used. Most everything was either in my head or googled when I needed it.

In addition, credentials were usually always personal or single sign on and require permissions or invitation. UNIFI doesn't use SSO but requires invitation and your own account. Jamal can log in to UNIFI and send an invite to your Tauran email.

~Kayne

**From:** Mercedes Roberts <MercedesR@taurangroup.com>
**Date:** Tuesday, November 19, 2019 at 4:22 PM
**To:** Kayne Kreitzer <k.kreitzer@live.com>
**Cc:** Jamal Parker <jamalp@taurangroup.com>
**Subject:** UNIFI

Good afternoon Kayne,

Could Jamal and I please get the credentials for UNIFI? Also, where do you keep the shared folder that includes all the  IT files?

Thank you and have a great day!

**Mercedes Roberts,** *Help*
*Desk Representative*

*Address:* 21 N. Broad St. Suite D Luray, VA 22835    |    *Phone:* 540-742-7420

*Email:*
MercedesR@TauranGroup.com    |    *Web.*
www.TauranGroup.com



PLAINTIFF'S
EXHIBIT
26

1



  

2

PLAINTIFF'S
EXHIBIT
26

# Tauran Management Group

## Employment Record Management

PLAINTIFF'S
EXHIBIT
27



**TAURAN MANAGEMENT GROUP**

Integrity | Ingenunity | Innovation

**Last Revision Date: September 6, 2019**

Tauran Management Group reserves the right to modify, revoke or otherwise change benefits, policies and processes at any time without notice. This document does not constitute a guarantee of continuity of employment, benefits or rights. Employment is

# Employee Record Management

**TAURAN MANAGEMENT GROUP**
Integrity | Ingenuity | Innovation

An  effective workplace records policy is the blueprint for compliance with federal and state laws and regulations, as well as the practical guidance for consistent and effective records management and retention.

Laws often provide for monetary penalties and both individual and criminal liabilities. Wrongful destruction of employment records is illegal under the theory of spoliation of evidence.

An effective records management program is key to:



- Assisting in regulatory compliance
- Protecting sensitive employee information
- Reducing operating and storage costs
- Improving efficiency and productivity

Human Resource (HR) has the primary responsibility for employment related records retention. All documentation related to employment is maintained electronically in Tauran's HR Information System (HRIS).

PLAINTIFF'S
EXHIBIT
27

auran Management Group reserves the right to modify, revoke, or otherwise change policies and processes at any time without notice. This document does not constitute a

# TAURAN MANAGEMENT GROUP
Integrity | Ingenuity | Innovation

## Employee Data Types

Access to employee data is limited to those with a legitimate business need. Laws such as the Health Insurance Portability and Accountability Act (HIPAA) and data privacy regulations contain specific provisions for who may access information and how it may be used.

Tauran differentiates employee related data into the following categories and :

| File Type | Dept Access | Manager Access |
| --- | --- | --- |
| Pre-employment | HR | Yes |
| Employment | HR | Yes |
| Separation | HR | Yes |
| Payroll | HR & Payroll | No |
| Investigation | HR | No |
| Medical | HR | No |
| Client | HR | Yes |
| Verification | HR | No |

Current employees can access their files via Tauran's HRIS. Former employees must request a copy in writing.

PLAINTIFF'S
EXHIBIT
27

auran Management Group reserves the right to modify, revoke, or otherwise change policies and processes at any time without notice. This document does not constitute a

**TAURAN MANAGEMENT GROUP**
Integrity | Ingenuity | Innovation

## Pre- employment Records

Every applicant is required to apply electronically via Tauran's recruiting portal.

Active applicants and the hiring Manager have access to the applicant's electronic record.

Manager access to documents uploaded to the candidate record are limited based on the type of document.

Pre-employment documents may include:

- Job Application
- Job Description
- Background Check Authorization
- Non-disclosure Agreements (NDA)
- Resume
- Any documentation required to vet a candidate





PLAINTIFF'S EXHIBIT
27

auran Management Group reserves the right to modify, revoke, or otherwise change policies and processes at any time without notice. This document does not constitute a

# TAURAN MANAGEMENT GROUP
Integrity | Ingenuity | Innovation

## Employment & Separation Records

Every employee has an electronic employment record maintained on Tauran's HRIS. The record is available to active employees. Managers and Payroll access is limited to legitimate business needs.

Examples of Employment documents include:

- Offer Letter
- Employment Agreement
- Any Other Agreements/Acknowledgements
- Certificates for education/training
- Employment status changes
- Any documentation required to vet a candidate



Examples of Separation documents include:

- Resignation
- Exit Interview
- Exit Letter
- Exit Agreement
- Unemployment
- References

I-9's and Affirmative Action forms are uploaded to Tauran's HRIS with hard copies maintained in separate notebooks.



PLAINTIFF'S EXHIBIT

27

Tauran Management Group reserves the right to modify, revoke, or otherwise change policies and processes at any time without notice. This document does not constitute a

**TAURAN MANAGEMENT GROUP**
Integrity | Ingenuity | Innovation

**Payroll Records**

Access to Payroll related data is limited to Human Resources and Payroll.

Examples of Payroll documents include:

- Direct Deposit
- W-4
- State withholding form (if applicable)
- Wage changes, bonus' or monetary awards
- Reimbursements
- Pay advance/loan requests
- Garnishments
- Authorization for any payroll actions





PLAINTIFF'S
EXHIBIT
27

auran Management Group reserves the right to modify, revoke, or otherwise change policies and processes at any time without notice. This document does not constitute a

# TAURAN MANAGEMENT GROUP
Integrity | Ingenuity | Innovation

## Investigation, Verification & Client Records

Documents related to complaints and investigations are considered Investigation records.

Examples of Investigations documents include:

- Employee complaints
- Documents related to investigations into complaints, performance, etc.
- Documents related to government investigations
- Documents related to lawsuits

Examples of Credit/Background documents include:

- Results from a credit check
- Results from a background check
- Employment/Background verifications



Examples of Client documents include:

- Client specific NDA
- Client required training
- Client required agreements



PLAINTIFF'S EXHIBIT
27

**TAURAN MANAGEMENT GROUP**

Integrity | Ingenuity | Innovation

# Medical Records

The Americans with Disabilities Act (ADA) requires that medical records be maintained confidentially and separate from an employee's general personnel file. OSHA requires employee medical records  to be retained for the duration of employment plus 30 years. Manager's may be informed of any restrictions that may impede performance, but they may NOT have access to an Employee's medical record.

Examples of Medical documents include:



- Medical exam
- Benefits claim forms
- Doctors notes
- Requests for medical leave
- Worker's compensation documents
- Employee assistance program
- Results of drug/alcohol tests,
- Reimbursement requests for medical expenses
- Health-related information about an employee's family members
- Any documentation about past or present health, medical condition, or disabilities
- This file would also contain health insurance enrollment, continuation forms and COBRA notices.

**PLAINTIFF'S EXHIBIT 27**

auran Management Group reserves the right to modify, revoke, or otherwise change policies and processes at any time without notice. This document does not constitute a

**TAURAN MANAGEMENT GROUP**
Integrity | Ingenuity | Innovation

## Record Retention

**1 Year**: The Equal Employment Opportunity Commission (EEOC) requires that employment records be preserved for one year from the date of termination or the last record modification. Some states have laws that govern retention periods for personnel files that differ from the EEOC regulations.

**1 – 4 Years**: The Americans with Disabilities Act (ADA) requires that covered employers keep all ADA-related files for at least one year from the date the file was created. The FMLA requires covered employers to keep FMLA-related files for at least three years. As a best practice, medical records of terminated employees should be retained for at least four years from the date of termination.

**3 Years**: The Fair Labor Standards Act (FLSA) requires employers to keep payroll records for at least three years.

**Indefinite**: ERISA requires an employer to maintain all such information for "as long as a possibility exists that [the records] might be relevant to a determination of the benefit entitlements of a participant or beneficiary".

Employers must retain I-9 Forms for **three** years after the date employment begins or **one** year after the date the person's employment is terminated, whichever is later.



PLAINTIFF'S
EXHIBIT

**27**

auran Management Group reserves the right to modify, revoke, or otherwise change policies and processes at any time without notice. This document does not constitute a

**TAURAN MANAGEMENT GROUP**

Integrity | Ingenuity | Innovation

## Acknowledgement

By marking this training complete I hereby acknowledge that I have been made aware of Tauran's Employee Record Management guide, that I understand it and that I will abide by it.

I understand that this guide may be modified or terminated at any time with or without notice, and that the guide does not constitute or create a contract of any kind, nor does it confer any express or implied contractual rights. I agree that any time a new or updated Learning Module is assigned to me that I will complete the training and Mark Complete on or before the assigned due date.

I agree to abide by all Tauran policies and guides as a condition of my employment with Tauran. If I have any questions regarding the content or interpretation of any policies or guides, I will bring them to the attention of my supervisor, any member of management, or Human Resources.

This is a required training for all employees. Mark this training complete to acknowledge.

**Any questions?**





| Activity | Status | Score (Achieved / Required) | | |
|---|---|---|---|---|
| **Employee Record Management** | NOT STARTED | | Launch Course | Mark Complete |

auran Management Group reserves the right to modify, revoke, or otherwise change policies and processes at any time without notice. This document does not constitute a

**PLAINTIFF'S EXHIBIT**

**27**

| From: | Kayne Kreitzer |
|---|---|
| To: | Beth Parker; Jamal Parker; Dayna Senter; Thomas Valois |
| Subject: | Updates from Yesterday |
| Date: | Wednesday, January 29, 2020 8:25:09 AM |
| Attachments: | image001.png |
| | image002.png |

Good Morning, all!

I have resolved three issues:

1. The SendGrid resource has been recreated and configured on the SPFarm-App01 server. All pending emails that the system had kept were sent. It appears that it only keeps about 36 hours of emails before they are purged. As a reminder, this resource can be accessed by going to the Tauran Azure Portal. There is no need for a password to launch it (it's SSO).

2. The DOC Form JavaScript has been updated to set all complainant fields to blank if they switch back to Anonymous.

3. I have created a new Resource Group in Tauran's Azure called 'Internal'. Within there, you will see a resource called TauranKeyVault. On the left-hand side, you will see an option called 'Secrets'. From there, I created two secrets – one for PlumsailForms and the other for Sendgrid. As mentioned previously, SendGrid is SSO, but if you need to authenticate against the resource without logging in to the web interface, then you will need the password. This is what I used to configure the authentication on SPFarm-App01.

I will plan to review 1 & 3 with you during our next call. Would an hour long session tomorrow (Thursday) night work?

Best Regards,

~Kayne



**Kayne Kreitzer**
Software Dev. Program Manager
Direct 276.221.3440



PLAINTIFF'S
EXHIBIT
28

## Jamal Parker

| | |
|---|---|
| **From:** | Dayna Senter <DaynaS@taurangroup.com> |
| **Sent:** | Thursday, February 27, 2020 5:09 PM |
| **To:** | Kayne Kreitzer |
| **Cc:** | Parker, Elizabeth; Jamal Parker |
| **Subject:** | Meeting Please!!!! |

**Importance:**          High

Hi Kayne,

We met a couple of weeks ago and were supposed to set up weekly meetings. When can we schedule the next meeting?

Also, We need passwords for everything that you may have (other than the three that we've reviewed). There are a few times that we've encountered issues where we thought we had them, but realized we don't (I apologize, I should have the examples available for you, but I did not have them written down – possibly Beth or Jamal can provide?). Whenever you think of something that needs a password – can you please either add to Key Vault or send to us? I know it's hard to think of what may be needed, until it's actually needed. I will make a point of writing down whatever is needed AS SOON as it is realized too!

Let me know when we can resume meetings. Talk to you soon!

Kind Regards,

*Dayna L. Senter*

Program Manager, Business Systems Analyst
Trinity Technology Group / Tauran Management Group
Cell: 978-337-6668



PLAINTIFF'S
EXHIBIT
29

| | |
|---|---|
| **From:** | Jamal Parker |
| **To:** | Dayna Senter; Sviatoslav Bulash |
| **Cc:** | Elizabeth Parker |
| **Subject:** | Re: System Admin Functionality |
| **Date:** | Wednesday, April 22, 2020 6:54:55 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image004.png |
| | image005.png |

Good morning Team!

That seems very unfortunate. This is probably a good time to look at our entire setup. Since we don't have Kayne available and have so many updates to be applied we need to come up with a plan to get everything operating correctly. We'll have some chats and then get back to you guys for options.

Thanks for your help,

Sent from Outlook Mobile

---

**From:** Sviatoslav Bulash <sviatoslav.bulash@lanteria.net>
**Sent:** Wednesday, April 22, 2020 6:45:37 AM
**To:** Dayna Senter <DaynaS@taurangroup.com>
**Cc:** Jamal Parker <jamalp@taurangroup.com>; Elizabeth Parker <bethp@taurangroup.com>
**Subject:** RE: System Admin Functionality

Hi Dayna,

I was trying to fix this issue but with no luck, your SharePoint servers were configured and managed by Kayne, so I have no idea what causing such strange behavior (we don't have this issue at our hosting servers with similar setup)
You still can run the jobs or change their state but for some unknown reasons you are redirected to "Access Denied" page.

Slavik Bulash

*Support and Implementation Engineer, MCP*
m:   +380991919337
w:   www.lanteria.com   e:  sviatoslav.bulash@lanteria.net

 

 

---

**From:** Dayna Senter <DaynaS@taurangroup.com>
**Sent:** Thursday, April 16, 2020 10:10 PM
**To:** Sviatoslav Bulash <sviatoslav.bulash@lanteria.net>
**Cc:** Olga Studinska <Olga.Loseva@lanteria.net>; Jamal Parker <jamalp@taurangroup.com>; Elizabeth Parker <bethp@taurangroup.com>
**Subject:** RE: System Admin Functionality
**Importance:** High

Hi Slavik,

Are you able to help with this as soon as possible? We are trying to ensure that specific system jobs are able to be run right now to do some updates. I also noticed that AD and Azure Integration was disabled for some reason. When I click on Enable, I receive the permissions error page, but when going back in, I see that it's been enabled. Same with trying to run job – gives error page, but then updates the run days/time to the time that I tried clicking Run Now.

I need this to work properly quickly if possible.

Kind Regards,

*Dayna L. Senter*
Program Manager, Business Systems Analyst
Trinity Technology Group / Tauran Management Group
Cell: 978-337-6668

---

**From:** Dayna Senter
**Sent:** Thursday, April 16, 2020 2:07 PM
**To:** Sviatoslav Bulash <sviatoslav.bulash@lanteria.net>
**Cc:** Olga Loseva <Olga.Loseva@lanteria.net>; Jamal Parker <jamalp@taurangroup.com>; Elizabeth Parker <bethp@taurangroup.com>
**Subject:** System Admin Functionality

Hi Slavik,



For some reason there are certain permissions that I am unable to do, although I have Full Control. Currently I am trying to run a job in System Settings, but have always gotten this permissions error when clicking Run Now.



**I need myself and Beth Parker and to have complete FULL rights/permissions/functionality. How can this be accomplished?**

Kind Regards,

*Dayna L Senter*

Program Manager, Business Systems Analyst
Trinity Technology Group / Tauran Management Group
Cell: 978-337-6668



PLAINTIFF'S
EXHIBIT
30

## Jamal Parker

| | |
|---|---|
| **From:** | Dayna Senter <DaynaS@taurangroup.com> |
| **Sent:** | Friday, May 15, 2020 1:04 PM |
| **To:** | Jamal Parker; Elizabeth Parker |
| **Cc:** | Dayna Senter |
| **Subject:** | FW: [Twilio] Re: CHANGE ADMINISTRATOR (OWNER) ACCOUNT |

| | |
|---|---|
| **Importance:** | High |

Hi Beth and Jamal,

I am working on changing the owner for our Twilio account. I need the following info in red in order to move forward:

1. **The name of the credit card holder on file** – Is this the company card issued to Kayne? Does he still have this card? We should probably change the billing info to keep everything consistent and not through him once we change the account ownership.
2. **The last four digits of the card** – 1008
3. **The card type** – American Express
4. **The amount and date of last charge** – $20.03, 5/12/2020
5. **The email of the new owner** – Do we want tom use Jamal's email, or create a new Admin account for TMG? I know Jamal was having some issues with email.. do you think creating a new admin shared email account that all of these kind of application accounts can be linked to? Maybe to something like TauranIT@TauranGroup.com or TMGAdmin@tauran....?

