# TAURAN MANAGEMENT GROUP
Integrity | Ingenuity | Innovation

## ATTACHMENT A
### MICROSOFT CONFIRMATION OF DELEGATED ADMINISTRATION CHANGES

**From:** Microsoft Online Services Team <msonlineservicesteam@email.microsoftonline.com>
**Date:** May 3, 2021 at 6:03:55 PM EDT
**To:** ithelpdesk@trinitytechnologygroup.com
**Cc:** cspsupportus@synnex.com
**Subject: Important: confirmation of delegated administration changes**
**Reply-To:** "BOSreply@microsoft.com" <reply-fe9e157375670c7f75-108_HTML-1369563683-1014838-51404@email.microsoftonline.com>

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Confirmation: SYNNEX365 no longer has administrative permissions. | View this email in your browser.

SYNNEX365 no longer has administrative permissions



**Organization:** Trinity Technology Group
**Name:** Kayne Kreitzer
**User ID:** Kayne.kreitzer@trinitytechnologygroup.com

This message confirms that SYNNEX365 has been removed from the delegated administrator list for your Microsoft Online Services account by your company representative, Kayne.kreitzer@trinitytechnologygroup.com.

Partner Support Information:

|  |  |
|---|---|
| **Delegated administrator:** | SYNNEX365 |
| **E-mail address:** | cspsupportus@synnex.com |
| **Phone number:** | 844-834-6121 |

Terms of delegated administration

If you want to re-authorize this partner to act as a delegated administrator for your online services account, you can request that the partner send you a new delegated administration offer.

Sincerely,
The Microsoft Online Services Team

This is a mandatory service communication. To set your contact preferences for other communications: click here.

This message was sent from an unmonitored e-mail address. Please do not reply to this message.
Privacy | Legal



Microsoft Office
One Microsoft Way
Redmond, WA
98052-6399 USA

 1 N Broad Street, Suite A
Luray, VA 22835

 1 (540) 742-7420

 info@taura...

 PLAINTIFF'S EXHIBIT 56



## Tauran Management Group LLC no longer has administrative permissions

**Organization:** Trinity Technology Group
**Name:** Kayne Kreitzer
**User ID:** Kayne.kreitzer@trinitytechnologygroup.com

This message confirms that Tauran Management Group LLC has been removed from the delegated administrator list for your Microsoft Online Services account by your company representative, Kayne.kreitzer@trinitytechnologygroup.com.

Partner Support Information:

| | |
|---:|---|
| **Delegated administrator:** | Tauran Management Group LLC |
| **E-mail address:** | support@taurangroup.com |
| **Phone number:** | (540) 742-7420 |

Terms of delegated administration

If you want to re-authorize this partner to act as a delegated administrator for your online services account, you can request that the partner send you a new delegated administration offer.

Sincerely,
The Microsoft Online Services Team



PLAINTIFF'S
EXHIBIT
56

# TAURAN MANAGEMENT GROUP
### Integrity | Ingenuity | Innovation

## EXHIBIT G

### MAY 3, 2021 TEXT MESSAGES WITH KAYNE KREITZER

**Kayne Kreitzer**

Monday, May 3, 2021 · 7:01 PM

It appears that TMG no longer has a azure.us instance. Please tell me I'm mistaken somehow

That can't be right - what username are you using?

My email address and password as normal. It says that there Is no TauranGroup.com domain

That's not the right format for username. Just a sec - I will look it up.

I'm exhausted with just the thought of all of this. I don't like second guessing people and their intentions .. it's too much ☹ - Thanks

Really? You are locking me out of my accounts?

Me locking YOu out?

Oh yeah I did

It's unlocked.

---

**Kayne Kreitzer**

I hope you DO understand what a terrible situation this has put us in

Sorry for being frustrated

I completely understand, but I hope you see the terrible situation I have been put in as well.

Yes... I think we BOTH should say Screw Them... (that's just me ☺ ) I think what they are doing is wrong. Using you to do it makes it gut wrenching. I could have left there happy. Instead they've taken that chance from me and as a kicker, ruining a really good friendship... and all for NO reason. Everyone should have just been upfront with me, I would have NEVER harmed Trinity.

...I guess I'm saying, that you can always tell them 'no'. It's no skin off your back - Either way please let me know what you're going to do. I'd appreciate knowing at least that upfront. Thx

Monday, May 3, 2021 · 9:17 PM

I see from the Synnex change, you've made your decision

9:17 PM · SMS

---

 1 N Broad Street, Suite A
Luray, VA 22835

 1 (540) 742-7420

✉ info@taurangrou

**PLAINTIFF'S EXHIBIT**
**57**

| Products | Vendor Catalog ∨ | Customers ∨ | Subscriptions & Analytics ∨ | Storefront ∨ | Integration ∨ | | | |
|---|---|---|---|---|---|---|---|---|

Subscriptions & Analytics / Customer Management

**Dashboard**

**Report Console**

**Quotes**

**My Saved Solutions**

**Customer 12  Contracts 32**

🔍 Search Customer Name

**Filter Options**
- ☐ Contracts with Alert ⚠
- ☐ Suspended Contracts

▾ All Customers
  - ▸ 0–9(1)
  - ▸ A(1)
  - ▸ B(1)
  - ▸ M(1)
  - ▸ S(3)
  - ▾ T(4)
    - Tauran Management Group LLC
    - Teams Account #13770923
    - Trinity Technology GCC
    - Trinity Technology Group
  - ▸ V(1)

**Trinity Technology GCC**

| Contract Number ∨ | | 🔍 Search |
|---|---|---|

Contracts ② | Services Summary ② | Storefront Access ② | Agreements ⑦     🛒 Add New Subscription

| Contract Number | Vendor Name | Start Date | End Date | Billing Model | Contract Status | Subscription Status |
|---|---|---|---|---|---|---|
| 527238 | MICROSOFT CORP/CSP | 01/01/2021 | 12/31/2021 | Reseller Billing | Suspended | Cancelled |
| 561225 | MICROSOFT CORP/CSP | 05/01/2021 | 04/30/2099 | Reseller Billing | Suspended | Cancelled |
| 519308 | MICROSOFT CORP/CSP | 11/01/2020 | 10/31/2021 | Reseller Billing | Suspended | Cancelled |
| | | | | | | Cancelled |
| | | | | | | Cancelled |

**Contract Changes**                                                                    ✕

| 04/21/2021 | – | 07/21/2021 📅 | All ∨ | Product ∨ | 🔍 Search | Reset | 📥 |
|---|---|---|---|---|---|---|---|

| Activity Log | Change Log | Entry By | Entry Source | Date Time |
|---|---|---|---|---|
| Update Service (O365 GCC G5) | Service Cancelled | JD Parker | STELLR | 05/03/2021 06:37:12 PM PDT |
| Update Service (O365 GCC G5) | Auto Bill Flag changed to N | JD Parker | STELLR | 05/03/2021 06:37:12 PM PDT |
| Update Service (M365 Domestic Calling -GCC) | Service Cancelled | JD Parker | STELLR | 05/03/2021 06:36:49 PM PDT |
| Update Service (M365 Domestic Calling -GCC) | Auto Bill Flag changed to N | JD Parker | STELLR | 05/03/2021 06:36:49 PM PDT |
| Total: 4 | | | | |

📑 🔲  📋 Contract Changes

| | | | | | | | Billing Start / End Date |
|---|---|---|---|---|---|---|---|
| M365 Domestic Calling -GCC | MICROSOFT CORP/CSP | 33 | $396.00 | $396.00 ▦ | Monthly | Cancelled ✎ ...Seats | 10/01/2020 ~ 09/30/2021 |
| | | | | | | ...Seats | 10/01/2020 ~ 09/30/2021 05/03/2021 |
| Total: 1 | | | | | | | |

⚠ Pricing does not include any applicable tax.

| Tools | What's New? | Supports Links |
|---|---|---|


PLAINTIFF'S EXHIBIT 58

EXHIBIT H



Integrity, Value and Service for National Security

May 4, 2021

Ms. Elizabeth Parker
Tauran Management Group
21 North Broad Street
Suite D
Luray, VA  22635

RE: Termination for Convenience, Subcontract 2020-TAUR-001

Ms. Parker,

Per Article 2.5 of Subcontract 2020-TAUR-001, Trinity hereby notifies you of its decision to terminate this subcontract for convenience in accordance with the provisions of FAR 52.249-2.  This termination will become fully effective May 31, 2021.  Trinity and its parent company, KR Contracting, made this decision to bring the functions performed by Tauran under this subcontract back in-house.

Since the formal acquisition of Trinity on December 4, 2020 and for the first 100 days, Trinity and KR evaluated all departments and subcontracts for ways to cut costs and reduce the overhead burden.  This is necessary in order to be more competitive with our Government bidding process.  The Tauran subcontract was selected for termination during that process.  We appreciate all the services, resources, and innovations provided by Tauran to help Trinity grow.  This termination in no way reflects negatively on the quality of the work you provided.

Through May 31, 2021, Trinity hopes to work with Tauran to ensure a smooth transition of services and licenses.  Specifically, Trinity requires assistance with the following:

- Concourse Migration (to be completely migrated within 3 weeks)
- HR Functions (transfer processing to internal HR team over the next two weeks)
- Passengers First (continue to answer phones for one week)
- Call Out line (disable phone line immediately)
- Employee Data (transfer all data back within 3 weeks)

Trinity wishes Tauran the very best in all its future endeavors.  Following the May 31, 2021 termination date, we reserve the right to obtain any workflow data or information paid for at Trinity's expense (missing employee data, information not known at time of termination, etc.).  As a reminder, any existing consultant agreements will remain valid through the expiration dates.  If you have any questions, please feel free to contact me at jims@trinitytechnologygroup.com or (703) 345-1671.

Sincerely,

James B. Smith
Senior Vice-President, Operations

10687 Gaskins Way, Suite 201   Manassas, VA 20109
Office 703. 345.1660   Fax 703.335.7451   www.trinitytechnologygroup.com

PLAINTIFF'S
EXHIBIT
59

**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

| BILL TO | | INVOICE | 1001 |
|---|---|---|---|
| 10687 Gaskins Way Ste 201 | | DATE | 06/19/2021 |
| Manassas, VA  20109 USA | | TERMS | Net 15 |
| | | DUE DATE | 06/30/2021 |

INTERVAL
04/01/21-04/30/21

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 04/30/2021 | Services<br>Services consumed during the month<br>of April 2021 | | | |
| 04/30/2021 | Common Area Phone for GCC | 1 | 8.00 | 8.00 |
| 04/30/2021 | Microsoft Intune for Government | 22 | 6.00 | 132.00 |
| 04/30/2021 | Office 365 G5 GCC | 1 | 35.00 | 35.00 |
| 04/30/2021 | Microsoft Azure Subscription | 1 | 259.27 | 259.27 |

| | PAYMENT | 434.27 |
|---|---|---|
| | BALANCE DUE | **$0.00** |
| | | **PAID** |

Page 1 of 1


PLAINTIFF'S
EXHIBIT
60

**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

BILL TO

10687 Gaskins Way Ste 201
Manassas, VA  20109 USA

| | |
|---|---|
| INVOICE | 1002 |
| DATE | 06/19/2021 |
| TERMS | Net 15 |
| DUE DATE | 06/30/2021 |

INTERVAL
05-01/21-05/31/21

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 05/31/2021 | Services<br>Services consumed during the month of May 2021 | | | |
| 05/31/2021 | Microsoft Azure Subscription | 1 | 3,096.60 | 3,096.60 |
| 05/31/2021 | Common Area Phone for GCC | 1 | 8.00 | 8.00 |
| 05/31/2021 | Enterprise Mobility + Security G3 GCC | 23 | 8.80 | 202.40 |
| 05/31/2021 | Exchange Online Kiosk for GCC | 4 | 4.00 | 16.00 |
| 05/31/2021 | Microsoft 365 Domestic Calling Plan for GCC | 31 | 12.00 | 372.00 |
| 05/31/2021 | Microsoft Intune for Government | 21 | 6.00 | 126.00 |
| 05/31/2021 | Office 365 F3 GCC | 280 | 4.00 | 1,120.00 |
| 05/31/2021 | Office 365 G3 GCC | 23 | 20.00 | 460.00 |
| 05/31/2021 | Office 365 G5 GCC | 35 | 35.00 | 1,225.00 |
| 05/31/2021 | Power Apps per user plan for Government | 1 | 40.00 | 40.00 |
| 05/31/2021 | Power BI Pro for Government | 3 | 10.00 | 30.00 |

| | |
|---|---|
| PAYMENT | 6,696.00 |
| BALANCE DUE | **$0.00** |
| | **PAID** |



PLAINTIFF'S
EXHIBIT
61

| | |
|---|---|
| From: | Dayna L. Senter |
| To: | Jamal Parker |
| Cc: | Elizabeth Parker |
| Subject: | Re: HELP ....RE: [Request received] Information Regarding Mass Data Exporting From Our Server |
| Date: | Thursday, May 13, 2021 6:31:10 PM |
| Attachments: | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Don't forget to add some time in there for us to remove (erase) their data from our server after we make the copy of the database and send it to them.

Kind Regards,

**Dayna L. Senter**
*Software Development, Program Manager*
Tauran Management Group : DaynaS@taurangroup.com


On May 13, 2021, at 2:08 PM, Jamal Parker <jamalp@taurangroup.com> wrote:


Thank You!

We'll get a quote together for them accounting for this

Get Outlook for Android

---

**From:** Dayna L. Senter <DaynaS@taurangroup.com>
**Sent:** Thursday, May 13, 2021 1:45:09 PM
**To:** Jamal Parker <jamalp@taurangroup.com>; Elizabeth Parker <bethp@taurangroup.com>
**Cc:** Dayna L. Senter <DaynaS@taurangroup.com>
**Subject:** FW: HELP ....RE: [Request received] Information Regarding Mass Data Exporting From Our Server

Ok, so I finally got the info we need from Slavik. All we are doing is making a database backup of the data on our server and handing it over to Trinity.

Quote will be 4 hours / $150 per hour for Lanteria's time, and whatever cost it is that you bill for my time.

Kind Regards,

*Dayna L. Senter*

**Software Development, Program Manager**
Tauran Management Group
<image001.jpg>


**From:** Sviatoslav Bulash <sviatoslav.bulash@lanteria.net>
**Sent:** Thursday, May 13, 2021 12:57 PM
**To:** Dayna L. Senter <DaynaS@taurangroup.com>
**Subject:** Re: HELP ....RE: [Request received] Information Regarding Mass Data Exporting From Our Server

Making db backup and uploading it somewhere should not take more than 4 hours (1 hour = 150 USD)

Sent from Nine

---

**From:** "Dayna L. Senter" <DaynaS@taurangroup.com>
**Sent:** Thursday, May 13, 2021 19:21
**To:** Sviatoslav Bulash
**Subject:** RE: HELP ....RE: [Request received] Information Regarding Mass Data Exporting From Our Server



PLAINTIFF'S EXHIBIT
62

Ok, can you help, me with an estimated time and cost to do that?

Kind Regards,

*Dayna L. Senter*

**Software Development, Program Manager**
Trinity Technology Group
Tauran Management Group
<image001.jpg>

**From:** Sviatoslav Bulash <sviatoslav.bulash@lanteria.net>
**Sent:** Thursday, May 13, 2021 12:20 PM
**To:** Dayna L. Senter <DaynaS@taurangroup.com>
**Subject:** RE: HELP ....RE: [Request received] Information Regarding Mass Data Exporting From Our Server

All data is stored in single database.
We can take database backup and give it to them. This is the easiest way.

Slavik Bulash

*Support and Implementation team lead, MCP*
W:    www.lanteria.com   e: sviatoslav.bulash@lanteria.net

<image002.png>

<image003.png>

<image004.png>

<image005.png>

**Out of Office: None**

**From:** Dayna L. Senter <DaynaS@taurangroup.com>
**Sent:** Thursday, May 13, 2021 7:17 PM
**To:** Sviatoslav Bulash <sviatoslav.bulash@lanteria.net>
**Subject:** RE: HELP ....RE: [Request received] Information Regarding Mass Data Exporting From Our Server

Ok.. but what if I don't have some of this information? We were basically let go (they were purchased by another company back in January, which we've had a hard time communicating with). They were supposed to give us 30 days, but didn't.

All we know if that we need to get their data off of our server and provide it to them. I'm unsure if they will be contacting you to assist with migrating it..

Kind Regards,

*Dayna L. Senter*

**Software Development, Program Manager**
Trinity Technology Group
Tauran Management Group
<image001.jpg>

**From:** Sviatoslav Bulash <sviatoslav.bulash@lanteria.net>
**Sent:** Thursday, May 13, 2021 12:13 PM
**To:** Dayna L. Senter <DaynaS@taurangroup.com>
**Subject:** RE: HELP ....RE: [Request received] Information Regarding Mass Data Exporting From Our Server

This changes a lot.



PLAINTIFF'S EXHIBIT
62

We can help with migrating the database (with all data), migrating the Recruitment Site and Identity server. Estimation is 24 hours.
During the migration I need access to source and target servers, it is not possible just to give them a database.
Also, migration is possible only SharePoint version 2016 or 2019 because Lanteria HR is SharePoint application.

However, there are many third party solutions (installed and configured by Kayne, i.e. Forms Designer) and I have no idea how to migrate that.

**Slavik Bulash**

*Support and Implementation team lead, MCP*

w:     www.lanteria.com   e: sviatoslav.bulash@lanteria.net

<image002.png>

<image003.png>

<image004.png>

<image005.png>

**Out of Office: None**

**From:** Dayna L. Senter <DaynaS@taurangroup.com>
**Sent:** Thursday, May 13, 2021 7:07 PM
**To:** Sviatoslav Bulash <sviatoslav.bulash@lanteria.net>
**Subject:** RE: HELP ....RE: [Request received] Information Regarding Mass Data Exporting From Our Server

I believe they will still be using Lantaria, at least for now. Tauran just won't be who they use to administer it or their Help Desk any longer. We just need to get their data off of our server and give it to them..

Kind Regards,

*Dayna L. Senter*

**Software Development, Program Manager**
Trinity Technology Group
Tauran Management Group
<image001.jpg>

**From:** Sviatoslav Bulash <sviatoslav.bulash@lanteria.net>
**Sent:** Thursday, May 13, 2021 12:04 PM
**To:** Dayna L. Senter <DaynaS@taurangroup.com>
**Subject:** RE: HELP ....RE: [Request received] Information Regarding Mass Data Exporting From Our Server

Hi Dayna,
They are moving to another server but still will be using Lanteria?
Or they are moving to another HR system?

**Slavik Bulash**

*Support and Implementation team lead, MCP*

w:     www.lanteria.com   e: sviatoslav.bulash@lanteria.net

<image002.png>

<image003.png>

<image004.png>

<image005.png>



PLAINTIFF'S EXHIBIT 62

**Out of Office: None**

**From:** Dayna L. Senter <DaynaS@taurangroup.com>
**Sent:** Thursday, May 13, 2021 7:01 PM
**To:** Sviatoslav Bulash <sviatoslav.bulash@lanteria.net>
**Subject:** RE: HELP ....RE: [Request received] Information Regarding Mass Data Exporting From Our Server

Sorry, I forgot to tell you that it would be all data that belongs to Trinity, and it would need to be in the format needed in order for us to send to Trinity (I'm assuming to put on whatever server they are going to be using to host).

Kind Regards,

*Dayna L. Senter*

**Software Development, Program Manager**
Trinity Technology Group
Tauran Management Group
<image001.jpg>

**From:** Dayna L. Senter <DaynaS@taurangroup.com>
**Sent:** Thursday, May 13, 2021 11:31 AM
**To:** Sviatoslav Bulash <sviatoslav.bulash@lanteria.net>
**Subject:** Re: HELP ....RE: [Request received] Information Regarding Mass Data Exporting From Our Server

Hi Slavik,

Ok. I think we were planning on having Lanteria assist us so that we make sure all data is extracted from our server, and sone correctly.
I know it's hard to provide a quote, but we need to provide Trinity with an idea of cost and time for this.. is there any way fir you to help me give them something? We just need to get their data off of our server (which we had just completed a migration of this data to Taurans new server).

Kind Regards,

**Dayna L. Senter**
Software Development, Program Manager
Tauran Management Group : DaynaS@taurangroup.com

On May 11, 2021, at 8:03 AM, Sviatoslav Bulash <sviatoslav.bulash@lanteria.net> wrote:

Hi Dayna,
I'm not really familiar with their system because they have some custom lists\libraries which I didn't create.
All data is stored in content database, to remove all data you just need to delete corresponding content database from your SQL server.
I'm not able to provide any estimates or how long it will take to export all data because I need to know what exactly needs to exported and in what format.

As I mentioned before, you can use third party tools to export the data from SharePoint site, you also can use native functionality (works only in Internet Explorer).
Using report center you can create custom report which will combine employee data from different lists.

One of the tool I was able find: https://www.vyapinsoftware.com/solutions/archive/sharepoint-export

Slavik Bulash

*Support and Implementation team lead, MCP*
W:   www.lanteria.com   e: sviatoslav.bulash@lanteria.net



PLAINTIFF'S
EXHIBIT
62

\<image001.png>

\<image002.png>

\<image003.png>

\<image004.png>

**Out of Office: May 1st – May 11th**

**From:** Dayna L. Senter <DaynaS@taurangroup.com>
**Sent:** Tuesday, May 11, 2021 2:44 PM
**To:** Sviatoslav Bulash <sviatoslav.bulash@lanteria.net>
**Subject:** Re: HELP ….RE: [Request received] Information Regarding Mass Data Exporting From Our Server

Hi Slavik,

Ok. So although Trinity is hosted on our server, All of their data can be exported directly from their Lanteria system?

I'm a little confused by this. Could you please explain how the data is removed from our server then? Theses are the questions that I originally had. We want Lanteria to assist with this, but need to provide Trinity with a quote for estimates cost and time needed. I believe you are the only one there familiar enough with their system to be able to help me get this estimate over to them…

To export all data from Lanteria for a client from our server:

1. Is this something that only Lanteria is able to do, or can I?

1. If Lanteria needs to assist, what is the cost?

1. How long does this process take?

1. I'll also want to know the format the exported data will be in, as well as the process (if it is not something I am able to do on my own).

Kind Regards,

**Dayna L. Senter**
*Software Development, Program Manager*
Tauran Management Group : DaynaS@taurangroup.com
Trinity Technology Group : Dayna.Senter@trinitytechnologygroup.com

On May 11, 2021, at 2:59 AM, Sviatoslav Bulash <sviatoslav.bulash@lanteria.net> wrote:

Hi Dayna,
Lanteria HR is SharePoint site, so you can use any third party tool to export the data from SharePoint site.
You also can build custom reports and export them to excel using Report Center.

Slavik Bulash
*Support and Implementation team lead, MCP*
w:    www.lanteria.com  e: sviatoslav.bulash@lanteria.net

\<image002.png>



PLAINTIFF'S EXHIBIT
62

<image003.png>

<image004.png>

<image005.png>

**Out of Office: May 1st – May 11th**

**From:** Dayna L. Senter <DaynaS@taurangroup.com>
**Sent:** Monday, May 10, 2021 11:31 PM
**To:** Sviatoslav Bulash <sviatoslav.bulash@lanteria.net>
**Cc:** Dayna L. Senter <DaynaS@taurangroup.com>
**Subject:** FW: HELP ....RE: [Request received] Information Regarding Mass Data Exporting From Our Server

Hi Slavik,

I hope you had some nice time away.