Kind Regards,

*Dayna L. Senter*
Program Manager, Business Systems Analyst
Trinity Technology Group / Tauran Management Group
Cell: 978-337-6668

---

**From:** Ashley G (Twilio Support) <support@twilio.zendesk.com>
**Sent:** Friday, May 15, 2020 10:30 AM
**To:** Dayna Senter <DaynaS@taurangroup.com>
**Subject:** [Twilio] Re: CHANGE ADMINISTRATOR (OWNER) ACCOUNT

## In replies all text above this line is added to the ticket ##

 **Ashley G** (Twilio)

May 15, 2020, 7:29:32 AM PDT

Hi Dayna,

1


PLAINTIFF'S
EXHIBIT
31

Thank you for contacting Twilio support. I apologize for the delay.

I see that you have your own login and access for this account. Are you looking to change ownership of the account?

If so, for security reasons, can you please provide the following information?

– The name of the credit card holder we have on file
– Last four digits of the card
– Card type
– Amount and date of last charge
– Email of the new owner (User should be on current account or have a Twilio account)

Ashley G.
Technical Support Engineer
Personal Business Hours: 8AM–5PM EST, Mon–Fri

Level up your Twilio coding skills by playing TwilioQuest
https://www.twilio.com/quest?utm-source=twlozd

Did this solve your issue? You can set this ticket to solved by clicking the link below:

This ticket is solved

This is in reference to ticket # 4338268

This email is a service from Twilio. Delivered by Zendesk.



**Jamal Parker**

| | |
|---|---|
| **From:** | Dayna Senter <DaynaS@taurangroup.com> |
| **Sent:** | Wednesday, May 20, 2020 1:42 PM |
| **To:** | support@plumsail.com |
| **Cc:** | Jamal Parker; Elizabeth Parker; Shaunta Brent |
| **Subject:** | RE: Tauran Management Group - Change Administrator Account [#SP14888] |

| | |
|---|---|
| **Importance:** | High |

Good Afternoon,

I tried accessing Plumsail Forms using both account credentials noted below and receive an error (invalid log in attempt / invalid username or password). Is someone working on this issue currently?

I MUST have access to these forms. Please let me know how to log in (through the app **and** online) as soon as possible.

Thank you.

Kind Regards,

*Dayna L. Senter*

**Program Manager, Business Systems Analyst**
**Client Services Manager**



**Dayna Senter,** *Client Services Manager*
*Address:* 21 N. Broad St. Luray, VA 22835  |  *Phone:* 540-742-7420
*Email:* DaynaS@TauranGroup.com  |  *Website:* www.TauranGroup.com
Microsoft Partner | SWaM | HUBZone

**From:** Dayna Senter <DaynaS@taurangroup.com>
**Sent:** Tuesday, May 19, 2020 3:19 PM
**To:** support@plumsail.com
**Cc:** Dayna Senter <DaynaS@taurangroup.com>; Jamal Parker <jamalp@taurangroup.com>; Elizabeth Parker <bethp@taurangroup.com>
**Subject:** RE: Tauran Management Group - Change Administrator Account [#SP14888]

Hi,

I am having a lot of confusion with transferring our old account to the new one.

The old account (KayneK@taurangroup.com) should have been completely moved over to JamalP@tautangroup.com. However I am seeing that now there are two accounts. Al of our forms are still located when logging into the old account, as well as reports, which seem to still be working off of this account. Nothing is showing under the corrected account.

I have added screenshots of all pages/details.

I need to know exactly how to REPLACE the old account so that everything is now moved over.



PLAINTIFF'S EXHIBIT 32

1

- Using kaynek@taurangroup.com credentials:

## Actions:

1.



## Documents :

1.





PLAINTIFF'S
EXHIBIT
3a

**2.**

≡ PRODUCTS

 Plumsail Account

📥 DOCUMENTS

## API Keys

Intro

Processes

You need API access keys to authenticate your REST and Microsoft Flow calls. Create a new key and use "Secret" value from the column belo

API Keys

Reports

⊕ Add new

License

| Name | Secret |
|------|--------|
| | f4388baa6c234db2872c11488f0f9d84 🗐 |

≡ PRODUCTS

Plumsail Account

📥 DOCUMENTS

## Reports

Intro

Processes

API Keys

Reports

License

■ ApplyDocxTemlate
■ Docx2Pdf

| Date ↑ | Action | Status | Credits | JobId |
|--------|--------|--------|---------|-------|
| 08/05/2020 12:17:57 | ApplyDocxTemlate | Success | 1 | 0HLVJ85OH |
| 08/05/2020 12:18:01 | Docx2Pdf | Success | 1 | 0HLVJ85OH |
| 11/05/2020 10:16:03 | ApplyDocxTemlate | Success | 1 | 0HLVL4UEH |
| 11/05/2020 10:16:07 | Docx2Pdf | Success | 1 | 0HLVL4UEH |
| 11/05/2020 10:21:33 | ApplyDocxTemlate | Success | 1 | 0HLVL4UEH |

**3.** ____

## Forms:

3


PLAINTIFF'S
EXHIBIT
32

≡ PRODUCTS

🪶 Plumsail Account

Forms

Documents

Actions

Forms

Pages

Reports

Licenses

## Licenses

### Public Forms

Plan: Scooter  [Upgrade]

Submissions: 46 of 100

46%

File Storage: 100 MB of 100 MB

100%

🔘 Email me on reaching limits

Submissions count is renewed on the first day of **each month**. Uploads are removed in **30 days**. If you lack the submissions or file

### SharePoint Forms

You do not have SharePoint licenses.

[⊕ Add tenant]

1.
2.

≡ PRODUCTS

🪶 Plumsail Account

▭ FORMS

Intro

Forms

Pages

Reports

Licenses

## Forms

[⊕ Create form]

| Name | Id |
|------|-----|
| ☑ DOC_OIG_WebSubmission (0) | b034a5c4-33d4-4155-b6 |
| ☑ PF_ClaimForm (0) | d0d53a96-4602-44f3-81 |
| ☑ PF_CustomerFeedback (0) | 335abbb6-8731-406a-9c |
| ☑ PF_LostItem (0) | 378fa36d-a73b-45b5-ad |
| ☑ SEC_OIG_PhoneSubmission (0) | ee5b8d8f-aa1a-4c15-95 |
| ☑ SEC_OIG_WebSubmission (0) | 77431e04-c936-4bb0-9c |

## Widget

Copy and paste this snippet on to a page where you would like the Form to appear. Replace {formId} with Id of the Form you want to show.
Or just copy widget code of a specific Form from the table above.

```
<script type="text/javascript" src="https://forms.plumsail.com/widget/1.0.7/app.js"></script>
<div id="plumsail-form"><div class="fd-form-loading"></div></div>
<script type="text/javascript">
    var fd = new Plumsail.Form("#plumsail-form", "{formId}");
</script>
```

[Copy to clipboard]

4



PLAINTIFF'S
EXHIBIT
3a

**3.**



- **Under the CORRECT** jamalp@taurangroup.com credentials: All of the forms and reports are not moved over:

## Actions:



**1.**

## Documents:



PLAINTIFF'S
EXHIBIT
3a

**1.**

≡ PRODUCTS                    ⛵ Plumsail Account

Forms
**Documents**
Actions

Processes
API Keys
Reports
| License

## License information

Your Drawer **license has expired** at Sun Apr 26 2020. To continue using our service you need to buy a license

[ **Buy Now** ]

## Notifications

**Send me an email when**
☐ Less than 30% of documents are left
☑ Less than 10% of documents are left
☑ All documents were exhausted

**2.**

≡ PRODUCTS                    ⛵ Plumsail Account

🖨 DOCUMENTS

Intro
Processes
| API Keys
Reports
License

## API Keys

You need API access keys to authenticate your REST and Microsoft Flow calls. Create a new key and use "Secret" value from the column below.

[ ⊕ **Add new** ]

| Name | Secret |
|------|--------|
| TMGAPIKey | f7f68aa035b943ce8364d59ae2d2df0a 📋 |

**3.**

≡ PRODUCTS                    ⛵ Plumsail Account

🖨 DOCUMENTS

Intro
Processes
API Keys
| Reports
License

## Reports

```
      5.0

      4.0

      3.0                            No data available for the selected period
Documents
      2.0

      1.0

      0.0
```

**Forms:**


PLAINTIFF'S
EXHIBIT
3ə

**1.**

≡ PRODUCTS

🛥 Plumsail Account

▢ FORMS

Intro
Forms
Pages
Reports
Licenses

## Licenses

### Public Forms

Plan: Pickup (expires on June 29, 2020)

Submissions: 0 of 1000

File Storage: 924 MB of 1 GB [clear]

🔵 Email me on reaching limits

### SharePoint Forms

You do not have SharePoint licenses.

⊕ Add tenant

**2.**

≡ PRODUCTS

🛥 Plumsail Account

▢ FORMS

Intro
Forms
Pages
Reports
Licenses

## Forms

⊕ Create form

| Name | Id |
|------|-----|
| ✎  Test DLS 4.15.2020 (0) | 0ad6cb12-7b84-4c2e-b828-ff63 |

## Widget

Copy and paste this snippet on to a page where you would like the Form to appear. Replace {formId} with Id of the Form you want to show. Or just copy widget code of a specific Form from the table above.

```
<script type="text/javascript" src="https://forms.plumsail.com/widget/1.0.7/app.js"></script>
<div id="plumsail-form"><div class="fd-form-loading"></div></div>
<script type="text/javascript">
    var fd = new Plumsail.Form("#plumsail-form", "{formId}");
</script>
```

Copy to clipboard



PLAINTIFF'S
EXHIBIT
32

**3.**



Kind Regards,

*Dayna L. Senter*

Program Manager, Business Systems Analyst
Trinity Technology Group / Tauran Management Group
Cell: 978-337-6668

---

**From:** Plumsail Support <fada5bcf@hd.plumsail.com>
**Sent:** Tuesday, May 12, 2020 6:52 AM
**To:** Dayna Senter <DaynaS@taurangroup.com>
**Subject:** Tauran Management Group - Change Administrator Account [#SP14888]

#-- Please type your reply above this line --#

You received this notification as Cc.

New reply for ticket #SP14888 . To add new comments, reply to this message.

.................................................................................................................

**Vladimir Uspenskiy**

5/12/2020 1:49:36 PM

Hi Dayna,
  Regarding your questions:

8


PLAINTIFF'S
EXHIBIT
32

1) You can view your Forms usage in the **reports** section of your Plumsail account. Please let me know if there's some confusion in the data. I can see that your submissions have not changed since the 5th (still 1000 submissions available). Have you been using the form's submissions for this particular account (jamalp@taurangroup.com)?

2) I've sent you the only invoice we have for the Forms product from the Tauran Group. This is an invoice for the order placed for an annual subscription in June 2019, which is still valid until June 29, 2020 (meaning this is your current subscription).

Best regards,
Vladimir Uspenskiy
Plumsail Team

---

**Dayna Senter**
5/11/2020 9:54:50 PM

Hi Vadimir,

Ok, I see where the confusion was. I am still confused as to why the amount of submissions were so high as of the 5th of the month when the Pickup plan is 1000 submissions per month…


PLAINTIFF'S
EXHIBIT
32

msail  Products    Community    Store

Plumsail Forms  ›  Store  ›  Public Web Forms



| Scooter | Pickup | V |
|---|---|---|
| **Free** | **$15** / Month | **$29** |
| Download | Buy | B |
| | Or $159 annually | Or $299 |
| 0 monthly submissions | • 1000 monthly submissions | • 10 000 mont |
| 0 Mb of file storage | • 1 Gb of file storage | • 5 Gb of file s |
| limited number of forms | • Unlimited number of forms | • Unlimited nu |
| msail Branding | • No Plumsail Branding | • No Plumsail |



Is there someone that I can talk with to clear up our confusion and determine the best way to proceed? Also, could you please send a copy of our current subscription invoice for 2020 (the one you sent was for 2019).

Thank you!

Kind Regards,

Dayna L. Senter
Program Manager, Business Systems Analyst
Trinity Technology Group / Tauran Management Group
Cell: 978-337-6668

10



PLAINTIFF'S
EXHIBIT
3a

**Vladimir Uspenskiy**

5/6/2020 1:09:23 PM

Hi Dayna,
  correction: You're currently on a "Pickup" plan, please see my message from 10/04/2020.
Just in case, I attach your annual subscription invoice here.
  I can see that you now have the full amount of 1000 submissions and 1Gb that's included in the plan.

Best regards,
Vladimir Uspenskiy
Plumsail Team

**Dayna Senter**

5/5/2020 8:39:00 PM

Hi Vladimir,

I am reviewing the plan options and have questions regarding our account.
- We are currently on the 'Van' plan which allots for 10,000 submissions monthly and 5 Gb of storage which should be more than enough. I am trying to see how we are already at limit when it is only the 5th of the month?

-

- Kind Regards,

*Dayna L. Senter*
Program Manager, Business Systems Analyst
Trinity Technology Group / Tauran Management Group
Cell: 978-337-6668

**Vladimir Uspenskiy**

4/30/2020 3:16:10 PM

Hi Dayna,
  I'm sorry for the late reply.
If your usage extends the limits of the current plan, I believe the best course of action is upgrading to a higher plan.
You can use this link to upgrade the existing subscription. Please note that you will need to enter the current Plumsail Account (jamalp@taurangroup.com) in the Additional info field.

Best regards,
Vladimir Uspenskiy
Plumsail Team

**Dayna Senter**

11



4/27/2020 4:23:40 PM

Hi Vladimir,

Thank you very much for all of your help! We are almost out of Forms submissions and storage. Could you tell me who I need to contact regarding this?

Kind Regards,

*Dayna L. Senter*
Program Manager, Business Systems Analyst
Trinity Technology Group / Tauran Management Group
Cell: 978-337-6668

---

**Vladimir Uspenskiy**
4/20/2020 7:31:54 PM

Hi Dayna,
  Thanks!
  I change the license tab, everything looks like being in order.

Please let me know if you have any questions!

Best regards,
Vladimir Uspenskiy
Plumsail Team

---

**Dayna Senter**
4/17/2020 6:48:03 PM

Hi Vladimir,

No problem! I did the steps, and everything looks like it is done now. Below is a screenshot for the API Key and Documents license screens, as well as the Forms license screenshot which I've verified does now say "Vans"

12


PLAINTIFF'S EXHIBIT
32



≡ PRODUCTS

 DOCUMENTS

Intro

Processes BETA

API Keys

Reports

License

# API Keys

You need API access keys to authenticate your REST and



⊕ Add new

| Name | Secret |
|------|--------|
| TMGAPIKey | f7f68aa035b9 |

PLAINTIFF'S
EXHIBIT
32


13

 **PRODUCTS**

 **DOCUMENTS**

Intro

Processes **BETA**

API Keys

Reports

License

# License information

Your Trial license is active until **Sun May 17 2020.**

Documents available until the end of the month: **1000**

 Buy

# Notifications

**Send me an email when**

☐ Less than 30% of documents are left

☑ Less than 10% of documents are left

☑ All documents were exhausted

14





## PRODUCTS

### FORMS

Intro

Forms

Pages

Reports

| Licenses

# Licenses

## Public Forms

Plan: Van
Remaining Submissions: 100
Remaining Storage: 100 MB
Expiration Date: 6/29/2020

## SharePoint Forms

You do not have SharePoint licenses.

**⊕ Add tenant**

I think we have it completed now 😊  Please let me know when all the licensing it switched over, and thank you for all of your help!

Kind Regards,

*Dayna L. Senter*
Program Manager, Business Systems Analyst
Trinity Technology Group / Tauran Management Group
Cell: 978-337-6668

**Vladimir Uspenskiy**
4/17/2020 12:34:05 PM

Hi Dayna,

15



1) Sorry, seems like I missed the last step in Documents trial license. You need to **create an API key** in your Plumsail Account, then the trial license gets activated. That's totally on me.
Please navigate to the API Keys page and press "Add new", then enter any name and save the key. Don't worry, you can create as many keys as you want in the future.







After this, please navigate to the License tab, there should be a record of your trial license valid for a month:







... and after this, I can finally change the license type to the correct one!

2) Please check the License tab on the Forms page again, it should be "Van", the was probably a pause within the license change mechanism.

I'm sorry this takes so many iterations. I'm 90% sure we're at the end of this!

16



PLAINTIFF'S
EXHIBIT
32

Best regards,
Vladimir Uspenskiy
Plumsail Team

**Dayna Senter**
4/16/2020 10:30:48 PM

Hi Vladimir,

Also, I have looked at the Licensing tab for Forms and see that it says the plan is "Pickup". It doesn't say "Van", is this correct?