I was able to get some info from Mike, but I need to speak with you regarding exactly what I need, and what will be involved.

Could you please email or call me at your earliest convenience?


Kind Regards,

*Dayna L. Senter*

*1+978-337-6668*
**Software Development, Program Manager**
Trinity Technology Group
Tauran Management Group
<image006.jpg>

**From:** Dayna L. Senter <DaynaS@taurangroup.com>
**Sent:** Monday, May 10, 2021 11:41 AM
**To:** Mike Ament <mike.ament@lanteria.net>
**Cc:** Dayna L. Senter <DaynaS@taurangroup.com>
**Subject:** RE: HELP ....RE: [Request received] Information Regarding Mass Data Exporting From Our Server

Hi Mike,

Thank you for getting back to me!! Looking at the link for exporting, it says only data from Employees and Employee Salary Details lists can be exported. We would need all data exported.. Could the other options allow for this?

If it's easier to schedule a call to explain what's going on, I am available all afternoon/evening.

Kind Regards,

*Dayna L. Senter*

**Software Development, Program Manager**
Trinity Technology Group
Tauran Management Group
<image006.jpg>

**From:** Mike Ament <mike.ament@lanteria.net>

PLAINTIFF'S EXHIBIT
62


**Sent:** Monday, May 10, 2021 2:29 PM
**To:** Dayna L. Senter <DaynaS@taurangroup.com>
**Subject:** RE: HELP ....RE: [Request received] Information Regarding Mass Data Exporting From Our Server

Hi Dayna,

You can perform this task yourself or we can do it for you if we have access to the server.

(Option 1)
Self Service  Export -
https://help.lanteria.com/mergedProjects/LHR_4_4_0_Intro_Setup/Data_Export.htm?rhhlterm=export&rhsearch=export

(Option 2)
You can use Power BI to extract data

(Option 3)
Alternatively - If the data is on your servers you can use SQL to extract the data directly.

(Option 4)
If we perform the data export your cost is $150 per hour and the cost will vary depending upon the level of data reporting required.

Regards,
Mike


**From:** Dayna L. Senter <DaynaS@taurangroup.com>
**Sent:** Monday, May 10, 2021 10:35 AM
**To:** Mike Ament <mike.ament@lanteria.net>
**Cc:** Dayna L. Senter <DaynaS@taurangroup.com>
**Subject:** FW: HELP ....RE: [Request received] Information Regarding Mass Data Exporting From Our Server
**Importance:** High

Hi Mike,

I've been trying to get some info from Lanteria since last Wednesday and haven't been able to get a response. I tried to send it t Sergey, but it came back as an invalid address...

Could you please help me get in touch to get the answers I have asked ASAP?

Kind Regards,

*Dayna L. Senter*

**Software Development, Program Manager**
Trinity Technology Group
Tauran Management Group
<image006.jpg>


**From:** Dayna L. Senter
**Sent:** Friday, May 7, 2021 11:08 AM
**To:** Lanteria <support+id20256@lanteriahelp.zendesk.com>; sergey.turin@lanteria.net
**Cc:** Lanteria <support@lanteria.net>
**Subject:** HELP ....RE: [Request received] Information Regarding Mass Data Exporting From Our Server
**Importance:** High

Hi Sergey,


PLAINTIFF'S EXHIBIT
62

I am looking for information which is needed ASAP, but I am unable to get a response from Support.

Could you please direct me to who I can get these answers from today?

Kind Regards,

*Dayna L. Senter*

**Software Development, Program Manager**
Trinity Technology Group
Tauran Management Group
<image006.jpg>

**From:** Dayna L. Senter <DaynaS@taurangroup.com>
**Sent:** Thursday, May 6, 2021 11:52 AM
**To:** Lanteria <support+id20256@lanteriahelp.zendesk.com>
**Subject:** Re: [Request received] Information Regarding Mass Data Exporting From Our Server

Could someone please answer the questions I've outlined below ASAP. I need this information quickly as I need to then outline a plan.

Kind Regards,

**Dayna L. Senter**
*Software Development, Program Manager*
Tauran Management Group : DaynaS@taurangroup.com
Trinity Technology Group : Dayna.Senter@trinitytechnologygroup.com

On May 5, 2021, at 12:08 PM, Lanteria <support@lanteriahelp.zendesk.com> wrote:

##- Please type your reply above this line -##

Your request (20256) has been received and is being reviewed by our support staff.
To add additional comments, reply to this email.
To view ticket at Zendesk, click here: lanteriahelp.zendesk.com/hc/requests/20256

  Dayna Senter

May 5, 2021, 7:08 PM GMT-3

Hello!

I understand Slavik is out until May 11th. Could someone please assist with the following questions at the earliest convenience?

To export all data from Lanteria from our server for a client:

1. Is this something that only Lanteria is able to do, or can I?

1. If Lanteria needs to assist, what is the cost?

1. How long does this process take?

1. I'll also want to know the format the exported data will be in, as well as the process (if it is not something I am able to do on my own).

Thank you very much for your help!

Kind Regards,



PLAINTIFF'S
EXHIBIT
62

# Dayna L. Senter

*Software Development, Program Manager*
Trinity Technology Group
Tauran Management Group



From: Dayna L. Senter
Sent: Wednesday, May 5, 2021 12:03 PM
To: Sviatoslav Bulash <sviatoslav.bulash@lanteria.net>
Cc: Elizabeth Parker <bethp@taurangroup.com>; Jamal Parker <jamalp@taurangroup.com>
Subject: Information Regarding Mass Data Exporting From Our Server
Importance: High

Hi Slavik,

Could you please assist with the following questions at your earliest convenience?

To export all data from Lanteria for a client from our server:

1. Is this something that only Lanteria is able to do, or can I?

1. If Lanteria needs to assist, what is the cost?

1. How long does this process take?

1. I'll also want to know the format the exported data will be in, as well as the process (if it is not something I am able to do on my own).

Thank you very much for your help!

Kind Regards,

# Dayna L. Senter

*Software Development, Program Manager*
Trinity Technology Group
Tauran Management Group



This email is a service from Lanteria. Delivered by **Zendesk**



PLAINTIFF'S
EXHIBIT

62

**Beth Parker**

| | |
|---|---|
| **From:** | Dobbs, Aaron <Aaron.Dobbs@trinitytechnologygroup.com> |
| **Sent:** | Monday, May 24, 2021 11:58 AM |
| **To:** | Elizabeth Parker; Cameron, Kimee; Jamal Parker |
| **Subject:** | RE: Tauran invoices |

Beth – I received the below message from the team on the $8k invoice.

Please go ahead and resubmit the invoice to include the remaining Malwarebytes charges. We ask that once the billing cycle is complete for Azure and you have the final charges that you send us an invoice at that time for payment.

Regarding the transfer of Concourse data, we do not require these services and ask that they are removed from the invoice

Aaron Dobbs
Vice President Finance
Trinity Technology Group, Inc.
KR Contracting
aaron.dobbs@trinitytechnologygroup.com
Office:  (276) 243-2298
Mobile: (703) 981-6651

**From:** Elizabeth Parker <bethp@taurangroup.com>
**Sent:** Thursday, May 20, 2021 4:05 PM
**To:** Cameron, Kimee <kimeec@trinitytechnologygroup.com>; Jamal Parker <jamalp@taurangroup.com>
**Cc:** Dobbs, Aaron <Aaron.Dobbs@trinitytechnologygroup.com>
**Subject:** RE: Tauran invoices

Kimee,

Azure Consumption is an estimate based on April's consumption. Tauran will not know the actual consumption until the beginning of June.
As part of the mentor/mentee relationship between Tauran and Trinity, Tauran passed on to Trinity Tauran's discounts by paying for Trinity's Malewarebytes via Tauran's annual plan. Tauran allowed Trinity to pay the discounted amount every month as part of their Desktop Support. Now that Trinity is not maintaining their Desktop Support, they are responsible for the remaining months of 2021.
The remaining hours are necessary to provide Trinity their Concourse data.
Payment of this invoice is required to initiate the transfer of Concourse data.

Regards,
Elizabeth Parker

**From:** Cameron, Kimee <kimeec@trinitytechnologygroup.com>
**Sent:** Thursday, May 20, 2021 12:23 PM
**To:** Jamal Parker <jamalp@taurangroup.com>; Elizabeth Parker <bethp@taurangroup.com>
**Cc:** Dobbs, Aaron <Aaron.Dobbs@trinitytechnologygroup.com>
**Subject:** RE: Tauran invoices



PLAINTIFF'S
EXHIBIT
63

1

Hey there,

I am just following up on this. We cannot process this until we get the supporting documentation for the invoice.

Any questions please let me know.

Thanks,
Kimee

**From:** Cameron, Kimee
**Sent:** Monday, May 17, 2021 10:59 AM
**To:** Jamal Parker <JamalP@TauranGroup.com>
**Cc:** Bethp@trinitytechnologygroup.com; Dobbs, Aaron <Aaron.Dobbs@trinitytechnologygroup.com>
**Subject:** FW: Tauran invoices

Good Morning,

For invoice TMG20705 we will need he back up for description of work completed, hours, and dates on the invoice.

Thanks,
Kimee

**From:** Dobbs, Aaron <Aaron.Dobbs@trinitytechnologygroup.com>
**Sent:** Sunday, May 16, 2021 10:51 AM
**To:** Cameron, Kimee <kimeec@trinitytechnologygroup.com>
**Subject:** Tauran invoices

Did you get these?

2



PLAINTIFF'S
EXHIBIT
63

## Beth Parker

| | |
|---|---|
| **From:** | Elizabeth Parker <bethp@taurangroup.com> |
| **Sent:** | Thursday, June 10, 2021 7:49 PM |
| **To:** | Teresita Ordona; Accounting |
| **Cc:** | Jamal Parker |
| **Subject:** | RE: Synnex Account TAURAN MANAGEMENT GROUP LLC |

Teresita, I apologize for you having to be involved in this. There was a miscommunication about what invoices our payment covered. It was complicated by the fact that I was out of the country and had limited access.

Customer, Trinity Technology Group, terminated their services without proper notice and is refusing to pay outstanding invoices. We are in the process of auditing their payments against the services they received before making a final demand for payment. I recognize this is not SYNNEX's issue and I am grateful for your patience while we sort this matter out. Rest assured Tauran will pay all outstanding amounts due but having our largest customer renege on their obligations has put us in a difficult situation financially. I respectfully request a 30-day extension so that our other clients do not experience any interruptions in their services.

In the meantime, please apply the $6,740.40 payment made on June 3, 2021, to the PO's listed below. We plan to make another payment next Friday, June 18, 2021.

| PO# | Order# | Invoice | Invoice Date | Due Date | Order Total $ |
|---|---|---|---|---|---|
| 628047_1912190 92824 | 2211990 | 2211990 | 04/01/2021 | 05/01/2021 | $58.80 |
| ArmTech001 | 2217777 | 2217777 | 04/01/2021 | 05/01/2021 | $134.40 |
| BBC | 2195624 | 2195624 | 04/01/2021 | 05/01/2021 | $13.44 |
| BBC | 2243264 | 2243264 | 04/01/2021 | 05/01/2021 | $44.39 |
| BBC-E1 | 2240955 | 2240955 | 04/01/2021 | 05/01/2021 | $6.72 |
| GovCon001 | 2228183 | 2228183 | 04/01/2021 | 05/01/2021 | $10.08 |
| Kiosk-1 | 2192921 | 2192921 | 04/01/2021 | 05/01/2021 | $1.68 |
| PBI Pro 1 | 2205288 | 2205288 | 04/01/2021 | 05/01/2021 | $8.40 |
| Power BI Pro 2x | 2213205 | 2213205 | 04/01/2021 | 05/01/2021 | $16.80 |
| SH-1 | 2207831 | 2207831 | 04/01/2021 | 05/01/2021 | $50.40 |
| STM-01 | 2216604 | 2216604 | 04/01/2021 | 05/01/2021 | $11.76 |
| SYSHIGHGCC | 2202446 | 2202446 | 04/01/2021 | 05/01/2021 | $3,968.07 |
| SystemHigh | 2200541 | 2200541 | 04/01/2021 | 05/01/2021 | $226.12 |
| SystemHigh | 2242261 | 2242261 | 04/01/2021 | 05/01/2021 | $16.11 |
| TEAMS-0001 | 2196291 | 2196291 | 04/01/2021 | 05/01/2021 | $29.40 |
| TMG | 2238421 | 2238421 | 04/01/2021 | 05/01/2021 | $406.60 |
| VAS001 | 2202663 | 2202663 | 04/01/2021 | 05/01/2021 | $26.88 |
| VAS-001 | 2225023 | 2225023 | 04/01/2021 | 05/01/2021 | $13.44 |
| TRINITY GCC | 2240996 | 2240996 | 04/01/2021 | 05/01/2021 | $1,273.44 |
| TTG GCC | 2238388 | 2238388 | 04/01/2021 | 05/01/2021 | $360.47 |
| Armistead-E5-1 | 2267299 | 2267299 | 05/01/2021 | 05/31/2021 | $47.88 |
| BBC-1 | 2274643 | 2274643 | 05/01/2021 | 05/31/2021 | $5.04 |
| GovCon001 | 2292016 | 2292016 | 05/01/2021 | 05/31/2021 | $10.08 |
| Kiosk-1 | 2274145 | 2274145 | 05/01/2021 | 05/31/2021 | $1.68 |
| PBI Pro 1 | 2280398 | 2280398 | 05/01/2021 | 05/31/2021 | $8.40 |
| Power BI Pro 2x | 2259656 | 2259656 | 05/01/2021 | 05/31/2021 | $8.40 |
| STM-01 | 2286113 | 2286113 | 05/01/2021 | 05/31/2021 | $11.76 |
| TEAMS-0001 | 2251015 | 2251015 | 05/01/2021 | 05/31/2021 | $29.40 |
| VAS001 | 2254241 | 2254241 | 05/01/2021 | 05/31/2021 | $26.88 |
| VAS-001 | 2265640 | 2265640 | 05/01/2021 | 05/31/2021 | $13.44 |

Sincerely,

1



Elizabeth Parker

**From:** Teresita Ordona <teresitao@synnex.com>
**Sent:** Thursday, June 10, 2021 5:36 PM
**To:** Accounting <accounting@taurangroup.com>; Elizabeth Parker <bethp@taurangroup.com>
**Subject:** Synnex Account TAURAN MANAGEMENT GROUP LLC

Hi Elizabeth,

Good day! Your account 628047 - TAURAN MANAGEMENT GROUP LLC has been escalated to me due to non-payment your aging invoices balance amounting to **$18,699.27** aging beyond terms. I have attached your updated statement of account for your reference.

Your account is restricted and this may affect your service billings. We need you to pay these immediately. You may reach me at below contact information and let's work together to resolve this.

Direct: 864-349-4776
Email: teresitao@synnex.com

Thank you,



**Teresita Ordoña**
Manager, Credit and Collections

Direct: 864-349-4776    |   Mobile:  +63919-0884800
Email: teresitao@synnex.com
39 Pelham Ridge Drive, Greenville, SC 29615

**PLEASE NOTE THERE HAS BEEN NO CHANGE IN OUR REMITTANCE INSTRUCTIONS.** Any communications from SYNNEX regarding remittance will come from "synnex.com" and not a variation of that name. Please contact your dedicated SYNNEX credit representative to ensure you are using the correct remittance address.



| From: | microsoftcsp |
|---|---|
| To: | Karen Duque; Accounting; Elizabeth Parker; Jamal Parker |
| Cc: | Willie Brown; Roan Alvarez; microsoftcsp |
| Subject: | RE: TAURAN MANAGEMENT GROUP LLC |
| Date: | Wednesday, June 2, 2021 5:56:31 PM |
| Attachments: | image004.png |

Hi ALL,

For contracts with monthly subscription, cancellation must be made BEFORE the 17th of the current month in order not to get billed on the following month.

**Myrnalyn Rey**
Software Account Manager, Microsoft
SYNNEX® Microsoft

Direct:  864-373-7765
Toll-free:  800-456-4822
39 Pelham Ridge Drive, Greenville, SC 29615



**Did you know?** The **Open License** program is **going away** on **January 1, 2022**. This will be replaced by the Cloud Solution Provider (CSP) program. Please review this blog post . **Ask us about CSP licensing!**

**From:** Karen Duque <karendu@synnex.com>
**Sent:** Wednesday, June 2, 2021 4:50 PM
**To:** Accounting <accounting@taurangroup.com>; Elizabeth Parker <bethp@taurangroup.com>; Jamal Parker <jamalp@taurangroup.com>
**Cc:** Willie Brown <williebr@synnex.com>; microsoftcsp <microsoftcsp@synnex.com>; Roan Alvarez <roana@synnex.com>
**Subject:** RE: TAURAN MANAGEMENT GROUP LLC

The 5 invoices below totals $6,740.40 and not $4,943.49.

The invoices for May cancelled 05/03? But these May invoices were dated 05/01

CSP Team,

Please advise policy on cancellation.

Thanks!

PLEASE NOTE THERE HAS BEEN NO CHANGE IN OUR REMITTANCE INSTRUCTIONS.  Any communications from SYNNEX regarding remittance will come from "synnex.com" and not a variation of that name. Please contact your dedicated SYNNEX credit representative to ensure you are using the correct remittance

**From:** Accounting <accounting@taurangroup.com>
**Sent:** Wednesday, June 2, 2021 4:42 PM
**To:** Karen Duque <karendu@synnex.com>; Elizabeth Parker <bethp@taurangroup.com>; Jamal Parker


PLAINTIFF'S EXHIBIT
65

<jamalp@taurangroup.com>
**Cc:** Willie Brown <williebr@synnex.com>
**Subject:** Re: TAURAN MANAGEMENT GROUP LLC

[External E-mail]

**CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good Afternoon. Please confirm that all invoices EXCEPT the 5 invoices listed below equals $4,943.49. Once confirmed we will wire that amount.

| | | |
|---|---|---|
| 2238388 | TTG GCC | 360.47 |
| 2239642 | TTG-GCC | 1200.60 |
| 2197901 | TrinityTech | 3522.6 |
| 2240996 | TRINITY GCC | 1273.44 |
| 2243185 | TrinityTech | 383.29 |
| | | 4943.49 |

Regarding the May invoices listed below, Trinity cancelled all services May 3, 2021. We need these invoices along with any others associated with Trinity's accounts credited.

| | | |
|---|---|---|
| 2272430 | TTG GCC | 385.33 |
| 2297831 | TTG-GCC | 1366.20 |
| 2251820 | TrinityTech | 251.16 |
| 2298541 | TRINITY GCC | 1317.12 |
| 2299443 | TrinityTech | 10.51 |
| 2286979 | TTG-Intune-1 | 5.04 |
| 2301089 | TrinityTech | 97.09 |

Thank you

**Tauran Accounting Team**

*Address:* 1 N. Broad St, Luray, VA 22835     |     *Phone:* 540-742-7420

*Email:* Accounting@TauranGroup.com     |     *Website:* www.TauranGroup.com



This communication may contain confidential and/or privileged information. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return e-



PLAINTIFF'S EXHIBIT 65

mail and delete this message from your computer.

**From:** Karen Duque <karendu@synnex.com>
**Sent:** Wednesday, June 2, 2021 2:51 PM
**To:** Accounting <accounting@taurangroup.com>; Elizabeth Parker <bethp@taurangroup.com>; Jamal Parker <jamalp@taurangroup.com>
**Cc:** Willie Brown <williebr@synnex.com>
**Subject:** RE: TAURAN MANAGEMENT GROUP LLC

Hi,

Following-up on this please.

Thanks!

PLEASE NOTE THERE HAS BEEN NO CHANGE IN OUR REMITTANCE INSTRUCTIONS. Any communications from SYNNEX regarding remittance will come from "synnex.com" and not a variation of that name. Please contact your dedicated SYNNEX credit representative to ensure you are using the correct remittance

**From:** Accounting <accounting@taurangroup.com>
**Sent:** Tuesday, June 1, 2021 4:34 PM
**To:** Karen Duque <karendu@synnex.com>; Elizabeth Parker <bethp@taurangroup.com>; Jamal Parker <jamalp@taurangroup.com>
**Cc:** Willie Brown <williebr@synnex.com>
**Subject:** Re: TAURAN MANAGEMENT GROUP LLC

[External E-mail]

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Karen. Allow me to check our records and get back to you tomorrow.

## Tauran Accounting Team

*Address:* 1 N. Broad St. Luray, VA 22835    |    *Phone:* 540-742-7420

*Email:* Accounting@TauranGroup.com    |    *Website:* www.TauranGroup.com

This communication may contain confidential and/or privileged information. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return e-mail and delete this message from your computer.



PLAINTIFF'S EXHIBIT
65

**From:** Karen Duque <karendu@synnex.com>
**Sent:** Tuesday, June 1, 2021 4:10 PM
**To:** Accounting <accounting@taurangroup.com>; Elizabeth Parker <bethp@taurangroup.com>; Jamal Parker <jamalp@taurangroup.com>
**Cc:** Willie Brown <williebr@synnex.com>
**Subject:** TAURAN MANAGEMENT GROUP LLC

Hi,

I hope you are safe and doing fine during these unprecedented times.

Unfortunately, account has been forwarded to my attention due to the aging invoices as seen on the attached statement.

I just want to verify if a payment has already been processed or if there's a dispute we are not aware of. Please let me know at by EOB tomorrow, otherwise, account may be escalated to Upper Management for review & your CSP services disrupted.

Hoping to hear from you the soonest, thank you!

**Acct#628047**



**Karen Duque**
Supervisor, Collections
SYNNEX® Credit & Collections

Direct: 864-349-4649
Toll-free: 800-456-4822 ext 4649
39 Pelham Ridge Drive, Greenville, SC 29615

**PLEASE NOTE THERE HAS BEEN NO CHANGE IN OUR REMITTANCE INSTRUCTIONS.** Any communications from SYNNEX regarding remittance will come from "synnex.com" and not a variation of that name. Please contact your dedicated SYNNEX credit representative to ensure you are using the correct remittance



PLAINTIFF'S
EXHIBIT

65

**Fw: Unauthorized Access Incident**

Shaunta Brent <shauntab@taurangroup.com>
Wed 6/2/2021 5:00 PM
To: Elizabeth Parker <bethp@taurangroup.com>

FYI...



**Shaunta Brent,** *Client Services Manager*
*Address:* 21 N. Broad St. Luray, VA 22835 | *Phone:* 540-742-7420
*Email:* ShauntaB@TauranGroup.com | *Website:* www.TauranGroup.com
Microsoft Partner    SWfM    HUBZone

---

**From:** Jamal Parker <jamalp@taurangroup.com>
**Sent:** Tuesday, June 1, 2021 4:27 PM
**To:** Nobles, Jennifer <jnobles@oig.doc.gov>; Leung, Roger <RLeung@oig.doc.gov>; Shaunta Brent <shauntab@taurangroup.com>
**Subject:** Re: Unauthorized Access Incident

Hello Jennifer,

Kayne is no longer working with Tauran in ANY capacity. We do not foresee him accessing any part of our network in the future.

This activity happened with one of our commercial clients and we don't see any nor do we believe that there was any access to your data. This notification and Mr. Kreitzers removal from our programs is out of an abundance of caution.

Should we become aware that there was ever any potential compromise of your data we will notify you.

Thank you for your support.