Kind Regards,

*Dayna L. Senter*
Program Manager, Business Systems Analyst
Trinity Technology Group / Tauran Management Group
Cell: 978-337-6668

**From:** Dayna Senter <DaynaS@taurangroup.com>
**Sent:** Thursday, April 16, 2020 11:36 AM
**To:** support@plumsail.com
**Cc:** Dayna Senter <DaynaS@taurangroup.com>
**Subject:** RE: Tauran Management Group - Change Administrator Account [#SP14888]

Hi Vladimir,

I apologize, I had thought I completed all the steps.

The only thing I saw if your previous email regarding Documents was the following: :

(1) To register a trial Documents account, press the button "Start free trial" on this page and then log in to the Jamalp@taurangroup.com account.

I did this step again this morning, this time I created a test Process:



PLAINTIFF'S
EXHIBIT
32

≡ PRODUCTS



🗄 DOCUMENTS

Intro

Processes BETA

API Keys

Reports

License

## Processes

Create a new process to generate documents from a templa

➕ Add process

**Name**

DOCX  Test DLS 04.16.2020

I looked at the Licensing tab, unsure if this is what I should be seeing or if there should be more information:

18



PLAINTIFF'S
EXHIBIT
3a



PRODUCTS

 DOCUMENTS

Intro

Processes BETA

API Keys

Reports

| License

# License information

You don't have Documents license. Click

**Buy Now**

Please let me know if there is anything else I may need to do.

Regarding email correspondences regarding our account, that is fine to keep it asJamalP@TauranGroup.com for everything.

Thank you!!

Kind Regards,

*Dayna L. Senter*
Program Manager, Business Systems Analyst
Trinity Technology Group / Tauran Management Group
Cell: 978-337-6668

---

**Dayna Senter**
4/16/2020 6:36:49 PM

Hi Vladimir,

I apologize, I had thought I completed all the steps.

19



PLAINTIFF'S
EXHIBIT
3a

The only thing I saw if your previous email regarding Documents was the following: :

(1) To register a trial Documents account, press the button "Start free trial" onthis page and then log in to the
Jamalp@taurangroup.com account.

I did this step again this morning, this time I created a test Process:



I looked at the Licensing tab, unsure if this is what I should be seeing or if there should be more information:

20





## ☰ PRODUCTS

 **DOCUMENTS**

Intro

Processes **BETA**

API Keys

Reports

| License

# License information

You don't have Documents license. Click

**Buy Now**

Please let me know if there is anything else I may need to do.

Regarding email correspondences regarding our account, that is fine to keep it asJamalP@TauranGroup.com for everything.

Thank you!!

Kind Regards,

*Dayna L. Senter*
Program Manager, Business Systems Analyst
Trinity Technology Group / Tauran Management Group
Cell: 978-337-6668

**Vladimir Uspenskiy**
4/16/2020 12:53:55 PM

Hi Dayna,

21


PLAINTIFF'S
EXHIBIT
32

I've tied the Plumsail Forms "Van" subscription to the required account, please check if it's been updated on the Licenses tab.

However, please note that the Documents trial license has not been activated.  Please follow the step I've left in the previous message:

1) To register a trial Documents account, press the button "Start free trial" on this page and then log in to the **Jamalp@taurangroup.com** account.

Please get back to me when it's done, I'll tie the license.
I've put down the Jamalp@taurangroup.com email as the end-user for both Documents and Forms subscription. This means that this email will receive all the emails concerning the subscription extention, including the expiration notifications. Unfortunately, our system is set up in a way that I can put down only 1 email for this and can't add a CC email. I can change it for yours if its preferable.

Currently, you Documents subscription is due April 29 and the Forms is due June 29. I've just sent an expiration email to Jamalp@taurangroup.com.

Please let me know if you ahve any questions!

Best regards,
Vladimir Uspenskiy
Plumsail Team

---

**Dayna Senter**

4/15/2020 7:38:34 PM

Hi Vladimir,

Thank you for the screen shots, they helped 😊  I have completed a test form and verified that the Scooter Plan is activated:







Intro

Forms

Pages

Reports

Licenses

# Licenses

## Public Forms

Plan: Scooter  Upgrade

Remaining Submissions: 100
Remaining Storage: 100 MB

Submissions count is renewed on the first day of ea

## SharePoint Forms

You do not have SharePoint licenses.

⊕ Add tenant

This in now the account that our licensing should be connected with.

Could you also please send (or direct me to the appropriate person) our account renewal information? I saw in your previous email that our licensing for Documents Drawer expires this month, and Forms expires in June. I want to ensure that Jamal Parker and I are now the correct contacts on our account and receiving all corespondenses, invoices, etc.

Thank you for all of your help!!

Kind Regards,

*Dayna L. Senter*
Program Manager, Business Systems Analyst

23

PLAINTIFF'S
EXHIBIT
32


Trinity Technology Group / Tauran Management Group
Cell: 978-337-6668

**Vladimir Uspenskiy**
4/14/2020 1:52:39 PM

Hi Dayna,
  Please try the following:

1) To register a trial Documents account, press the button "Start free trial" on this page and then log in to the Jamalp@taurangroup.com account.

2) To register a trial (or rather a free Scooter plan) for Public Forms, please log in to the account, click on the Forms product and then on the "Create Form" button:

Fill out a form name and create an empty form (or any form you like). Save it:

PLAINTIFF'S
EXHIBIT
3a

24



After this, please open the "Licenses" tab on the "Forms" page and make sure that the Scooter plan is activated:



Please let me know when you're done and I'll change the licenses to the correct ones.
I'm sorry if it's a bit complicated, the case of transferring the license is very rare in our practice ))

Thank you!

Best regards,
Vladimir Uspenskiy
Plumsail Team

**Dayna Senter**
4/13/2020 11:12:58 PM

Hi Vladimir,


PLAINTIFF'S
EXHIBIT
32

I'm not sure when Jamal Parker's email was registered on your site, but I have had the password it reset and I am now able to log in to his account – which is the one that we need the subscription licenses tied to.

Unfortunately, I do not see anywhere indicating 'Start Free Trial' on any link within your site. I am assuming this is due to Jamal's email already being added, which I had indicated previously (see screenshot in below thread). If this isn't the case, I am unsure why I cannot locate anywhere to start free trial for either Forms or Documents.

Please advise how to move forward. Jamal's email**MUST** be the account that the licenses are to be tied to now.

Kind Regards,

*Dayna L. Senter*

Program Manager, Business Systems Analyst
Trinity Technology Group / Tauran Management Group
Cell: 978-337-6668

---

**Vladimir Uspenskiy**

4/13/2020 6:21:35 PM

Hi Dayna,
 There are no licenses yet tied to the Jamalp@taurangroup.com account.
As you can see in my previous message, there is a necessary step to tie the license:

**2) Register trials ("Start free trial" button) for Documents and Forms (choose "Public Web forms").**

After the trials are registered, I can change those to the subscription licenses that now are tied to the kaynek@taurangroup.com account

Please let me know if you can start the trial licenses.

Best regards,
Vladimir Uspenskiy
Plumsail Team

---

**Dayna Senter**

4/11/2020 1:17:29 AM

Hello Vladimir,

Yes, Kayne Kreitzer, kaynek@taurangroup.comwas the previous Administrator.

The account that we need his old account switched too seems to already exist (please see screen shot below):

26



PLAINTIFF'S
EXHIBIT
32

# Register Plumsail Account

If you already use Actions or Forms, sign in.

Full Name

Email

Password

Confirm Password

User name 'JamalP@TauranGroup.com' is already taken.

Create account

This is the owner of the company and the account that we want as the new Administrator, with **ALL** permission rights:

**Jamal Parker**
**Jamalp@taurangroup.com**

Please let me know if there is any other information you may require.

Thank you!

Kind Regards,

*Dayna L. Senter*
Program Manager, Business Systems Analyst
Trinity Technology Group / Tauran Management Group

27



Cell: 978-337-6668

**Vladimir Uspenskiy**

4/10/2020 2:23:40 PM

Hi Dayna,

   Please confirm that your administrator's Plumsail account was kaynek@taurangroup.com
   I can see two licenses attached to the account: Documents Drawer subscription (valid until April
26, 2020) and Forms Pickup  subscription valid until June 29, 2020.
   To transfer the licenses to another account please do the following:
1) Create a new Plumsail account on our site.
2) Register trials ("Start free trial" button) for Documents and Forms (choose "Public Web forms").
3) Send me back the email associated with the new account. I'll tie the existing licenses to this
account and add it to our store so that this emails receive the notifications about license expiration
and all the other necessary info.

Please let me know if you have any questions!

Best regards,
Vladimir Uspenskiy
Plumsail Team

**Dayna Senter**

4/9/2020 6:19:16 PM

Good Afternoon,

Our previous Administrator has left our company. We need to change the Administrator and cannot find
details on your website on how to do this.

Please have someone reach out to me so that we can accomplish this As Soon As Possible.

Kind Regards,

*Dayna L. Senter*
Program Manager, Business Systems Analyst
Trinity Technology Group / Tauran Management Group
Cell: 978-337-6668

28



**Jamal Parker**

| | |
|---|---|
| **From:** | Shaunta Brent <shauntab@taurangroup.com> |
| **Sent:** | Friday, May 22, 2020 9:34 AM |
| **To:** | Kayne Kreitzer |
| **Cc:** | Kayne Kreitzer |
| **Subject:** | Re: Access for changes |

Hey Kayne,

Thanks for getting back with me.  I just forwarded Jennifer's actual request for you.  Is it possible to do a how-to on how you make these changes?

Thank you,



**Shaunta Brent**, *Client Services Manager*

*Address:* 21 N. Broad St. Luray, VA 22835   |   *Phone:* 540-742-7420

*Email:* ShauntaB@TauranGroup.com   |   *Website:* www.TauranGroup.com

Microsoft Partner         HUBZone

---

**From:** Kayne Kreitzer <kaynek@taurangroup.com>
**Sent:** Friday, May 22, 2020 9:28 AM
**To:** Shaunta Brent <shauntab@taurangroup.com>
**Cc:** Kayne Kreitzer <k.kreitzer@live.com>
**Subject:** Re: Access for changes

Hey Shaunta!

Can you email the changes that they are requesting? I can take care of them pretty quickly.

Also, I had a meeting with Jamal and Beth on Wednesday and got several things cleared up. Jamal's access was added for everything and I fixed Beth's permissions as well.

Get Outlook for iOS

---

**From:** Shaunta Brent <shauntab@taurangroup.com>
**Sent:** Tuesday, May 19, 2020 11:29:21 AM
**To:** Kayne Kreitzer <kaynek@taurangroup.com>
**Cc:** Kayne Kreitzer <k.kreitzer@live.com>
**Subject:** Access for changes



PLAINTIFF'S
EXHIBIT

**33**

1

Hi Kayne,

I am hoping you will receive this.  DOC is requesting some changes to their form so I would like to go in with Jamal and make those changes however we still have not been able to access this information.  Would you mind providing the sites and passwords that we would need to do so?  Below are some of the issues we have found while trying to access forms and such.

- I do not have info on how to get into any of the sites or credentials
- Beth never received access to everything but DOC
- Jamal is cleared for DOC however has not been given access to Govcom
- which site holds the Trinity Call Out form?

If you could help me with this when you have a moment I would appreciate it so very much!

Thank you,



## Shaunta Brent, *Client Services Manager*

*Address:* 21 N. Broad St. Luray, VA 22835    |    *Phone:* 540-742-7420

*Email:* ShauntaB@TauranGroup.com    |    *Website:* www.TauranGroup.com

Microsoft Partner

2



PLAINTIFF'S
EXHIBIT
**33**

## Jamal Parker

| | |
|---|---|
| **From:** | v-chrod@microsoft.com |
| **Sent:** | Friday, June 26, 2020 9:28 PM |
| **To:** | Dayna Senter; v-marise@microsoft.com; Kayne Kreitzer |
| **Cc:** | Jamal Parker; Elizabeth Parker; Shaunta Brent |
| **Subject:** | RE: 120062624004428 SSL certificate not updating. App Service Certificates |

Hello Dayna ,

Thank you for contacting the Account and Portals Management Support. My name is Christian Rodriguez. I am the Support Professional who will be working with you on this Service Request. You may reach me using the contact information listed below, referencing the SR  120062624004428 .

**This case is Severity A . You will receive an update at least every 24-48 hours during the business work week, you can rest assured that we will handle this case in the best possible way to make sure that your issue is resolved.**

I understand that  you do not have  access to  subscription  6d3246a8-6e0c-4715-b22a-559023753119 under the  account kaynek@taurangroup.com , could  you  please  provide us good  for Team meeting , also we would  like to know  if your are global admin of tenant or domain  @taurangroup.com , as we probably will  need  help  from global Admin .

Please let me know if there are any further details to be clarified. I will be glad to assist you further in case you had any additional questions or concerns.

I will be expecting your insights on this,

Best regards,


**Christian Rodriguez** | Support Engineer | Azure Support

Email: v-chrod@microsoft.com | Manager: v-feserr@microsoft.com

Hours: 1:00 pM-9:00 PM (Mon-Fri) CT | Local Time

*To reach Azure Support outside of my working hours, please email* asmstek1@microsoft.com *with your support request number.*

**Note**: *Outside of local business hours you will receive English-only support.*

Service Dashboard  | Create a Case | Azure Announcements | Have an idea or a suggestion?

*Azure Support will never ask for your account password or full credit card number.*

*For your privacy and security, NEVER send your login credentials or full credit card number in email.*


**For your privacy and security, NEVER send your login credentials or full credit card number in email**

1

**From:** DaynaS@taurangroup.com
**Sent:** : Fri, Jun 26th 20, 5:37 pm
**To:** support@mail.support.microsoft.com;v-marise@microsoft.com
**Cc:** jamalp@taurangroup.com;bethp@taurangroup.com;shauntab@taurangroup.com
**Subject** RE: 120062624004428 SSL certificate not updating. App Service Certificates

Hi Marisol,

I apologize for not answering. Do you have a phone number? I can't seem to locate one in your contact info. Otherwise, please call me back at your earliest convenience.

Kind Regards,

*Dayna L. Senter*
**Program Manager, Business Systems Analyst**
**Client Services Manager**



**From:** v-marise@microsoft.com <v-marise@microsoft.com>
**Sent:** Friday, June 26, 2020 7:34 PM
**To:** Dayna Senter <DaynaS@taurangroup.com>
**Cc:** Jamal Parker <jamalp@taurangroup.com>; v-marise@microsoft.com
**Subject:** 120062624004428 SSL certificate not updating. App Service Certificates



Hello Dayna,

Thank you for contacting Microsoft Support. My name is Marisol Esparragó. I am the App Services Support Engineer who will be working with you on this Service Request. You may reach me using the contact information in my signature, referencing the SR number 120062624004428.

I recently tried to reach you at (540) 252-0866 and also tried Jamal Parker at (540) 551-4470 however got no response so I left you a voice mail.

I understand that your certificate named Hotline-SSL is not updating after renewal and sync.

2



I checked our logs for the certificate and see that it was successfully reissued today 2020-06-26T18:39:33Z by Jamal Parker.

Can you please let us know to which App Service(s) is this certificate associated?

Please let me know when would be a good time to call you and continue assisiting you through a remote session if needed.

Kind regards,

**Marisol Esparragó A.** | Support Engineer | Azure Support

Email: v-marise@microsoft.com | Manager: v-juasol@microsoft.com

Working hours: 8AM – 5PM (Mon-Fri) UTC-6 | Local Time

*To reach Azure Support outside of my working hours, please email azurebu@microsoft.com with your support request number.*

Service Dashboard  | Create a Case | Azure Announcements | Have an idea or a suggestion?

*Azure Support will never ask for your account password or full credit card number.*
*For your privacy and security, NEVER send your login credentials or full credit card number in email.*

This message from Microsoft is an important part of a program, service, or product that you or your company purchased or participate in. Microsoft respects your privacy. Review our online Privacy Statement

Microsoft Corporation
One Microsoft Way
Redmond, WA, USA 98052



3



## Jamal Parker

| | |
|---|---|
| **From:** | Dayna Senter <DaynaS@taurangroup.com> |
| **Sent:** | Monday, July 6, 2020 11:59 AM |
| **To:** | Kayne Kreitzer; Kayne Kreitzer |
| **Cc:** | Shaunta Brent; Candace Caison; Elizabeth Parker; Jamal Parker |
| **Subject:** | GovCom - DOC Web Submission Form Issue |
| | |
| **Importance:** | High |

Good Morning Kayne,

I am not able to tag you in Teams so I've copied the notes to email to you.