Jamal Parker

Get Outlook for Android

---

**From:** Shaunta Brent <shauntab@taurangroup.com>
**Sent:** Tuesday, June 1, 2021 11:36:22 AM
**To:** Nobles, Jennifer <jnobles@oig.doc.gov>; Leung, Roger <RLeung@oig.doc.gov>
**Cc:** Jamal Parker <jamalp@taurangroup.com>
**Subject:** Re: Unauthorized Access Incident

Jennifer,

I am awaiting guidance from Mr. Parker and will be in touch shortly with answers to your below questions.

Thank you,



**Shaunta Brent,** *Client Services Manager*
*Address:* 21 N. Broad St. Luray, VA 22835 | *Phone:* 540-742-7420
*Email:* ShauntaB@TauranGroup.com | *Website:* www.TauranGroup.com
Microsoft Partner    SWfM    HUBZone

---

**From:** Nobles, Jennifer <jnobles@oig.doc.gov>
**Sent:** Tuesday, June 1, 2021 11:06 AM
**To:** Shaunta Brent <shauntab@taurangroup.com>; Leung, Roger <RLeung@oig.doc.gov>
**Cc:** Jamal Parker <jamalp@taurangroup.com>
**Subject:** RE: Unauthorized Access Incident

Shaunta, if Tauran determines that there is some sort of OIG data breaching from the incident, then OIG Security Team may need to be involved to evaluate the extent of the impact and remedy to prevent future occurrence.

In the interim, it would be helpful to get some clarification as the nature of Kayne Kreitze's involvement with Tauran:
1.      Is Kayne still holding some sort of employment relationship with Tauran? Is the relationship still allowing him access the Tauran system without restriction? Does that include DOC OIG's information?
2.      The nature of the reported incidence seems to indicate that Tauran expects some pre-authorization for Kayne to access the Tauran system. If so, Tauran should consider enabling his access account with limited short duration only after access authorization is granted by Tauran. Most times, Kayne's account should remain 'disabled' at least with regard to DOC OIG's information. This way, future unauthorized access can be prevented.

Please let us know if you would like to discuss further.



Thank you,

Jennifer

**From:** Shaunta Brent <shauntab@taurangroup.com>
**Sent:** Friday, May 28, 2021 5:25 PM
**To:** Nobles, Jennifer <jnobles@oig.doc.gov>; Leung, Roger <RLeung@oig.doc.gov>
**Cc:** Jamal Parker <jamalp@taurangroup.com>
**Subject:** Unauthorized Access Incident

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening,

We would like to notify you that we are taking Kayne Kreitzer off the contract immediately due to his participation in what we are investigating as an unauthorized access incident. The investigation is ongoing and we will update you if we get any additional information.

Thank you,



**Shaunta Brent,** *Client Services Manager*

*Address:* 21 N. Broad St. Luray, VA 22835    |    *Phone:* 540-742-7420
*Email:* ShauntaB@TauranGroup.com    |    *Website:* www.TauranGroup.com

   



PLAINTIFF'S
EXHIBIT
66

## CISA Incident: INC000010340038 Tauran Management Group LLC

soc@us-cert.gov <soc@us-cert.gov>
Fri 5/28/2021 6:52 PM
**To:** Elizabeth Parker <bethp@taurangroup.com>

CISA has received your report and has assigned incident number INC000010340038 for future reference.

Incident Submit Date:  5/28/2021 6:51:34 PM

NCISS Score:  Low (Green)

Please ensure that the full incident number is included in the subject line of any additional email correspondence related to this report.

Please also be aware that CISA offers services that are free of charge. The CISA Services Catalog can be found at https://www.cisa.gov/publication/cisa-services-catalog.

Thank you,

CISA Service Desk
CISA Central – NCR Operations Center
Cybersecurity and Infrastructure Security Agency (CISA)
Unclassified Phone: 888-282-0870
Unclassified Email:  cisaservicedesk@cisa.dhs.gov / soc@us-cert.gov



PLAINTIFF'S
EXHIBIT
66

Fw: Unauthorized Access Incident

Shaunta Brent <shauntab@taurangroup.com>
Wed 6/2/2021 5:01 PM
To: Elizabeth Parker <bethp@taurangroup.com>

FYI....



**Shaunta Brent,** *Client Services Manager*
Address: 21 N. Broad St. Luray, VA 22835    |    Phone: 540-742-7420
Email: ShauntaB@TauranGroup.com    |    Website: www.TauranGroup.com

Microsoft Partner          SWM          HUBZone

---

**From:** Shaunta Brent <shauntab@taurangroup.com>
**Sent:** Wednesday, June 2, 2021 8:31 AM
**To:** Baker, Diane M <bakerd@SEC.GOV>; Raftovich, Roberta <RaftovichR@SEC.GOV>
**Cc:** Jamal Parker <jamalp@taurangroup.com>
**Subject:** Re: Unauthorized Access Incident

Hi Diane,

Kayne is no longer working with Tauran in ANY capacity. We do not foresee him accessing any part of our network in the future.

This activity happened with one of our commercial clients and we don't see any nor do we believe that there was any access to your data. This notification and Mr. Kreitzers removal from our programs is out of an abundance of caution.

Should we become aware that there was ever any potential compromise of your data we will notify you.

Thank you for your support.

 

**Shaunta Brent,** *Client Services Manager*
Address: 21 N. Broad St. Luray, VA 22835    |    Phone: 540-742-7420
Email: ShauntaB@TauranGroup.com    |    Website: www.TauranGroup.com

Microsoft Partner          SWM          HUBZone

---

**From:** Baker, Diane M <bakerd@SEC.GOV>
**Sent:** Wednesday, June 2, 2021 8:27 AM
**To:** Shaunta Brent <shauntab@taurangroup.com>; Raftovich, Roberta <RaftovichR@SEC.GOV>
**Cc:** Jamal Parker <jamalp@taurangroup.com>
**Subject:** RE: Unauthorized Access Incident

Shaunta,

Can you provide any more information to us?

Thanks.

Diane.

**From:** Shaunta Brent <shauntab@taurangroup.com>
**Sent:** Tuesday, June 1, 2021 6:40 AM
**To:** Baker, Diane M <bakerd@SEC.GOV>; Raftovich, Roberta <RaftovichR@SEC.GOV>
**Cc:** Jamal Parker <jamalp@taurangroup.com>
**Subject:** Re: Unauthorized Access Incident

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning Diane,

You're welcome. We do not have any additional information at this time however, I will update you as soon as possible if anything changes.

Thank you,


PLAINTIFF'S
EXHIBIT
67



**Shaunta Brent,** *Client Services Manager*

*Address:* 21 N. Broad St. Luray, VA 22835    |    *Phone:* 540-742-7420
*Email:* ShauntaB@TauranGroup.com    |    *Website:* www.TauranGroup.com



---

**From:** Baker, Diane M <bakerd@SEC.GOV>
**Sent:** Tuesday, June 1, 2021 6:03 AM
**To:** Shaunta Brent <shauntab@taurangroup.com>; Raftovich, Roberta <RaftovichR@SEC.GOV>
**Cc:** Jamal Parker <jamalp@taurangroup.com>
**Subject:** RE: Unauthorized Access Incident

Good Morning Shaunta,

Thank you for the notification.

Do you have any additional information at this time?

Diane.

**From:** Shaunta Brent <shauntab@taurangroup.com>
**Sent:** Friday, May 28, 2021 6:08 PM
**To:** Baker, Diane M <bakerd@SEC.GOV>; Raftovich, Roberta <RaftovichR@SEC.GOV>
**Cc:** Jamal Parker <jamalp@taurangroup.com>
**Subject:** Unauthorized Access Incident

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening,

We would like to notify you that we are taking Kayne Kreitzer off the contract immediately due to his participation in what we are investigating as an unauthorized access incident.  The investigation is ongoing and we will update you if we get any additional information.

Thank you,



**Shaunta Brent,** *Client Services Manager*

*Address:* 21 N. Broad St. Luray, VA 22835    |    *Phone:* 540-742-7420
*Email:* ShauntaB@TauranGroup.com    |    *Website:* www.TauranGroup.com





PLAINTIFF'S
EXHIBIT
67

# TAURAN MANAGEMENT GROUP
Integrity | Ingenuity | Innovation

June 18, 2021

RE:  Unauthorized Access,

On June 2, 2021, Tauran notified all clients of an unauthorized access event to Tauran's Azure Government Cloud (GCC) environment.

The perpetrator, a former Tauran consultant, had intimate knowledge of Tauran's security protocols. Our internal investigation has determined that SEC OIG Hotline complaint data was not the target of the unauthorized access.

Tauran maintains security to reasonably prevent compromise of data. All contractor IT resources are segregated. Tauran adheres to the relevant provisions of 48 C.F.R. § 1352.239-72 and NIST 800-53 security controls for Federal information systems and organizations.

Although, Tauran maintains a system boundary that segregates all client data the unauthorized access was due to a former consultant who did have access to each client's data. It has been determined that SEC OIG Hotline complaint data was not the target of the unauthorized access.

An incident report has been filed with Microsoft, the Cybersecurity and Infrastructure Security Agency (CISA) and the Defense Counterintelligence and Security Agency (DCSA). Tauran continues to investigate this incident, internally and with Microsoft, CISA and DCSA. You will be updated should the investigation reveal additional pertinent information related to your data.

Regards,

Elizabeth Parker
President & CEO

 1 N Broad Street, Suite A
Luray, VA 22835

 1 (540) 742-7420

 info@ta

**PLAINTIFF'S EXHIBIT 67**

# Tauran Management Group
Incident Response Form

| FORM FOR REPORTING A SUSPECTED INFORMATION SECURITY INCIDENT | | |
|---|---|---|
| Location:<br>**1 North Broad Street, Suite A, Luray, VA 22835** | | Name of Dept/Division:<br>**IT** |
| Name:<br>**Shaunta Brent** | Tel No:<br>**(540) 742-7420** | E-mail Address:<br>**ShauntaB@TauranGroup.com** |

| Date of Incident:<br>**5/22/2021** | Time of Incident:<br>**1:27 PM** |
|---|---|
| Who Notified:<br>**Jamal Parker** | Time of Notification:<br>**5/24/2021 10:15 PM** |

Brief Description of Incident:

**Consultant accessed Tauran systems without authorization. At this point there is no indication or suspicion that your data were targeted or accessed. Should any additional information related to your data become available we will follow up.**

| | Y | N |
|---|---|---|
| Did you witness the incident yourself? | ☐ | ☒ |
| Did others witness the incident? (if yes specify below) | ☐ | ☒ |

To your knowledge was any of the following involved?

| | | | |
|---|---|---|---|
| Telephone | ☐ | Theft | ☐ |
| Fax | ☐ | Fraud | ☐ |
| Photocopier | ☐ | Unauthorized Access | ☒ |
| Computer Hardware | ☐ | Customers | ☐ |
| E-mail | ☐ | Third Parties | ☐ |
| Internet download | ☐ | Copyright | ☐ |
| Virus | ☐ | Other (specify below) | ☐ |

| Initiated By:<br>Elizabeth Parker | Date:<br>5/24/2021 | Reviewed By:<br>Shaunta Brent | Date:<br>5/25/2021 |
|---|---|---|---|
| Approved By (1):<br>Jamal Parker | Date:<br>5/25/2021 | Approved By (2):<br>Elizabeth Parker | Date:<br>5/25/2021 |



PLAINTIFF'S EXHIBIT 67

RE: After Action Report

Raftovich, Roberta <RaftovichR@SEC.GOV>

Fri 7/16/2021 12:34 PM

To: Elizabeth Parker <bethp@taurangroup.com>; Broome, Aberre <broomea@SEC.GOV>; Baker, Diane M <bakerd@SEC.GOV>

Cc: Shaunta Brent <shauntab@taurangroup.com>; Jamal Parker <jamalp@taurangroup.com>

Thank you for the update.


Regards,

Roberta Raftovich
Investigative Analyst
SEC, OIG
ph. 202-551-5399
24/7 toll-free OIG Hotline: 833-732-6441



**From:** Elizabeth Parker <bethp@taurangroup.com>
**Sent:** Friday, July 16, 2021 12:24 PM
**To:** Raftovich, Roberta <RaftovichR@SEC.GOV>; Broome, Aberre <broomea@SEC.GOV>; Baker, Diane M <bakerd@SEC.GOV>
**Cc:** Shaunta Brent <shauntab@taurangroup.com>; Jamal Parker <jamalp@taurangroup.com>
**Subject:** After Action Report

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon everyone.

Since we last spoke on Friday, July 9, 2021, I am happy to report that the administrative portal is functional once again.

With the help of Microsoft Engineers, we were able to identify the Security Certificate that was reporting as invalid. Updating this certificate to its proper 'secure' state allowed access to our reporting interface. Containing sensitive data necessitates that access is only allowed when all security certificates report back valid. We were also able to remove access to this data at the administrator level from Mr. Kreitzer and reestablish global administration rights to Mr. Parker. We are currently in possession and have access to all Government data and our systems are operating normally.

As for the data breach, we have concluded beyond a doubt that Mr. Kreitzer accessed our systems without authorization and removed data. We do not believe that any government data was removed at this time. However, during our investigation we discovered an access mechanism that may have facilitated the access and will begin to try to access those audit logs.

During this process we began to reprogram our rep interface and reporting system if we had continued access issues with our core system. This effort has proved to be very successful and will continue. We



PLAINTIFF'S EXHIBIT 67

will be migrating our infrastructure to another Microsoft Tenant that Mr. Kreitzer has never had access to.  This will ensure that going forward, we don't have repeats of any of the items that affected us here.

On Monday, July 13, 2021, the Defense Counterintelligence and Security Agency (DCSA) reported back that they 'cannot take any further action' on the allegations as they did not fall in their 'lane'. I requested clarification and will update you once received.

Thank you for your patience and support while we went through this. We have already recognized multiple opportunities for increased efficiencies that I know will benefit the SEC OIG.

**Elizabeth Parker,** *Chief Executive Officer*

*Address:* 1 N. Broad St. Luray, VA 22835    |    *Phone:* 540-742-7420

*Email:* BethP@TauranGroup.com    |    *Website:* www.TauranGroup.com

This communication may contain confidential and/or privileged information. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return e-mail and delete this message from your computer.



PLAINTIFF'S
EXHIBIT
67

## Beth Parker

| | |
|---|---|
| **From:** | Elizabeth Parker <bethp@taurangroup.com> |
| **Sent:** | Sunday, October 31, 2021 3:35 PM |
| **To:** | Banfield, Selina |
| **Cc:** | Baker, Diane M; Raftovich, Roberta; Jamal Parker; Shaunta Brent |
| **Subject:** | After Action Report |

First, please accept our apologies for the inconvenience the U.S. Securities and Exchange Office of Inspector General has experienced. The process of rebuilding our claims management system has been encumbered by the data breech we experienced in May and lack of documentation provided by the former architect. Below is a summary of the events that led to the implementation of the updated web submission form.

From May 28, 2021, to September 28, 2021:

1. Developed new interface to accept submissions.

2. Regained access to Tauran's claims administration administrative portal.

3. Ensured there were no additional unauthorized accesses.

4. Migrated historical data to new tenant.

5. Tied historical data to new interface.

6. Built new web submission form.

September 29, 2021

1. Started testing new web submission.

October 8, 2021, at 9:42 PM, complaint 1633699630800 was submitted via the web submission form.

October 9, 2021, at 20:15:24, complaint 1633811260128 was submitted via the web submission form.

- No one with access to the secure portal was scheduled to work the holiday weekend, therefore the report was not submitted until Tuesday, October 11th.

    - Additional access to the secure portal is being arranged for overnight/weekend staff.

- 1633699630800 and 1633811260128 were the only two submissions between October 1, 2021 and October 11, 2021.

October 13, 2021

1. Provided temporary URL for web submission forms due to incomplete overnight migration of govcomhotline.com DNS to new tenant.

October 19, 2021

1. Govcomhotline.com restored.

2. 2021102008 test submission received but not submitted.

3. 20211019142230 submission missing date/time received.

October 22, 2021

1. 20211022105045 submission missing time received.



1

October 23, 2021

- Report template was updated to populate the date field.

October 25, 2021

- Response to email <Submissions@govcomhotline.com> was undeliverable.

    - Email was fixed October 26, 2021.

Thank you for your continued patience and support. I hope we are finally on the other side of this incident. We look forward to continuing in a positive direction.



**Elizabeth Parker,** *Chief Executive Officer*

*Address:* 1 N. Broad St. Luray, VA 22835     |     *Phone:* 540-742-7420

*Email:* BethP@TauranGroup.com     |     *Website:* www.TauranGroup.com

This communication may contain confidential and/or privileged information. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return e-mail and delete this message from your computer.



PLAINTIFF'S
EXHIBIT
67



An official website of the United States government     Here's how you know ∨     **TLP:WHITE**

# CISA Incident Reporting System
OMB Control No.: 1670-0037; Expiration Date: 12/31/2021

The CISA Incident Reporting System provides a secure web-enabled means of reporting computer security incidents to CISA. This system assists analysts in providing timely handling of your security incidents as well as the ability to conduct improved analysis. If you would like to report a computer security incident, please complete the following form. Please provide as much information as you can to answer the following questions to allow CISA to understand your incident.     ‹

\+ More Detail

Show Pending Required Fields Panel     ‹          Show Malware Submissions Panel     ‹          All fields are optional unless marked **\*** Required
                                                                                                                    ‹

**I am:**          the impacted user               reporting on behalf of the impacted user

---

## MY CONTACT INFORMATION

---

Please provide your contact information so that we are able to contact you should we need to follow-up. Your contact information is not required to submit a report using this form. However, incomplete contact information may limit US-CERT's ability to process or act on your report.

**First Name**                                              **Last Name**

Elizabeth                                                    Parker

**Telephone**

5407427420

**Email Address \* Required**

bethp@taurangroup.com

## MY ORGANIZATION



PLAINTIFF'S EXHIBIT 68

**TLP:WHITE**

TLP:WHITE

What type of organization are you? * Required

Private Sector ⌄

Please enter your company name:

Tauran Management Group LLC

Please specify either Business or Individual * Required

Business        Individual

<

Please enter the organization's internal tracking number (if applicable):

Tauran Management Group LLC

<

## DATE AND TIME INFORMATION

When, approximately, did the incident start?

| 05/22/2021 | 01:27:55 PM |

When was this incident detected? * Required

| 05/25/2021 | 01:27:40 PM |

From what timezone are you making this report?

(GMT-05:00) Eastern Time (US & Canada)

## INCIDENT DESCRIPTION

Please enter a brief description of the incident:



PLAINTIFF'S EXHIBIT 68

TLP:WHITE

TLP:WHITE

Former consultant accessed Azure Government without authorization. We have the audit logs to support this date but have reason to believe the consultant accessed the systems multiple times without authorization.

## IMPACT DETAILS

Was the confidentiality, integrity, and/or availability of your organization's information systems potentially compromised? * Required

Yes          No

<

## SYSTEM IMPACT

Please define the functional impact to the organization by selecting one of the following * Required

<

Denial of Critical Services or Loss of Control                                      ⌄

What is the number of systems impacted? * Required

2

How many users are impacted? * Required

How was this incident detected?

Administrator

Anti-Virus (AV) Software

Intrusion Detection System (IDS)

Log Review

User



TLP:WHITE

Unknown

Other

TLP:WHITE

## What operating systems (OS) are impacted?

**OS Name** [                    ]    **OS Version** [            ]    - Remove Name and Version of Operating

System Impacted

+ Add another Name and Version of Operating System Impacted

## What is the function of the system(s) affected? Please select all that apply

Application Server(s)

Database Server(s)

Desktop(s)

Domain Name Server(s)

Firewall(s)

ICS/SCADA System(s)

Laptop(s)

Mail Server(s)

Router(s)

Switch(es)

Time Server(s)

Web Server(s)

Other Server(s)

PLAINTIFF'S EXHIBIT
68

TLP:WHITE

TLP:WHITE

Please enter the adversarial Internet Protocol (IP) address(es):

IP Address [                    ]    Port [        ]    Protocol [            ]    - Remove adversarial IP address, Port, and Protocol

+ Add another adversarial Internet Protocol (IP) address, Port, and Protocol

Please enter the victim Internet Protocol (IP) address(es):    <

IP Address [                    ]    Port [        ]    Protocol [            ]    - Remove victim IP address, Port, and Protocol

+ Add another victim Internet Protocol (IP) address, Port, and Protocol    <

Please paste network flow here (if available):

[                                                                          ]

Enter a Common Vulnerabilities and Exposures Identifier (CVE-ID). Please do not include the CVE prefix (e.g., 2014-7654321):

[                                ]

## OBSERVED ACTIVITY

Where was the activity observed? * Required

Level 3 - Business Network Management

Please characterize the observed activity at its most severe level. * Required

Presence

## INFORMATION IMPACT

PLAINTIFF'S EXHIBIT 68

TLP:WHITE

What is the known Informational Impact from the Incident? **\*** Required

TLP:WHITE

Proprietary Information Breach    ⌄

Number of records impacted  **\*** Required

2500

## RECOVERY FROM INCIDENT

Please select the organization's recoverability for this Incident **\*** Required    ❮

Not Recoverable - Recovery from the incident is not possible (e.g., sensitive data exfiltrated ar    ⌄

Please provide details here    ❮

Suspected unauthorized download of data not for public use.

Cancel                                                        Next

# Privacy Act Statement

**Authority:** 5 U.S.C. § 301 and 44 U.S.C. § 3101 authorize the collection of this information.
**Purpose:** The primary purpose for the collection of this information is to allow the Department of Homeland Security to contact you about your request.
**Routine Uses:** The information collected may be disclosed as generally permitted under 5 U.S.C. § 552a(b) of the Privacy Act of 1974, as amended. This includes using the information as necessary and authorized by the routine uses published in DHS/ALL-002 - Department of Homeland Security (DHS) Mailing and Other Lists System November 25, 2008, 73 FR 71659.
**Disclosure:** Providing this information is voluntary. However, failure to provide this information will prevent DHS from contacting you in the event there are questions about your request.



PLAINTIFF'S EXHIBIT 68

TLP:WHITE

 MSRC      Report Abuse     {} Developer     ☺  ⚙ ⌄

ⓘ Welcome to the new and improved Report Abuse Portal! We'd love your feedback.  Please click here to share your thoughts or email us at  msrc_eng_support@microsoft.com. Thank you!

# Submit Abuse Report (CERT)

Thank you for engaging with Microsoft Security Response Center.

**Please fill out the following form if you have experienced abuse or a privacy issue originating from a Microsoft-hosted site or service.**

This form should be used to report suspected cyberattacks or abuse originating from Microsoft Online Services, such as Microsoft Azure, Bing, Outlook, OneDrive, and Office 365. This includes malicious network activity originating from a Microsoft-owned IP address space. It also includes distribution of malicious or illegal content through a Microsoft Online Service.

ⓘ This form is not intended for:

- Reporting spam, impersonation, or phishing emails from Outlook, Live, or MSN email addresses. Please contact abuse@hotmail.com.

- Microsoft customers seeking technical support. Please visit https://support.microsoft.com/.

- Reporting security vulnerabilities in our software. Please visit https://msrc.microsoft.com/create-report.

- Serving subpoenas on Microsoft. Please contact msndcc@microsoft.com.

- Reporting fraud or other issues with Windows Phone applications. Please contact reportapp@microsoft.com.

- Reporting unsafe sites or URLs. Please visit https://www.microsoft.com/en-us/wdsi/support/report-unsafe-site.