I'm unsure where else to look to fix this. Could you please fix ASAP or let me know how?

| GovCom - DOC updates:<br><br>1. Update Word Template<br>2. Remove Fields Requirement -See details in comments. | Kayne Kreitzer | 1.Update template with fields so that they transfer to the PDF that is generated.<br><br>2.Three fields on Web Submission form are marked as required:<br>*Date of Incident<br>*Date Made Aware<br>*Location of Incident<br>When selecting Whistleblower Surprisal these fields disappear however are still required, as a result the user cannot complete the submission.<br>The fields have been updated to not required in the List, Forms Designer and Plumsail however they are still required. This needs to be filed ASAP. |
|---|---|---|

Kind Regards,

*Dayna L. Senter*
**Software Development, Program Manager**

1


PLAINTIFF'S EXHIBIT 35



**Dayna Senter,** *Client Services Manager*

*Address:* 21 N. Broad St. Luray, VA 22835    |    *Phone:* 540-742-7420
*Email:* DaynaS@TauranGroup.com    |    *Website:* www.TauranGroup.com

Microsoft
Partner

HUBZone

2



PLAINTIFF'S
EXHIBIT

35

| From: | Dayna L. Senter |
|---|---|
| To: | Kreitzer, Kayne; Kayne Kreitzer; Kayne Kreitzer |
| Cc: | Elizabeth Parker; Parker, Jamal; Jamal Parker |
| Subject: | RE: Personal Contact Verification |
| Date: | Wednesday, December 23, 2020 7:20:27 PM |
| Attachments: | image006.png |
| Importance: | High |

Kayne,

Please reply to this email. I need to know how you had handled this workflow, as well as if there are other workflows that will need to be initialed manually this way.

Kind Regards,

*Dayna L. Senter*

**Software Development, Program Manager**
Trinity Technology Group
Tauran Management Group



**Dayna Senter,** *Client Services Manager*
**Address:** 21 N. Broad St. Luray, VA 22835    |    **Phone:** 540-742-7420
**Email:** DaynaS@TauranGroup.com    |    **Website:** www.TauranGroup.com

Microsoft Partner    |    SWaM    |    HUBZone

**From:** Dayna L. Senter
**Sent:** Wednesday, December 23, 2020 7:10 AM
**To:** Kreitzer, Kayne <kayne.kreitzer@trinitytechnologygroup.com>
**Cc:** Elizabeth Parker <bethp@taurangroup.com>; Parker, Jamal <jparker@trinitytechnologygroup.com>; Jamal Parker <jamalp@taurangroup.com>
**Subject:** RE: Personal Contact Verification
**Importance:** High

Kayne,

Please provide the details of how you initiated the workflow.

Kind Regards,

*Dayna L. Senter*

**Software Development, Program Manager**
Trinity Technology Group
Tauran Management Group



PLAINTIFF'S EXHIBIT
36



**Dayna Senter,** *Client Services Manager*
*Address:* 21 N. Broad St. Luray, VA 22835    |    *Phone:* 540-742-7420
*Email:* DaynaS@TauranGroup.com    |    *Website:* www.TauranGroup.com

---

**From:** Dobbs, Aaron <Aaron.Dobbs@trinitytechnologygroup.com>
**Sent:** Tuesday, December 22, 2020 3:40:21 PM
**To:** Kreitzer, Kayne <Kayne.kreitzer@trinitytechnologygroup.com>; Bates, Amanda <Amanda.Bates@trinitytechnologygroup.com>
**Subject:** RE: Personal Contact Verification

Thank you,

Aaron Dobbs
Senior Comptroller
Trinity Technology Group, Inc.
aaron.dobbs@trinitytechnologygroup.com
Office:  (276) 243-2298
Mobile: (703) 981-6651


**From:** Kreitzer, Kayne <Kayne.kreitzer@trinitytechnologygroup.com>
**Sent:** Tuesday, December 22, 2020 3:37 PM
**To:** Dobbs, Aaron <Aaron.Dobbs@trinitytechnologygroup.com>; Bates, Amanda <Amanda.Bates@trinitytechnologygroup.com>
**Subject:** Re: Personal Contact Verification

Aaron,

I started the workflow - all employees should receive an email within 4 hours.



Kayne Kreitzer
Cloud Solutions Analyst, Trinity Technology Group

Direct 276.221.3440

www.TrinityTechnologyGroup.com

---

**From:** Dobbs, Aaron <Aaron.Dobbs@trinitytechnologygroup.com>
**Sent:** Tuesday, December 22, 2020 11:52 AM
**To:** Kreitzer, Kayne <Kayne.kreitzer@trinitytechnologygroup.com>



PLAINTIFF'S EXHIBIT 36

**Subject:** FW: Personal Contact Verification

Kayne – Amanda provided the below as an example of what we need again for 2020.  Are you able to help?


Aaron Dobbs
Senior Comptroller
Trinity Technology Group, Inc.
aaron.dobbs@trinitytechnologygroup.com
Office:  (276) 243-2298
Mobile: (703) 981-6651

**From:** Bates, Amanda <Amanda.Bates@trinitytechnologygroup.com>
**Sent:** Tuesday, December 22, 2020 11:47 AM
**To:** Dobbs, Aaron <Aaron.Dobbs@trinitytechnologygroup.com>
**Subject:** Fw: Personal Contact Verification


## *Amanda Bates*

HR Generalist II

Trinity Technology Group

10687 Gaskins Way, Suite 200

Manassas, VA 20109

Direct Line: 276-221-3534

Main Fax: 703-335-7451


**From:** no-reply@trinitytechnologygroup.com <no-reply@trinitytechnologygroup.com>
**Sent:** Wednesday, November 27, 2019 12:05 PM
**To:** Bates, Amanda <Amanda.Bates@trinitytechnologygroup.com>
**Cc:** amanda.bates@live.com <amanda.bates@live.com>
**Subject:** Personal Contact Verification


Hi Amanda,



PLAINTIFF'S
EXHIBIT
36

## Jamal Parker

| | |
|---|---|
| **From:** | Kayne Kreitzer <kaynek@taurangroup.com> |
| **Sent:** | Wednesday, March 11, 2020 11:19 AM |
| **To:** | Thomas Valois |
| **Cc:** | JD Parker |
| **Subject:** | FW: 5 of your flows have failed |

Let's find where this is broken.

**From:** Microsoft Flow <maccount@microsoft.com>
**Sent:** Monday, March 9, 2020 9:31 PM
**To:** Kayne Kreitzer <kaynek@taurangroup.com>
**Subject:** 5 of your flows have failed

 **Microsoft Flow**

Hello,

The flow(s) listed had an unusual number of failures in the past week and may need your attention.

 5 Notifications

TTG_Terminations_Updated
**Failed 6 times**

DOC_OIG_NewSubmission
**Failed 5 times**

DOC_OIG_WebSubmission
**Failed 1 times**

PF_Claims
**Failed 1 times**

TTG_New_Employee
**Failed 3 times**

If you need more help, please visit the Microsoft Flow support page.

Thanks,
The Microsoft Flow team

1


**PLAINTIFF'S EXHIBIT 37**

Get the power of Flow to go, with the Microsoft Flow app. Learn more

This message from Microsoft is an important part of a program, service or product that you or your company purchased or participates in. Microsoft respects your privacy. Please read our Privacy Statement
You're receiving this message because you are a customer of Microsoft Flow. If you don't want to receive this type of email, unsubscribe here.
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052



**Jamal Parker**

| | |
|---|---|
| **From:** | Jamal Parker <jamalp@taurangroup.com> |
| **Sent:** | Wednesday, March 18, 2020 6:21 PM |
| **To:** | Amanda Leung |
| **Subject:** | Re: Malwarebytes Over Deployment Notice for Trinity Technology Group - Reseller Tauran Management Group |

Hello Amanda,

Kayne has moved on and only consulting very sparingly.

If you can make sure I have the proper credentials to the account I will look in to this.

One of our clients recently upgraded all of their laptops so I'm assuming that the old ones were not removed but I'll check.
Thanks

Get Outlook for Android

---

**From:** Amanda Leung <aleung@malwarebytes.com>
**Sent:** Wednesday, March 18, 2020 5:42:06 PM
**To:** Kayne Kreitzer <kaynek@taurangroup.com>; kaynek@trinitytechnologygroup.com <kaynek@trinitytechnologygroup.com>; Parker, Jamal <jparker@trinitytechnologygroup.com>
**Subject:** RE: Malwarebytes Over Deployment Notice for Trinity Technology Group - Reseller Tauran Management Group

Hi Kayne and Jamal,

Hope everyone is safe and well!

Did you got the chance to review your license usage?
Now, our license team shows a utilization of 62  Licenses.

Do you wish to continue using these licenses?
I can send over a prorated quote and payment link.

Thanks!

**Amanda Leung**
Client Account Executive



Imagine a world without malware. **We do.**

e: aleung@malwarebytes.com
p: 408-212-7450
o: 3979 Freedom Circle, 12th Floor
   Santa Clara, CA 95054



PLAINTIFF'S
EXHIBIT
38

1

Need Technical Support?

This message may contain confidential information and is intended only for the individual/s named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system.

**From:** Amanda Leung
**Sent:** Tuesday, March 10, 2020 10:18 AM
**To:** kaynek@taurangroup.com; kaynek@trinitytechnologygroup.com
**Subject:** Malwarebytes Over Deployment Notice for Trinity Technology Group - Reseller Tauran Management Group

Hi Kayne,

Hope all is well.
I wanted to introduce myself as your point of contact for any changes needed during your subscription, as well as make sure you're aware of any product advancements that take place.

My licensing team just reached out to me because they noticed that the license was deployed out to 62 machines against your subscription of 50 .
I wanted to see if that was a mistake or if we should true up on the licenses?

If you think that the number reflecting is wrong you can use our excel plug-in tool to help clean up your environment https://support.malwarebytes.com/docs/DOC-2672.

If you need assistance, you can also give our technical support team a call.
Malwarebytes Support: 888-688-5431

Please let me know if I should generate some pro-rated pricing or if the count is wrong.
Thanks!


**Amanda Leung**
Client Account Executive



Imagine a world without malware. **We do.**

e: aleung@malwarebytes.com
p: 408-212-7450
o: 3979 Freedom Circle, 12th Floor
   Santa Clara, CA 95054


Need Technical Support?


We're kind of a **big deal.** At least these people
                    think so:



2

**Jamal Parker**

| | |
|---|---|
| **From:** | Jamal Parker <jamalp@taurangroup.com> |
| **Sent:** | Thursday, March 19, 2020 9:59 PM |
| **To:** | Kayne Kreitzer |
| **Subject:** | Re: Your Twilio password was reset |

Nope just me!  You got my note about DOC I hope.  Buzz when you have time to chat.

Get Outlook for Android

---

**From:** Kayne Kreitzer <kaynek@taurangroup.com>
**Sent:** Thursday, March 19, 2020 9:49:31 PM
**To:** Jamal Parker <jamalp@taurangroup.com>
**Subject:** Re: Your Twilio password was reset

Shouldn't be an issue at all! I used an API key to authenticate to MS Flow. Just wanted to make sure my account was being hijacked

Get Outlook for iOS

---

**From:** Jamal Parker <jamalp@taurangroup.com>
**Sent:** Thursday, March 19, 2020 9:07:07 PM
**To:** Kayne Kreitzer <kaynek@taurangroup.com>
**Subject:** Re: Your Twilio password was reset

Yes, it was. We're testing the COOP stuff. I made my own account now if you need to set anything back how it was. I assumed this wouldn't break anything.

Cheers!

Get Outlook for Android

---

**From:** Kayne Kreitzer <kaynek@taurangroup.com>
**Sent:** Thursday, March 19, 2020 8:57:00 PM
**To:** Jamal Parker <jamalp@taurangroup.com>
**Subject:** Fwd: Your Twilio password was reset

Hey Jamal!

I assume this was you

~Kayne
Get Outlook for iOS

---

**From:** Twilio <no-reply@twilio.com>
**Sent:** Thursday, March 19, 2020 6:21:56 PM

1



**To:** Kayne Kreitzer <kaynek@taurangroup.com>
**Subject:** Your Twilio password was reset



Kayne,

The password for your account has just been reset.

If you did not perform a password reset, please contact our support team here:

https://www.twilio.com/help/contact?utm_source=console&utm_medium=email&utm_content=use

- Team Twilio

This system email was sent to Kayne Kreitzer (kaynek@taurangroup.com) regarding your Twilio Account
(ACd9cb38b0ff39b849e3e496780620f511/US89a8a66a4c9e326b0999598056c364cd)
by Twilio, Inc., 375 Beale Street, Suite 300, San Francisco, CA 94105


If you have any questions, please contact our support team.

2



| From: | Jamal Parker |
|---|---|
| To: | Kayne Kreitzer; Beth Parker |
| Subject: | Transition |
| Date: | Monday, September 30, 2019 11:52:31 AM |

In preparation for Kayne's transition back to contractor we need to have a definitive plan for moving tasks and duties to our current staff.
We need to know what tasks you will continue to due and what your anticipated antibiotics will be. We need access to all of our systems admin pages etc.

I don't want this to be any more difficult than it has to be considering it has to be pretty difficult.

Get Outlook for Android



PLAINTIFF'S
EXHIBIT
40

# Exhibit 41
# Blank



PLAINTIFF'S
EXHIBIT
41

# THE FIVE STAR GROUP
## LETTER OF COOPERATION

IVA'AL Solutions LLC
14307 Jarrettsville Pike Suite A
PO Box 88
Phoenix, Maryland 21131

Information Protection Solutions LLC
137 National Plaza, Suite 300
National Harbor, Maryland 20745

Trinity Technology Group, Inc.
10687 Gaskins Way Suite 200
Manassas, Virginia 20109

Mojo Technology Group, Inc.
10367 Bear Creek Drive
Manassas, Virginia 20111

Tauran Management Group LLC
1 North Broad Street
Luray , Virginia 22835

RE: Five Star Letter of Cooperation

Dear All;

For some time, we have been in discussions concerning joint efforts to use our various qualifications and classifications to pursue contracts some of which may be reserved for disadvantaged or other certified businesses. It is difficult to enter into a teaming agreement since we cannot identify all the efforts we will be competing for as a team. The lack of available information and specificity in the area's workshare, who will prime, and proposal responsibilities support a Five Star Letter of Cooperation now and a Teaming Agreement from the selected prime company once the details for each opportunity are determined. This letter outlines our agreement concerning our joint efforts until such time as specific projects are identified and become the subject of more detailed agreements.

### *Joint Marketing Efforts*

We have agreed to consolidate our efforts to market our firms' services to targeted agencies of the U.S. Government with specific emphasis on contracts which may be available



PLAINTIFF'S
EXHIBIT
42

only to companies with our various certifications or which grant preferences in contracting to those organizations. Once a project has been identified the company finding the opportunity will present it to the group. At that time, we will make a decision on the best way to approach the contract, who the participants should be based on their experience and designation and how the work share should be allocated based on capabilities. Once a project is identified the participants would enter into a teaming agreement.

### The Teaming Agreement

The form of the teaming agreement is attached to this letter of intent. When executed it will identify the project by contract or RFP number and the participants. Once executed the teaming agreement would be exclusive and only to the Five Star teammates unless all participants agreed to bring in another company to fill any gaps in capabilities. The teaming Agreement will specify the roles of each of the participants and the specific tasks which will be expected to be performed by each. It will contain an agreement concerning allocation of costs and the distribution of the work share should the contract be obtained.

### Non-exclusivity

This Letter of Cooperation does not bind any participant to work only on efforts for the group. The decision to present an opportunity for group consideration is solely that of the individual company identifying the opportunity. Moreover, each participant shall be free to partner with individuals or entities outside of the group in its sole discretion. To avoid conflicts each participant will keep the others reasonably advised of their individual marketing activities.

### Costs

Unless otherwise agreed each member of the group shall pay its own costs of operating, including travel and employee salaries without contribution from any other participant. Of course, the teaming agreements will certainly specify other arrangements where appropriate.

### Term and Termination

The group effort will continue for a period of two (2) years unless otherwise terminated by a majority of the members of the group. Any member of the group may withdraw from the joint effort on sixty (60) days written notice to the others except with respect to the responsibilities enumerated in an executed teaming agreement or executed contract.

### No Partnership

Nothing contained in this Letter of Cooperation shall be construed to create any partnership, joint venture or corporate undertaking unless specifically agreed to by the relevant members of the group.

(SIGNATURES ON FOLLOWING PAGE)

2



PLAINTIFF'S
EXHIBIT

42

AGREED BY THE MEMBERS AS OF THIS 14 day of April 2020

IVA'AL Solutions LLC

By: _____
John V. Meyers, Managing Member

Information Protection Solutions LLC

Todd M                    Digitally signed by Todd M
Chamberlain:A01098000    Chamberlain:A0109800000015
00015BA9FB5E1A00007      BA9FB5E1A00007C6C
By: C6C                  Date: 2020.04.22 06:41:05
                         -04'00'
Todd Chamberlain, CEO

Trinity Technology Group, Inc.