- Reporting copyright infringement or serving DMCA notices. Please visit https://www.microsoft.com/info/cpyrtInfrg.aspx.

## Contact Information                                    Step 1 of 2

Please fill out your contact information

**Name** *

Elizabeth Parker



PLAINTIFF'S
EXHIBIT

69

Email *

bethp@taurangroup.com

Organization

Tauran Management Group LLC

Phone number

5407427420

Additional information

Unauthorized access and removal of proprietary data from Azure Government Cloud.

14920/15000 characters remaining

☐ Anonymize report

ⓘ By not selecting "Anonymize report", you agree that Microsoft may share your report in its entirety, including your name, organization and e-mail address, with our customer or other relevant third parties for the sole purpose of resolving this incident. This may expedite resolution of your incident by allowing our customer to work directly with you to resolve. We will use the information that you provide in this form to investigate and attempt to resolve the incident you have reported. In support of those efforts, we may contact you via phone or email using the contact information that you have provided. As part of our investigation, it may be necessary for us to share your report and the incident details (including your reported IP addresses) with our customer or other relevant third parties. By submitting this form, you consent for us to do this. If you do not want us to share your contact information outside Microsoft, please check "Anonymize report" above.

## Report Details                                          Step 2 of 2

Please fill out the details about the report

**Threat type** *

🔘 IP Address

⚪ URL

**Incident type** *

| Account Compromise/Unauthorized Acc... ⌄ |
| --- |

PLAINTIFF'S
EXHIBIT
69

For more information on the reportable incident types and their attack methods, please see our incident type descriptions.

**Attack Method** *

| Elevation of Privilege | ⌄ |

**Incident date** *

| Sat May 22 2021 | 🗓 |

**Incident time** *

| 01:27:55 |

**Time zone** *

| (GMT-05:00) Eastern Time (US & Canada)    ⌄ |

**Source IP address** *    ⓘ

| 52.247.175.215 |

⊕  Show Additional Fields

**Report notes** *

Multiple unauthorized access events may have taken place from May 3, 2021 to May 31, 2021 during which time proprietary and personally identifiable information (PII) was accessed and subsequently removed from our Government

1758/2000 characters remaining

**File upload**

⬆  Choose a file to upload

ⓘ  **Microsoft Azure:** Please understand that your incident may be originating from customers who run their own applications and websites on the Azure platform. As a cloud provider, Microsoft is not positioned to arbitrate disputes between parties that should be handled through other dispute resolution mechanisms, including legal action. We do require Azure customers to abide by Microsoft's Acceptable Use Policy in our Online Services Terms. We will investigate complaints of malicious or illegal activity. As part of this, we may notify our customer and ask them to resolve the issue, but will not share your contact information if you selected "Anonymize Report" above. If you selected "Do Not Anonymize Report" above, we may share your contact information so our customer can work with you directly. Where our customers fail to comply with our policies, we reserve the right to take appropriate action, including suspending their service.

For more information on Microsoft Azure, please see  https://www.azure.com.

PLAINTIFF'S
EXHIBIT
69

Submit

This site is protected by reCAPTCHA. The Google Privacy Policy and Terms of Service apply to reCAPTCHA.



PLAINTIFF'S
EXHIBIT
69

# TAURAN MANAGEMENT GROUP
### Integrity | Ingenuity | Innovation

June 28, 2021

Diane Horan
Defense Counterintelligence and Security Agency
VIA EMAIL to: Diane.C.Horan.civ@mail.gov

RE: Adverse Information Report Additional Details

Mrs. Horan,

Our investigation of the Unauthorized Access and Theft of proprietary data continues. I have inserted additional timeline details, in *red*, into the original outline provided on June 17, 2021. As requested, no PPI has been included.

Known Persons Involved: Kayne Kreitzer
Known Companies Involved: Trinity Technology Group (Trinity)
Known Adverse Action Committed: Unauthorized Access *and Theft*
Known Dates: May 3, 2021, to May 28, 2021.
Known Timeline of Events:

September 16, 2016, Kayne Kreitzer executed a Consultant Agreement and a Non-Disclosure Agreement with Tauran Management Group (Tauran).

January 1, 2019, Tauran hired Kayne Kreitzer as an employee.

October 7, 2019, Kayne Kreitzer resigned and agreed to convert back to the original Consultant Agreement.

March 2020 to April 2021, Kayne Kreitzer invoiced Tauran and was paid by Tauran as a consultant.

May 1, 2020, Trinity executed a subcontract 2020-TAUR-001 with Tauran. This was a follow on to the previous subcontract 2017-TAUR-001. Tauran has supported Trinity since its first office space IT install in 2003.

May 3, 2021, *at approximately 11:00 AM*, Kayne Kreitzer, acting as a representative for Trinity, blocked all Tauran personnel access to Trinity online systems.

*May 3, 2021, 1:36 PM, Elizabeth Parker, Tauran CEO, left a voicemail for James B. Smith, Trinity's Senior Vice President, Operations requesting a call back to discuss Trinity's actions.*

*May 3, 2021, 2:14 PM, James Smith, returned Elizabeth Parker's call. Mrs. Parker informed Mr. Smith that:*

- *Trinity's actions blocking Tauran's access, with no notice, disrupted several active projects.*
- *Tauran had incurred expenses on Trinity's behalf for the month of May, specifically Microsoft Online services, and hosting of Trinity's HRIS, Concourse, in Tauran's government cloud.*
- *Whatever Trinity's intentions were with Tauran's subcontract, Trinity would still be responsible for May's services.*
- *To facilitate a smooth transition Tauran would need to be privy to Trinity's plan.*

*Mr. Smith stated that he was unaware of the plan but would find out more. He asked how long he had to decide on May Microsoft Online services. Mrs. Parker told Mr. Smith that Tauran had until the 3rd of the month to discontinue Microsoft Online services. Mr. Smith requested to be given until lunch the following day to reply. Mrs. Parker agreed to Mr. Smith's deadline.*

*May 3, 2021, 6:03:55 PM, Kayne Kreitzer,* acting as a representative for Trinity, removed *SYNNEX* as the delegated administrator of Trinity's Microsoft online services (Attachment A).

 1 N Broad Street, Suite A
Luray, VA 22835       1 (540) 742-7420       info@taurangroup.com

PLAINTIFF'S
EXHIBIT
70

# TAURAN MANAGEMENT GROUP
Integrity | Ingenuity | Innovation

- *SYNNEX is Tauran's vendor for Microsoft online services.*
- *Removing SYNNEX as the delegated administrator removed both SYNNEX and Tauran's ability to administer Trinity's Microsoft online services.*
- *Although this action took place at 6:03:55 PM, Tauran did not become aware of it until 9:14:08 PM.*

*May 3, 2021, 9:14:08 PM, Tauran's Program Manager forwarded a notice from Microsoft stating that Kayne Kreitzer had removed Tauran as the delegated administrator of Trinity's Microsoft online services (Attachment A).*

- *The action was carried out by User ID: Kayne.Kreitzer@TrinityTechnologyGroup*
- *Confirmation of the action was sent to Trinity's IT Help Desk.*
- *As part of subcontract 2020-TAUR-001 Tauran provided IT Help Desk support to Trinity.*
- *To ensure receipt of all help desk requests, Tauran's PM email was copied.*
- *This action would have been invisible to Tauran had the PM not been copied on that email.*

*May 3, 2021, 9:30 PM, Tauran cancelled the online services that had once been assigned to Trinity.*

*May 4, 2021, 12:07 PM, James Smith, sent via email through Leigh Manzare, Trinity's Contracts Administrator, a Termination for Convenience notification for Subcontract 2020-TAUR-001 (Attachment E).*

*May 5, 2021, 4:51 PM, Tauran responded to Leigh Manzare and James Smith acknowledging the Termination letter and informing Mr. Smith that "Tauran will provide a quote and timeline" for the Concourse Migration (Attachment F).*

*May 13, 2021, 5:27 PM, Tauran sent Trinity invoice TMG20705. The invoice included an estimate for May Azure Consumption for Concourse hosting and hours necessary to complete the Concourse Migration (Attachment G).*

*May 18, 2021, 2:09 PM, Aaron Dobbs, Vice President Finance, Trinity, KR Contracting, responded via email that per Mr. Smith, "Concourse will be fully migrated on 5/21. Tauran should submit the Azure invoice once Concourse is migrated." (Attachment H)*

*May 20, 2021, 4:04 PM, Tauran responded to a request from Kimee Cameron, Accounts Payable, Trinity, requesting backup for invoice TMG20705 (Attachment I).*

*May 22, 2021, 1:27:55 PM, Kayne Kreitzer accessed Tauran's Azure Government cloud without authorization (Attachment J).*

*May 24, 2021, 11:57 AM, Aaron Dobbs notified Tauran via email stating "Regarding the transfer of concourse data, we do not require these services and ask that they are removed from the invoice" (Attachment K).*

May 26, 2021, Tauran sent via certified mail to Kayne Kreitzer at Trinity's Manassas address, in care of Trinity's FSO, Kim Hall (Attachment B), a CEASE AND DESIST (Attachment C).

May 4, 2021, to May 28, 2021, Kayne Kreitzer, accessed Tauran's Microsoft *Azure* Government Cloud tenant without authorization, downloaded and deleted proprietary data. *Data targeted included SharePoint lists, forms, and workflows necessary to migrate Concourse.*

*June 16, 2021, Tauran sent via certified mail to James Smith and Kim Hall notification of an unauthorized access and theft event that directly targeted Personally Identifiable Information (PII) contained in Concourse (Attachment D, provided 6/17/2021).*

 1 N Broad Street, Suite A
Luray, VA 22835

 1 (540) 742-7420

✉ info@taurangroup.com

**PLAINTIFF'S EXHIBIT**
**70**

# TAURAN MANAGEMENT GROUP

Integrity | Ingenuity | Innovation

Tauran continues its internal investigation into this unauthorized access and theft of data incidents. The documents included as attachments and the history of invoices paid by Trinity substantiate the following:

1. Trinity was aware that Concourse was hosted in Tauran's Azure Government Cloud.
2. Trinity required Tauran's assistance in migrating Concourse.
3. Tauran sent a quote for migrating Concourse on May 13, 2021.
4. May 18, 2021, Trinity responded that the migration would be completed on May 21, 2021.
5. Microsoft Azure Government Users Audit Log shows:
   a. Kayne Kreitzer user account was blocked May 10, 2021.
   b. Kayne Kreitzer accessed Tauran's Azure Government Cloud May 22, 2021.
6. May 24, 2021, Trinity notified Tauran, that Trinity no longer required Tauran's assistance to migrate Concourse from Tauran's Azure Government Cloud.
7. Trinity's public facing career site, a part of Concourse's recruiting module, has active positions posted from May 31, 2021, to June 23, 2021 (Attachment L).
   a. This would not be possible if Trinity did not have possession of Concourse data.
8. Trinity's Concourse data has been downloaded and deleted from Tauran's Azure Government Cloud. This action was not carried out by any authorized Tauran representative.

We continue our review and will forward any additional information.

Regards,

Elizabeth Parker
President & CEO

 1 N Broad Street, Suite A
Luray, VA 22835

 1 (540) 742-7420

✉ info@taurangroup.com

PLAINTIFF'S
EXHIBIT

10

# TAURAN MANAGEMENT GROUP
## Integrity | Ingenuity | Innovation

### ATTACHMENT A
### MICROSOFT CONFIRMATION OF DELEGATED ADMINISTRATION CHANGES

**From:** Microsoft Online Services Team <msonlineservicesteam@email.microsoftonline.com>
**Date:** May 3, 2021 at 6:03:55 PM EDT
**To:** ithelpdesk@trinitytechnologygroup.com
**Cc:** cspsupportus@synnex.com
**Subject: Important: confirmation of delegated administration changes**
**Reply-To:** "BOSreply@microsoft.com" <reply-fe9e157375670c7f75-108_HTML-1369563683-1014838-51404@email.microsoftonline.com>

CAUTION: This email originated from outside of the organization.  Do not click links or open attachments unless you recognize the sender and know the content is safe.

Confirmation: SYNNEX365 no longer has administrative permissions. | View this email in your browser

SYNNEX365 no longer has administrative permissions



**Organization:** Trinity Technology Group
**Name:** Kayne Kreitzer
**User ID:** Kayne.kreitzer@trinitytechnologygroup.com

This message confirms that SYNNEX365 has been removed from the delegated administrator list for your Microsoft Online Services account by your company representative, Kayne.kreitzer@trinitytechnologygroup.com.

Partner Support Information:

**Delegated administrator:** SYNNEX365
**E-mail address:** cspsupportus@synnex.com
**Phone number:** 844-834-6121

Terms of delegated administration

If you want to re-authorize this partner to act as a delegated administrator for your online services account, you can request that the partner send you a new delegated administration offer.

Sincerely,
The Microsoft Online Services Team

This is a mandatory service communication. To set your contact preferences for other communications, click here.

This message was sent from an unmonitored e-mail address. Please do not reply to this message.
Privacy | Legal



Microsoft Office
One Microsoft Way
Redmond, WA
98052-6399 USA

 1 N Broad Street, Suite A
Luray, VA 22835

 1 (540) 742-7420

✉ info@taurangroup.com

PLAINTIFF'S
EXHIBIT
70

# TAURAN MANAGEMENT GROUP

Integrity | Ingenuity | Innovation

**ATTACHMENT B**
**CERTIFIED MAIL RECEIPT FOR CEASE & DESIST SENT TO KAYNE KREITZER c/o KIM HALL**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery   6/1/2021 |
| 1. Article Addressed to:<br><br>Kayne Kreitzer<br>c/o Kim Hall<br>Trinity Technology Group<br>10687 Gaskins Way #200<br>Manassas VA 22835 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6170 0220 7694 40 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7020 1810 0000 7253 5744 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

1 N Broad Street, Suite A    1 (540) 742-7420    info@taurangroup.com
Luray, VA 22835



**PLAINTIFF'S EXHIBIT**
**70**

# TAURAN MANAGEMENT GROUP
Integrity | Ingenuity | Innovation

**ATTACHMENT C**
**CEASE & DESIST SENT TO KAYNE KREITZER c/o KIM HALL (2 PAGES)**

# TAURAN MANAGEMENT GROUP
Integrity | Ingenuity | Innovation

May 26, 2021

Kayne Kreitzer
20 Child Street, Apt 717
Cambridge, MA 02141

VIA Certified Mail and
VIA EMAIL to: Kreitzer@me.com
Kayne.Kreitzer@trinitytechnologygroup.com

RE: CEASE AND DESIST, Termination of Agreement

Mr. Kreitzer,

On September 16, 2016, you freely executed a Consultant Agreement (CA) and a Nondisclosure Agreement (NDA) with Tauran Management Group, LLC (Tauran). Those agreements stipulated that Proprietary Information would remain the property of the disclosing party for five (5) years from receipt and that for one year from the termination of said agreements you would not use proprietary information in direct competition with Tauran.

More specifically, the CA states:

Article II – Period of Performance: This Agreement may be terminated by either party in accordance with ARTICLE entitled TERMINATION. Pending the final determination of any dispute arising in connection with the Agreement, Consultant agrees to proceed diligently with performance, as and to the extent directed by TMG.

Article VII-Inventions, Proprietary Rights, and Copyrights: Consultant acknowledges that all client lists, documents, illustrations, research data, reports, equipment, drafts of documents or material and any other information or materials of any nature whatsoever, whether or not copyrightable or patentable produced by TMG for any of its clients coming into his possession as result of his services to TMG, will be and remain the property of TMG.

Without the express prior written consent of TMG, Consultant shall not, during the term of this Agreement and for one year after the date of any termination of this Agreement...utilize proprietary products, services, or expertise of TMG with the intent or effect of directly competing with TMG.

The Consultant agrees to reveal promptly to TMG any activity on Consultant's part that reasonably might be deemed to be in competition with TMG or with the services to be performed hereunder. Further, Consultant agrees that Consultant does not have any conflicting employment or Consultant agreements, and agrees that Consultant will not, without TMG's consent, undertake to perform task for others in conflict with those contemplated by this Agreement.

The Consultant agrees that the services performed in accordance with this Agreement are "works for hire". Any work products, inventions, or improvements that Consultant may conceive, make, invent, or suggest in connection with the work done as a Consultant

 

1 N Broad Street, Suite A    1 (540) 742-7420    info@taurangroup.com
Luray, VA 22835

    

1 N Broad Street, Suite A    1 (540) 742-7420    info@taurangroup.com
Luray, VA 22835

**PLAINTIFF'S EXHIBIT**
**70**

# TAURAN MANAGEMENT GROUP

Integrity | Ingenuity | Innovation

## TAURAN MANAGEMENT GROUP

Integrity | Ingenuity | Innovation

under this Agreement or which are conceived as a consequence of opportunity of knowledge afforded by such work shall … become the absolute property of TMG.

The NDA states:

"Proprietary Information" means all information and data relating to the Parties' technology, products, services or other business, …(i) product or service information, …(iii) computer software, including codes, flowcharts, algorithms, architectures, menu layouts, routines, report formats…proprietary information of the Parties' client(s) and licensors.

Each party agrees that, for five (5) years after receipt of Proprietary Information…such Proprietary Information received from the other party: (ii) will not be disclosed to any third party without prior written approval…(vi) will remain the property of the disclosing party.

Each party acknowledges that unauthorized disclosure or use of the other party's Proprietary Information could cause irreparable harm and significant injury to the other party that may be difficult to ascertain. Accordingly, each party agrees that the other party shall have the right to seek and obtain immediate injunctive relief from breach or threatened breach of this Agreement.

As a consultant of Tauran, you were directed to notify Tauran should our client, Trinity, request your services directly to terminate any part of Tauran's contract with Trinity. On May 3, 2021, you, acting as a representative for Trinity, blocked all Tauran personnel access to Trinity online systems, and removed Tauran as the delegated administrator of Trinity's Microsoft online services. Your actions effectively terminated our ability to fulfill the responsibilities of our contract with Trinity and administer any aspect of Trinity's Microsoft online services.

Additionally, review of Tauran's Microsoft Government Cloud tenant reveals that you accessed Tauran's Government Cloud on multiple occasions, without authorization, and downloaded proprietary data.

Upon the first action you took that violated the agreements you signed, you effectively terminated your consulting agreement and ceased to be authorized to access any Tauran system.

This letter serves as notice and demand is made upon you to cease and desist your unauthorized access to all Tauran and Tauran's client's related systems and return all proprietary information as defined by the Agreements you executed. Furthermore, this letter serves as notice of termination of your services for cause.

Regards,

Elizabeth Parker
President & CEO

 1 N Broad Street, Suite A
Luray, VA 22835

1 (540) 742-7420

✉ info@taurangroup.com

 1 N Broad Street, Suite A
Luray, VA 22835

1 (540) 742-7420

✉ info@taurangroup.com

**PLAINTIFF'S EXHIBIT 70**

# TAURAN MANAGEMENT GROUP
Integrity | Ingenuity | Innovation

## ATTACHMENT D
## TAURAN NOTIFICATION TO TRINITY OF UNAUTHORIZED ACCESS AND THEFT OF DATA (2 PAGES)

# TAURAN MANAGEMENT GROUP
Integrity | Ingenuity | Innovation

June 16, 2021

James Smith
Kim Hall
Trinity Technology Group
10687 Gaskins Way, Suite 201
Manassas, VA 20109

VIA Certified Mail and
VIA EMAIL to:   JimS@TrinityTechnologyGroup.com
                KimH@TrintyTechnologyGroup.com

RE:  Unauthorized Access

Mr. Smith & Mrs. Hall,

Tauran is notifying all our clients who have\had data on Tauran's Azure Government Cloud (GCC) that we have experienced an unauthorized access. An incident report has been filed with Microsoft, the Cybersecurity and Infrastructure Security Agency (CISA) and the Defense Counterintelligence and Security Agency (DCSA). We regret to inform you that this unauthorized access directly targeted Trinity's data, downloading, and deleting it from Tauran's GCC environment. As of today, we can confirm that the Trinity data downloaded and deleted included Personally Identifiable Information (PII) for:

- Current and former employees,
- Current and past applicants,
- Passengers who placed claims with Trinity

Tauran continues to investigate this incident, internally and with Microsoft, CISA and DCSA. You will be updated should the investigation reveal additional pertinent information related to your data. An incident report has been included for your records and for your use in any notification requirements you might have related to the data effected.

Regards,

Elizabeth Parker
President & CEO

1 N Broad Street, Suite A
Luray, VA 22835

1 (540) 742-7420

info@taurangroup.com



**PLAINTIFF'S EXHIBIT**

70

# TAURAN MANAGEMENT GROUP

### Integrity | Ingenuity | Innovation

## Tauran Management Group
Incident Response Form

| FORM FOR REPORTING A SUSPECTED INFORMATION SECURITY INCIDENT | | |
|---|---|---|
| **Location:** <br> **1 North Broad Street, Suite A, Luray, VA 22835** | | **Name of Dept/Division:** <br> **IT** |
| **Name:** <br> **Shaunta Brent** | **Tel No:** <br> **(540) 742-7420** | **E-mail Address:** <br> **ShauntaB@TauranGroup.com** |

| Date(s) of Incident: <br> **5/3/2021 to 5/28/2021** | Time of Incident: <br> **Multiple** |
|---|---|
| Who Notified: <br> **Dayna Senter** | Time of First Notification: <br> **5/3/2021 9:14 PM** |

Brief Description of Incident:

**Consultant accessed Tauran systems without authorization. It appears that only Trinity data was targeted. Personally Identifiable Information (PII) was accessed, downloaded and deleted from Tauran's Azure Government Cloud (GCC) environment. The investigation into the unauthorized event is on-going. Should any additional information related to your data become available we will follow up.**

| | Y | N |
|---|---|---|
| Did you witness the incident yourself? | ☐ | ☒ |
| Did others witness the incident? (if yes specify below) | ☐ | ☒ |

To your knowledge was any of the following involved?

| | | | | |
|---|---|---|---|---|
| Telephone | ☐ | Theft | ☒ | |
| Fax | ☐ | Fraud | ☐ | |
| Photocopier | ☐ | Unauthorized Access | ☒ | |
| Computer Hardware | ☐ | Customers | ☐ | |
| E-mail | ☐ | Third Parties | ☐ | |
| Internet download | ☐ | Copyright | ☐ | |
| Virus | ☐ | Other (specify below) | ☐ | |

| Initiated By: <br> Elizabeth Parker | Date: <br> 6/16/2021 | Reviewed By: <br> Dayna Senter | Date: <br> 6/16/2021 |
|---|---|---|---|
| Approved By (1): <br> Shaunta Brent | Date: <br> 6/16/2021 | Approved By (2): <br> Elizabeth Parker | Date: <br> 6/16/2021 |



**PLAINTIFF'S EXHIBIT 70**

# TAURAN MANAGEMENT GROUP
## Integrity | Ingenuity | Innovation

**ATTACHMENT E**
**TERMINATION FOR CONVENIENCE, SUBCONTRACT 2020-TAUR-001**



May 4, 2021

Ms. Elizabeth Parker
Tauran Management Group
21 North Broad Street
Suite D
Luray, VA  22635

RE: Termination for Convenience, Subcontract 2020-TAUR-001

Ms. Parker,

Per Article 2.5 of Subcontract 2020-TAUR-001, Trinity hereby notifies you of its decision to terminate this subcontract for convenience in accordance with the provisions of FAR 52.249-2. This termination will become fully effective May 31, 2021. Trinity and its parent company, KR Contracting, made this decision to bring the functions performed by Tauran under this subcontract back in-house.