By: _____
James B. Smith Vice President
Contracts and Logistics

Mojo Technology Group, Inc.

By: _____
David Read PhD , Vice President

Tauran Management Group LLC

By: _____
Elizabeth Parker CEO

3

PLAINTIFF'S
EXHIBIT

42

| From: | Elizabeth Parker |
|---|---|
| To: | 5starteam@govcon.team |
| Subject: | Re: 5 Star Bi-Weekly Opportunity Review |
| Date: | Tuesday, January 26, 2021 11:40:03 AM |
| Attachments: | image.png |
| | Outlook-u4gc2xer.png |

All, this has been added to the 5Star Team. The full forecast is already saved under files. A tab has been added for each team member to parse out their focused efforts. You can access via **Files** or the **DHS AFPS** tab in the Team. Also, please update the Team Capabilities section under **Notes** with your NAICS, any contracting vehicles, and any other information you think would be pertinent.

Let me know if you have any questions or suggestions for Team organization. This email was sent to 5starteam@govcon.team. Please confirm receipt. Members include Norm, Celeste, Doug, Alex, John, Bret, Tina & Todd R. Bruce is added as optional to the bi-weekly meeting. Is anyone missing?



**PLAINTIFF'S EXHIBIT**

43

General   Posts   Files   Notes   Tracker   DHS AFPS ∨   +                          💬  ⤢  ↻  ⋯   📷 Meet ∨

File   Home   Insert   Formulas   Data   Review   ∨        Open in Desktop App   🔍 Search      ✏ ∨                   🗂  💬  ⋯

↺ ∨  📋 ∨  11  ∨   B   ⊞ ∨  🎨 ∨  A ∨  ⋯   ≡ ∨  ab   ⊞ ∨  General    ∨   .00   Σ ∨  ↓Z ∨  🔍 ∨  ⚡        ⋯

L2          ∨   fx   s

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | Public Forecast List | | Acquisition Planning Forecast System | | | | |
| 2 | APFS Number | Naics | Component | Contract Vehicle | Dollar Range | Small Business Program | npeti | Contract Numbe | Contractor | Requ Requir s | |
| 3 | F2020048928 | 541511 | USSS | Other | $5M to $10M | SB | | New Requirement, No Contract | | Keish Pender (2 | |
| 4 | F2020049134 | 541512 | DHS HQ/S&T | GWAC/MAC | Over $100M | SB | | New Requirement, No Contract | | Pam Beresfc (2 | |
| 5 | F2020049708 | 541519 | USCG/CG-914 | GWAC/MAC | $1M to $2M | SB | | New Requirement, No Contract | | Giorg Chen (7 | |
| 6 | F2020050170 | 561210 | CBP/Facilities Managemen | PO | $2M to $5M | None | | New Requirement, No Contract | | Willi Marks (2 | |
| 7 | F2020050198 | 541611 | USCG/CG-914 | Contract | $20M to $50M | 8(a) | | New Requirement, No Contract | | Justi Cotter (2 | |
| 8 | F2020050238 | 541519 | USSS | Other | $5M to $10M | SB | | New Requirement, No Contract | | John Maxwe (2 | |
| 9 | F2020050240 | 541512 | USCIS | DWAC/CIO-SP3 | $50M to $100M | SB | | New Requirement, No Contract | | Sand Zwiene (4 | |
| 10 | F2020050640 | 541511 | USSS | DWAC/FirstSource | $250K to $500K | SB | | New Requirement, No Contract | | Pam Ante (2 | |
| 11 | F2020051238 | 561612 | ICE/ERO | Contract | Over $100M | SB | | New Requirement, No Contract | | Cami Cuellar (3 | |
| 12 | F2020051333 | 541519 | USCIS | DWAC/FirstSource | $5M to $10M | SB | | New Requirement, No Contract | | Robe Cole (2 | |
| 13 | F2020051502 | 561621 | DHS HQ/MGMT | PO | $250K to $500K | TBD | | New Requirement, No Contract | | Phil Coughl (4 | |
| 14 | F2020051589 | 561621 | DHS HQ/MGMT | Contract | $250K to $500K | WOSB | | New Requirement, No Contract | | Stepl Skipp (2 | |
| 15 | F2020051701 | 541519 | CBP/OIT | DWAC/FirstSource | $5M to $10M | SDVOSB | | New Requirement, No Contract | | Sunil Madhu (5 | |
| 16 | F2020051907 | 541519 | USCG/CG-914 | Other | $500K to $1M | None | | New Requirement, No Contract | | Paige Holme: (7 | |
| 17 | F2020051912 | 541519 | USCG/CG-914 | DWAC/FirstSource | $250K to $500K | HUBZone | | New Requirement, No Contract | | Kelly Latusa (7 | |
| 18 | F2020052049 | 541519 | USCG/CG-914 | Contract | $2M to $5M | None | | New Requirement, No Contract | | Robe Mason (7 | |
| 19 | F2020052089 | 541511 | TSA | DWAC/FirstSource | $2M to $5M | SB | | New Requirement, No Contract | | Julie Labra (2 | |
| 20 | F2020052108 | 541512 | ICE/CIO | Other | $5M to $10M | SB | | New Requirement, No Contract | | Mist Weinh (2 | |
| 21 | F2020052128 | 541519 | USCG/CG-914 | GWAC/MAC | $10M to $20M | None | | New Requirement, No Contract | | Jim Briner (7 | |
| 22 | F2020052136 | 541519 | USCG/CG-914 | GWAC/MAC | $2M to $5M | None | | New Requirement, No Contract | | Jim Briner (7 | |
| 23 | F2020052147 | 541519 | USCG/CG-914 | Order | $250K to $500K | None | | New Requirement, No Contract | | Jim Briner (7 | |
| 24 | F2020052151 | 541519 | USCG/CG-914 | Order | $250K to $500K | None | | New Requirement, No Contract | | Pat Kemps (7 | |
| 25 | F2020052154 | 541519 | USCG/CG-914 | Order | $500K to $1M | None | | New Requirement, No Contract | | Patri Kemps (2 | |
| 26 | F2020052155 | 541519 | USCG/CG-914 | Order | $1M to $2M | SB | | New Requirement, No Contract | | Jim Briner (7 | |
| 27 | F2020052157 | 541519 | USCG/CG-914 | Contract | $500K to $1M | None | | New Requirement, No Contract | | Travi Gillum (3 | |
| 28 | F2020052158 | 541519 | USCG/CG-914 | Order | $500K to $1M | None | | New Requirement, No Contract | | Jim Briner | |
| 29 | F2020052198 | 541611 | DHS HQ/CISA | Other | $250K to $500K | TBD | | New Requirement, No Contract | | Luica Turner (7 | |
| 30 | F2020052218 | 541519 | USCG/CG-914 | DWAC/FirstSource | $1M to $2M | SB | | New Requirement, No Contract | | Briar Helm (3 | |
| 31 | F2020052244 | 541519 | USCG/CG-914 | DWAC/FirstSource | $250K to $500K | SDVOSB | | New Requirement, No Contract | | Briar Helm (3 | |
| 32 | F2020052260 | 541519 | USCG/CG-914 | Order | $250K to $500K | None | | Foll HSHQDC-12-D-0 | Blue Tech Inc. | Mich Conell (3 | |
| 33 | F2020052264 | 541519 | USCG/CG-914 | DWAC/FirstSource | $500K to $1M | SB | | New Requirement, No Contract | | Briar Helm (3 | |
| 34 | F2020052273 | 561621 | FLETC/CHS | Order | $500K to $1M | SB | | New Requirement, No Contract | | Jeral Roper (8 | |

≡   DHS APFS   Trinity   Tauran   Mojo   Ring0   IPS   Morph   BBC   +



Photograph

🖼

**Elizabeth Parker,** *Chief Executive Officer*   CNP20111  01/21/2022

*Address:* 1 N. Broad St. Luray, VA 22835   |   *Phone:* 540-742-7420
*Email:* BethP@TauranGroup.com   |   *Website:* www.TauranGroup.com

🔳          🔳              🔳                  🔳

This communication may contain confidential and/or privileged information. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return e-mail and delete this message from your computer.

**From:** Williamson, Norm <normw@trinitytechnologygroup.com>



PLAINTIFF'S EXHIBIT 43

**Sent:** Tuesday, January 26, 2021 10:26 AM
**To:** Elizabeth Parker <bethp@taurangroup.com>; Bruce Kuhlman <bkuhlman@krcont.com>;
azureadmin@govcon.team <azureadmin@govcon.team>; Douglas Bullock <dougb@bbc-llc.com>;
bret.mitchell@ring0.com <bret.mitchell@ring0.com>; 5starteam@govcon.team
<5starteam@govcon.team>
**Subject:** RE: 5 Star Bi-Weekly Opportunity Review

Here is my DHS pipeline based on Trinity's NASIC"S codes.

CYBER is in many of these

Norm

**From:** Elizabeth Parker <bethp@taurangroup.com>
**Sent:** Tuesday, January 26, 2021 10:01 AM
**To:** Williamson, Norm <normw@trinitytechnologygroup.com>; Bruce Kuhlman
<bkuhlman@krcont.com>; azureadmin@govcon.team; Douglas Bullock <dougb@bbc-llc.com>;
bret.mitchell@ring0.com; 5starteam@govcon.team
**Subject:** 5 Star Bi-Weekly Opportunity Review

I'm running late

Elizabeth Parker



PLAINTIFF'S
EXHIBIT
43

| | |
|---|---|
| **From:** | Bruce Kuhlman |
| **To:** | Smith, James; Dobbs, Aaron; bills |
| **Cc:** | Parker, Jamal; Elizabeth Parker |
| **Subject:** | Director of HR |
| **Date:** | Tuesday, December 8, 2020 3:58:55 PM |

Gents,

Stacey Basham (second interviewer) just accepted our offer for Direct of HR and will be starting 12/11/2020. We have all equipment for her at the Springfield location which we can deliver to her on Friday. (laptop, monitors, cell phone, etc...) She will be onboarded thru KR's system prior to next Monday and will be available for the Trinity's company meeting and can coordinate a meeting with her team (KR &Trinity) shortly after.

Beth, I will have her reach out to you asap to be briefed on Trinity's HR systems and I will have her work with KR on theirs.

Jamal, can we talk tomorrow afternoon about integrating both company's IT network and getting Jim, Aaron, and Stacey total access? Please let me know what time works best for you.

Best regards,

**Bruce R Kuhlman**
**President/CEO**



DEPENDABILITY · INTEGRITY · PROFESSIONALISM

KR Contracting, Inc.
223 N Prospect St Ste 105
Hagerstown, MD 21740
O: 301-797-7569
F: 301-733-5161
Email: bkuhlman@krcont.com
    www.krcont.com



PLAINTIFF'S
EXHIBIT
44

From: Parker, Jamal <jparker@trinitytechnologygroup.com>
Sent: Sunday, December 27, 2020 10:11 PM
To: Bruce Kuhlman <bkuhlman@krcont.com>; Jim Smith <jsmith@krcont.com>
Subject: I.T. Notes for the Merge/Migration

Hello Gentlemen,

I hope that your Christmas was wonderful!

I wanted to try and lay out some of the items that I'll need to address when finalizing the Merge and
Migration.

Items that I need to consider in order to be able to bring this all together. I'm going to try and be as brief as I
can, but will expand on anything that you'd like more info on.

The objective here is to do an A to C and a B to C Migration and Merge. Commercial Cloud Tenants A & C,
represent the current commercial storage locations for KRC and TTG. The B location is the Government Cloud
Computing server farm (GCC). Merging the two commercial servers to one server and managing all domains
there will allow cross access to either data sets from any authorized user account (KRC or TTG).
The general process here would be to:

a. Duplicate Trinity's 1)email 2) OneDrive 3) Teams and 4) SharePoint to the new server
b. Duplicate KRC's 1)email 2) OneDrive 3) Teams and 4) SharePoint to the new server
c. Create internal groups, security groups and permissions
d. Create Teams and SharePoint hierarchies
e. Enable and configure device management protocols
f. Standardize User licenses

Main Points of consideration

1. Email Migration – Trinity Mail migration is complete. KRC has approximately 15- 20 users to be
migrated (Migration software is $75 per user, one-time fee)
2. Teams Migration – Along with TMG we've come up with a new Teams layout to cover both companies,
but we should discuss to finalize
3. SharePoint Migration- Decide on the final SharePoint file share. We can store documents in Teams
which is recommended
4. OneDrive Migration- should be very straight forward
5. Email Merge- Will we want TTG employees that need KRC emails, to add an 'alias' email address
meaning they can receive email to either KRC or TTG emails? To be able to send mail from either will
require an additional license.
6. Device Management – Trinity Users must authenticate to their laptops to access Trinity systems. If we



**PLAINTIFF'S EXHIBIT 45**

want to change this to make KRC email the primary log in, we will need to collect all Trinity devices and
redeploy them to KRC.

7. Access Control Groups, Permissions. – How will we separate resources and assign access?

8. Office User Licenses- Currently KRC employees are using Office 365 Business Standard licenses which
do not include the security suites necessary- Enterprise 3 (E3 licenses are $20 per user per month vs.
$12.50)

Security Standards
48

1. To maintain our CMMC after merging servers will require that KRC access to the GCC meets that
standard. This isn't a huge lift but requires some configuration and access changes vs. how things are
currently set up.

☐ Hardware – Trinity's Hardware (computers and mobile phones) is controlled by a Security module in Azure
called 'In-Tune'- Access to Trinity data is controlled here as well. Any computers that may be used to store
or access data must have a TPM "Trusted Platform Module" chip installed on the motherboards. It would be
helpful to have a list of currently owned computers so I can see if they meet this requirement.

☐ Software – For software, we deploy standard images to machines based on user need. This deployment is
also controlled in Azure by 'AutoPilot' and prevents installation of unapproved software

☐ Device Access- Laptops are configured basically as dummy terminals in order to discourage saving of data.

Access to computers is by use of corporate credentials.

Ok, so this is a pretty good starting point as far as what we're going to need to do to proceed. If we decide that we need
to redeploy any users to KRC, (I'm thinking Jim, Aaron and Bill specifically since they will be moving to using their KRC
email primarily) the we should get a couple of 'hot swap' Surface Units. We will likely need these anyway, as Sr. Staff will
need to have TPM compliant machines for GCC access.

We can chat at your convenience otherwise, I can just continue forward and we can address each item as we get to
them. Whichever works.

Regards,

Jamal Parker
Director of Information Technology
Trinity Technology Group, Inc. a wholly owned subsidiary of KR Contracting, Inc.
(703) 345-1665 | JParker@trinitytechnologygroup.com
www.TrinityTechnologyGroup.com
10687 Gaskins Way Ste 200 | Manassas, VA 20109



| From: | Elizabeth Parker |
|---|---|
| To: | stacy.basham@trinitytechnologygroup.com; bruce.kuhlman@trinitytechnologygroup.com |
| Cc: | Dayna L. Senter |
| Subject: | Concourse |
| Date: | Sunday, January 24, 2021 9:16:55 PM |
| Attachments: | Outlook-c12jbnbz.png |

Good Evening Bruce & Stacy,

I would like to officially introduce you to Dayna Senter. Prior to contracting with Tauran, Dayna worked for Lanteria (the software that Concourse is built on) for three years. She was involved in Trinity's on-boarding with Lanteria and has been integral in the development of Concourse. We understand that you are evaluating Concourse. Dayna is uniquely qualified to not only speak to the Concourse modifications but also the capabilities of the entire Lanteria platform. Dayna has volunteered her time to provide you with the details you need regarding Concourse and Lanteria to assist you with your decision going forward.

Please let us know when you are available. We know your time is in high demand. Please send us any questions or if you have specific modules or capabilities, you would like to cover.

Bruce, if you are still having issues accessing Concourse, Dayna can do a share screen with you.

Take care and stay warm.



**Elizabeth Parker,** *Chief Executive Officer*

*Address:* 1 N. Broad St. Luray, VA 22835     |     *Phone:* 540-742-7420

*Email:* BethP@TauranGroup.com     |     *Website:* www.TauranGroup.com

This communication may contain confidential and/or privileged information. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return e-mail and delete this message from your computer.