Since the formal acquisition of Trinity on December 4, 2020 and for the first 100 days, Trinity and KR evaluated all departments and subcontracts for ways to cut costs and reduce the overhead burden. This is necessary in order to be more competitive with our Government bidding process. The Tauran subcontract was selected for termination during that process. We appreciate all the services, resources, and innovations provided by Tauran to help Trinity grow. This termination in no way reflects negatively on the quality of the work you provided.

Through May 31, 2021, Trinity hopes to work with Tauran to ensure a smooth transition of services and licenses. Specifically, Trinity requires assistance with the following:

- Concourse Migration (to be completely migrated within 3 weeks)
- HR Functions (transfer processing to internal HR team over the next two weeks)
- Passengers First (continue to answer phones for one week)
- Call Out line (disable phone line immediately)
- Employee Data (transfer all data back within 3 weeks)

Trinity wishes Tauran the very best in all its future endeavors. Following the May 31, 2021 termination date, we reserve the right to obtain any workflow data or information paid for at Trinity's expense (missing employee data, information not known at time of termination, etc.). As a reminder, any existing consultant agreements will remain valid through the expiration dates. If you have any questions, please feel free to contact me at jims@trinitytechnologygroup.com or (703) 345-1671.

Sincerely,

James B. Smith
Senior Vice-President, Operations



PLAINTIFF'S
EXHIBIT
70



# TAURAN MANAGEMENT GROUP
## Integrity | Ingenuity | Innovation

**ATTACHMENT F**
**TAURAN ACKNOWLEDGMENT OF SUBCONTRACT TERMINATION**

Re: Tauran Management Group Subcontract Termination Letter

| | |
|---|---|
| **Elizabeth Parker** | ↩ Reply   ↩ Reply All   → Forward   ⋯ |
| To ○ Manzare, Leigh | Wed 5/5/2021 4:51 PM |
| Cc ○ Smith, James; ● Shaunta Brent | |

Good afternoon Leigh,

We are in receipt of your notice of Termination for Convenience, Subcontract 2020-TAUR-001 due to 'cut costs and reduce the overhead burden' and acknowledge the end of services effective May 31, 2021.
Per your specific requests for assistance:

- Concourse Migration (to be completely migrated within 3 weeks): Tauran will provide a quote and timeline.
- HR Functions (transfer processing to internal HR team over the next two weeks): Tauran does not currently process any HR Functions requiring turn over to internal HR team. Should the HR team have specific questions please have them schedule a time to meet with our Client Services Manager, Shaunta Brent (copied), to discuss.
- Passengers First (continue to answer phones for one week): Due to the removal of access to Concourse and claims@trinitytechnology.com, this line was sent to voicemail effective 5/3/2021. Tauran's claims administration service, as outlined in 2020-TAUR-001, is available for $3,060.80/month.
- Call Out line (disable phone line immediately): Due to the removal of access to Concourse, this line was sent to voicemail effective 5/3/2021. Should Trinity need to re-initiate services, the Employee Resource service is $2.50/employee.
- Employee Data (transfer all data back within 3 weeks): Tauran does not maintain any Trinity Employee Data outside of Concourse.

Regards,

 1 N Broad Street, Suite A
Luray, VA 22835

 1 (540) 742-7420

 info@taurangroup.com

**PLAINTIFF'S EXHIBIT**
**70**

# TAURAN MANAGEMENT GROUP
## Integrity | Ingenuity | Innovation

**ATTACHMENT G**
**INVOICE TMG20705**

Tauran Management Group LLC
1 North Broad Street Suite A
Luray, VA  22835
+54 07427420
accounting@TauranGroup.com



## INVOICE

| BILL TO | | |
|---|---|---|
| Accounts Payable | INVOICE # | TMG20705 |
| Trinity Technology Group | DATE | 05/13/2021 |
| 10687 Gaskins Way, Ste 200 | DUE DATE | 05/13/2021 |
| Manassas, VA  20109 | TERMS | Due on receipt |

**JOB CAT**
Contract Close Out

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Charges | | | |
| Contract Close Out | | | |
| TTG – Azure Consumption | 1 | 1,785.00 | 1,785.00 |
| TTG – Azure Consumption (estimate for May) | | | |
| TTG - Malwarebytes (Yearly) | 8 | 215.00 | 1,720.00 |
| May - December 2021 | | | |
| TTG Sr. Program Manager | 25 | 100.00 | 2,500.00 |
| Data Files ~ Concourse | | | |
| TTG IT Tier 4 | 30 | 65.00 | 1,950.00 |
| IT Admin Tier 4 Cloud, O365, SharePoint Administration for Concourse data files | | | |
| TTG Project Admin | 5 | 37.13 | 185.65 |
| Close out Passenger's First | | | |

All amounts related to data recovery are estimates. Trinity will be billed and is responsible for all expenses incurred. All expenses must be paid prior to receipt of data files.
Azure consumption rate is based on April consumption. Prompt payment ensures Trinity access to data through May 31, 2021. Any overages will be billed the first week of June.

**BALANCE DUE**          **$8,140.65**

 1 N Broad Street, Suite A
Luray, VA 22835

📞 1 (540) 742-7420

✉ info@taurangroup.com

PLAINTIFF'S
EXHIBIT
70

# TAURAN MANAGEMENT GROUP

Integrity | Ingenuity | Innovation

**ATTACHMENT H**
**FOLLOW-UP EMAIL FROM AARON DOBBS, VP FINANCE, TRINITY & KR CONTRACTING**

## Follow-Up

 Dobbs, Aaron <Aaron.Dobbs@trinitytechnology group.com>
Tue 5/18/2021 2:09 PM
To: Elizabeth Parker

Hi Beth – I spoke with Jim regarding our conversation yesterday with respect to the Microsoft licenses & Azure consumption. I feel like I'm just playing telephone between everyone here, but below in italics is his response.

*Beth contacted me on 5/3 regarding the Microsoft licenses and that we had until COB on 5/4 to respond. Before I had a chance to respond, the Microsoft licenses were deleted the evening of 5/3. Therefore, there should be no charge since they were deleted on 5/3.*

*Concourse will be fully migrated on 5/21. Tauran should submit the Azure invoice once Concourse is migrated.*

Aaron Dobbs
Vice President Finance
Trinity Technology Group, Inc.
KR Contracting
aaron.dobbs@trinitytechnologygroup.com
Office: (276) 243-2298
Mobile: (703) 981-6651

 1 N Broad Street, Suite A
Luray, VA 22835           1 (540) 742-7420          ✉ info@taurangroup.com

**PLAINTIFF'S EXHIBIT**
**70**

# TAURAN MANAGEMENT GROUP
## Integrity | Ingenuity | Innovation

**ATTACHMENT I**
**TAURAN EMAIL RESPONSE TO K. CAMERON RE: TAURAN INVOICES**

Elizabeth Parker
Thu 5/20/2021 4:04 PM
To: Cameron, Kimee <kimeec@trinitytechnologygroup.com>; Jamal Parker
Cc: Dobbs, Aaron <Aaron.Dobbs@trinitytechnologygroup.com>

Kimee,

Azure Consumption is an estimate based on April's consumption. Tauran will not know the actual consumption until the beginning of June.

As part of the mentor/mentee relationship between Tauran and Trinity, Tauran passed on to Trinity Tauran's discounts by paying for Trinity's Malewarebytes via Tauran's annual plan. Tauran allowed Trinity to pay the discounted amount every month as part of their Desktop Support. Now that Trinity is not maintaining their Desktop Support, they are responsible for the remaining months of 2021.

The remaining hours are necessary to provide Trinity their Concourse data.

Payment of this invoice is required to initiate the transfer of Concourse data.

Regards,
Elizabeth Parker

 1 N Broad Street, Suite A
Luray, VA 22835

 1 (540) 742-7420

info@taurangroup.com

**PLAINTIFF'S EXHIBIT**

**70**

# TAURAN MANAGEMENT GROUP

## Integrity | Ingenuity | Innovation

### ATTACHMENT J
### MICROSOFT AZURE GOVERNMENT AUDIT LOGS



| Date | Service | Category | Activity | Status | Status reason | Target(s) | Initiated by (act... |
|---|---|---|---|---|---|---|---|
| 5/25/2021, 1:34:59 PM | Core Directory | UserManagement | Update user | Success | | kaynek@tauran.onmicrosof... | Microsoft App Acces |
| 5/25/2021, 1:34:59 PM | Core Directory | UserManagement | Update StsRefreshTokenValidFrom Timestamp | Success | | kaynek@tauran.onmicrosof... | Microsoft App Acces |
| 5/25/2021, 1:32:43 PM | Self-service Passwor... | UserManagement | Change password (self-service) | Success | None | Kayne Kreitzer | kaynek@tauran.onm |
| 5/25/2021, 1:32:43 PM | Core Directory | UserManagement | Change user password | Success | | kaynek@tauran.onmicrosof... | kaynek@tauran.onm |
| 5/25/2021, 1:32:43 PM | Core Directory | UserManagement | Update StsRefreshTokenValidFrom Timestamp | Success | | kaynek@tauran.onmicrosof... | kaynek@tauran.onm |
| 5/25/2021, 1:31:48 PM | Self-service Passwor... | UserManagement | Change password (self-service) | Failure | PasswordDoesnotCo... | Kayne Kreitzer | kaynek@tauran.onm |
| 5/25/2021, 1:30:35 PM | Self-service Passwor... | UserManagement | Change password (self-service) | Failure | PasswordDoesnotCo... | Kayne Kreitzer | kaynek@tauran.onm |
| 5/25/2021, 1:29:51 PM | Self-service Passwor... | UserManagement | Change password (self-service) | Failure | PasswordDoesnotCo... | Kayne Kreitzer | kaynek@tauran.onm |
| 5/25/2021, 1:28:16 PM | Self-service Passwor... | UserManagement | Reset password (by admin) | Success | None | Kayne Kreitzer | Jparker@tauran.onm |
| 5/25/2021, 1:28:16 PM | Core Directory | UserManagement | Update StsRefreshTokenValidFrom Timestamp | Success | | kaynek@tauran.onmicrosof... | support@support.on |
| 5/25/2021, 1:28:16 PM | Core Directory | UserManagement | Reset user password | Success | | kaynek@tauran.onmicrosof... | support@support.on |
| 5/25/2021, 1:27:40 PM | Core Directory | UserManagement | Update user | Success | | kaynek@tauran.onmicrosof... | Jparker@tauran.onm |
| 5/22/2021, 1:27:55 PM | Self-service Passwor... | UserManagement | Change password (self-service) | Success | None | Kayne Kreitzer | kaynek@tauran.onm |
| 5/22/2021, 1:27:55 PM | Core Directory | UserManagement | Update StsRefreshTokenValidFrom Timestamp | Success | | kaynek@tauran.onmicrosof... | kaynek@tauran.onm |
| 5/22/2021, 1:27:55 PM | Core Directory | UserManagement | Change user password | Success | | kaynek@tauran.onmicrosof... | kaynek@tauran.onm |
| 5/10/2021, 1:21:34 PM | Core Directory | UserManagement | Update StsRefreshTokenValidFrom Timestamp | Success | | kaynek@tauran.onmicrosof... | Jparker@tauran.onm |
| 5/10/2021, 1:21:34 PM | Core Directory | UserManagement | Update user | Success | | kaynek@tauran.onmicrosof... | Jparker@tauran.onm |
| 5/10/2021, 12:42:33 ... | Self-service Passwor... | UserManagement | Change password (self-service) | Success | None | Jamal Parker | Jparker@tauran.onm |
| 5/10/2021, 12:42:33 ... | Core Directory | UserManagement | Update StsRefreshTokenValidFrom Timestamp | Success | | Jparker@tauran.onmicroso... | Jparker@tauran.onm |
| 5/10/2021, 12:42:33 ... | Core Directory | UserManagement | Change user password | Success | | Jparker@tauran.onmicroso... | Jparker@tauran.onm |

**User account was re-accessed**

**User was updated to block log in.**

  1 N Broad Street, Suite A
Luray, VA 22835

1 (540) 742-7420

info@taurangroup.com

**PLAINTIFF'S EXHIBIT 70**

# TAURAN MANAGEMENT GROUP
Integrity | Ingenuity | Innovation

**ATTACHMENT K**

**AARON DOBBS NOTIFICATION RE: CONCOURSE MIGRATION SERVICES**

Tauran invoices                                                          📎 6 ⌄

 Dobbs, Aaron <Aaron.Dobbs@trinitytechnologygroup.com>          👍 ↩ ↩ →
Mon 5/24/2021 11:57 AM
To: Elizabeth Parker; Cameron, Kimee <kimeec@trinitytechnologygroup.com>; Jamal Parker

Beth – I received the below message from the team on the $8k invoice.

Please go ahead and resubmit the invoice to include the remaining Malwarebytes charges. We ask that once the billing cycle is complete for Azure and you have the final charges that you send us an invoice at that time for payment.

Regarding the transfer of Concourse data, we do not require these services and ask that they are removed from the invoice

Aaron Dobbs
Vice President Finance
Trinity Technology Group, Inc.
KR Contracting
aaron.dobbs@trinitytechnologygroup.com
Office: (276) 243-2298
Mobile: (703) 981-6651

1 N Broad Street, Suite A          📞 1 (540) 742-7420          ✉ info@taurangroup.com
Luray, VA 22835


**PLAINTIFF'S EXHIBIT 70**

# TAURAN MANAGEMENT GROUP
### Integrity | Ingenuity | Innovation

## ATTACHMENT J
## TRINITY'S CURRENT CONCOURSE RECRUITING SITE



1 N Broad Street, Suite A
Luray, VA 22835

1 (540) 742-7420

info@taurangroup.com


PLAINTIFF'S
EXHIBIT
70

# TAURAN MANAGEMENT GROUP
Integrity | Ingenuity | Innovation

June 15, 2021

Diane Horan
Defense Counterintelligence and Security Agency
VIA EMAIL to: Diane.C.Horan.civ@mail.gov

RE: Adverse Information Report

Mrs. Horan,

Thank you so much for speaking with me yesterday. This is my first time dealing with a situation like this. I appreciate any guidance you can provide to assist through this process. As requested, no PPI has been included.

Known Persons Involved: Kayne Kreitzer
Known Companies Involved: Trinity Technology Group (Trinity)
Known Adverse Action Committed: Unauthorized Access
Known Dates: May 3, 2021, to present
Known Timeline of Events:

September 16, 2016, Kayne Kreitzer executed a Consultant Agreement and a Non-Disclosure Agreement with Tauran Management Group (Tauran).

January 1, 2019, Tauran hired Kayne Kreitzer as an employee.

October 7, 2019, Kayne Kreitzer resigned and agreed to convert back to the original Consultant Agreement.

March 2020 to April 2021, Kayne Kreitzer invoiced Tauran and was paid by Tauran as a consultant.

May 1, 2020, Trinity executed a subcontract 2020-TAUR-001 with Tauran. This was a follow on to the previous subcontract 2017-TAUR-001. Tauran has supported Trinity since its first office space IT install in 2003.

May 3, 2021, Kayne Kreitzer, acting as a representative for Trinity, blocked all Tauran personnel access to Trinity online systems, and removed Tauran as the delegated administrator of Trinity's Microsoft online services (Attachment A). This action terminated Tauran's ability to fulfill the responsibilities of our contract with Trinity and administer Trinity's Microsoft online services.

May 4, 2021, to May 28, 2021, Kayne Kreitzer, using a separate domain login, accessed Tauran's Microsoft Government Cloud tenant without authorization, downloaded and deleted proprietary data.

May 26, 2021, Tauran sent via certified mail to Kayne Kreitzer at Trinity's Manassas address, in care of Trinity's FSO, Kim Hall (Attachment B), a CEASE AND DESIST (Attachment C).

We continue to review Tauran's systems to fully ascertain Kayne Kreitzer's unauthorized access and will forward any additional information necessary.

Regards,

Elizabeth Parker
President & CEO

 1 N Broad Street, Suite A
Luray, VA 22835

 1 (540) 742-7420

info@taurangroup.com



PLAINTIFF'S
EXHIBIT
70

**ATTACHMENT A**



Tauran Management Group LLC no longer has administrative permissions

**Organization:** Trinity Technology Group
**Name:** Kayne Kreitzer
**User ID:** Kayne.kreitzer@trinitytechnologygroup.com

This message confirms that Tauran Management Group LLC has been removed from the delegated administrator list for your Microsoft Online Services account by your company representative, Kayne.kreitzer@trinitytechnologygroup.com.

Partner Support Information:

> **Delegated administrator:** Tauran Management Group LLC
> **E-mail address:** support@taurangroup.com
> **Phone number:** (540) 742-7420

Terms of delegated administration

If you want to re-authorize this partner to act as a delegated administrator for your online services account, you can request that the partner send you a new delegated administration offer.

Sincerely,
The Microsoft Online Services Team



PLAINTIFF'S
EXHIBIT
70

Attachment B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>6/1/2021 |
| 1. Article Addressed to:<br>Kayne Kreitzer<br>c/o Kim Hall<br>Trinity Technology Group<br>10687 Gaskins Way #200<br>Manassas VA 22835 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6170 0220 7694 40 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 1810 0000 7253 5744 | Mail<br>Mail Restricted Delivery<br>.00) |

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

PLAINTIFF'S EXHIBIT 70

Attachment C

# TAURAN MANAGEMENT GROUP
### Integrity | Ingenuity | Innovation

May 26, 2021

Kayne Kreitzer
20 Child Street, Apt 717
Cambridge, MA 02141

VIA Certified Mail and
VIA EMAIL to:  Kreitzer@me.com
                Kayne.Kreitzer@trinitytechnologygroup.com

RE:  CEASE AND DESIST, Termination of Agreement

Mr. Kreitzer,

On September 16, 2016, you freely executed a Consultant Agreement (CA) and a Nondisclosure Agreement (NDA) with Tauran Management Group, LLC (Tauran). Those agreements stipulated that Proprietary Information would remain the property of the disclosing party for five (5) years from receipt and that for one year from the termination of said agreements you would not use proprietary information in direct competition with Tauran.

More specifically, the CA states:

> Article II – Period of Performance: This Agreement may be terminated by either party in accordance with ARTICLE entitled TERMINATION. Pending the final determination of any dispute arising in connection with the Agreement, Consultant agrees to proceed diligently with performance, as and to the extent directed by TMG.

> Article VII-Inventions, Proprietary Rights, and Copyrights: Consultant acknowledges that all client lists, documents, illustrations, research data, reports, equipment, drafts of documents or material and any other information or materials of any nature whatsoever, whether or not copyrightable or patentable produced by TMG for any of its clients coming into his possession as result of his services to TMG, will be and remain the property of TMG.

> Without the express prior written consent of TMG, Consultant shall not, during the term of this Agreement and for one year after the date of any termination of this Agreement…utilize proprietary products, services, or expertise of TMG with the intent or effect of directly competing with TMG.

> The Consultant agrees to reveal promptly to TMG any activity on Consultant's part that reasonably might be deemed to be in competition with TMG or with the services to be performed hereunder. Further, Consultant agrees that Consultant does not have any conflicting employment or Consultant agreements, and agrees that Consultant will not, without TMG's consent, undertake to perform task for others in conflict with those contemplated by this Agreement.

> The Consultant agrees that the services performed in accordance with this Agreement are "works for hire". Any work products, inventions, or improvements that Consultant may conceive, make, invent, or suggest in connection with the work done as a Consultant

 1 N Broad Street, Suite A
Luray, VA 22835

 1 (540) 742-7420

✉ info@taurangroup.com


PLAINTIFF'S EXHIBIT
70

# TAURAN MANAGEMENT GROUP
Integrity | Ingenuity | Innovation

under this Agreement or which are conceived as a consequence of opportunity of knowledge afforded by such work shall ... become the absolute property of TMG.

The NDA states:

> "Proprietary Information" means all information and data relating to the Parties' technology, products, services or other business, ...(i) product or service information, ...(iii) computer software, including codes, flowcharts, algorithms, architectures, menu layouts, routines, report formats...proprietary information of the Parties' client(s) and licensors.

> Each party agrees that, for five (5) years after receipt of Proprietary Information...such Proprietary Information received from the other party: (ii) will not be disclosed to any third party without prior written approval...(vi) will remain the property of the disclosing party.

> Each party acknowledges that unauthorized disclosure or use of the other party's Proprietary Information could cause irreparable harm and significant injury to the other party that may be difficult to ascertain. Accordingly, each party agrees that the other party shall have the right to seek and obtain immediate injunctive relief from breach or threatened breach of this Agreement.

As a consultant of Tauran, you were directed to notify Tauran should our client, Trinity, request your services directly to terminate any part of Tauran's contract with Trinity. On May 3, 2021, you, acting as a representative for Trinity, blocked all Tauran personnel access to Trinity online systems, and removed Tauran as the delegated administrator of Trinity's Microsoft online services. Your actions effectively terminated our ability to fulfill the responsibilities of our contract with Trinity and administer any aspect of Trinity's Microsoft online services.

Additionally, review of Tauran's Microsoft Government Cloud tenant reveals that you accessed Tauran's Government Cloud on multiple occasions, without authorization, and downloaded proprietary data.

Upon the first action you took that violated the agreements you signed, you effectively terminated your consulting agreement and ceased to be authorized to access any Tauran system.

This letter serves as notice and demand is made upon you to cease and desist your unauthorized access to all Tauran and Tauran's client's related systems and return all proprietary information as defined by the Agreements you executed. Furthermore, this letter serves as notice of termination of your services for cause.

Regards,

Elizabeth Parker
President & CEO

 1 N Broad Street, Suite A
Luray, VA 22835

 1 (540) 742-7420

 info@taurangroup.com


PLAINTIFF'S EXHIBIT
70



# Complaint Referral Form
## Internet Crime Complaint Center

## Victim Information

|  |  |
|---|---|
| Name: | Elizabeth Parker |
| Are you reporting on behalf of a business? | Yes |
| Business Name: | Tauran Management Group |
| Is the incident currently impacting business operations? | Yes |
| Age: | [None] |
| Address: | 1 North Broad Street |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Luray |
| County: | |
| Country: | United States of America |
| State: | Virginia |
| Zip Code/Route: | 22835 |
| Phone Number: | 5404169191 |
| Email Address: | BethP@TauranGroup.com |
| Business IT POC, if applicable: | |
| Other Business POC, if applicable: | |

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

On May 22, 2021, Kayne Kreitzer acting as a representative for Trinity accessed Tauran's Azure Government Cloud servers without authorization, downloaded and deleted personally identifiable information for government contractors currently and formerly supporting the Transportation Security Administration Screening Partnership Program and formerly supporting multiple DoD and DHS agencies. Kayne Kreitzer has a security clearance. Trinity Technology Group has a facility clearance. Trinity's FSO is Kim Hall (KimH@TrinityTechnoloygGroup.com).