PLAINTIFF'S
EXHIBIT
46

PLAINTIFF'S
EXHIBIT
47

# CONSULTANT AGREEMENT

THIS AGREEMENT, made and entered into by and between

| "TRINITY" | | "CONSULTANT" |
|---|---|---|
| Trinity Technology Group, Inc. | | Kreitzer Group, LLC |
| 10687 Gaskins Way | AND | 430 Henry Street #2 |
| Suite 200 | | Alexandria, VA  22314 |
| Manassas, VA 20109 | | |

Any notices required to be given under this Agreement shall be sufficient if in writing and sent by certified mail, return receipt requested or via e-mail read receipt requested, to the parties as follows:

| "TRINITY" | "CONSULTANT" |
|---|---|
| Trinity Technology Group, Inc. | Kreitzer Group, LLC |
| 10687 Gaskins Way | 430 N. Henry Street, #2 |
| Suite 200 | Alexandria, VA  22314 |
| Manassas, VA 20109 | Kayne Kreitzer |
| Leigh Manzare | kreitzer@me.com |
| leighm@trinitytechnologygroup.com | Cell: (603) 496-0762 |
| Office: 703-345-1672 | |
| Fax:     703-335-7451 | |

| TERMS | |
|---|---|
| Period of Performance | January 1, 2021 – December 31, 2021 |
| Compensation | $85.00/hour |
| Allocation of Hours | |
| Contract Technical Representative | James B. Smith, Senior Vice-President, Operations |
| | jims@trinitytechnologygroup.com |

WITNESSETH:

WHEREAS, TRINITY is in the business of providing professional services; and

WHEREAS, Consultant is in the business of providing professional support services, which includes expertise in the efforts defined in the Statement of Work under Attachment A,

WHEREAS, TRINITY and Consultant wish to establish the terms and conditions governing those professional services,

WHEREAS, TRINITY wants Consultant to perform certain professional services related to TRINITY lines of business, and Consultant is willing to do so for compensation, and in accordance with the terms and conditions specified herein;

NOW, THEREFORE, in consideration of the respective covenants and undertakings contained herein, the parties hereto agree as follows:

ARTICLE I - SCOPE OR STATEMENT OF WORK - Attachment A

Consultant will provide professional services related to projects of TRINITY, as defined in the Statement of Work under Attachment A. Consultant will only perform efforts as defined in the Statement of Work and only as specifically authorized by the company designated Contract Technical Representative (hereinafter "CTR") as stated above.

The Statement of Work will set forth one or more of the following: efforts to be accomplished, lines of inquiry to be pursued, due dates, a specified maximum level of effort, and a funding ceiling that is not to be exceeded. If efforts are performed without proper authorization, such work may not be compensated.

In the event of any inconsistency between elements of the Agreement, the following order of precedence shall apply: (i) the terms of the Consultant Agreement, (ii) the Statement of Work to the Consultant Agreement, (iii) all other references, attachments, specifications or provisions. TRINITY Consultant Agreement and Statement of Work shall prevail over any

KG 000001

subsidiary documents referenced therein. Consultant shall not use any specification or work description in lieu of those contained in this Agreement or Task Order without the written consent of the CTR.

## ARTICLE II - PERIOD OF PERFORMANCE

The term of the Agreement shall be for the period stated above during which term TRINITY shall be entitled to the Consultant's services when and to the extent requested by the CTR in writing and agreed to by the Consultant. Upon conclusion of its initial and each subsequent term, this Agreement shall be deemed renewable, subject to written modification of this Agreement by the parties hereto. This Agreement may be terminated by either party in accordance with ARTICLE entitled TERMINATION. Pending the final determination of any dispute arising in connection with the Agreement, Consultant agrees to proceed diligently with performance, as and to the extent directed by TRINITY.

## ARTICLE III - REPORTS

Consultant shall furnish written monthly reports in a style and format that is mutually decided between the Consultant and the CTR. A typical report will include as a minimum: the date and place of the performance of services, persons visited and subjects discussed, a description or summary of the services performed, and the billable hours associated therewith. The monthly reports along with such other information as may be reasonably requested by TRINITY, shall be timely submitted to the CTR. A copy of the monthly report shall be provided with each invoice submitted for payment unless security restrictions prohibit such actions.

## ARTICLE IV - COMPENSATION

As consideration for the Consultant's satisfactory performance of services in accordance with the Scope of Work set forth in ARTICLE I hereof and complying with other terms of this Agreement, TRINITY shall make payment to the Consultant as follows:

(1) Professional Services - Compensation shall be made in accordance with the fixed rate(s) identified on page 1 for services provided in accordance with written direction issued hereunder. The above cited rates include all compensation due the Consultant for services to be rendered, to include the costs of fringe benefits, overhead, other direct costs, general and administrative expenses, and profit or fees except as specifically authorized in accordance with paragraph 2 below.

(2) Other Authorized Expenses - TRINITY will reimburse the Consultant actual costs incurred for non-local travel without handling charge or fee as authorized in writing hereunder:

a. Reimbursement shall be made for authorized actual expenses to include costs of transportation, lodging, meals, and incidental expenses, along with such other reasonable and necessary expenses related to the services as might be mutually agreed upon in writing.

b. Authorized Air travel shall be reimbursed for coach-class accommodations unless no other accommodations are available or such accommodations would require circuitous routing, travel during unreasonable hours or the like, and such additional expense is approved in writing in advance in writing.

c. Reimbursement for lodging, meals, and incidental expenses will be made in accordance with the provisions of the Federal Acquisition Regulation. Reimbursement for actual expenses shall be limited to the maximum per diem allowed in the JTR/FTR and as may be specified in writing and issued hereunder.

d. Local travel within a 40-mile radius, local parking fees, and other incidental expenses incurred by the Consultant are generally allowable. However, such expenses are unallowable for travel between the Consultant's home or office and offices of TRINITY or its customers when such offices are the principal place of performance for the Consultant. Principal place of performance, for purposes of this agreement, is defined as the location the Consultant spends 64 hours or more of its time per month performing in accordance with the Statement of Work of this agreement. If Consultant cannot perform any effort under this agreement without using assets located at one of TRINITY's offices or one of the offices of its customers then such offices are considered the principal place of performance regardless of hours spent at such offices.

e. In accordance with paragraph d above, local travel is not allowable between Consultant's home/office and the principal place of performance.

f. Local travel expenses will be supported by a description of the local travel and its relation to the Statement of Work under this agreement. Number of miles traveled between destinations must also be stated. The Consultant must provide receipts when possible (e.g., parking, tolls).

## ARTICLE V - INVOICES AND PAYMENT

PLAINTIFF'S EXHIBIT
47

KG 000002

(1) The Consultant shall submit monthly invoices for services performed in accordance with the written Statement of Work or Task Orders issued by TRINITY. Such invoices shall show detailed computations of the amount due for the current effort, the period of performance during which the services were rendered, and the cumulative amount for each Statement of Work or Task Order under which work was performed during that period. Amounts invoiced for other authorized expenses incurred in accordance with ARTICLE IV above, must be supported by receipts as required by TRINITY. Amounts invoiced shall be paid within thirty (30) days of the receipt of a proper invoice.

(2) The Consultant must report and maintain sufficient records concerning performance to permit verification through normal audit procedures of the effort expended by categories, and hours in the performance of the services.

(3) Payment by TRINITY shall be subject to TRINITY right to withhold payment of any part of the charges invoiced for services performed as set forth herein that TRINITY may contest in good faith.

(4) Unless otherwise indicated in the Statement of Work or Task Orders, monthly invoices shall be submitted to the following address to ensure proper receipt and handling:

**Trinity Technology Group, Inc.**
**Attn: Accounts Payable**
**10687 Gaskins Way**
**Suite 200**
**Manassas, VA 20109**
**Email: ap@trinitytechnologygroup.com**
**Phone - 703-345-1675**
**Fax – 703-335-7451**

## ARTICLE VI - GOVERNMENT SUPPORTED PROJECTS

If the Consultant performs work for TRINITY on Government-supported projects, the following provisions apply:

(1) Consultant agrees that its books, records and plant, or such part thereof, as may be engaged in the performance of the Agreement shall at all times be subject to inspection and audit by DCAA, or any authorized representative of the Government. TRINITY reserves the right to audit the final invoice, which shall contain a certification as to its accuracy. If Consultant's costs or charges are disallowed by the Government, such disallowance shall be the sole responsibility of the Consultant. If however, the disallowance is due to actions by TRINITY, the Consultant will be reimbursed in full for services described on all "proper" invoices. Consultant will keep copies of such records and supporting documents for three (3) years after final payment for work performed under this Agreement, or for such time as the Government may require.

(2) <u>Covenant Against Contingent Fees:</u> Consultant warrants to TRINITY and the Government that no person or selling agency has been employed or retained by him to secure this Agreement or Government work upon agreement or understanding for a commission, percentage, brokerage or contingent fee. Consultant agrees that for breach or violation of this warranty, both the Government and TRINITY shall have the right to annul this understanding without liability and, in the discretion of each or either, to deduct from Consultant's compensation hereunder or otherwise recover the full amount of such commission, percentage, brokerage or contingent fee. Consultant warrants and agrees that it will abide by TRINITY policy that Consultant and its employees will not accept or offer the above referenced fees or gratuities in any form.

(3) Consultant agrees to comply with all applicable laws, rules and regulations and all requirements that TRINITY is required, by the procurement regulation terms of any Government prime contract, to include in its contracts with persons providing supplies or services for the performance of the contract. The agreement is subject to the attached FAR Terms & Conditions.

(4) The Consultant further understands that any failure to safeguard information relating to the national defense may subject the Consultant to criminal liability under the laws of the United States, including Title 18 U.S.C., Sections 793 through 799, and Executive Orders Number 10104, dated February 1, 1950, number 10501, dated November 5, 1953, and Number 10865, dated February 20, 1960. Consultant will comply with all applicable United States Government security regulations. In the event work performed under the terms of the Agreement requires access to any classified information or material which information is classified "Confidential" or higher, the provisions of FAR clause 52.204-2 shall be applicable. TRINITY reserves the right, and Consultant agrees to such reservation, to terminate this Agreement at any time if the Consultant is not at all times authorized access to such classified matter by the appropriate Government agency.

(5) Consultant represents that he (a) is not presently debarred, suspended, proposed for debarment or declared ineligible for the award of contracts by any Federal agency; (b) has not, within a three-year period preceding this Agreement, been convicted of or had a civil judgment rendered against him for commission of fraud or a criminal offense in connection

PLAINTIFF'S EXHIBIT 7

with obtaining, attempting to obtain or perform a public (Federal, state or local) contract or subcontract; violation of Federal or state anti-trust statues relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property; and (c) is not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of the foregoing offenses.

(6) <u>Property.</u> All Government furnished property and Consultant acquired property will be acquired only if contractually authorized. Each property control system must be responsive to Subpart 45.5 of the Federal Acquisition Regulations. The Consultant shall create and maintain the official Government property control records for each item of Government property. The records will identify all property currently accountable to the Consultant, and shall provide a complete, perpetual, auditable record of all transactions.

(7) <u>Prohibition On Marketing Or Lobbying Activities.</u> It is the intent of TRINITY that all costs incurred in accordance with this Agreement for the professional technical and engineering services of the Consultant shall be allowable costs in accordance with the Federal Acquisition Regulation; the Cost Accounting Standards; title 31, United States Code, (Section 1352) as amended by Section 319 of Public Law 101-121; and all other applicable laws and regulations. In this regard, TRINITY has not engaged the services of the Consultant for the purpose of influencing or attempting to influence (marketing or lobbying) any federal official on behalf of TRINITY, in connection with any Federal contract action (the award, extension, continuation, renewal, amendment, or modification of any Federal Contract). Influencing or attempting to influence means making any communication to, or an appearance before, any Federal Official in connection with any Federal Contract action, with the intent to influence that Federal Official. "Federal Official" include: any officer or employee of any agency, any member of the uniformed services, a Member of Congress, an officer or employee of Congress, an employee of a member of Congress, or any special Government employee.

In recognition of TRINITY intent, the Consultant agrees to refrain from engaging in any communications with or making any appearances before any Federal Official on behalf of TRINITY, for the purpose of influencing or attempting to influence (marketing or lobbying) said Official in connection with any federal contract action.

Actions taken or costs incurred by the Consultant in violation of this Article shall not be reimbursable without prior written modification to this Agreement specifically providing for the reimbursement of said unallowable costs by TRINITY. Violation of this provision may constitute grounds for immediate termination of this Agreement at the discretion of TRINITY, notwithstanding the provisions above.

## ARTICLE VII-INVENTIONS, PROPRIETARY RIGHTS, AND COPYRIGHTS

(1) <u>Proprietary Matters:</u> Consultant understands that during the term of this Agreement he may acquire knowledge of proprietary information about the business affairs of TRINITY and its clients (hereinafter "Proprietary Information "). Consultant specifically covenants and undertakes that he shall keep inviolate forever all Proprietary Information and shall not reveal the same to anyone unless such information is generally known to the public through no fault of Consultant, or unless Consultant already knew such information and such fact is communicated in writing to TRINITY at the time or receipt of such information. Consultant acknowledges that all client lists, documents, illustrations, research data, reports, equipment, drafts of documents or material and any other information or materials of any nature whatsoever, whether or not copyrightable or patentable produced by TRINITY for any of its clients coming into his possession as result of his services to TRINITY, will be and remain the property of TRINITY. Upon expiration or termination of this Agreement for any reason, Consultant shall surrender all such documents, materials or any such information reduced to a tangible form, and any other Proprietary Information within his possession to TRINITY. TRINITY shall identify information supplied to Consultant as "Proprietary Information" by a notation to that effect on the data so delivered.

(2) <u>Restrictive Covenant:</u> The benefits of the services of Consultant to TRINITY are declared not measurable in terms of money alone because of the knowledge that Consultant may acquire of the business affairs of TRINITY, the ability and expertise of TRINITY and any Confidential Information of TRINITY or its clients. Without the express prior written consent of TRINITY, Consultant shall not, during the term of this Agreement, and for one year after the date of any termination of this Agreement, alone or as a sole proprietorship, in relation to any corporation, person, institution, foundation or other entity, or as an advisor or Consultant, directly or indirectly, utilize proprietary products, services or expertise of TRINITY with the intent or effect of directly competing with TRINITY. The preceding may not in and of itself prohibit the Consultant from being employed by persons, firms, or corporations engaged in the same or similar business as that of TRINITY, provided, that the provisions of this Agreement banning the transfer of knowledge learned of associations with TRINITY shall be strictly observed by the Consultant with respect to such other persons, firms or corporations.

The Consultant agrees to reveal promptly to TRINITY any activity on Consultant's part that reasonably might be deemed to be in competition with TRINITY or with the services to be performed hereunder. Further, Consultant agrees that Consultant does not have any conflicting employment or Consultant agreements, and agrees that Consultant will not, without TRINITY's consent, undertake to perform tasks for others in conflict with those contemplated by this Agreement.

PLAINTIFF'S EXHIBIT

KG 000004

(3) The Consultant agrees that the services performed in accordance with this Agreement are "works for hire". Any work products, inventions or improvements that Consultant may conceive, make, invent, or suggest in connection with the work done as a Consultant under this Agreement or which are conceived as a consequence of opportunity of knowledge afforded by such work shall be promptly revealed to TRINITY by the Consultant, and shall become the absolute property of TRINITY. Consultant shall, at any time during the life of this Agreement and for three years thereafter, at the request of TRINITY, execute any patent or copyright papers that TRINITY may consider necessary or helpful in the prosecution of applications for patent or copyright thereon or in connection with litigation or controversy relating thereto; provided, however, that all expenses incident to the filing of such applications and the prosecution thereof and the conduct of such litigation shall be borne by TRINITY. Consultant agrees that all writings produced by Consultant in connection with his performance of the services shall be the sole property of TRINITY, and TRINITY shall have exclusive right to copyright such writings in any country or countries.

## ARTICLE VIII – NON-SOLICITATION

Without the prior written consent of TRINITY, from the date of this Agreement until one year after the termination of the Agreement, Consultant shall not, either directly or indirectly, on behalf of himself or any other individual, corporation, partnership of other entity, employ, solicit for employment or otherwise assist in the solicitation or employment, including any recommendation with respect to employment, of any individual, consultant, employee or identified prospective consultant or employee of TRINITY.

## ARTICLE IX – STOP WORK ORDER

TRINITY may, at any time, by written order to Consultant, direct Consultant to stop all, or any part of the work authorized hereunder, for such period of time as TRINITY my specify. Any such order shall be specifically identified as a Stop Work Order issued pursuant to this Article. Upon receipt of such order the Consultant shall forthwith comply with its terms.

TRINITY shall not be liable for any services provided or expenses incurred by Consultant during any period covered by any such order unless such services or expenses are expressly authorized by TRINITY or were reasonably incurred to stop the work in an orderly fashion.

For any period covered by a Stop Work Order, Consultant shall be compensated in accordance with ARTICLE IV, Compensation, only for those costs incurred in the performance of any portion of the work not affected by the Stop Work Order, or for any obligations incurred before the effective date of such Order that may remain due.