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☑ Other     Please specify: Unauthorized Access

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

## Information About The Subject(s) Who Victimized You

**PLAINTIFF'S EXHIBIT 71**

Name: Kayne Kreitzer
Business Name: Trinity Technology Group
Address: 10687 Gaskins Way
Address (continued):
Suite/Apt./Mail Stop: Suite 200
City: Manassas
Country: United States of America
State: Virginia
Zip Code/Route: 22835
Phone Number: 7033451660
Email Address: kayne.kreitzer@trinitytechnologygroup.com
Website: trinitytechnologygroup.com
IP Address: 52.247.175.215

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

[No response provided]

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

DCSA: Diane.C.Horan.civ@mail.mil, (571) 414-9240, submitted Adverse Incident Report 6/15/2021
CISA: us-cert.gov, submitted 5/28/2021, Incident #: INC000010340038

☐ Check here if this an update to a previously filed complaint:

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Elizabeth Parker

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. **This is the only time you will have to make a copy of your complaint.**

PLAINTIFF'S
EXHIBIT
71

EXHIBIT N

## Statement Regarding Migration

Amanda Bates <amanda.bates@live.com>
Tue 9/7/2021 9:16 PM
To: Elizabeth Parker <bethp@taurangroup.com>
Dear Beth,

At or around mid-late June 2021, I had a conversation with Kayne Kreitzer about the Concourse migration from TMG's cloud to Trinity's. I asked him how he was able to move the data since he no longer had access to TMG's servers. He said that there was an account he used that had not been deleted/cut-off and he was able to access the data through that account.

Respectfully,
Amanda Bates



PLAINTIFF'S
EXHIBIT
72

**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

BILL TO

10687 Gaskins Way Ste 201
Manassas, VA  20109 USA

| | |
|---|---|
| INVOICE | 1007 |
| DATE | 09/06/2021 |
| TERMS | Net 15 |
| DUE DATE | 09/10/2021 |

INTERVAL
07-01/21-07/31/21

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/31/2021 | Services<br>Services consumed during the month of July 2021 | | | |
| 07/31/2021 | Microsoft Azure Subscription | 1 | 3,092.25 | 3,092.25 |
| 07/31/2021 | Common Area Phone for GCC | 1 | 8.00 | 8.00 |
| 07/31/2021 | Enterprise Mobility + Security G3 GCC | 35 | 8.80 | 308.00 |
| 07/31/2021 | Exchange Online Kiosk for GCC | 4 | 4.00 | 16.00 |
| 07/31/2021 | Microsoft 365 Domestic Calling Plan for GCC | 31 | 12.00 | 372.00 |
| 07/31/2021 | Microsoft Intune for Government | 21 | 6.00 | 126.00 |
| 07/31/2021 | Office 365 F3 GCC | 300 | 4.00 | 1,200.00 |
| 07/31/2021 | Office 365 G3 GCC | 23 | 20.00 | 460.00 |
| 07/31/2021 | Office 365 G5 GCC | 35 | 35.00 | 1,225.00 |
| 07/31/2021 | Power Apps per user plan for Government | 1 | 40.00 | 40.00 |
| 07/31/2021 | Power BI Pro for Government | 3 | 10.00 | 30.00 |

| | |
|---|---|
| PAYMENT | 6,877.25 |
| BALANCE DUE | **$0.00** |
| | **PAID** |



PLAINTIFF'S
EXHIBIT

73A

**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA 22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

| BILL TO | | |
|---|---|---|
| 10687 Gaskins Way Ste 201 | INVOICE | 1008 |
| Manassas, VA 20109 USA | DATE | 09/06/2021 |
| | TERMS | Net 15 |
| | DUE DATE | 09/17/2021 |

INTERVAL
08-01/21-08/31/21

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/31/2021 | Services<br>Services consumed during the month of August 2021 | | | |
| 08/31/2021 | Microsoft Azure Subscription | 1 | 3,095.94 | 3,095.94 |
| 08/31/2021 | Common Area Phone for GCC | 1 | 8.00 | 8.00 |
| 08/31/2021 | Enterprise Mobility + Security G3 GCC | 35 | 8.80 | 308.00 |
| 08/31/2021 | Exchange Online Kiosk for GCC | 4 | 4.00 | 16.00 |
| 08/31/2021 | Microsoft 365 Domestic Calling Plan for GCC | 36 | 12.00 | 432.00 |
| 08/31/2021 | Microsoft Intune for Government | 37 | 6.00 | 222.00 |
| 08/31/2021 | Office 365 F3 GCC | 300 | 4.00 | 1,200.00 |
| 08/31/2021 | Office 365 G3 GCC | 23 | 20.00 | 460.00 |
| 08/31/2021 | Office 365 G5 GCC | 37 | 35.00 | 1,295.00 |
| 08/31/2021 | Power Apps per user plan for Government | 1 | 40.00 | 40.00 |
| 08/31/2021 | Power BI Pro for Government | 3 | 10.00 | 30.00 |

| | | |
|---|---|---|
| PAYMENT | | 7,106.94 |
| BALANCE DUE | | **$0.00** |
| | | **PAID** |



PLAINTIFF'S
EXHIBIT

73B

Page 1 of 1

**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

| BILL TO | | INVOICE | 1012 |
|---|---|---|---|
| 10687 Gaskins Way Ste 201 | | DATE | 11/01/2021 |
| Manassas, VA 20109 USA | | TERMS | Net 15 |
| | | DUE DATE | 11/16/2021 |

INTERVAL
09/01/21-09/30/21

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/30/2021 | Services<br>Services consumed during the month of September 2021 | | | |
| 09/30/2021 | Microsoft Azure Subscription | 1 | 3,224.52 | 3,224.52 |
| 09/30/2021 | Common Area Phone for GCC | 1 | 8.00 | 8.00 |
| 09/30/2021 | Enterprise Mobility + Security G3 GCC | 24 | 8.80 | 211.20 |
| 09/30/2021 | Exchange Online Kiosk for GCC | 4 | 4.00 | 16.00 |
| 09/30/2021 | Microsoft 365 Domestic Calling Plan for GCC | 36 | 12.00 | 432.00 |
| 09/30/2021 | Microsoft Intune for Government | 37 | 6.00 | 222.00 |
| 09/30/2021 | Office 365 F3 GCC | 300 | 4.00 | 1,200.00 |
| 09/30/2021 | Office 365 G3 GCC | 27 | 20.00 | 540.00 |
| 09/30/2021 | Office 365 G5 GCC | 37 | 35.00 | 1,295.00 |
| 09/30/2021 | Power Apps per user plan for Government | 1 | 40.00 | 40.00 |
| 09/30/2021 | Power BI Pro for Government | 3 | 10.00 | 30.00 |

| | PAYMENT | 7,218.72 |
|---|---|---|
| | **BALANCE DUE** | **$0.00** |
| | | **PAID** |



PLAINTIFF'S
EXHIBIT
73C

## Kreitzer Group, LLC

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

| BILL TO | | | | | INVOICE | 1014 |
|---|---|---|---|---|---|---|
| 10687 Gaskins Way Ste 201 | | | | | DATE | 11/19/2021 |
| Manassas, VA  20109 USA | | | | | TERMS | Net 15 |
| | | | | | DUE DATE | 11/26/2021 |

INTERVAL
10/01/21-10/31/21

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/31/2021 | Services<br>Services consumed during the month of October 2021 | | | |
| 10/31/2021 | Microsoft Azure Subscription | 1 | 3,182.17 | 3,182.17 |
| 10/31/2021 | Common Area Phone for GCC | 1 | 8.00 | 8.00 |
| 10/31/2021 | Enterprise Mobility + Security G3 GCC | 24 | 8.80 | 211.20 |
| 10/31/2021 | Exchange Online Kiosk for GCC | 4 | 4.00 | 16.00 |
| 10/31/2021 | Microsoft 365 Domestic Calling Plan for GCC | 36 | 12.00 | 432.00 |
| 10/31/2021 | Microsoft Intune for Government | 37 | 6.00 | 222.00 |
| 10/31/2021 | Office 365 F3 GCC | 300 | 4.00 | 1,200.00 |
| 10/31/2021 | Office 365 G3 GCC | 27 | 20.00 | 540.00 |
| 10/31/2021 | Office 365 G5 GCC | 37 | 35.00 | 1,295.00 |
| 10/31/2021 | Power Apps per user plan for Government | 1 | 40.00 | 40.00 |
| 10/31/2021 | Power BI Pro for Government | 3 | 10.00 | 30.00 |

| | PAYMENT | 7,176.37 |
|---|---|---|
| | BALANCE DUE | **$0.00** |

**PAID**



**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

| BILL TO | | INVOICE | 1015 |
|---|---|---|---|
| 10687 Gaskins Way Ste 201 | | DATE | 12/19/2021 |
| Manassas, VA 20109 USA | | TERMS | Net 15 |
| | | DUE DATE | 12/24/2021 |

INTERVAL
11/01/21-11/30/21

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/30/2021 | Services<br>Services consumed during the month of November 2021 | | | |
| 11/30/2021 | Microsoft Azure Subscription | 1 | 3,086.43 | 3,086.43 |
| 11/30/2021 | Common Area Phone for GCC | 1 | 8.00 | 8.00 |
| 11/30/2021 | Enterprise Mobility + Security G3 GCC | 24 | 8.80 | 211.20 |
| 11/30/2021 | Exchange Online Kiosk for GCC | 4 | 4.00 | 16.00 |
| 11/30/2021 | Microsoft 365 Domestic Calling Plan for GCC | 36 | 12.00 | 432.00 |
| 11/30/2021 | Microsoft Intune for Government | 37 | 6.00 | 222.00 |
| 11/30/2021 | Office 365 F3 GCC | 300 | 4.00 | 1,200.00 |
| 11/30/2021 | Office 365 G3 GCC | 27 | 20.00 | 540.00 |
| 11/30/2021 | Office 365 G5 GCC | 37 | 35.00 | 1,295.00 |
| 11/30/2021 | Power Apps per user plan for Government | 1 | 40.00 | 40.00 |
| 11/30/2021 | Power BI Pro for Government | 3 | 10.00 | 30.00 |

| | | |
|---|---|---|
| PAYMENT | | 7,080.63 |
| **BALANCE DUE** | | **$0.00** |
| | | **PAID** |



PLAINTIFF'S EXHIBIT 73E

**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

| BILL TO | | INVOICE | 1017 |
|---|---|---|---|
| 10687 Gaskins Way Ste 201 | | DATE | 01/18/2022 |
| Manassas, VA 20109 USA | | TERMS | Net 15 |
| | | DUE DATE | 01/21/2022 |

INTERVAL
12/01/21-12/31/21

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/31/2021 | Services<br>Services consumed during the month<br>of December 2021 | | | |
| 12/31/2021 | Microsoft Azure Subscription | 1 | 3,179.44 | 3,179.44 |
| 12/31/2021 | Common Area Phone for GCC | 1 | 8.00 | 8.00 |
| 12/31/2021 | Enterprise Mobility + Security G3<br>GCC | 27 | 8.80 | 237.60 |
| 12/31/2021 | Exchange Online Kiosk for GCC | 4 | 4.00 | 16.00 |
| 12/31/2021 | Microsoft 365 Domestic Calling<br>Plan for GCC | 36 | 12.00 | 432.00 |
| 12/31/2021 | Microsoft Intune for Government | 37 | 6.00 | 222.00 |
| 12/31/2021 | Office 365 F3 GCC | 300 | 4.00 | 1,200.00 |
| 12/31/2021 | Office 365 G3 GCC | 30 | 20.00 | 600.00 |
| 12/31/2021 | Office 365 G5 GCC | 37 | 35.00 | 1,295.00 |
| 12/31/2021 | Power Apps per user plan for<br>Government | 1 | 40.00 | 40.00 |
| 12/31/2021 | Power BI Pro for Government | 3 | 10.00 | 30.00 |

| | PAYMENT | 7,260.04 |
|---|---|---|
| | BALANCE DUE | **$0.00** |

**PAID**



PLAINTIFF'S
EXHIBIT
73F

## Kreitzer Group, LLC

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

BILL TO

10687 Gaskins Way Ste 201
Manassas, VA  20109 USA

| | |
|---|---|
| INVOICE | 1028 |
| DATE | 08/01/2022 |
| TERMS | Net 15 |
| DUE DATE | 08/16/2022 |

INTERVAL
07/01/22-07/31/22

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/31/2022 | Services<br>Services consumed during the month of July 2022 | | | |
| 07/31/2022 | Microsoft Azure Subscription | 1 | 3,103.24 | 3,103.24 |
| 07/31/2022 | Common Area Phone for GCC | 1 | 8.00 | 8.00 |
| 07/31/2022 | Enterprise Mobility + Security G3 GCC | 27 | 8.80 | 237.60 |
| 07/31/2022 | Exchange Online Kiosk for GCC | 4 | 4.00 | 16.00 |
| 07/31/2022 | Domestic and International Calling Plan for GCC | 2 | 24.00 | 48.00 |
| 07/31/2022 | Microsoft 365 Domestic Calling Plan for GCC | 30 | 12.00 | 360.00 |
| 07/31/2022 | Microsoft Intune for Government | 27 | 6.00 | 162.00 |
| 07/31/2022 | Office 365 F3 GCC | 180 | 4.00 | 720.00 |
| 07/31/2022 | Office 365 G3 GCC | 30 | 20.00 | 600.00 |
| 07/31/2022 | Office 365 G5 GCC | 37 | 35.00 | 1,295.00 |
| 07/31/2022 | Power Apps per user plan for Government | 1 | 40.00 | 40.00 |
| 07/31/2022 | Power BI Pro for Government | 1 | 10.00 | 10.00 |

| | |
|---|---|
| PAYMENT | 6,599.84 |
| BALANCE DUE | **$0.00** |
| | **PAID** |



PLAINTIFF'S
EXHIBIT
73G

## Kreitzer Group, LLC

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

BILL TO
10687 Gaskins Way Ste 201
Manassas, VA  20109 USA

| | |
|---|---|
| INVOICE | 1030 |
| DATE | 09/05/2022 |
| TERMS | Net 15 |
| DUE DATE | 09/16/2022 |

INTERVAL
08/01/22-08/31/22

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/31/2022 | Services<br>Services consumed during the month of August 2022 | | | |
| 08/31/2022 | Microsoft Azure Subscription | 1 | 3,047.09 | 3,047.09 |
| 08/31/2022 | Common Area Phone for GCC | 1 | 8.00 | 8.00 |
| 08/31/2022 | Enterprise Mobility + Security G3 GCC | 27 | 8.80 | 237.60 |
| 08/31/2022 | Exchange Online Kiosk for GCC | 4 | 4.00 | 16.00 |
| 08/31/2022 | Domestic and International Calling Plan for GCC | 2 | 24.00 | 48.00 |
| 08/31/2022 | Microsoft 365 Domestic Calling Plan for GCC | 30 | 12.00 | 360.00 |
| 08/31/2022 | Microsoft Intune for Government | 27 | 6.00 | 162.00 |
| 08/31/2022 | Office 365 F3 GCC | 200 | 4.00 | 800.00 |
| 08/31/2022 | Office 365 G3 GCC | 30 | 20.00 | 600.00 |
| 08/31/2022 | Office 365 G5 GCC | 37 | 35.00 | 1,295.00 |
| 08/31/2022 | Power Apps per user plan for Government | 1 | 40.00 | 40.00 |
| 08/31/2022 | Power BI Pro for Government | 1 | 10.00 | 10.00 |

| | |
|---|---|
| PAYMENT | 6,623.69 |
| BALANCE DUE | **$0.00** |
| | **PAID** |



**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

BILL TO

10687 Gaskins Way Ste 201
Manassas, VA  20109 USA

| | |
|---|---|
| INVOICE | 1031 |
| DATE | 10/15/2022 |
| TERMS | Net 15 |
| DUE DATE | 10/21/2022 |

INTERVAL
09/01/22-09/30/22

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/30/2022 | Services<br>Services consumed during the month of September 2022 | | | |
| 09/30/2022 | Microsoft Azure Subscription | 1 | 3,286.40 | 3,286.40 |
| 09/30/2022 | Common Area Phone for GCC | 1 | 8.00 | 8.00 |
| 09/30/2022 | Enterprise Mobility + Security G3 GCC | 27 | 8.80 | 237.60 |
| 09/30/2022 | Exchange Online Kiosk for GCC | 4 | 4.00 | 16.00 |
| 09/30/2022 | Domestic and International Calling Plan for GCC | 2 | 24.00 | 48.00 |
| 09/30/2022 | Microsoft 365 Domestic Calling Plan for GCC | 30 | 12.00 | 360.00 |
| 09/30/2022 | Microsoft Intune for Government | 27 | 6.00 | 162.00 |
| 09/30/2022 | Office 365 F3 GCC | 230 | 4.00 | 920.00 |
| 09/30/2022 | Office 365 G3 GCC | 30 | 20.00 | 600.00 |
| 09/30/2022 | Office 365 G5 GCC | 37 | 35.00 | 1,295.00 |
| 09/30/2022 | Power Apps per user plan for Government | 1 | 40.00 | 40.00 |
| 09/30/2022 | Power BI Pro for Government | 1 | 10.00 | 10.00 |

| | |
|---|---|
| PAYMENT | 6,983.00 |
| **BALANCE DUE** | **$0.00** |
| | **PAID** |



PLAINTIFF'S
EXHIBIT
73I

**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA 22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

BILL TO

10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

| | |
|---|---|
| INVOICE | 1033 |
| DATE | 11/15/2022 |
| TERMS | Net 15 |
| DUE DATE | 11/30/2022 |

INTERVAL
10/01/22-10/31/22

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/31/2022 | Services<br>Services consumed during the month of October 2022 | | | |
| 10/31/2022 | Microsoft Azure Subscription | 1 | 3,094.66 | 3,094.66 |
| 10/31/2022 | Common Area Phone for GCC | 1 | 8.00 | 8.00 |
| 10/31/2022 | Enterprise Mobility + Security G3 GCC | 27 | 8.80 | 237.60 |
| 10/31/2022 | Exchange Online Plan 1 | 4 | 1.42 | 5.68 |
| 10/31/2022 | Exchange Online Kiosk for GCC | 4 | 1.29 | 5.16 |
| 10/31/2022 | Exchange Online Kiosk for GCC | 234 | 0.7096581 | 166.06 |
| 10/31/2022 | Exchange Online Protection | 4 | 0.355 | 1.42 |
| 10/31/2022 | Domestic and International Calling Plan for GCC | 2 | 24.00 | 48.00 |
| 10/31/2022 | Microsoft Intune for Government | 27 | 6.00 | 162.00 |
| 10/31/2022 | Microsoft 365 Domestic Calling Plan for GCC | 30 | 5.4193333 | 162.58 |
| 10/31/2022 | Microsoft 365 Domestic Calling Plan for GCC | 20 | 6.5805 | 131.61 |
| 10/31/2022 | Office 365 F3 GCC | 230 | 2.7096957 | 623.23 |
| 10/31/2022 | Office 365 G3 GCC | 30 | 9.0323333 | 270.97 |
| 10/31/2022 | Office 365 G3 GCC | 20 | 10.9675 | 219.35 |
| 10/31/2022 | Office 365 G5 GCC | 37 | 15.8064865 | 584.84 |
| 10/31/2022 | Office 365 G5 GCC | 30 | 19.1936667 | 575.81 |
| 10/31/2022 | Power Apps per user plan for Government | 1 | 40.00 | 40.00 |

Page 1 of 2



PLAINTIFF'S EXHIBIT
73J-1

| 10/31/2022 | Power BI Pro for Government | 1 | 10.00 | 10.00 |

Amounts reflect pro-rated changes that Brian Tessier and Kayne Kreitzer performed

| PAYMENT | 6,346.97 |
|---|---|
| BALANCE DUE | **$0.00** |
| | **PAID** |



PLAINTIFF'S
EXHIBIT

73J-2

**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

BILL TO

10687 Gaskins Way Ste 201
Manassas, VA  20109 USA

| | |
|---|---|
| INVOICE | 1034 |
| DATE | 11/15/2022 |
| TERMS | Net 15 |
| DUE DATE | 11/30/2022 |

INTERVAL
11/01/22-11/30/22

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/30/2022 | Services<br>Services consumed during the month of November 2022 | | | |
| 11/30/2022 | Microsoft Azure Subscription | 1 | 3,146.51 | 3,146.51 |
| 11/30/2022 | Common Area Phone for GCC | 1 | 8.00 | 8.00 |
| 11/30/2022 | Enterprise Mobility + Security G3 GCC | 27 | 8.80 | 237.60 |
| 11/30/2022 | Exchange Online Plan 1 | 4 | 4.00 | 16.00 |
| 11/30/2022 | Exchange Online Kiosk for GCC | 234 | 2.00 | 468.00 |
| 11/30/2022 | Exchange Online Protection | 4 | 1.00 | 4.00 |
| 11/30/2022 | Domestic and International Calling Plan for GCC | 2 | 24.00 | 48.00 |
| 11/30/2022 | Microsoft Intune for Government | 27 | 6.00 | 162.00 |
| 11/30/2022 | Microsoft 365 Domestic Calling Plan for GCC | 30 | 8.00 | 240.00 |
| 11/30/2022 | Office 365 G3 GCC | 20 | 20.00 | 400.00 |
| 11/30/2022 | Office 365 G5 GCC | 30 | 35.00 | 1,050.00 |
| 11/30/2022 | Power Apps per user plan for Government | 1 | 40.00 | 40.00 |
| 11/30/2022 | Power BI Pro for Government | 1 | 10.00 | 10.00 |

| | |
|---|---|
| PAYMENT | 5,830.11 |
| BALANCE DUE | **$0.00** |
| | **PAID** |



PLAINTIFF'S
EXHIBIT

23K

**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

## INVOICE

BILL TO
10687 Gaskins Way Ste 201
Manassas, VA  20109 USA

| | |
|---|---|
| INVOICE | 1035 |
| DATE | 02/05/2023 |
| TERMS | Net 15 |
| DUE DATE | 02/20/2023 |

INTERVAL
12/01/22-12/31/22

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/31/2022 | Services<br>Services consumed during the month of December 2022 | | | |
| 12/31/2022 | Microsoft Azure Subscription | 1 | 3,170.97 | 3,170.97 |
| 12/31/2022 | Common Area Phone for GCC | 1 | 8.00 | 8.00 |
| 12/31/2022 | Enterprise Mobility + Security G3 GCC | 27 | 8.80 | 237.60 |
| 12/31/2022 | Exchange Online Plan 1 | 4 | 4.00 | 16.00 |
| 12/31/2022 | Exchange Online Kiosk for GCC | 234 | 2.00 | 468.00 |
| 12/31/2022 | Exchange Online Protection | 4 | 1.00 | 4.00 |
| 12/31/2022 | Domestic and International Calling Plan for GCC | 2 | 24.00 | 48.00 |
| 12/31/2022 | Microsoft Intune for Government | 27 | 6.00 | 162.00 |
| 12/31/2022 | Microsoft 365 Domestic Calling Plan for GCC | 30 | 8.00 | 240.00 |
| 12/31/2022 | Office 365 G3 GCC | 22 | 20.00 | 440.00 |
| 12/31/2022 | Office 365 G5 GCC | 30 | 35.00 | 1,050.00 |
| 12/31/2022 | Power Apps per user plan for Government | 1 | 40.00 | 40.00 |
| 12/31/2022 | Power BI Pro for Government | 1 | 10.00 | 10.00 |

| | |
|---|---|
| PAYMENT | 5,894.57 |
| BALANCE DUE | **$0.00** |

**PAID**



PLAINTIFF'S
EXHIBIT

73 L

**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

| BILL TO | | INVOICE | 1036 |
|---|---|---|---|
| 10687 Gaskins Way Ste 201 | | DATE | 02/05/2023 |
| Manassas, VA 20109 USA | | TERMS | Net 15 |
| | | DUE DATE | 02/20/2023 |