## ARTICLE X - TERMINATION

TRINITY or the Consultant may, at its discretion, terminate the work under this Agreement at any time giving fifteen (15) days' notice. In such event, TRINITY shall assume all reasonable obligations and commitments that Consultant may have theretofore in good faith undertaken or incurred in connection with the work, and TRINITY shall pay the compensation provided for in this Agreement that has been earned through the date of termination. Termination of this Agreement shall not entitle Consultant to payment of any costs or fees, actual or anticipated, which are in addition to the provisions of ARTICLE IV, Compensation, as contained herein. In the event of such termination, all material produced by Consultant shall become the property of and delivered to TRINITY as previously stated in this Agreement.

## ARTICLE XI - INDEMNIFICATION

This Agreement is not intended to be one of hiring under the provisions of any Workmen's Compensation or any other law, and shall not be so construed. Consultant hereby agrees to indemnify and save TRINITY from and against all liability for injury or death to persons and damages to property sustained by any person or corporation whatsoever in any manner arising out of or resulting from or caused by or in connection with any work performed hereunder or any work authorized by TRINITY. Nothing herein shall be construed as making the Consultant liable for any injuries, death or damages caused by the sole negligence of TRINITY.

Consultant also assumes sole responsibility for the settlement of all liability that may arise under any Workmen's Compensation law in connection with any work performed hereunder.

Consultant assumes all risk of personal injury, and all risk of damage to or loss of personal property furnished by him. Consultant shall timely provide a copy of its current "Certificate of Insurance" to TRINITY, which shows the extent to which Consultant's insurance is established.

Consultant hereby agrees to hold harmless and indemnify TRINITY against all claims (including reasonable expenses of litigation or settlement) by any person or corporation for death, personal injury or loss of damage to, or loss of use of

PLAINTIFF'S EXHIBIT 5

KG 000005

property or patent or trademark infringement arising out of or resulting from the use of the plans, drawings, specifications, data and equipment that are the subject of this Agreement.

A failure on the part of Consultant to comply with the terms, covenants and conditions of this Agreement shall empower TRINITY, in its discretion, to begin injunctive proceedings or such other action that it may deem advisable to bring against Consultant or any other person.

## ARTICLE XII - DRUG FREE WORKPLACE

The Consultant acknowledges that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in TRINITY's workplace. As a condition of acceptance of this Agreement, the Consultant agrees not to engage in the unlawful manufacture, distributing, dispensing, possession, or use of a controlled substance in the performance of this Agreement. The Consultant shall notify TRINITY of any criminal drug statute conviction within five days of such a conviction occurring during the period of this Agreement. A violation of this provision shall be cause for immediate termination of this Agreement for default.

## ARTICLE XIII - CHANGES

(1) TRINITY may, at any time, make changes in the scope of the Agreement, in the definition of services or tasks to be performed and the time (i.e., hours of the day, days of the week, etc.) and place of performance thereof. If any such changes cause an increase or decrease in the estimated cost of, or the time required for, the performance of any part of the work under this Agreement, or otherwise affects any other provision of this Agreement, an equitable adjustment shall be made:

a. In the Total Estimated Cost, or such other reimbursable costs as may be reasonable and applicable to such Changes; and/or

b. In the time provided for the performance of the Work; and/or

c. In such other provisions of the Agreement as may be so affected; and the Agreement shall be modified in writing accordingly.

(2) Any changes to the Agreement issued under this or any other provisions herein will be via a written Amendment or Change Order to the Agreement, to include the confirmation of any verbal or written direction provided by TRINITY, or any equitable adjustments due hereunder.

(3) Any claim by Consultant for adjustment under this Article must be asserted within thirty (30) days from the receipt by Consultant of this notification of change; provided, however, that TRINITY, if it decides the facts justify such action, may receive an act upon such claim asserted at any time before final payment. Nothing in this provision shall excuse Consultant from proceeding with the Agreement as changed.

## ARTICLE XIV - NON-WAIVER OF RIGHTS

Neither TRINITY's review, approval nor acceptance, nor payment for any of the services required by this Agreement shall be construed to operate as a waiver of any rights or of any course of action available under the terms of this Agreement.

## ARTICLE XV - GOVERNING LAW

The Agreement and the rights of the parties under this Agreement shall be governed by and enforced in accordance with the laws of Virginia, and it is hereby agreed that this Agreement shall be deemed executed in Virginia regardless of the actual place of signature or other act by the parties, or the actual place of performance.

## ARTICLE XVI - PUBLICITY

No information concerning this Agreement, or the services provided for herein shall be released by the Consultant for publication, advertising or for any other purpose without the prior written approval of TRINITY.

## ARTICLE XVII - WARRANTY

Consultant warrants the competence of its professional technical fiand engineering services and that the services provided hereunder by Consultant shall (1) conform to customarily accepted standards of care and practice appropriate to the nature of the professional services rendered, (2) comply in all respects with the requirements of this Agreement, the attachments hereto, and any Task Orders issued hereunder, and (3) be suitable for their intended purpose.

PLAINTIFF'S EXHIBIT 47

KG 000006

ARTICLE XVIII - APPLICATION

Notwithstanding the expiration of the term of this Agreement or its termination for any reason whatsoever, the Consultant and TRINITY mutually agree that the respective rights and obligations set forth in the Agreement (excepting where such rights and obligations are expressly limited to the period of the Agreement) shall continue in full force and effect until they have been completely exercised or fulfilled, as the case may be.

ARTICLE XIX - COMPANY'S TECHNICAL REPRESENTATIVE (CTR)

The CTR is the official project sponsor and interface with the Consultant and is responsible for monitoring the technical aspects of the Consultant's performance. This clause shall define the roles and functions of TRINITY's CTR for performance under the Consultant Agreement, as follows: (1) Assign tasks, deliverables, or service to the Consultant that includes technical direction and delivery requirements pursuant to the Statement of Work of this Agreement; and (2) review all of Consultant's invoices for allocability, appropriateness, timeliness, and reasonableness pursuant to the Payments clause of this Agreement.

ARTICLE XX - ENTIRETY OF AGREEMENT

This document and any resulting Task Orders constitute the entire Agreement between the parties hereto and may not be changed except by an instrument in writing. It is mutually covenanted and agreed that the various provisions of this Agreement shall be construed as cumulative, and not one of them is exclusive of the other, or exclusive of any right allowed by law.

If any term, provision, paragraph or clause of this Agreement or any application thereof shall be invalid or unenforceable for any reason in any particular jurisdiction, the remainder of this Agreement and any other application of such term, provision, paragraph or clause shall not be affected thereby in such jurisdiction (where such remainder or application shall be construed as if such invalid or unenforceable term, provision, paragraph or clause had not been inserted), and this Agreement and such application of such term, provision, paragraph or clause shall not, in any manner, be affected thereby in any other jurisdiction.

All provisions that by their terms should survive this Agreement shall survive the termination of this Agreement.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date first shown above.

| TRINITY TECHNOLOGY GROUP, INC. | THE KREITZER GROUP |
|---|---|
| By: | By: |
| Name: James B. Smith | Name: Kayne Kreitzer |
| Title: Senior Vice-President, Operations | Title: Consultant |
| Date: 2/08/2021 | Date: 02/08/2021 |

PLAINTIFF'S EXHIBIT 47

KG 000007

**Attachment A**
**Scope or Statement of Work**

Provide the following consultant services:

- Kreitzer Group, LLC will be providing Microsoft software/licenses effective May 1, 2021.

- Explanation of current architecture of Trinity Technology Group's on-premises and cloud systems, to include laptops, desktops, mobile devices, printers, email, and Concourse (Lanteria HR)

- Guidance on device/cloud infrastructure changes to ensure compliance with federal IT standards

- Assist outsourced IT organization with migration of email/chats/files from Office 365 Commercial to Office 365 Government Community Cloud (GCC)

- Perform migration of Concourse (Lanteria HR) from current Microsoft Azure environment to a Trinity owned Azure subscription

- Coordinate with Lanteria LLC to install latest version of their software

- Maintenance of the Concourse (Lanteria HR)/SharePoint platform

- Guidance on separation of any remaining IT services from current vendor



PLAINTIFF'S EXHIBIT 47

KG 000008

VIRGINIA - SCC                    https://cis.scc.virginia.gov/EntitySearch/BusinessInformation?busine...

## Entity Information

### Entity Information

|  |  |
|---|---|
| Entity Name: | Kreitzer Group, LLC |
| Entity ID: | 11209321 |
| Entity Type: | Limited Liability Company |
| Entity Status: | **Active** |
| Series LLC: | No |
| Reason for Status: | Active |
| Formation Date: | 04/12/2021 |
| Status Date: | 05/19/2024 |
| VA Qualification Date: | 04/12/2021 |
| Period of Duration: | Perpetual |
| Industry Code: | 0 - General |
| Annual Report Due Date: | N/A |
| Jurisdiction: | VA |
| Charter Fee: | N/A |
| Registration Fee Due Date: | Not Required |

### Registered Agent Information

|  |  |
|---|---|
| RA Type: | Individual |
| Locality: | ALEXANDRIA CITY |
| RA Qualification: | Member or Manager of the Limited Liability Company |
| Name: | Kayne S Kreitzer |
| Registered Office Address: | 430 N Henry St #2, Alexandria, VA, 22314, USA |

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us (https://www.scc

olk  contact.aspx)          (https://www.facebook.com/VirginiaStateCorporationCommissio



VIRGINIA - SCC                                              https://cis.scc.virginia.gov/EntitySearch/BusinessInformation?busine...

Principal Office Address

Address:  430 N Henry St #2, Alexandria, VA, 22314, USA

Filing History      RA History      Name History      Previous Registrations      Protected Series

Garnishment Designees      Image Request

( Back )  ( Return to Search )  ( Return to Results )

Back to Login

PLAINTIFF'S
EXHIBIT
48

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 11181212
Filing Number: 2102202941419
Filing Date/Time: 02/20/2021 09:29 PM
Effective Date/Time: 02/20/2021 09:29 PM

## Fictitious Name - Fictitious Name Certificate

### Fictitious Name

Fictitious Name:   Kreitzer Group

### Applicant Information

| Name | Address | Email |
|---|---|---|
| Kayne S Kreitzer | 430 N Henry St #2, Alexandria, VA, 22314, USA | kayne@kreitzergroup.com |

### Signature Information

Date Signed: 02/20/2021

| Printed Name | Signature | Title |
|---|---|---|
| Kayne S Kreitzer | Kayne S Kreitzer | Owner |



PLAINTIFF'S
EXHIBIT
44

## Jamal Parker

| | |
|---|---|
| **From:** | Jamal Parker <jamalp@taurangroup.com> |
| **Sent:** | Friday, March 12, 2021 1:01 PM |
| **To:** | Kayne Kreitzer (TMG) |
| **Subject:** | FW: Migration |
| **Attachments:** | Trinity_Technology_Group_M365_Tenant_to_M365_GCC_Tenant_Migration_SOW_03102021.docx |

FYI,

This sorta brings you up to speed on this.

**From:** Bruce Kuhlman <bkuhlman@krcont.com>
**Sent:** Thursday, March 11, 2021 6:40 PM
**To:** Parker, Jamal <jparker@trinitytechnologygroup.com>
**Cc:** Smith, James <jims@trinitytechnologygroup.com>
**Subject:** Re: Migration

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Fantastic Jamal! Thank you very much for this update!

Bruce Kuhlman
President
KR Contracting Inc
301-797-7569

---

**From:** Parker, Jamal <jparker@trinitytechnologygroup.com>
**Sent:** Thursday, March 11, 2021 2:15:24 PM
**To:** Bruce Kuhlman <bkuhlman@krcont.com>
**Cc:** Smith, James <jims@trinitytechnologygroup.com>
**Subject:** RE: Migration

Bruce,

Below is the basic outline of the items that are left for this migration and the approximate amount of time that it will take to complete each. There are lots of variables to account for and I've tried to notate as necessary for clarity. Attached is the original SOW from TMG to complete the work, updated to reflect what's already been done.

March 12-15
Delta mail copy ~4 hours
Delta OneDrive copy ~4 hours
Teams ~10 hours
  • The last Teams structure approved by Bill Scott will be used to set up the new Teams structure in such a way as to maximize AO usability.
March 16-20
Classic SharePoint Sites ~5 hours
  • Contracts - Home (sharepoint.com)

1



- Corporate - Accounting - Home (sharepoint.com)
- Corporate - HR - HR Staff - All Documents (sharepoint.com)
- Executive - Home (sharepoint.com)
- general – General SP - All Documents (sharepoint.com)
- Operations - Home (sharepoint.com)
- https://ttg2-portal1.sharepoint.com/sites/OLDFILES
- https://ttg2.sharepoint.com/sites/proposal

Intune ~8 hours

- Replicate policies & config into new tenant
- Upload applications & config into tenant
- Figure out TeamViewer licensing
- Transfer ownership of iPhones to new tenant

March 20-26

Port all phone numbers to new tenant (contact Microsoft) ~3 hours -Will have to allow for 3rd Party porting
Port Passengers First # and Fax Lines ~2 hours -Will have to allow for 3rd Party porting
Move Azure Subscription to new tenant ~2 hour
ZeeDrive Config ~2 hours
Final Cutover ~12 hours

- Final Mail Pass ~1 hour
- Final OneDrive Pass ~1 hour
- Wiping all machines ~ 8 hours
- Update MX records in DNS for new tenant ~1 hour
- Update DMARC & SPF ~1 hour

These are the open items that we will be tackling over the next few weeks.

The intent is to complete this by March 29th.
We are currently assessing the level of effort to move over Lanteria & Concourse and will provide a separate time/cost estimate for this.

We'll be doing the Delta Migrations starting tomorrow, once we've verified the internet connection at Sanford and have gathered the necessary hardware information from the site(s).

Let me know if you need anything else.

Regards,

**From:** Bruce Kuhlman <bkuhlman@krcont.com>
**Sent:** Wednesday, March 10, 2021 11:42 AM
**To:** Parker, Jamal <jparker@trinitytechnologygroup.com>
**Cc:** Smith, James <jims@trinitytechnologygroup.com>
**Subject:** Re: Migration

CAUTION: This email originated from outside of the organization.  Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jamal,

2



Thank you for the update.  Please provide me a timeline for the total project, to include milestones and estimated completion date.

**Best Regards,**

**Bruce R Kuhlman**

**President/CEO**





KR Contracting, Inc.

Trinity Technology Group

223 N Prospect St Ste 105

Hagerstown, MD  21740

O:  301-797-7569

F:  301-733-5161

Email: bkuhlman@krcont.com

     www.krcont.com

3



THIS COMMUNICATION AND ANY ATTACHMENTS MAY CONTAIN CONFIDENTIAL AND/OR PROPRIETARY MATERIAL and is for use only by the intended named recipient(s). If you received this in error, please contact the sender and immediately delete this e-mail and its attachments from all computers without copying or disclosing it.

**From:** Parker, Jamal <jparker@trinitytechnologygroup.com>
**Sent:** Tuesday, March 9, 2021 7:18 PM
**To:** Bruce Kuhlman <bkuhlman@krcont.com>
**Cc:** Smith, James <jims@trinitytechnologygroup.com>
**Subject:** RE: Migration

Hello Bruce,

Quick update.  It appears that the Sanford airport did not include our termination points when the did the remodeling. They will be working tomorrow to get us connected from their termination point. Our secure wifi is up and operational and now reaches all of the locations where we are working.  When the work is completed tomorrow, Kayne will go back on Thursday morning to make sure that it's running and we're connected correctly.

We can't do the migration unless all locations are connected, so this has taken priority.  We do think however, that we'll still be able to leverage him being onsite and at the very least be able to spare sending SFB's equipment here.

We're working out potentially visiting SRQ and resetting their units onsite as well.

I'll forward more info once we've gotten over the connectivity issue.

**From:** Bruce Kuhlman <bkuhlman@krcont.com>
**Sent:** Monday, March 8, 2021 7:39 AM
**To:** Parker, Jamal <jparker@trinitytechnologygroup.com>
**Cc:** Smith, James <jims@trinitytechnologygroup.com>
**Subject:** Re: Migration

> CAUTION: This email originated from outside of the organization.  Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sounds good, thank you!

Bruce Kuhlman
President
KR Contracting Inc
301-797-7569

**From:** Parker, Jamal <jparker@trinitytechnologygroup.com>
**Sent:** Sunday, March 7, 2021 8:47:11 PM
**To:** Bruce Kuhlman <bkuhlman@krcont.com>
**Cc:** Smith, James <jims@trinitytechnologygroup.com>
**Subject:** Re: Migration

Thank You Bruce,



PLAINTIFF'S
EXHIBIT
50

Putting this all together for you. One plus is that we won't need the laptops now as we can use the units returned from the old exec team. This is a big help. Also we currently have someone in Florida so we may be able to do this without a lot of the logistical hurdles we would otherwise face.