INTERVAL
1/01/23-1/31/23

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/31/2022 | Exchange Online Protection | 4 | 1.00 | 4.00 |
| 12/31/2022 | Domestic and International Calling Plan for GCC | 2 | 24.00 | 48.00 |
| 01/31/2023 | Services<br>Services consumed during the month of January 2023 | | | |
| 01/31/2023 | Microsoft Azure Subscription | 1 | 3,184.27 | 3,184.27 |
| 01/31/2023 | Common Area Phone for GCC | 1 | 8.00 | 8.00 |
| 01/31/2023 | Enterprise Mobility + Security G3 GCC | 27 | 8.80 | 237.60 |
| 01/31/2023 | Exchange Online Plan 1 | 4 | 4.00 | 16.00 |
| 01/31/2023 | Exchange Online Kiosk for GCC | 234 | 2.00 | 468.00 |
| 01/31/2023 | Microsoft Intune for Government | 27 | 6.00 | 162.00 |
| 01/31/2023 | Microsoft 365 Domestic Calling Plan for GCC | 30 | 8.00 | 240.00 |
| 01/31/2023 | Office 365 G3 GCC | 22 | 20.00 | 440.00 |
| 01/31/2023 | Office 365 G5 GCC | 30 | 35.00 | 1,050.00 |
| 01/31/2023 | Power Apps per user plan for Government | 1 | 40.00 | 40.00 |
| 01/31/2023 | Power BI Pro for Government | 1 | 10.00 | 10.00 |

| | |
|---|---|
| PAYMENT | 5,907.87 |
| **BALANCE DUE** | **$0.00** |

**PAID**



PLAINTIFF'S
EXHIBIT

23M

## Kreitzer Group, LLC

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

| BILL TO | | INVOICE | 1037 |
|---|---|---|---|
| 10687 Gaskins Way Ste 201 | | DATE | 02/05/2023 |
| Manassas, VA  20109 USA | | TERMS | Net 15 |
| | | DUE DATE | 02/20/2023 |

INTERVAL
Through 2/1/23

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/31/2023 | IT Consulting Services<br>Server Maintenance | 4 | 85.00 | 340.00 |
| 01/31/2023 | IT Consulting Services<br>Helpdesk Requests/Tenant<br>Admin/Misc. Requests | 6 | 85.00 | 510.00 |
| 01/31/2023 | IT Consulting Services<br>Passengers First Migration | 15 | 85.00 | 1,275.00 |

| | PAYMENT | 2,125.00 |
|---|---|---|
| | BALANCE DUE | **$0.00** |

**PAID**

PLAINTIFF'S
EXHIBIT
73N

**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA 22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

BILL TO
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

| INVOICE | 1039 |
| --- | --- |
| DATE | 03/31/2023 |
| TERMS | Net 15 |
| DUE DATE | 04/15/2023 |

INTERVAL
3/01/23-3/31/23

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 03/31/2023 | Services<br>Services consumed during the month of March 2023 | | | |
| 03/31/2023 | Microsoft Azure Subscription | 1 | 3,032.48 | 3,032.48 |
| 03/31/2023 | Common Area Phone for GCC | 1 | 8.00 | 8.00 |
| 03/31/2023 | Enterprise Mobility + Security G3 GCC | 27 | 8.80 | 237.60 |
| 03/31/2023 | Exchange Online Plan 1 | 4 | 4.00 | 16.00 |
| 03/31/2023 | Exchange Online Kiosk for GCC | 234 | 2.00 | 468.00 |
| 03/31/2023 | Exchange Online Protection | 4 | 1.00 | 4.00 |
| 03/31/2023 | Domestic and International Calling Plan for GCC | 2 | 24.00 | 48.00 |
| 03/31/2023 | Microsoft Intune for Government | 27 | 6.00 | 162.00 |
| 03/31/2023 | Microsoft 365 Domestic Calling Plan for GCC | 30 | 8.00 | 240.00 |
| 03/31/2023 | Office 365 G3 GCC | 22 | 20.00 | 440.00 |
| 03/31/2023 | Office 365 G5 GCC | 30 | 35.00 | 1,050.00 |
| 03/31/2023 | Power Apps per user plan for Government | 1 | 40.00 | 40.00 |
| 03/31/2023 | Power BI Pro for Government | 1 | 10.00 | 10.00 |

| PAYMENT | 5,756.08 |
| --- | --- |
| BALANCE DUE | **$0.00** |

**PAID**



**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

BILL TO
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

| | |
|---|---|
| INVOICE | 1040 |
| DATE | 05/21/2023 |
| TERMS | Net 15 |
| DUE DATE | 06/05/2023 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 04/30/2023 | Services<br>Services consumed during the month of April 2023 | 1 | 0.00 | 0.00 |
| 04/30/2023 | Microsoft Azure Subscription | 1 | 3,259.46 | 3,259.46 |
| 04/30/2023 | Common Area Phone for GCC | 1 | 8.00 | 8.00 |
| 04/30/2023 | Enterprise Mobility + Security G3 GCC | 27 | 8.80 | 237.60 |
| 04/30/2023 | Exchange Online Plan 1 | 4 | 4.00 | 16.00 |
| 04/30/2023 | Exchange Online Kiosk for GCC | 234 | 2.00 | 468.00 |
| 04/30/2023 | Exchange Online Protection | 4 | 1.00 | 4.00 |
| 04/30/2023 | Domestic and International Calling Plan for GCC | 2 | 24.00 | 48.00 |
| 04/30/2023 | Microsoft Intune for Government | 27 | 6.00 | 162.00 |
| 04/30/2023 | Microsoft 365 Domestic Calling Plan for GCC | 30 | 8.00 | 240.00 |
| 04/30/2023 | Office 365 G3 GCC | 22 | 20.00 | 440.00 |
| 04/30/2023 | Office 365 G5 GCC | 30 | 35.00 | 1,050.00 |
| 04/30/2023 | Power Apps per user plan for Government | 1 | 40.00 | 40.00 |
| 04/30/2023 | Power BI Pro for Government | 1 | 10.00 | 10.00 |

| | | |
|---|---|---|
| PAYMENT | | 5,983.06 |
| BALANCE DUE | | **$0.00** |
| | | **PAID** |



PLAINTIFF'S
EXHIBIT
73P

# INVOICE

**Kreitzer Group, LLC**
430 N Henry St #2
Alexandria, VA 22314

Accounting@KreitzerGroup.com
+1 (603) 496-0762

## Trinity Technology Group

**Bill to**
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Ship to**
Trinity Technology Group
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Invoice details**

Invoice no.: 1041
Terms: Net 15
Invoice date: 06/05/2023
Due date: 06/20/2023

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 05/31/2023 | **Services** | Services consumed during the month of May 2023 | 1 | $0.00 | $0.00 |
| 2. | 05/31/2023 | **Microsoft Azure Subscription** | | 1 | $3,224.91 | $3,224.91 |
| 3. | 05/31/2023 | **Common Area Phone for GCC** | | 1 | $8.00 | $8.00 |
| 4. | 05/31/2023 | **Enterprise Mobility + Security G3 GCC** | | 27 | $8.80 | $237.60 |
| 5. | 05/31/2023 | **Exchange Online Plan 1** | | 4 | $4.00 | $16.00 |
| 6. | 05/31/2023 | **Exchange Online Kiosk for GCC** | | 234 | $2.00 | $468.00 |
| 7. | 05/31/2023 | **Exchange Online Protection** | | 4 | $1.00 | $4.00 |
| 8. | 05/31/2023 | **Domestic and International Calling Plan for GCC** | | 2 | $24.00 | $48.00 |
| 9. | 05/31/2023 | **Microsoft Intune for Government** | | 27 | $6.00 | $162.00 |
| 10. | 05/31/2023 | **Microsoft 365 Domestic Calling Plan for GCC** | | 30 | $8.00 | $240.00 |
| 11. | 05/31/2023 | **Office 365 G3 GCC** | | 22 | $20.00 | $440.00 |


PLAINTIFF'S EXHIBIT
73Q-1

| 12. | 05/31/2023 | Office 365 G5 GCC | | | 30 | $35.00 | $1,050.00 |
| 13. | 05/31/2023 | Power Apps per user plan for Government | | | 1 | $40.00 | $40.00 |
| 14. | 05/31/2023 | Power BI Pro for Government | | | 1 | $10.00 | $10.00 |

### Ways to pay

VISA ● DISCOVER BANK

| | |
|---|---|
| Total | **$5,948.51** |
| Payment | -$5,948.51 |
| Balance due | **$0.00** |

**Paid in Full**



# INVOICE

**Kreitzer Group, LLC**
430 N Henry St #2
Alexandria, VA 22314

Accounting@KreitzerGroup.com
+1 (603) 496-0762

## Trinity Technology Group

**Bill to**
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Ship to**
Trinity Technology Group
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

## Invoice details

Invoice no.: 1042
Terms: Net 15
Invoice date: 07/23/2023
Due date: 08/07/2023

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 06/30/2023 | **Services** | Services consumed during the month of June 2023 | 1 | $0.00 | $0.00 |
| 2. | 06/30/2023 | **Microsoft Azure Subscription** | | 1 | $3,128.68 | $3,128.68 |
| 3. | 06/30/2023 | **Common Area Phone for GCC** | | 1 | $8.00 | $8.00 |
| 4. | 06/30/2023 | **Enterprise Mobility + Security G3 GCC** | | 27 | $8.80 | $237.60 |
| 5. | 06/30/2023 | **Exchange Online Plan 1** | | 4 | $4.00 | $16.00 |
| 6. | 06/30/2023 | **Exchange Online Kiosk for GCC** | | 234 | $2.00 | $468.00 |
| 7. | 06/30/2023 | **Exchange Online Protection** | | 4 | $1.00 | $4.00 |
| 8. | 06/30/2023 | **Domestic and International Calling Plan for GCC** | | 2 | $24.00 | $48.00 |
| 9. | 06/30/2023 | **Microsoft Intune for Government** | | 27 | $6.00 | $162.00 |
| 10. | 06/30/2023 | **Microsoft 365 Domestic Calling Plan for GCC** | | 30 | $8.00 | $240.00 |
| 11. | 06/30/2023 | **Office 365 G3 GCC** | | 22 | $20.00 | $440.00 |
| 12. | 06/30/2023 | **Office 365 G5 GCC** | | 30 | $35.00 | $1,050.00 |

PLAINTIFF'S
EXHIBIT

| 13. | 06/30/2023 | Power Apps per user plan for Government | | 1 | $40.00 | $40.00 |
| 14. | 06/30/2023 | Power BI Pro for Government | | 1 | $10.00 | $10.00 |

**Ways to pay**

VISA  ●  DISCOVER  BANK

| | |
|---|---|
| Total | **$5,852.28** |
| Payment | -$5,852.28 |
| Balance due | **$0.00** |

**Paid in Full**

PLAINTIFF'S
EXHIBIT

73R-2

## INVOICE

**Kreitzer Group, LLC**
430 N Henry St #2
Alexandria, VA 22314

Accounting@KreitzerGroup.com
+1 (603) 496-0762

### Trinity Technology Group

**Bill to**
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Ship to**
Trinity Technology Group
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Invoice details**

Invoice no.: 1043
Terms: Net 15
Invoice date: 08/17/2023
Due date: 09/01/2023

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 07/31/2023 | **Services** | Services consumed during the month of July 2023 | 1 | $0.00 | $0.00 |
| 2. | 07/31/2023 | **Microsoft Azure Subscription** | | 1 | $3,248.74 | $3,248.74 |
| 3. | 07/31/2023 | **Common Area Phone for GCC** | | 1 | $8.00 | $8.00 |
| 4. | 07/31/2023 | **Enterprise Mobility + Security G3 GCC** | | 27 | $8.80 | $237.60 |
| 5. | 07/31/2023 | **Exchange Online Plan 1** | | 4 | $4.00 | $16.00 |
| 6. | 07/31/2023 | **Exchange Online Kiosk for GCC** | | 234 | $2.00 | $468.00 |
| 7. | 07/31/2023 | **Exchange Online Protection** | | 4 | $1.00 | $4.00 |
| 8. | 07/31/2023 | **Domestic and International Calling Plan for GCC** | | 2 | $24.00 | $48.00 |
| 9. | 07/31/2023 | **Microsoft Intune for Government** | | 27 | $6.00 | $162.00 |
| 10. | 07/31/2023 | **Microsoft 365 Domestic Calling Plan for GCC** | | 30 | $8.00 | $240.00 |
| 11. | 07/31/2023 | **Office 365 G3 GCC** | | 22 | $20.00 | $440.00 |

PLAINTIFF'S EXHIBIT
735-1

| | | | | | | |
|---|---|---|---|---|---|---|
| 12. | 07/31/2023 | **Office 365 G5 GCC** | | 30 | $35.00 | $1,050.00 |
| 13. | 07/31/2023 | **Power Apps per user plan for Government** | | 1 | $40.00 | $40.00 |
| 14. | 07/31/2023 | **Power BI Pro for Government** | | 1 | $10.00 | $10.00 |

**Ways to pay**

VISA ● DISCOVER BANK

| | |
|---|---|
| Total | **$5,972.34** |
| Payment | -$5,972.34 |
| Balance due | **$0.00** |

**Paid in Full**



PLAINTIFF'S EXHIBIT 735-2

# INVOICE

**Kreitzer Group, LLC**
430 N Henry St #2
Alexandria, VA 22314

Accounting@KreitzerGroup.com
+1 (603) 496-0762

## Trinity Technology Group

**Bill to**
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Ship to**
Trinity Technology Group
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Invoice details**

Invoice no.: 1045
Terms: Net 15
Invoice date: 09/08/2023
Due date: 09/23/2023

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 09/30/2023 | **Services** | Services consumed during the month of September 2023 | 1 | $0.00 | $0.00 |
| 2. | 09/30/2023 | **Microsoft Azure Subscription** | | 1 | $3,130.71 | $3,130.71 |
| 3. | 09/30/2023 | **Common Area Phone for GCC** | | 1 | $8.00 | $8.00 |
| 4. | 09/30/2023 | **Enterprise Mobility + Security G3 GCC** | | 27 | $8.80 | $237.60 |
| 5. | 09/30/2023 | **Exchange Online Plan 1** | | 4 | $4.00 | $16.00 |
| 6. | 09/30/2023 | **Exchange Online Kiosk for GCC** | | 234 | $2.00 | $468.00 |
| 7. | 09/30/2023 | **Exchange Online Protection** | | 4 | $1.00 | $4.00 |
| 8. | 09/30/2023 | **Domestic and International Calling Plan for GCC** | | 2 | $24.00 | $48.00 |
| 9. | 09/30/2023 | **Microsoft Intune for Government** | | 27 | $6.00 | $162.00 |
| 10. | 09/30/2023 | **Microsoft 365 Domestic Calling Plan for GCC** | | 20 | $12.00 | $240.00 |
| 11. | 09/30/2023 | **Office 365 G3 GCC** | | 22 | $20.00 | $440.00 |

PLAINTIFF'S EXHIBIT
73T-1

| 12. | 09/30/2023 | Office 365 G5 GCC | | 30 | $35.00 | $1,050.00 |
| 13. | 09/30/2023 | Power Apps per user plan for Government | | 1 | $40.00 | $40.00 |
| 14. | 09/30/2023 | Power BI Pro for Government | | 1 | $10.00 | $10.00 |

## Ways to pay

VISA  ●  DISCOVER  BANK

| Total | $5,854.31 |
|---|---|
| Payment | -$5,854.31 |
| Balance due | **$0.00** |

**Paid in Full**

PLAINTIFF'S
EXHIBIT

737-2

# INVOICE

**Kreitzer Group, LLC**
430 N Henry St #2
Alexandria, VA 22314

Accounting@KreitzerGroup.com
+1 (603) 496-0762

## Trinity Technology Group

**Bill to**
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Ship to**
Trinity Technology Group
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

## Invoice details

Invoice no.: 1044
Terms: Net 15
Invoice date: 09/12/2023
Due date: 09/27/2023

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 08/31/2023 | **Services** | Services consumed during the month of August 2023 | 1 | $0.00 | $0.00 |
| 2. | 08/31/2023 | **Microsoft Azure Subscription** | | 1 | $3,128.99 | $3,128.99 |
| 3. | 08/31/2023 | **Common Area Phone for GCC** | | 1 | $8.00 | $8.00 |
| 4. | 08/31/2023 | **Enterprise Mobility + Security G3 GCC** | | 27 | $8.80 | $237.60 |
| 5. | 08/31/2023 | **Exchange Online Plan 1** | | 4 | $4.00 | $16.00 |
| 6. | 08/31/2023 | **Exchange Online Kiosk for GCC** | | 234 | $2.00 | $468.00 |
| 7. | 08/31/2023 | **Exchange Online Protection** | | 4 | $1.00 | $4.00 |
| 8. | 08/31/2023 | **Domestic and International Calling Plan for GCC** | | 2 | $24.00 | $48.00 |
| 9. | 08/31/2023 | **Microsoft Intune for Government** | | 27 | $6.00 | $162.00 |
| 10. | 08/31/2023 | **Microsoft 365 Domestic Calling Plan for GCC** | | 20 | $12.00 | $240.00 |
| 11. | 08/31/2023 | **Office 365 G3 GCC** | | 22 | $20.00 | $440.00 |

PLAINTIFF'S EXHIBIT
73U-1

| 12. | 08/31/2023 | Office 365 G5 GCC | | 30 | $35.00 | $1,050.00 |
| 13. | 08/31/2023 | Power Apps per user plan for Government | | 1 | $40.00 | $40.00 |
| 14. | 08/31/2023 | Power BI Pro for Government | | 1 | $10.00 | $10.00 |

**Ways to pay**

VISA ⬤ DISCOVER BANK

| Total | $5,852.59 |
| --- | --- |
| Payment | -$5,852.59 |
| Balance due | $0.00 |

**Paid in Full**



# INVOICE

**Kreitzer Group, LLC**
430 N Henry St #2
Alexandria, VA 22314

Accounting@KreitzerGroup.com
+1 (603) 496-0762

## Trinity Technology Group

**Bill to**
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Ship to**
Trinity Technology Group
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

## Invoice details

Invoice no.: 1046
Terms: Net 15
Invoice date: 11/17/2023
Due date: 11/24/2023

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 10/31/2023 | **Services** | Services consumed during the month of October 2023 | 1 | $0.00 | $0.00 |
| 2. | 10/31/2023 | **Microsoft Azure Subscription** | | 1 | $3,115.23 | $3,115.23 |
| 3. | 10/31/2023 | **Common Area Phone for GCC** | | 1 | $8.00 | $8.00 |
| 4. | 10/31/2023 | **Enterprise Mobility + Security G3 GCC** | | 27 | $8.80 | $237.60 |
| 5. | 10/31/2023 | **Exchange Online Plan 1** | | 4 | $4.00 | $16.00 |
| 6. | 10/31/2023 | **Exchange Online Kiosk for GCC** | | 234 | $2.00 | $468.00 |
| 7. | 10/31/2023 | **Exchange Online Protection** | | 4 | $1.00 | $4.00 |
| 8. | 10/31/2023 | **Domestic and International Calling Plan for GCC** | | 2 | $24.00 | $48.00 |
| 9. | 10/31/2023 | **Microsoft Intune for Government** | | 27 | $6.00 | $162.00 |
| 10. | 10/31/2023 | **Microsoft 365 Domestic Calling Plan for GCC** | | 20 | $12.00 | $240.00 |
| 11. | 10/31/2023 | **Office 365 G3 GCC** | | 22 | $20.00 | $440.00 |

PLAINTIFF'S EXHIBIT
73V-1

| 12. | 10/31/2023 | Office 365 G5 GCC | | | 30 | $35.00 | $1,050.00 |
| 13. | 10/31/2023 | Power Apps per user plan for Government | | | 1 | $40.00 | $40.00 |
| 14. | 10/31/2023 | Power BI Pro for Government | | | 1 | $10.00 | $10.00 |

## Ways to pay

VISA  ●●  DISCOVER  BANK

| Total | $5,838.83 |
| Payment | -$5,838.83 |
| Balance due | $0.00 |

**Paid in Full**



# INVOICE

**Kreitzer Group, LLC**
430 N Henry St #2
Alexandria, VA 22314

Accounting@KreitzerGroup.com
+1 (603) 496-0762

## Trinity Technology Group

**Bill to**
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Ship to**
Trinity Technology Group
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

### Invoice details

Invoice no.: 1047
Terms: Net 15
Invoice date: 12/15/2023
Due date: 12/29/2023

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 11/30/2023 | **Services** | Services consumed during the month of November 2023 | 1 | $0.00 | $0.00 |
| 2. | 11/30/2023 | **Microsoft Azure Subscription** | | 1 | $3,159.49 | $3,159.49 |
| 3. | 11/30/2023 | **Common Area Phone for GCC** | | 1 | $8.00 | $8.00 |
| 4. | 11/30/2023 | **Enterprise Mobility + Security G3 GCC** | | 27 | $8.80 | $237.60 |
| 5. | 11/30/2023 | **Exchange Online Plan 1** | | 4 | $4.00 | $16.00 |
| 6. | 11/30/2023 | **Exchange Online Kiosk for GCC** | | 234 | $2.00 | $468.00 |
| 7. | 11/30/2023 | **Exchange Online Protection** | | 4 | $1.00 | $4.00 |
| 8. | 11/30/2023 | **Domestic and International Calling Plan for GCC** | | 2 | $24.00 | $48.00 |
| 9. | 11/30/2023 | **Microsoft Intune for Government** | | 27 | $6.00 | $162.00 |
| 10. | 11/30/2023 | **Microsoft 365 Domestic Calling Plan for GCC** | | 20 | $12.00 | $240.00 |
| 11. | 11/30/2023 | **Office 365 G3 GCC** | | 22 | $20.00 | $440.00 |


PLAINTIFF'S EXHIBIT
73W-1

| 12. | 11/30/2023 | Office 365 G5 GCC | 30 | $35.00 | $1,050.00 |
| 13. | 11/30/2023 | Power Apps per user plan for Government | 1 | $40.00 | $40.00 |
| 14. | 11/30/2023 | Power BI Pro for Government | 1 | $10.00 | $10.00 |

**Ways to pay**

VISA · MASTERCARD · DISCOVER · BANK

| Total | $5,883.09 |
| Payment | -$5,883.09 |
| Balance due | $0.00 |

**Paid in Full**


PLAINTIFF'S EXHIBIT
73W-2

# INVOICE

**Kreitzer Group, LLC**
430 N Henry St #2
Alexandria, VA 22314

Accounting@KreitzerGroup.com
+1 (603) 496-0762

## Trinity Technology Group

**Bill to**
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Ship to**
Trinity Technology Group
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Invoice details**

Invoice no.: 1048
Terms: Net 15
Invoice date: 01/20/2024
Due date: 02/04/2024

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 12/31/2023 | **Services** | Services consumed during the month of December 2023 | 1 | $0.00 | $0.00 |
| 2. | 12/31/2023 | **Microsoft Azure Subscription** | | 1 | $3,168.58 | $3,168.58 |
| 3. | 12/31/2023 | **Common Area Phone for GCC** | | 1 | $8.00 | $8.00 |
| 4. | 12/31/2023 | **Enterprise Mobility + Security G3 GCC** | | 27 | $8.80 | $237.60 |
| 5. | 12/31/2023 | **Exchange Online Plan 1** | | 4 | $4.00 | $16.00 |
| 6. | 12/31/2023 | **Exchange Online Kiosk for GCC** | | 234 | $2.00 | $468.00 |
| 7. | 12/31/2023 | **Exchange Online Protection** | | 4 | $1.00 | $4.00 |
| 8. | 12/31/2023 | **Domestic and International Calling Plan for GCC** | | 2 | $24.00 | $48.00 |
| 9. | 12/31/2023 | **Microsoft Intune for Government** | | 27 | $6.00 | $162.00 |
| 10. | 12/31/2023 | **Microsoft 365 Domestic Calling Plan for GCC** | | 20 | $12.00 | $240.00 |
| 11. | 12/31/2023 | **Office 365 G3 GCC** | | 22 | $20.00 | $440.00 |