I'll get you a brief after I have some Monday morning meetings to get updated information.

Regards,

Regards,

**From:** Bruce Kuhlman <bkuhlman@krcont.com>
**Sent:** Friday, March 5, 2021 11:39:20 AM
**To:** Parker, Jamal <jparker@trinitytechnologygroup.com>
**Cc:** Smith, James <jims@trinitytechnologygroup.com>
**Subject:** Re: Migration

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning Jamal,

Let's green light this migration. Please provide me with a project timeline from start to completion.

**Best Regards,**

**Bruce R Kuhlman**

**President/CEO**



DEPENDABILITY · INTEGRITY · PROFESSIONALISM



Integrity, Value and Service for National Security



PLAINTIFF'S EXHIBIT
50

KR Contracting, Inc.

Trinity Technology Group

223 N Prospect St Ste 105

Hagerstown, MD  21740

O:  301-797-7569

F:  301-733-5161

Email: bkuhlman@krcont.com

        www.krcont.com

THIS COMMUNICATION AND ANY ATTACHMENTS MAY CONTAIN CONFIDENTIAL AND/OR PROPRIETARY MATERIAL and is for use only by the intended named recipient(s). If you received this in error, please contact the sender and immediately delete this e-mail and its attachments from all computers without copying or disclosing it.

**From:** Parker, Jamal <jparker@trinitytechnologygroup.com>
**Sent:** Wednesday, February 3, 2021 4:19 PM
**To:** Bruce Kuhlman <bkuhlman@krcont.com>
**Cc:** Smith, James <jims@trinitytechnologygroup.com>
**Subject:** Re: Migration

Good afternoon,

Sorry if I created any confusion here.

The overnighting of the laptops at best will mean the satellite offices will be without computers for at least 2 days. Operationally that will not work. I plan to minimize this by having the units sent over the weekend cutting out one of those days. The new units will allow for the remote offices to at least have one machine available until the others are returned and then ultimately they would be issued to corporate staff that will need access to the GCC Server.

Tauran is Trinity's I.T. support vendor. Their management of our hardware and software is covered under our contract.  There would also be no way for one person to update 30 computers over a weekend, it will take a team and even then it's aggressive.

The InTune software that I mentioned in previous emails is our Device Management System. Specifically, it will not allow our computers to be reassigned or used by anyone not authenticated through our tenant which mean they will not be able to be used on the new Tenant once the DNS is updated without the unit not having been updated manually.

Let me know if there is anything else.

Regards,

6



Regards,

**From:** Bruce Kuhlman <bkuhlman@krcont.com>
**Sent:** Wednesday, February 3, 2021 3:13:46 PM
**To:** Parker, Jamal <jparker@trinitytechnologygroup.com>
**Cc:** Smith, James <jims@trinitytechnologygroup.com>
**Subject:** Re: Migration

CAUTION: This email originated from outside of the organization.  Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jamal,

Not sure I understand why we need to purchase 3 new laptops if the PM's are overnighting theirs to you and in turn you mail them back?  Also, why do you need to work with Tauran to complete this project?

Also, what program is installed to prevent theft?


**Best Regards,**




**Bruce R Kuhlman**

**President/CEO**



DEPENDABILITY · INTEGRITY · PROFESSIONALISM


KR Contracting, Inc.

Trinity Technology Group

7



223 N Prospect St Ste 105

Hagerstown, MD  21740

O:  301-797-7569

F:  301-733-5161

Email: bkuhlman@krcont.com

www.krcont.com

THIS COMMUNICATION AND ANY ATTACHMENTS MAY CONTAIN CONFIDENTIAL AND/OR PROPRIETARY MATERIAL and is for use only by the intended named recipient(s). If you received this in error, please contact the sender and immediately delete this e-mail and its attachments from all computers without copying or disclosing it.

**From:** Parker, Jamal <jparker@trinitytechnologygroup.com>
**Sent:** Thursday, January 28, 2021 1:57 PM
**To:** Bruce Kuhlman <bkuhlman@krcont.com>
**Cc:** Smith, James <jims@trinitytechnologygroup.com>
**Subject:** Migration

Good Day,

I am confirming your email and I have reached out as instructed.  I will proceed through the migration steps as originally planned and keep you guys in the loop as we go.

I'd like to purchase the new laptops so that I can do a complete refresh on the equipment in the field. Since our hardware is 'locked to prevent theft' in Trinity's Commercial Tenant, I'll have to have these machines in hand to remove them and reinstall them to the Government tenant.  The 3 laptops, that I mentioned will be set up on the new tenant and would 1 each go to each airport for the PM.  I will have all the field units Overnighted on a Friday at the close of business and I'll work over the weekend with Tauran and get them all wiped, refreshed and correctly upgraded for the new tenant.  I plan to be able to overnight the units back the following Mon & Tues to the field to minimize impact.

After the switch, the additional surface laptops can go to Bruce, Stacy and maybe Ernest since they'll need seamless access to the space.

May I proceed as planned?

Regards,



**Jamal Parker**
**Director of Information Technology**
Trinity Technology Group, Inc. a wholly owned subsidiary of KR Contracting, Inc.
(703) 345-1665 | JParker@trinitytechnologygroup.com
www.TrinityTechnologyGroup.com
10687 Gaskins Way Ste 200 | Manassas, VA 20109

8



**TAURAN MANAGEMENT GROUP**

Integrity | Ingenuity | Innovation

# Statement of Work

**M365 Tenant to M365 GC Tenant Migration**
Trinity Technology Group





## SOW Agreement Date

THIS STATEMENT OF WORK AGREEMENT ("Agreement") is made May 18, 2020 ("Effective Date") between TAURAN MANAGEMENT GROUP (TMG) and Trinity Technology Group ("Customer").

## Project Description and BOM

### Project Overview:

Customer would like to migrate their existing Microsoft 365 Tenant (Source) to new Microsoft Government Cloud 365 Tenant (Destination). This includes mailboxes, calendars, and document migrations. Cutoff from M365 to M365 GC for customer mail will be managed with a project plan to ensure proper communication takes place and all items are migrated effectively.

### Project Deliverables:

The following deliverables accurately represent all required outcomes for this project at a high-level overview:

- Project kickoff meeting:
  - Set expectations and timelines for project End-user notification requirements
  - End-user notification requirements Remote access procedures (VPN access, blackout times, etc.).
  - Remote access procedures (VPN access, blackout times, etc.).
- Receive Global Admin credentials and login via secure channels from client. Configure source and destination environments for migration
- Configure source tenant and destination tenant environments for migration
- Receive and verify all users and data to be migrated.
  - Items Migrated:
    - Exchange Online:  Inbox, Folders, Email, Contacts, Calendars, Tasks, Journals, Notes, Server-Side Rules, Folder Permissions, and Public Folders (with subfolders).
    - OneDrive for Business: Folders Shared Folders, Permissions, Code Files (Xml, cs, cpp, h, etc.), Forms, Executables (exe), Videos (avi, mp4, etc.), Audio Files (mp3, wav, etc.)
    - SharePoint Online: Everything except: Site logos and customization, Task lists, Custom tasks, News feed, Versioning, and Metadata.
      - *SharePoint site mapping will change for all sites, and customizations will be required to be re-performed by the end-user SharePoint administrator*
- Prepare migration workflow
- Test migrate pilot account (or batch of accounts)
- Verification of data migration to Destination tenant. (*Client sign off required*)
- Remove all migration related software and components from both customer environment and Office 365 tenant.
- Fully decommission Source tenant and Delete
- Collate, prepare, and deliver complete project documentation.



PLAINTIFF'S
EXHIBIT
50

**TAURAN MANAGEMENT GROUP**
Integrity | Ingenuity | Innovation

### Project Timeline:

| M365 Tenant to M365 GCC Tenant Migration | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Delta Email | Delta OneDrive | Teams | Share Point | InTune | Phone Port | Pass. 1st | Azure | Zee Drive | Final Cutover |
| 4 Hrs. | 4 Hrs. | 1010 Hrs. | 5 Hrs. | 8 Hrs. | 3 Hrs. | 2 Hrs. | 2 Hrs. | 2 Hrs. | 12 Hrs. |

## Out of Scope Services

Service provider is responsible to perform only the Services described in this Statement of Work Agreement. Any additional services discussed or implied that are not defined explicitly by this SOW will be considered out of Scope. All services requested outside of this SOW as detailed above will require a "Change Order" before any services are performed. "Change Order" must be agreed upon by all parties and signed.

## Completion Criteria

Service provider has completed its responsibilities to this Statement of Work when the above deliverables are completed and customer signs off.

## Client Responsibilities

- Client will have a single point of contact assigned to this project to work in conjunction with TMG Service Provider engineers. Said contact will be available during all scheduled work to be performed and able to communicate with TMG Service Provider engineers if needed.
- Client will have M365 Government Cloud tenant ready for engagement
- Client is responsible for purchasing Microsoft licenses
- Any on-site work will be considered the appointed point of contact's responsibility.
- Client is solely responsible for the "health" of environment, network, and infrastructure. If "health" of environment etc. is deemed incompatible or unstable by TMG Service Provider engineers, work will be stopped until the issues have been rectified.
- Client will provide TMG Service Provider (through secure channels) stable access to network and tenant, login credentials, and Global/Super Admin rights.
- Provide remote session for engineers to perform work under this SOW.
- SharePoint site mapping will change for all sites, and customizations will be required to be re-performed by the end-user SharePoint administrator

## Key Assumptions

The key assumptions for this project are:

- All work will be performed during normal business hours, Monday through Friday, 8:30 a.m. to 5:30 p.m., except holidays unless otherwise agreed to in advance.
- All work performed after normal business hours will be an additional charge.

Page 3 of 5



**PLAINTIFF'S EXHIBIT 50**



- All tasks will be performed over a consecutive timeframe unless otherwise agreed to by all parties.
- All required licenses will be purchased and provided by the customer prior to engagement.
- Project timeline is only an estimate and may change during the project.
- All work will be performed remotely.
- TMG Service Provider will complete work utilizing Microsoft "Best Practices".
- TMG Service Provider is not responsible for "health" of the client's environment, network, or infrastructure.
- TMG Service Provider will in "good faith" work within the client's schedule and time frame to ensure as little down time as possible (i.e. after normal business hours/ weekends) and to complete project in timely manner.  However, during unforeseen events, (death, illness, acts of nature, etc.) TMG Service Provider reserves the right to reschedule as needed.
- TMG Service Provider will provide thorough documentation of work performed during project at sign off from client.
- Work requested outside the parameters of this document will be considered "out of scope" and a change order will be implemented.



PLAINTIFF'S
EXHIBIT
50



**TAURAN MANAGEMENT GROUP**
Integrity | Ingenuity | Innovation

## Services Pricing

The fees associated with this engagement are shown in the following table. Amounts shown are in $USD:

| Description | QTY | Rate | Total |
|---|---|---|---|
| M365 to M365 GCC User Migration Software | 57 | $19.99 | $1,139.43 |
| M365 to M365 GCC Email Migration Software | 275 | $9.99 | $2,747.25 |
| M365 (OneDrive, Teams, SharePoint) to M365 GCC (<5TB) | 1 | $3,500.00 | $3,500.00 |
| Less Credits & Payments | | 10/20/2020 Payment -$1139.43 | |
| Total Cost (including estimated expenses) | | | $6,247.25 |

*TMG reserves the right to invoice the customer $350.00 if the job is canceled in less than 48 hours of scheduled project start.

Pricing is valid for 30 days.  Service provider requires advance notice for scheduling of resources.

IN WITNESS HEREOF, the parties hereto have caused this Statement of Work Agreement to be executed by their duly authorized representatives on the dates set forth below.

Accepted: TMG                                   Accepted:

By: _____            By: _____

Name:_____            Name: _____

Title: _____            Title: _____

Date: _____            Date: _____

PLAINTIFF'S
EXHIBIT

50

| From: | Jamal Parker |
|---|---|
| To: | TMG Accounting |
| Cc: | Beth Parker |
| Subject: | FW: New invoice from Kayne Kreitzer |
| Date: | Wednesday, March 10, 2021 10:55:51 AM |

These activities are all covered under the $75 per month / per computer 'Total Care' package that Trinity has. This should not be billed through to them.

Dues date on this is 3/22.

Regards,

**From:** Kayne Kreitzer <connect@e.connect.intuit.com>
**Sent:** Wednesday, March 10, 2021 9:58 AM
**To:** Jamal Parker <jamalp@taurangroup.com>
**Subject:** New invoice from Kayne Kreitzer

You can find your invoice details below. Your business is appreciated.

Thanks,

Kayne Kreitzer

INVOICE #176

TO
**Tauran Management Group**
jamalp@taurangroup.com

# $1,200.00

PAYMENT DUE **22 Mar, 2021**


View Invoice

© 2021 Intuit Inc. All rights reserved. Privacy | Terms


PLAINTIFF'S
EXHIBIT
51

EXHIBIT E.2

# Invoice #176

Mar 10, 2021

| BILL TO | FROM |
|---|---|
| **Tauran Management Group** | **Kayne Kreitzer** |
| 21 N Broad St Suite D | 430 N Henry St #2 |
| Luray, VA 22835 | Alexandria, VA 22314 |
| jamalp@taurangroup.com | Kayne@KreitzerGroup.com |
| | +1 6034960762 |

| INVOICE ITEMS | AMOUNT |
|---|---|
| 3/2/21 - Call with Jamal and Ivette to discuss trip to Sanford and remaining issues (.5 hr); Investigation of Sanford issues & Going through Printix logs and settings (2 hrs.)<br>2.50 hrs x $75.00/hr | $187.50 |
| 3/2/21 - Changed password for printer account and updated on three printers in SRQ (1.5 hrs)<br>1.50 hrs x $75.00/hr | $112.50 |
| 3/9/21 - On site at SFB resolving internet issues (12 hr.)<br>12 hrs x $75.00/hr | $900.00 |

# $1,200.00

PAYMENT DUE **MAR 22, 2021**

MESSAGE

Thanks for your business.



PLAINTIFF'S EXHIBIT
51

EXHIBIT E.3

# Invoice #179

Apr 11, 2021

BILL TO

**Tauran Management Group**
21 N Broad St Suite D
Luray, VA 22835
accounting@taurangroup.com

FROM

**Kayne Kreitzer**
430 N Henry St #2
Alexandria, VA 22314
Kayne@KreitzerGroup.com
+1 6034960762

| INVOICE ITEMS | AMOUNT |
| --- | --- |
| Migration Services<br>44 hrs x $75.00/hr | $3,300.00 |

# $3,300.00

PAYMENT DUE **MAY 11, 2021**

MESSAGE
Thanks for your business.



PLAINTIFF'S EXHIBIT
52

 Conversation with Teresa Santelli  >  **Teresa Santelli May 3, 2021**

 **Teresa Santelli**  5/3 12:04 PM
Good afternoon **Jamal Parker**. I was just in Trinity Teams but now it's telling me that I've been locked out

PLAINTIFF'S
EXHIBIT
**53**



# (703) 899-6553

Other · (703) 899-6553

May 3, 12:25 PM · Outgoing · 21s



PLAINTIFF'S
EXHIBIT
54



# (703) 899-6553

Other · (703) 899-6553

May 3, 1:36 PM · Outgoing · 47s



PLAINTIFF'S EXHIBIT 54



# (703) 899-6553

Other · (703) 899-6553

May 3, 2:14 PM · Incoming · 3m



PLAINTIFF'S
EXHIBIT
54

| | |
|---|---|
| **From:** | Dobbs, Aaron |
| **To:** | Beth Parker |
| **Subject:** | Follow-Up |
| **Date:** | Tuesday, May 18, 2021 2:09:56 PM |

Hi Beth – I spoke with Jim regarding our conversation yesterday with respect to the Microsoft licenses & Azure consumption. I feel like I'm just playing telephone between everyone here, but below in italics is his response.

*Beth contacted me on 5/3 regarding the Microsoft licenses and that we had until COB on 5/4 to respond. Before I had a chance to respond, the Microsoft licenses were deleted the evening of 5/3. Therefore, there should be no charge since they were deleted on 5/3.*

*Concourse will be fully migrated on 5/21. Tauran should submit the Azure invoice once Concourse is migrated.*

Aaron Dobbs

Vice President Finance

Trinity Technology Group, Inc.

KR Contracting

aaron.dobbs@trinitytechnologygroup.com

Office: (276) 243-2298

Mobile: (703) 981-6651



PLAINTIFF'S
EXHIBIT

55