PLAINTIFF'S EXHIBIT
73X-1

| 12. | 12/31/2023 | **Office 365 G5 GCC** | | 30 | $35.00 | $1,050.00 |
| 13. | 12/31/2023 | **Power Apps per user plan for Government** | | 1 | $40.00 | $40.00 |
| 14. | 12/31/2023 | **Power BI Pro for Government** | | 1 | $10.00 | $10.00 |

**Ways to pay**

VISA  ●  DISCOVER  BANK

| | |
|---|---|
| Total | **$5,892.18** |
| Payment | -$5,892.18 |
| Balance due | **$0.00** |

**Paid in Full**



PLAINTIFF'S
EXHIBIT

73X-2

# INVOICE

**Kreitzer Group, LLC**
430 N Henry St #2
Alexandria, VA 22314

Accounting@KreitzerGroup.com
+1 (603) 496-0762

## Trinity Technology Group

**Bill to**
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Ship to**
Trinity Technology Group
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Invoice details**

Invoice no.: 1049
Terms: Net 15
Invoice date: 02/12/2024
Due date: 02/27/2024

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|-------------------|-------------|-----|------|--------|
| 1. | 01/31/2024 | **Services** | Services consumed during the month of January 2024 | 1 | $0.00 | $0.00 |
| 2. | 01/31/2024 | **Microsoft Azure Subscription** | | 1 | $3,173.86 | $3,173.86 |
| 3. | 01/31/2024 | **Common Area Phone for GCC** | | 1 | $8.00 | $8.00 |
| 4. | 01/31/2024 | **Enterprise Mobility + Security G3 GCC** | | 27 | $8.80 | $237.60 |
| 5. | 01/31/2024 | **Exchange Online Plan 1** | | 4 | $4.00 | $16.00 |
| 6. | 01/31/2024 | **Exchange Online Kiosk for GCC** | | 234 | $2.00 | $468.00 |
| 7. | 01/31/2024 | **Exchange Online Protection** | | 4 | $1.00 | $4.00 |
| 8. | 01/31/2024 | **Domestic and International Calling Plan for GCC** | | 2 | $24.00 | $48.00 |
| 9. | 01/31/2024 | **Microsoft Intune for Government** | | 27 | $6.00 | $162.00 |
| 10. | 01/31/2024 | **Microsoft 365 Domestic Calling Plan for GCC** | | 20 | $12.00 | $240.00 |
| 11. | 01/31/2024 | **Office 365 G3 GCC** | | 22 | $20.00 | $440.00 |

PLAINTIFF'S EXHIBIT 73Y-1

| 12. | 01/31/2024 | Office 365 G5 GCC | | 30 | $35.00 | $1,050.00 |
| 13. | 01/31/2024 | Power Apps per user plan for Government | | 1 | $40.00 | $40.00 |
| 14. | 01/31/2024 | Power BI Pro for Government | | 1 | $10.00 | $10.00 |

**Ways to pay**

VISA  ●  DISCOVER  BANK

| Total | $5,897.46 |
| Payment | -$5,897.46 |
| Balance due | $0.00 |

**Paid in Full**



PLAINTIFF'S
EXHIBIT
73Y-2

# INVOICE

**Kreitzer Group, LLC**
430 N Henry St #2
Alexandria, VA 22314

Accounting@KreitzerGroup.com
+1 (603) 496-0762

## Trinity Technology Group

**Bill to**
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Ship to**
Trinity Technology Group
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Invoice details**

Invoice no.: 1050
Terms: Net 15
Invoice date: 03/10/2024
Due date: 03/25/2024

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | 02/29/2024 | **Services** | Services consumed during the month of February 2024 | 1 | $0.00 | $0.00 |
| 2. | 02/29/2024 | **Microsoft Azure Subscription** | | 1 | $2,993.39 | $2,993.39 |
| 3. | 02/29/2024 | **Common Area Phone for GCC** | | 1 | $8.00 | $8.00 |
| 4. | 02/29/2024 | **Enterprise Mobility + Security G3 GCC** | | 27 | $8.80 | $237.60 |
| 5. | 02/29/2024 | **Exchange Online Plan 1** | | 4 | $4.00 | $16.00 |
| 6. | 02/29/2024 | **Exchange Online Kiosk for GCC** | | 234 | $2.00 | $468.00 |
| 7. | 02/29/2024 | **Exchange Online Protection** | | 4 | $1.00 | $4.00 |
| 8. | 02/29/2024 | **Domestic and International Calling Plan for GCC** | | 2 | $24.00 | $48.00 |
| 9. | 02/29/2024 | **Microsoft Intune for Government** | | 27 | $6.00 | $162.00 |
| 10. | 02/29/2024 | **Microsoft 365 Domestic Calling Plan for GCC** | | 20 | $12.00 | $240.00 |
| 11. | 02/29/2024 | **Office 365 G3 GCC** | | 22 | $20.00 | $440.00 |



PLAINTIFF'S EXHIBIT
737-1

| 12. | 02/29/2024 | **Office 365 G5 GCC** | | 30 | $35.00 | $1,050.00 |
| 13. | 02/29/2024 | **Power Apps per user plan for Government** | | 1 | $40.00 | $40.00 |
| 14. | 02/29/2024 | **Power BI Pro for Government** | | 1 | $10.00 | $10.00 |

**Ways to pay**

VISA  ⬤  DISCOVER  BANK

| | |
|---|---|
| Total | **$5,716.99** |
| Payment | -$5,716.99 |
| Balance due | **$0.00** |

**Paid in Full**



PLAINTIFF'S
EXHIBIT
73Z-2

## INVOICE

**Kreitzer Group, LLC**
430 N Henry St #2
Alexandria, VA 22314

Accounting@KreitzerGroup.com
+1 (603) 496-0762

### Trinity Technology Group

**Bill to**
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Ship to**
Trinity Technology Group
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Invoice details**

Invoice no.: 1051
Terms: Net 15
Invoice date: 04/14/2024
Due date: 04/29/2024

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|-------------------|-------------|-----|------|--------|
| 1. | 03/31/2024 | **Services** | Services consumed during the month of March 2024 | 1 | $0.00 | $0.00 |
| 2. | 03/31/2024 | **Microsoft Azure Subscription** | | 1 | $3,178.01 | $3,178.01 |
| 3. | 03/31/2024 | **Common Area Phone for GCC** | | 1 | $8.00 | $8.00 |
| 4. | 03/31/2024 | **Enterprise Mobility + Security G3 GCC** | | 27 | $8.80 | $237.60 |
| 5. | 03/31/2024 | **Exchange Online Plan 1** | | 4 | $4.00 | $16.00 |
| 6. | 03/31/2024 | **Exchange Online Kiosk for GCC** | | 234 | $2.00 | $468.00 |
| 7. | 03/31/2024 | **Exchange Online Protection** | | 4 | $1.00 | $4.00 |
| 8. | 03/31/2024 | **Domestic and International Calling Plan for GCC** | | 2 | $24.00 | $48.00 |
| 9. | 03/31/2024 | **Microsoft Intune for Government** | | 27 | $6.00 | $162.00 |
| 10. | 03/31/2024 | **Microsoft 365 Domestic Calling Plan for GCC** | | 20 | $12.00 | $240.00 |
| 11. | 03/31/2024 | **Office 365 G3 GCC** | | 22 | $20.00 | $440.00 |

**PLAINTIFF'S EXHIBIT**
73AA-1

| | | | | | |
|---|---|---|---|---|---|
| 12. | 03/31/2024 | Office 365 G5 GCC | 30 | $35.00 | $1,050.00 |
| 13. | 03/31/2024 | Power Apps per user plan for Government | 1 | $40.00 | $40.00 |
| 14. | 03/31/2024 | Power BI Pro for Government | 1 | $10.00 | $10.00 |

**Ways to pay**

VISA  ●●  DISCOVER  BANK

| | |
|---|---|
| Total | **$5,901.61** |
| Payment | -$5,901.61 |
| Balance due | **$0.00** |

**Paid in Full**



PLAINTIFF'S EXHIBIT
7311-2

# INVOICE

**Kreitzer Group, LLC**
430 N Henry St #2
Alexandria, VA 22314

Accounting@KreitzerGroup.com
+1 (603) 496-0762

## Trinity Technology Group

**Bill to**
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Ship to**
Trinity Technology Group
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Invoice details**

Invoice no.: 1052
Terms: Net 15
Invoice date: 05/27/2024
Due date: 06/11/2024

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 04/30/2024 | **Services** | Services consumed during the month of April 2024 | 1 | $0.00 | $0.00 |
| 2. | 04/30/2024 | **Microsoft Azure Subscription** | | 1 | $3,045.74 | $3,045.74 |
| 3. | 04/30/2024 | **Common Area Phone for GCC** | | 1 | $8.00 | $8.00 |
| 4. | 04/30/2024 | **Enterprise Mobility + Security G3 GCC** | | 27 | $8.80 | $237.60 |
| 5. | 04/30/2024 | **Exchange Online Plan 1** | | 4 | $4.00 | $16.00 |
| 6. | 04/30/2024 | **Exchange Online Kiosk for GCC** | | 234 | $2.00 | $468.00 |
| 7. | 04/30/2024 | **Exchange Online Protection** | | 4 | $1.00 | $4.00 |
| 8. | 04/30/2024 | **Domestic and International Calling Plan for GCC** | | 2 | $24.00 | $48.00 |
| 9. | 04/30/2024 | **Microsoft Intune for Government** | | 27 | $6.00 | $162.00 |
| 10. | 04/30/2024 | **Microsoft 365 Domestic Calling Plan for GCC** | | 20 | $12.00 | $240.00 |
| 11. | 04/30/2024 | **Office 365 G3 GCC** | | 22 | $20.00 | $440.00 |

PLAINTIFF'S
EXHIBIT
33BB-1

| | | | | | |
|---|---|---|---|---|---|
| 12. | 04/30/2024 | **Office 365 G5 GCC** | 30 | $35.00 | $1,050.00 |
| 13. | 04/30/2024 | **Power Apps per user plan for Government** | 1 | $40.00 | $40.00 |
| 14. | 04/30/2024 | **Power BI Pro for Government** | 1 | $10.00 | $10.00 |

**Ways to pay**



| | |
|---|---|
| Total | **$5,769.34** |
| Payment | -$5,769.34 |
| Balance due | **$0.00** |

**Paid in Full**



PLAINTIFF'S
EXHIBIT
73BB-2

# INVOICE

**Kreitzer Group, LLC**
430 N Henry St #2
Alexandria, VA 22314

Accounting@KreitzerGroup.com
+1 (603) 496-0762

## Trinity Technology Group

**Bill to**
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Ship to**
Trinity Technology Group
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Invoice details**

Invoice no.: 1053
Terms: Net 15
Invoice date: 06/02/2024
Due date: 06/17/2024

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 05/31/2024 | **Services** | Services consumed during the month of May 2024 | 1 | $0.00 | $0.00 |
| 2. | 05/31/2024 | **Microsoft Azure Subscription** | | 1 | $3,093.56 | $3,093.56 |
| 3. | 05/31/2024 | **Common Area Phone for GCC** | | 1 | $8.00 | $8.00 |
| 4. | 05/31/2024 | **Enterprise Mobility + Security G3 GCC** | | 27 | $8.80 | $237.60 |
| 5. | 05/31/2024 | **Exchange Online Plan 1** | | 4 | $4.00 | $16.00 |
| 6. | 05/31/2024 | **Exchange Online Kiosk for GCC** | | 234 | $2.00 | $468.00 |
| 7. | 05/31/2024 | **Exchange Online Protection** | | 4 | $1.00 | $4.00 |
| 8. | 05/31/2024 | **Domestic and International Calling Plan for GCC** | | 2 | $24.00 | $48.00 |
| 9. | 05/31/2024 | **Microsoft Intune for Government** | | 27 | $6.00 | $162.00 |
| 10. | 05/31/2024 | **Microsoft 365 Domestic Calling Plan for GCC** | | 20 | $12.00 | $240.00 |
| 11. | 05/31/2024 | **Office 365 G3 GCC** | | 22 | $20.00 | $440.00 |
| 12. | 05/31/2024 | **Office 365 G5 GCC** | | 30 | $35.00 | $1,050.00 |

PLAINTIFF'S EXHIBIT
7311-1

| 13. | 05/31/2024 | Power Apps per user plan for Government | | 1 | $40.00 | $40.00 |
| 14. | 05/31/2024 | Power BI Pro for Government | | 1 | $10.00 | $10.00 |

**Ways to pay**

VISA  ⬤  DISCOVER  BANK

| | |
|---|---|
| Total | **$5,817.16** |
| Payment | -$5,817.16 |
| Balance due | **$0.00** |

**Paid in Full**



PLAINTIFF'S EXHIBIT
736CC-2

# INVOICE

**Kreitzer Group, LLC**
430 N Henry St #2
Alexandria, VA 22314

Accounting@KreitzerGroup.com
+1 (603) 496-0762

## Trinity Technology Group

**Bill to**
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Ship to**
Trinity Technology Group
10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

**Invoice details**

Invoice no.: 1054
Terms: Net 15
Invoice date: 07/02/2024
Due date: 07/17/2024

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | 06/30/2024 | **Services** | Services consumed during the month of June 2024 | 1 | $0.00 | $0.00 |
| 2. | 06/30/2024 | **Microsoft Azure Subscription** | | 1 | $3,008.02 | $3,008.02 |
| 3. | 06/30/2024 | **Common Area Phone for GCC** | | 1 | $8.00 | $8.00 |
| 4. | 06/30/2024 | **Enterprise Mobility + Security G3 GCC** | | 27 | $8.80 | $237.60 |
| 5. | 06/30/2024 | **Exchange Online Plan 1** | | 4 | $4.00 | $16.00 |
| 6. | 06/30/2024 | **Exchange Online Kiosk for GCC** | | 234 | $2.00 | $468.00 |
| 7. | 06/30/2024 | **Exchange Online Protection** | | 4 | $1.00 | $4.00 |
| 8. | 06/30/2024 | **Domestic and International Calling Plan for GCC** | | 2 | $24.00 | $48.00 |
| 9. | 06/30/2024 | **Microsoft Intune for Government** | | 27 | $6.00 | $162.00 |
| 10. | 06/30/2024 | **Microsoft 365 Domestic Calling Plan for GCC** | | 20 | $12.00 | $240.00 |
| 11. | 06/30/2024 | **Office 365 G3 GCC** | | 22 | $20.00 | $440.00 |



PLAINTIFF'S EXHIBIT
7300-1

| 12. | 06/30/2024 | **Office 365 G5 GCC** | | 30 | $35.00 | $1,050.00 |
| 13. | 06/30/2024 | **Power Apps per user plan for Government** | | 1 | $40.00 | $40.00 |
| 14. | 06/30/2024 | **Power BI Pro for Government** | | 1 | $10.00 | $10.00 |

**Ways to pay**

VISA  ●  DISC●VER  BANK

| | |
|---|---|
| Total | **$5,731.62** |
| Payment | -$5,731.62 |
| Balance due | **$0.00** |

**Paid in Full**



PLAINTIFF'S
EXHIBIT
7300-2

**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

| BILL TO | | INVOICE | 1009 |
|---|---|---|---|
| 10687 Gaskins Way Ste 201 | | DATE | 09/06/2021 |
| Manassas, VA 20109 USA | | TERMS | Net 15 |
| | | DUE DATE | 09/10/2021 |

INTERVAL
8/24/21-9/6/21

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/06/2021 | IT Consulting Services<br>Finalizing TCB Audit | 10 | 85.00 | 850.00 |
| 09/06/2021 | IT Consulting Services<br>Help desk requests and tenant administration. | 8 | 85.00 | 680.00 |
| 09/06/2021 | IT Consulting Services<br>Concourse server maintenance and career site updates/troubleshooting/ZipRecruiter troubleshooting | 5 | 85.00 | 425.00 |

| | PAYMENT | 1,955.00 |
|---|---|---|
| | BALANCE DUE | **$0.00** |
| | | **PAID** |

PLAINTIFF'S
EXHIBIT
74A

**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

| BILL TO | | INVOICE | 1010 |
|---|---|---|---|
| 10687 Gaskins Way Ste 201 | | DATE | 10/03/2021 |
| Manassas, VA 20109 USA | | TERMS | Net 15 |
| | | DUE DATE | 10/08/2021 |

INTERVAL
9/7/21-10/2/21

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/03/2021 | IT Consulting Services<br>Help desk requests and tenant administration. | 9 | 85.00 | 765.00 |
| 10/03/2021 | IT Consulting Services<br>Concourse server maintenance | 5 | 85.00 | 425.00 |
| 10/03/2021 | IT Consulting Services<br>Workflow error investigation and correction | 8 | 85.00 | 680.00 |
| 10/03/2021 | IT Consulting Services<br>2021 TCB Calculations & Prep for AO18's for Leigh | 6 | 85.00 | 510.00 |

| | PAYMENT | 2,380.00 |
|---|---|---|
| | BALANCE DUE | **$0.00** |

**PAID**



**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

## INVOICE

| BILL TO | | |
|---|---|---|
| 10687 Gaskins Way Ste 201 | INVOICE | 1011 |
| Manassas, VA 20109 USA | DATE | 10/25/2021 |
| | TERMS | Net 15 |
| | DUE DATE | 10/29/2021 |

INTERVAL
10/3/21-10/24/21

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/24/2021 | IT Consulting Services<br>Helpdesk Requests/Tenant<br>Admin/Misc. Requests | 15 | 85.00 | 1,275.00 |
| 10/24/2021 | IT Consulting Services<br>Concourse<br>Maintenance/Training/Development | 10 | 85.00 | 850.00 |
| 10/24/2021 | IT Consulting Services<br>2021 TCB Work | 12 | 85.00 | 1,020.00 |

| | | |
|---|---|---|
| PAYMENT | | 3,145.00 |
| BALANCE DUE | | **$0.00** |
| | | **PAID** |



**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

| BILL TO | | INVOICE | 1013 |
|---|---|---|---|
| 10687 Gaskins Way Ste 201 | | DATE | 11/14/2021 |
| Manassas, VA  20109 USA | | TERMS | Net 15 |
| | | DUE DATE | 11/19/2021 |

INTERVAL
10/24/21-11/14/21

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/14/2021 | IT Consulting Services<br>Helpdesk Requests/Tenant<br>Admin/Misc. Requests | 18 | 85.00 | 1,530.00 |
| 11/14/2021 | IT Consulting Services<br>Concourse<br>Maintenance/Training/Development | 12 | 85.00 | 1,020.00 |
| 11/14/2021 | IT Consulting Services<br>2021 TCB Work | 4 | 85.00 | 340.00 |

| | | |
|---|---|---|
| PAYMENT | | 2,890.00 |
| BALANCE DUE | | **$0.00** |

**PAID**



**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

| BILL TO | | | | INVOICE | 1016 |
|---|---|---|---|---|---|
| 10687 Gaskins Way Ste 201 | | | | DATE | 12/19/2021 |
| Manassas, VA  20109 USA | | | | TERMS | Net 15 |
| | | | | DUE DATE | 12/24/2021 |

INTERVAL
11/15/21-12/19/21

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/19/2021 | IT Consulting Services<br>Helpdesk Requests/Tenant<br>Admin/Misc. Requests | 32 | 85.00 | 2,720.00 |
| 12/19/2021 | IT Consulting Services<br>Concourse<br>Maintenance/Training/Development | 22 | 85.00 | 1,870.00 |
| 12/19/2021 | IT Consulting Services<br>2021 TCB Work | 8 | 85.00 | 680.00 |

| | PAYMENT | 5,270.00 |
|---|---|---|
| | BALANCE DUE | **$0.00** |
| | | **PAID** |

PLAINTIFF'S
EXHIBIT
74E

**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

# INVOICE

BILL TO

10687 Gaskins Way Ste 201
Manassas, VA 20109 USA

| | |
|---|---|
| INVOICE | 1018 |
| DATE | 01/18/2022 |
| TERMS | Net 15 |
| DUE DATE | 01/21/2022 |

INTERVAL
12/20/21-01/16/2022

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/16/2022 | IT Consulting Services<br>Helpdesk Requests/Tenant<br>Admin/Misc. Requests | 18 | 85.00 | 1,530.00 |
| 01/16/2022 | IT Consulting Services<br>Concourse<br>Maintenance/Training/Development | 12 | 85.00 | 1,020.00 |
| 01/16/2022 | IT Consulting Services<br>2021 TCB Work | 4 | 85.00 | 340.00 |

| | | |
|---|---|---|
| PAYMENT | | 2,890.00 |
| BALANCE DUE | | **$0.00** |
| | | **PAID** |


PLAINTIFF'S EXHIBIT 74F

**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

## INVOICE

| BILL TO | | INVOICE | 1029 |
|---|---|---|---|
| 10687 Gaskins Way Ste 201 | | DATE | 08/01/2022 |
| Manassas, VA  20109 USA | | TERMS | Net 15 |
| | | DUE DATE | 08/16/2022 |

INTERVAL
06/20/22-8/1/2022

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/01/2022 | IT Consulting Services<br>Helpdesk Requests/Tenant<br>Admin/Misc. Requests | 22 | 85.00 | 1,870.00 |
| 08/01/2022 | IT Consulting Services<br>Concourse Server<br>Maintenance/Training/Development | 6 | 85.00 | 510.00 |

| | PAYMENT | 2,380.00 |
|---|---|---|
| | **BALANCE DUE** | **$0.00** |
| | | **PAID** |



PLAINTIFF'S
EXHIBIT
74G

**Kreitzer Group, LLC**

430 N Henry St #2
Alexandria, VA  22314
+16034960762
Accounting@KreitzerGroup.com

## INVOICE

BILL TO

10687 Gaskins Way Ste 201
Manassas, VA  20109 USA

| | |
|---|---|
| INVOICE | 1032 |
| DATE | 11/07/2022 |
| TERMS | Net 15 |
| DUE DATE | 11/22/2022 |

INTERVAL
08/1/22-11/7/2022

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/07/2022 | IT Consulting Services<br>Helpdesk Requests/Tenant<br>Admin/Misc. Requests | 9 | 85.00 | 765.00 |
| 11/07/2022 | IT Consulting Services<br>Concourse Server<br>Maintenance/Training/Development | 6 | 85.00 | 510.00 |
| 11/07/2022 | IT Consulting Services<br>On Site Services in SFB | 16 | 85.00 | 1,360.00 |
| 11/07/2022 | Travel Expenses<br>Airfare | 1 | 441.20 | 441.20 |
| 11/07/2022 | Travel Expenses<br>Hotel | 1 | 400.96 | 400.96 |

| | |
|---|---|
| PAYMENT | 3,477.16 |
| BALANCE DUE | **$0.00** |
| | **PAID** |



PLAINTIFF'S
EXHIBIT
74H